

**PLAINTIFF'S EXHIBIT A**

# IUPUI
ADAPTIVE EDUCATIONAL SERVICES
Division of Diversity, Equity and Inclusion

## Academic Accommodations Memorandum

**Kevin McCracken** – Director

**Mercedes Cannon** – Associate Director

**Leslie House** – Interpreting/Lab Coordinator

**Elena Silverman** – Office Coordinator

**Natalie Albert**- Adaptive Services Coordinator

**Marcia Stevenson** – Administrative Assistant

---

### Student Information

**Name:** Lena Matti

**Student ID:** 2000865335

**Valid:** 9/28/2021

**Intake Coordinator:** Natalie Albert

This student has established eligibility for Adaptive Educational Services under the mandates of federal disability legislation. Please keep all information regarding the student's disability and accommodations confidential.

### Student Responsibilities to Receive Accommodations

Students must play an active role in letting instructors know they will need to provide accommodations.

- Meet with your instructors within **10 days** of receiving the memo
    - Accommodations are not retroactive
    - Our policy is that instructors may have 48 hours (two business days) notice before a test of your need for accommodations. If you provide notice in under 48 hours the instructor may choose whether or not to accommodate you.
- Meet only during office hours or make an appointment to speak privately
    - Do not present memos after class
- Discuss accommodations the instructor will provide such as extended time for testing, test setting, note taking
    - Know where and when you will test with the instructor; follow-up prior to the test
    - Send a follow-up e-mail to the instructor to confirm the arrangements agreed upon in your meeting

Bring your Testing Accommodation Forms with you to the meeting. (IUPUI CAMPUS)

- Complete the form with the instructor
- Tests cannot be scheduled at AES without signed and returned Testing Accommodation Forms
- Hand deliver the signed TA's to an AES staff member.
    - We recommend you bring your syllabus and schedule all of your tests in advance
    - Tests are not scheduled unless you receive confirmation through our system and a scheduled appointment
    - Tests may be scheduled by phone, e-mail or in person so long as they adhere to AES policies regarding advanced notice, and window examinations.
- For the scheduling of tests, **you must contact our office 48 hours (Monday-Friday) in advance of any test or examination you wish to be proctored through our office. Any exam attempted to be scheduled in under 48 hours will not be proctored.**

---

815 W. Michigan | Joseph T. Taylor Hall Suite 100 | Indianapolis, IN 46202 | phone (317) 274-3241 | fax (317) 278-2051

# IUPUI
ADAPTIVE EDUCATIONAL SERVICES
Division of Diversity, Equity and Inclusion

## Academic Accommodations Memorandum

**Faculty Responsibilities for Classroom and Testing Modifications**

The student will meet with you to discuss implementation of his/her accommodations in your class. Share with the student details of your course expectations as they may be affected by the accommodations, and determine how these conflicts will be resolved. (I.e the student will be tape recording lectures, but will be required to turn off recorder when discussing confidential case studies.) If a modification interferes with an essential academic component, if you have any questions regarding modifications, or if you receive this memo less than 48 hours before a test, please contact AES.

In the event that you send or drop off a test or examination for a student to take and the student does not schedule accommodations in accordance with our 48 hour policy, that test will be sent back to you and the student will need to take that test or exam in class. The only exception is if you allow them to re-take a test or exam which would be an agreement absent of AES between you and the student.

You can find more information about our office at https://diversity.iupui.edu/offices/aes/index.html.

**The student is entitled to the following accommodations:**

### EXAMS/QUIZZES:

- [x] 1. The student approved to have extended time for tests:
    - [x] One-and-a-half times (150%) the established test-taking time.
    - [ ] Double (200%) the established test-taking time.
- [x] 2. Alternate test setting
    a. Reduced Distraction Environment proctored in the AES Testing Lab (UL 3135 H)

### CLASSROOM:

- [ ] 1. Note Taking: permit the student to utilize a note taker for the class.
- [ ] 2. Audio Taping of Lectures
- [ ] Other:

Thank you in advance for your cooperation. If you should need additional information, or have any questions, please feel free to contact our office at 274-3241 or fax a 278-2051

**Approved by:** *Natalie Albert*
Natalie Albert

**Date: 9/28/2021**

815 W. Michigan | Joseph T. Taylor Hall Suite 100 | Indianapolis, IN 46202 | phone (317) 274-3241 | fax (317) 278-2051