

## IUPUI

## ADAPTIVE EDUCATIONAL SERVICES
### DIVISION OF DIVERSITY, EQUITY AND INCLUSION

Dear Dr. Frazier-Bowers,

I am writing this letter in support of Lena Matti's complaint that her ADA approved accommodations were not appropriately applied by faculty in the Indiana University School of Dentistry. Lena Matti is a student registered with Adaptive Educational Services (AES) and is approved to receive academic accommodations under the American with Disability Act as Amended (ADAAA). It is my understanding that Lena was expected to take multiple exams, back-to-back, without her approved accommodation of 1.5x extended time. In our professional opinion taking multiple exams back-to-back without the appropriate amount of time, is unreasonable and could be interpreted as discriminatory. In accordance with the ADA, approved accommodations should be applied whenever possible and if an accommodation is denied, it becomes incumbent on the School of Dentistry to demonstrate that the accommodation would constitute a fundamental alteration. To the best of my knowledge no rationale for the exam process that Lena experienced was ever provided to Lena or to AES. Please consider this letter as part of the official record for any appeal that Lena Matti has requested, and please do not hesitate to reach out if I can be of further assistance.

Best,

## Elena H. Silverman, PhD
Adaptive Services Specialist

**Adaptive Educational Services**
***Division of Diversity, Equity and Inclusion***
Indiana University-Purdue University Indianapolis
Joseph T. Taylor Hall, UC 100
815 W. Michigan St.
Indianapolis, IN 46202
Phone: (317)274-3241
Fax: (317)278-2051
aesproj@iupui.edu

