UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LENA MATTI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:23-cv-01937-JRS-MG |
| | ) |
| BOARD OF TRUSTEES OF INDIANA UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

MINUTE ENTRY FOR DECEMBER 2, 2024
SETTLEMENT CONFERENCE
HON. MARIO GARCIA, MAGISTRATE JUDGE

The parties appeared in person and by counsel for a settlement conference. Conference adjourns without a resolution. Defendant intends to file a Motion for Summary Judgment. Parties to notify the court once a decision on the Motion for Summary Judgment is issued in the event any claims survive.

So ORDERED.

Date: 12/3/2024

*Mario Garcia*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record