UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LENA MATTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:23-cv-01937-JRS-MG |
| | ) | |
| BOARD OF TRUSTEES OF | ) | |
| INDIANA UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S STATEMENT OF CLAIMS**

Plaintiff, Lena Matti, by counsel, and in accordance with the Case Management Plan previously approved by the Court, hereby provides her statement of claims she intends to pursue at trial:

1.    Plaintiff brings this action against Defendant, Board of Trustees of Indiana University, under the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq*. ("ADA"), alleging disability discrimination. Plaintiff alleges the Defendant, in its official capacity, denied Plaintiff the opportunity to benefit from the Indiana University School of Dentistry's programs, services, and activities and retaliated against her in violation of Title II of the ADA.

2.    Plaintiff brings this action against Defendant, Board of Trustees of Indiana University, under the Rehabilitation Act of 1973, 29 U.S.C. § 701 *et seq.* ("Rehab Act"), alleging disability discrimination. Plaintiff alleges the Defendant, in its official capacity, denied Plaintiff the benefits of her educational program because of her disability and retaliated against her in violation of Section 504 of the Rehab Act.

3.    Plaintiff brings this action against Defendant, Board of Trustees of Indiana University, under Title IX of the Educational Amendments of 1972, 20 U.S.C. § 1681 ("Title IX"),

alleging sex discrimination. Plaintiff alleges the Defendant, in its official capacity, discriminated against Plaintiff based on her sex in violation of Title IX.

Respectfully submitted,

*/s/Matthew A. Smith*

Matthew A. Smith
Julie C. Alexander
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana 46204
Telephone:     (317) 955-9500
Facsimile:     (317) 955-2570
Email:         msmith@jhaskinlaw.com
               jalexander@jhaskinlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and accurate copy of the foregoing document was filed on this 6th day of December 2024, via the Court's electronic filing system. Notice of this filing will be provided to the following counsel of record:

Melissa A. Macchia     mmacchia@taftlaw.com
Adam K. Mills          amills@taftlaw.com

*s/ Matthew A. Smith*
Matthew A. Smith