UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LENA MATTI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:23-cv-01937-JRS-MG |
| | ) |
| BOARD OF TRUSTEES OF | ) |
| INDIANA UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S DESIGNATION OF EVIDENCE IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Lena Matti, by counsel, designates the following evidence in opposition to Defendants' Motion for Summary Judgment:

Exhibit 1:   Plaintiff's Production of Documents (referred to in Plaintiff's Memorandum as "Pl. Production") (Doc. 38-1)

Exhibit 2:   Plaintiff's Answers to Defendant's Interrogatories (Doc. 38-2)

Exhibit 3:   Defendant's Production of Documents (referred to in Plaintiff's Memorandum as "Deft. Production") (Doc. 38-3)

Exhibit 4:   Excerpts from the deposition of Lena Matti (referred to in Plaintiff's Memorandum as "Matti Dep.") (Doc. 38-4)

Defendant's Designated Evidence Already in the Record:

Exhibit 5:   Excerpts from the deposition of Lena Matti (referred to in Defendant's Memorandum as "Matti Dep.") (Doc. 34-1)

Exhibit 6:   Indiana University School of Dentistry Handbook [Matti Dep. Ex.1] (Doc. 34-2)

Exhibit 7:   Dr. Kirkup Declaration Exhibit E – Conflict Mediation Protocol and Acknowledgement (Doc. 34-8)

Exhibit 8:   Academic Accommodations Memorandum (Doc. 34-13)

Exhibit 9:   Declaration of David Zahl (Doc. 34-25)

WHEREFORE, Plaintiff submits the foregoing *Plaintiff's Designation of Evidence in Opposition to Defendant's Motion for Summary Judgment.*

Respectfully submitted,

s/ Matthew A. Smith

John H. Haskin (7576-49)
Matthew A. Smith (38571-29)
Julie C. Alexander (25278-49)
JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, IN 46204
Phone: (317) 955-9500
Fax: (317) 955-2570
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on teh following counsel for Defendant on this 17th day of March 2025, via the Court's electronic filing system:

| | |
|---|---|
| Melissa Macchia | mmacchia@taftlaw.com |
| Adam Mills | amills@taftlaw.com |

*s/ Matthew A. Smith*
Matthew A. Smith