

# IU SCHOOL OF DENTISTRY DDS PROGRAM STUDENT HANDBOOK
## Academic Year 2022 - 2023

Office of Education and Academic Affairs
1121 West Michigan Street, Room 105
Indianapolis, IN 46202
https://www.dentistry.iu.edu/

*While every effort is made to provide accurate and current information, Indiana University reserves the right to change without notice statements in the handbook concerning rules, policies, fees, curricula, courses, or other matters. [Source: Academic Bulletin April 8, 2016]*

PLAINTIFF'S PRODUCTION

# Table of Contents

Office of Education and Academic Affairs ................................................................................. 1

IUSD MISSION STATEMENT .................................................................................................. 1

IUSD VISION STATEMENT ..................................................................................................... 1

IUSD GOALS AND PLAN ........................................................................................................ 1

OVERVIEW .............................................................................................................................. 1

    1. Equal Opportunity / Affirmative Action............................................................................... 3

    2. Diversity, Equity and Inclusion ......................................................................................... 3

PURPOSE OF THE STUDENT HANDBOOK............................................................................ 4

ACCREDITATION GUIDELINES AND COMPLAINT POLICY.................................................... 4

IUSD ORGANIZATIONAL CHART AND CONTACT INFORMATION ......................................... 4

ADMISSION PRE-MATRICULATION REQUIREMENTS ........................................................... 4

ACADEMIC CURRICULUM ...................................................................................................... 5

    Doctor of Dental Surgery Program ........................................................................................ 5

    Indiana University-International Dentist Program ................................................................... 5

ACADEMIC PERFORMANCE AND EVALUATION .................................................................... 5

    Competencies ...................................................................................................................... 5

    Assessments ........................................................................................................................ 6

    Grades and Standardized Tests ........................................................................................... 7

    Remediation ......................................................................................................................... 7

    Dean's List............................................................................................................................ 7

    Disagreement over Test Questions........................................................................................ 7

    Appealing Course or Semester Grades and Other Performance Evaluations (e.g., OSCE, Preclinical Practical) ............................................................................................................. 8

    Academic Progress and Good Standing ................................................................................ 8

    Student Promotions and Advancement in Good Standing...................................................... 8

    Academic Probation .............................................................................................................. 9

    Academic probation will occur in the event of one or more of the following circumstances .... 10

    Academic probation may occur .............................................................................................. 10

    Appealing Decisions of the Progress Committee for Dismissal ............................................. 11

REQUIREMENTS FOR GRADUATION .................................................................................... 11

    Graduating with Academic Distinction.................................................................................... 11

    Fifth Year Dental Student Policy ............................................................................................ 11

    National Board Dental Examinations ...................................................................................... 12

        Transition from NBDE Part I and Part II to INBDE Policy.................................................... 12

PLAINTIFF'S PRODUCTION

i

ATTENDANCE.................................................................................................................13
   Student Absence........................................................................................................13
   Assessment Absence.................................................................................................13
   Leave of Absence......................................................................................................14
   Absence Due to Participation in Student and Service Organizations .......................14
   Attendance and Religious Observances ...................................................................14
   Lecturer Absence Policy ...........................................................................................14
   Clinical Attendance....................................................................................................14
   Withdrawals................................................................................................................14
   Adverse Weather Closings ........................................................................................15
ACADEMIC POLICIES, PERSONAL CONDUCT AND PROFESSIONALISM...........16
   Academic Misconduct and Professional Behavior ....................................................16
   Suspension or Dismissal for Academic Misconduct/Unprofessional Behavior.........16
   Cheating.....................................................................................................................16
   Civility and Disorderly Conduct .................................................................................17
      Civility on Websites Maintained on University Servers .......................................17
   Clinic and Laboratory Policies ...................................................................................18
   Dress Code ................................................................................................................18
   Equal Opportunity and Non-Discrimination/Sexual or Racial Harassment...............18
   Non-Retaliation and Whistleblower Policy.................................................................18
   Patient Confidentiality................................................................................................18
   Plagiarism ..................................................................................................................19
   Safety and Infection Control.......................................................................................19
   Sexual Misconduct/Violence......................................................................................19
   Smoking, Drugs and Alcohol .....................................................................................19
   Testing Policy.............................................................................................................19
   Threatening Behavior and Violence...........................................................................20
   Weapons Policy..........................................................................................................20
FEES/TUITION/FINANCIAL AID ...............................................................................20
   Tuition and Fees.........................................................................................................20
   Instruments ................................................................................................................20
   Financial Aid...............................................................................................................20
   Scholarships...............................................................................................................21
   Employment ...............................................................................................................21
   Work Study..................................................................................................................21

PLAINTIFF'S PRODUCTION

Student Teaching Appointments and Employment .......................................................21
HEALTH AND SAFETY .......................................................................................................21
Campus Police and Safety Escort ....................................................................................21
Security Alert Notifications (IU Notify) ...............................................................................22
Commitment to Student Welfare .......................................................................................22
Criminal Background Checks.............................................................................................22
Disabilities Accommodation Policy ...................................................................................22
Health Services for Students ............................................................................................23
Student Emergency Medical Care ....................................................................................23
Counseling and Psychological Services Center................................................................23
Dental Care for IUSD Students and Family Members .......................................................23
COMPLIANCE: IMMUNIZATIONS, CREDENTIALS AND IU CREDENTIAL TRACKER (ICT)...23
Immunizations ..................................................................................................................23
Credentials .......................................................................................................................24
IU Credential Tracker (ICT) ..............................................................................................24
Wellness Services ............................................................................................................25
INSURANCE.......................................................................................................................25
Health Insurance ..............................................................................................................25
Option 1 ........................................................................................................................25
Option 2 ........................................................................................................................25
Disability/Life Insurance...................................................................................................25
Malpractice Insurance ......................................................................................................26
Malpractice Coverage for the Clinical Licensure Examination .........................................26
STUDENT ORGANIZATIONS AND GOVERNANCE ...........................................................26
Professional Organizations – ASDA/ADA/IDA ..................................................................26
Student Organization Registration ....................................................................................26
Guest Speakers and Vendors...........................................................................................26
Student Group Announcements and Meeting Locations ...................................................27
Fundraising for Student Groups ........................................................................................27
IUPUI Graduate and Professional Student Government ....................................................27
IUSD Student Class Election Policy..................................................................................27
IUSD Professional Conduct Committee (PCC) ..................................................................28
Student Group Websites and Social Media Accounts .......................................................28
Student Travel ..................................................................................................................28
The American Dental Interfraternity Council ......................................................................29

PLAINTIFF'S PRODUCTION

Dental Honor Society................................................................................................29
STUDENT RECORDS ..................................................................................................29
    Student Name Change ...........................................................................................29
STUDENT SUPPORT & SERVICES .............................................................................30
    Building Security......................................................................................................30
    Campus Housing ......................................................................................................30
    Career Placement ....................................................................................................30
    Crimson Card ...........................................................................................................30
    Dental Store Window and Fees ...............................................................................30
        AxiUm - Patient Cases .......................................................................................30
    Faculty Liaisons........................................................................................................31
    IUPUI Student Advocacy and Support ....................................................................32
    IUSD Library and Services ......................................................................................32
    Key Requests ...........................................................................................................32
    Lockers and Mailboxes ...........................................................................................32
    Lost and Found ........................................................................................................33
    Maintenance: Facility or Dental Equipment...........................................................33
    Parking .....................................................................................................................33
    Preclinical Laboratory .............................................................................................33
    University and Community Resources .....................................................................34
TECHNOLOGY (Computers, Mobile Phones, Email and Websites)...........................33
    IT Services ...............................................................................................................33
    Campus Technology Policies....................................................................................33
    Civility on Websites Maintained on University Servers ...........................................35
    Copyrighted Materials/Reproducing Faculty Materials ...........................................35
    Email Messaging ......................................................................................................35
    Frequently Used Links..............................................................................................35
    Mobile Device Encryption ........................................................................................36
    University Logo Use on Websites or Web Pages ....................................................36

PLAINTIFF'S PRODUCTION

# Appendices Index

*Click on the appendix titles below to view.*

AY2020-2021 IUSD DDS PROGRAM STUDENT HANDBOOK

Appendix A Organizational Chart and Contact List

Appendix B Intentionally Blank

Appendix C Policy on Challenging Test Questions

Appendix D Student Progress Committee Guidelines, Student Appeals Processes Regarding Academic Performance

Appendix E Graduation Clearance Checklist

Appendix F Fifth Year Dental Student Policy

Appendix G Intentionally Blank

Appendix H Intentionally Blank

Appendix I Student Leave of Absence Request Form

Appendix J IUSD Code of Professional Conduct

Appendix K Dress Code Regulations

Appendix L Policy on Administering Examinations

Appendix M Disabilities Accommodation Procedure

Appendix N Technical Standards Accommodations Guidelines

Appendix O Student Access and Fees for Dental Care Policy

Appendix P Limited Financial Courtesy for Family Members of Full-time Students Policy

Appendix Q Student Travel Request Form

Appendix R Release of Student Information Matrix

Appendix S Frequently Used Links

Appendix T Fundraising Approval Form

Appendix U Guest Speaker/Vendor Approval Form

Appendix V IUSD Student Organization List

Appendix W Social Media Guidelines

Appendix X Name Change Notification

PLAINTIFF'S PRODUCTION

The IUSD Mission, Vision, Goals and Plan form the basis of the Indiana University School of Dentistry Strategic Plan 2025. These statements were vetted through various school committees consisting of faculty, staff, and students. The new mission, vision, goals and plans were approved by a consensus of the IUSD community in January 2021.

In the School of Dentistry's humanistic environment, students, staff, and faculty experience freedom from intimidation and judgment, close professional relationships, freedom to explore their environment, the opportunity to take appropriate risks within the environment, and the development of trusting and accepting relationships among members, regardless of institutional position or diversity of background.

## IUSD VISION STATEMENT

Indiana University School of Dentistry will be a global leader, advancing oral health as an essential component of overall health, through excellence and innovation in education, patient care, research, and community engagement and service, in Indiana and around the world.

## IUSD MISSION STATEMENT

The mission of the Indiana University School of Dentistry (IUSD) is to advance the oral and systemic health of the people of the State of Indiana and globally through excellence in teaching and learning, research and creative activities, patient care, civic engagement and service.

## IUSD GOALS AND PLAN

### Domain 1: Education
*Create a positive, inclusive learning environment for faculty, staff and students at the School of Dentistry. This includes renovating and refreshing some of our spaces.*

- **Priority 1.** Prepare for and execute a successful CODA site visit for all programs in 2021
- **Priority 2.** During the COVID-19 pandemic, temporarily adjust our educational model (didactic, preclinical and clinical curriculum) to allow students to progress in a timely manner through the curriculum while providing comprehensive patient care.
- **Priority 3.** Revise all summative competency assessments to ensure they follow best practices.
- **Priority 4.** Implement Student Dashboard to track student progress
- **Priority 5.** Implement an entrustable professional activities (EPA) framework for assessment of competency.
- **Priority 6.** Enhance sustainability and continuity of DDS program by identifying and/or recruiting backup for critical faculty roles.
- **Priority 7.** Enhance medicine-focused curriculum to expand application of biomedical sciences to patient care, incorporate skills needed within scope of general dentistry as Oral Physician

### Domain 2: People
*Nurture and increase the diversity of our faculty, staff and students, to training an oral healthcare workforce prepared to provide culturally competent care for our communities.*

- **Priority 1.** Establish policies and infrastructure to support programs to advance diversity, equity and inclusion for students, faculty, staff, and patients at the School of Dentistry.
- **Priority 2.** Implement programs to educate and raise awareness among students, staff, and faculty about unconscious bias, microaggressions and bystander training to provide basic

PLAINTIFF'S PRODUCTION

tools for cultural competency.
- **Priority 3.** Regularly assess the climate of the learning environment for faculty, staff, and students at the School of Dentistry, using best practices to inform plans to advance Diversity, Equity and Inclusion.
- **Priority 4.** Establish programs and policies that advance the health and wellness of students, staff and faculty.
- **Priority 5.** Advance opportunities for faculty and staff professional development and success.

## Domain 3: Patient Care

*Create a patient-centered clinical education model, built upon the concepts of entrustment and interprofessional collaboration that is financially sustainable and generates resources that support our mission.*

- **Priority 1.** Resume full clinical operations in IUSD to ensure continuity of comprehensive patient- centered care and "on time" academic progression of all students, during the pandemic.
- **Priority 2.** Develop Hospital Dentistry program to sustain capacity for dental care for patients with special needs and train future healthcare providers able to care for patients throughout the state.
- **Priority 3.** Recruit and retain more patients through a targeted marketing program, streamlined admissions and patient assignment process, and improved overall patient experience.
- **Priority 4.** Integrate new evidence-based dental technologies into the curriculum and clinics to enhance clinical education and patient care.
- **Priority 5.** Improve student experience of the clinical education programs through faculty development and support.
- **Priority 6.** Improve coordination of care for patients with interdisciplinary treatment plans and complex needs.

## Domain 4: Research

*Increase the quality and impact of our scholarship, through strategic recruitment and retention of the best investigators, building upon our strengths, and focusing on increasing federally funded projects.*

- **Priority 1.** Complete the re-design of OHRI as a fully integrated sustainable research program and a research core within the Indiana University School of Dentistry.
- **Priority 2.** Sustain the number and/or dollar amount of, and develop strategies to increase, federally funded research grants.

## Domain 5: Organization

*Establish an infrastructure and environment that supports innovation and responsible growth, to advance the Vision of Indiana University School of Dentistry.*

- **Priority 1.** Develop an IUSD business intelligence environment (BI) that provides robust data reporting and analysis capability related to all IUSD missions and business functions. The BI environment will produce timely, accurate, and meaningful management information to support IUSD leadership's strategic and operational decision-making needs regarding financial, administrative, and other matters.
- **Priority 2.** Determine the optimal administrative organizational structures and processes to support the strategic priorities of the School and our tripartite mission of education, research, scholarship and patient care.

PLAINTIFF'S PRODUCTION

- **Priority 3.** Determine the optimal academic departmental organizational structure to support the strategic priorities of the School and our tripartite mission of education, research and scholarship, and patient care.
- **Priority 4.** Develop policies and procedures that support best practices across all domains.

## Domain 6: Community and Global Engagement
*Increase our impact throughout the state of Indiana, and globally, through excellence in community engagement and interprofessional collaboration that meets community needs and enhances our education, teaching and service missions.*

- **Priority 1.** Increase the workforce capacity of Indiana to provide oral healthcare for diverse and vulnerable populations including patients with disabilities.
- **Priority 2.** Improve access to oral healthcare throughout the state of Indiana with special focus on dental HPSAs and rural communities.
- **Priority 3.** Develop globalization initiatives that increase our impact through education, research and service. To enhance the globalization of the IUSD community, primarily students and faculty, including an awareness of the internal and external political agendas; and where possible, generate additional revenue for the school.

# DENTAL SCHOOL OVERVIEW

One of the oldest dental schools in the nation, IUSD is a member of the American Dental Education Association and is fully accredited by the Commission on Dental Accreditation of the American Dental Association. The only dental school in the state, IUSD was originally established as the Indiana Dental College in 1879 and acquired by Indiana University (IU) in 1925. The school is located on the campus of Indiana University–Purdue University Indianapolis (IUPUI), adjacent to the Indiana University Medical Center. With the opening of the James J. Fritts, DDS Clinical Care Center in 2018, IUSD facilities offer 145,000 gross square feet of classroom and clinical space. The great variety of cases treated provides each student with abundant opportunity to perfect techniques. The school also maintains dental clinics in Riley and University Hospitals on the Indiana University medical center campus and at several off-campus sites. Graduates with the IUSD Doctor of Dental Surgery (DDS) degree and Master of Science in Dentistry (MSD) degree work in dentistry across the U.S. and around the world. Students may also earn the PhD or the MS degree in dentistry and related science fields through IUSD graduate programs.

## 1. Equal Opportunity / Affirmative Action
Indiana University pledges to continue its commitment to the achievement of equal opportunity within the university and throughout American society as a whole. In this regard, Indiana University will recruit, hire, promote, educate, and provide services to persons based upon their individual qualifications. Indiana University prohibits discrimination based on arbitrary consideration of such characteristics as age, color, disability, ethnicity, gender, marital status, national origin, race, religion, sexual orientation, or veteran status. Indiana University shall take affirmative action, positive and extraordinary, to overcome the discriminatory effects of traditional policies and procedures with regard to the disabled, minorities, women and veterans. An Office of Equal Opportunity on each campus monitors university policies and assists individuals who have questions or problems related to discrimination.

## 2. Diversity, Equity and Inclusion
The plans of the Indiana University School of Dentistry includes strategies to improve the

PLAINTIFF'S PRODUCTION

diversity of the oral health care workforce as reflected in the IUSD Mission, Goals, and Strategic Plan 2025. The school works to expand the pipeline of qualified underrepresented applicants and increase awareness of educational opportunities in all areas of oral health for students, faculty, and staff. Additionally, the school provides structured mentoring, academic enrichment, and experiential programs for students. The programs are designed through relationships with funding agencies, educational institutions, and other health professional organizations. The goal at IUSD is to establish a humanistic and culturally competent environment where differences such as race, ethnicity, gender, age, sexual orientation, and physical disabilities are accepted and valued.

## PURPOSE OF THE STUDENT HANDBOOK

This handbook is a guide to the academic program requirements for obtaining the Doctor of Dental Surgery (DDS) degree. It is also used to convey information related to financial aid, student activities, and student services. It should not be construed as a policy manual. The Clinic Manual, Infection Control Manual, and the IUSD Code of Professional Conduct as well as the applicable policies and procedures of IU and IUSD are the sources for the official guidelines, procedures, and standards of the school. It is the responsibility of each student to become familiar with the content of these materials. While every effort is made to provide accurate and current information, IUSD and IU reserve the right to change without notice guidelines, policies, procedures, programs, and other matters when circumstances dictate.

## ACCREDITATION GUIDELINES AND COMPLAINT POLICY

Educational programs at IUSD are fully accredited by the Commission on Dental Accreditation (CODA). It is the policy of this institution and CODA that all students should have an opportunity to file complaints with the Commission. A complaint is defined by the Commission on Dental Accreditation as an entity alleging that a commission-accredited educational program, a program which has an application for initial accreditation pending, or the institution may not be in substantial compliance with Commission standards or required accreditation procedures. The Commission on Dental Accreditation will review complaints that relate to a program's compliance with the accreditation standards. The Commission is interested in the sustained quality and continued improvement of dental and dental-related education programs but does not intervene on behalf of individuals or act as a court of appeals for treatment received by patients or individuals in matters of admission, appointment, promotion, or dismissal of faculty, staff or students.

A copy of the appropriate standards and/or the Commission's policy and procedure for submission of complaints may be obtained by contacting the Commission at 211 East Chicago Avenue, Chicago, IL 60611-2678 or calling 1- 800-621-8099 extension 4653.

## IUSD ORGANIZATIONAL CHART AND CONTACT INFORMATION

An IUSD organizational chart and contact information of IUSD personnel to assist students can be found in **Appendix A.**

## ADMISSION PRE-MATRICULATION REQUIREMENTS

Applicants to the DDS Program are admitted to IUSD on a provisional basis. The student is responsible for completing certain documents and actions required as a condition of admission to the program. Submissions of final official transcripts, criminal background check,

PLAINTIFF'S PRODUCTION    10

acknowledgement, or procurement of health insurance and verification of specific immunizations are among the requirements for admission. The provisional admission of the student will be rescinded for failure to complete any of these requirements. Students are also required to become familiar with the mobile device policy and laptop security program.

## ACADEMIC CURRICULUM

### Doctor of Dental Surgery Program
While every effort is made to provide accurate and current information about the IUSD degree and certificate programs, IUSD reserves the right to change without notice statements concerning rules, guidelines, policies, fees, curriculum, courses, or other matters. IUSD has a curriculum management program (CMP) which conducts ongoing evaluation of the curriculum. The Office of Education and Academic Affairs publishes new information as needed.

### Indiana University-International Dentist Program
The Indiana University-International Dentist Program (IU-IDP) offers qualified graduates of international dental programs the opportunity to earn a DDS degree from IUSD. The IU-IDP is a unique program with one separate, flat-rate tuition that is charged regardless of Indiana residency status. *[Approved by the IU Board of Trustees, 6-7-17]*. Applications are submitted through the Centralized Application for Advanced Placement for International Dentists (CAAPID), the centralized application service managed by the American Dental Education Association (ADEA). Application requirements include passing Parts I and II of the National Board Dental Examination prior to submission of the CAAPID application. Applicants selected for interviews must also complete and pass a bench test for further admissions consideration.

The program is a minimum of 30 months. Accepted IU-IDP students matriculate in January of each year into the D2 class with advanced academic standing. [Source: OAP 1/1/1]

## ACADEMIC PERFORMANCE AND EVALUATION

### Competencies
The IUSD curriculum is designed to ensure that upon graduation a student is competent to begin the independent, unsupervised practice of general dentistry. Dental education is competency based. Competency includes complex behaviors or abilities that include knowledge, experience, critical thinking and problem-solving skills, professionalism, ethical values, and technical and procedural skills. IUSD has established 20 Institutional Competencies detailed in the chart below that are used to measure student development of competence across the program.

| | IUSD Institutional Competencies for the Dental Graduate |
|---|---|
| **1.** | Graduates must be competent in patient assessment, diagnosis, and referral. |
| 2. | Graduates must be competent in treatment planning. |
| 3. | Graduates must be competent to communicate and collaborate with individuals and groups to prevent oral disease and promote oral and general health in the community. |
| 4. | Graduates must be competent in control of pain and anxiety, clinical pharmacology, and management of related problems, including prescribing practices and substance use disorders. |

PLAINTIFF'S PRODUCTION

| 5. | Graduates must be competent in the prevention and management of dental and medical emergencies. |
|---|---|
| 6. | Graduates must be competent in detection, diagnosis, risk assessment, prevention, and management of dental caries. |
| 7. | Graduates must be competent in the diagnosis and restoration of defective teeth to form, function, and esthetics. |
| 8. | Graduates must be competent in the replacement of teeth including fixed, removable and dental implant prosthodontic therapies. |
| 9. | Graduates must be competent in the diagnosis and management of periodontal disorders. |
| 10. | Graduates must be competent in the prevention, diagnosis and management of pulpal and periradicular diseases. |
| 11. | Graduates must be competent in the diagnosis and management of oral mucosal and osseous disorders. |
| 12. | Graduates must be competent to collect and assess diagnostic information to plan for and perform uncomplicated oral surgical procedures. |
| 13. | Graduates must be competent to recognize and diagnose malocclusion and space management needs. |
| 14. | Graduates must be competent in discerning and managing ethical issues and problems in dental practice. |
| 15. | Graduates must be competent in the understanding and application of the appropriate codes, rules, laws and regulations that govern dental practice. |
| 16. | Graduates must be competent in behavioral patient management and interpersonal skills. |
| 17. | Graduates must be competent in understanding the fundamental elements of managing a dental practice. |
| 18. | Graduates must be competent in performing and supervising infection control procedures to prevent transmission of infectious diseases to patients, the dentist, the staff and dental laboratory technicians. |
| 19. | Graduates must be competent in providing evidence-based patient care in which they access, critically evaluate, and communicate scientific and lay literature, incorporating efficacious procedures with consideration of patient needs and preferences. |
| 20. | Graduates must have the ability to recognize the role of lifelong learning and self-assessment to maintain competency. |

*[Approved by the IUSD Curriculum Committee on 6/4/99; by the IUSD Faculty Council on 6/18/99; amended 6/29/01; amended 6/11/03; amended 5/12/06; amended 6/25/12; amended 10/5/17.]*

For additional information on the competencies for the dental graduate, see the Indiana University School of Dentistry Clinical Competency Manual

Assessments
IUSD uses various forms of assessments to measure student attainment of the institutional competencies. Students are directed to the Institutional Competency Manual for details.

PLAINTIFF'S PRODUCTION

## Grades and Standardized Tests

Student grades in each course will be determined by the combined results of examinations, achievement in the laboratory and/or clinics, and other forms of assessment as specified in course syllabi.

The recommended grading scale for the didactic portion of the DDS Program is:

Graded Courses

| Grade Range (%) | Grade Designation |
| --- | --- |
| 93 – 100 | A |
| 90 – 92.9 | A- |
| 87 – 89.9 | B+ |
| 83 – 86.9 | B |
| 80 – 82.9 | B- |
| 77 – 79.9 | C+ |
| 73 – 76.9 | C |
| 70 – 72.9 | C- (lowest passing grade for credit) |
| 65 – 69.9 | D (failure, eligible for remediation; upon successful remediation changed to C-) |
| <65 | F |

Satisfactory/Fail Courses

| Grade Range (%) | Grade Designation |
| --- | --- |
| 70 – 100 | S |
| <65% | F (not eligible for remediation) |

Other Designations

| Description | Grade Designation |
| --- | --- |
| Incomplete | I |
| Deferred grade | R (eligible clinical courses only) |
| Withdrawn | W |

Students with outstanding coursework in didactic courses which results in a course grade of incomplete "I" must complete the required coursework within a period of no later than 8 weeks from the end of the term in which the course was taken, or no later than 8 weeks following the return of student from a LOA. Course directors may assign a shorter time frame in their syllabus by which an "I" is completed. When the deadline is reached, a final course grade will be assigned. If coursework remains incomplete after the deadline is passed, the student's "I" grade may be changed to an "F".

All grades earned for all dental courses on a student record shall be used in computing the cumulative grade point average. IUSD does not accept the University's FX option for grades earned in the DDS Program.

A student may qualify for remediation or be placed on academic probation based on the specific details outlined below.

If a student is required to repeat a course because of a failing grade, the student must re-enroll in the course at the next time it is offered and pay applicable tuition and fees.

PLAINTIFF'S PRODUCTION

13

## Grades and Standardized Tests

### Remediation
The remediation program involves the identification of students having difficulties with academic performance. Based on the specific problem(s), adjustments are attempted on an individual basis. A student may qualify for remediation if his/her performance is graded at the 65 – 69.9% level. This grade level is considered a failing grade. An opportunity is given for the student to bring his/her performance level into the satisfactory range (maximum level achievable through remediation is 70%).

A grade of "D" will be reported at the end of the term to indicate the student has failed the course and is eligible for remediation. At the conclusion of the remediation and reassessment of the student, the "D" must be changed by the course director to either a C- (lowest passing grade) or F (failing grade).

The course director will determine what type of remediation will take place. Students are allowed a limited number of course remediations across the program. They earn probationary status for each course remediation earned. Performance at a level below 65% constitutes a failing grade without the chance of remediation.

### Dean's List
At the end of each fall and spring term, that term's GPA is used to identify students eligible to receive Dean's List recognition. Students ranking in the top 10% of each class receive this recognition. The Dean's List for DDS and IDP are determined separately. Students with incomplete grades in the designated term or with active professional conduct issues are not eligible for the Dean's List.

### Disagreement over Test Questions
Disagreement over test questions must be submitted initially to the elected class representative(s) of the Testing Committee. See **Appendix C**.

PLAINTIFF'S PRODUCTION

Appealing Course or Semester Grades and Other Performance Evaluations (e.g., OSCE, Preclinical Practical)

If a student has a disagreement concerning a grade or evaluation other than a test question(s), the student must discuss the disagreement initially with the faculty member.

If the student desires to challenge a faculty decision with respect to a course grade, the student should contact the Senior Associate Dean for Education and Academic Affairs within ten (10) business daysof receipt of the contested course grade. The Senior Associate Dean for Education and Academic Affairs will assign the challenge to the Assistant Dean for Curriculum Development and Assessment, who will review the students' concerns, and, if appropriate, may contact the course director and/or faculty member involved to mediate. The Assistant Dean reviewing the challenge will notmake any grade change.

If the student and faculty member involved are unable to reach a mutually agreeable solution, the student may submit a written appeal to the Director of Student Services, who will refer the matter to the IUSD Faculty Council's Progress Committee. The IUSD Progress Committee will review the complaint and submit a recommendation to the Senior Associate Dean for Education and Academic Affairs within thirty (30) calendar days of the Progress Committee's receipt of the appeals document. The Senior Associate Dean for Education and Academic Affairs will thennotify the parties involved of the decision.

Academic Progress and Good Standing

The IUSD Progress Committee is charged with monitoring the progress of dental students through the entire pre- doctoral curriculum. The IUSD Progress Committee shall review student progress through the pre-doctoral curriculum and make decisions concerning the promotion of dental students at the end of each semester (and other times as needed). All Progress Committee decisions will be forwarded to the Faculty Council Executive Committee. The Executive Committee will share the decision with the Dean of the IU School of Dentistry, who will review the decisions. Concerns raised by the Dean shall require further discussion between the Progress Committee and the Dean, with the Faculty Council President and President- Elect serving as facilitators. If the Dean and the Progress Committee are unable to reach a consensus, the matter shall be brought before the Faculty Council, as a whole, for resolution. Final decisions will be reported to the Faculty Council. Final decisions will be jointlyimplemented by the Dean and the Dental Progress Committee Chair.
[Source: IUSD Constitution and Bylaws, January 2015]

Student Promotions and Advancement in Good Standing

To be promoted to the next semester in good standing, the student must pass all semester courses. To be in good standing, a student must have:
1. A passing grade for each course in which the student was enrolled, with a minimum cumulative 2.0 grade point average (GPA) and a semester GPA of 2.0.
2. Acceptable ethical and professional behavior.
3. No current probation for any reason.

Regularly enrolled D2 dental students must have at least a 2.0 cumulative GPA and have passed or successfully remediated all D2 courses.

Academic Probation

Academic probation will occur in the event of one or more of the following circumstances:
1. A semester or cumulative GPA below 2.0
2. Remediation in a course or courses

PLAINTIFF'S PRODUCTION

3. Failure in a single course in a semester
4. Unacceptable clinical progress (including low clinic point accumulation)
5. Unacceptable clinical participation (less than required clinic attendance)
6. Re-enrollment following a period of suspension
7. Professional conduct violation that results in a sanction

All earned probations shall remain a part of the student's permanent academic history while enrolled at IUSD and may be used in consideration of dental student eligibility for continued enrollment. In some cases, probations may be directed to become a part of the student's permanent academic record that will remain beyond graduation.

Academic probation may occur in the event of:
An incomplete ("I") grade in any course due to inappropriate student action or inaction.
*[Amended by IUSD Faculty Council 10/5/17.]*

**Additional Study**: If a student fails a course and is retained in the program, the student must repeat the failed course. Because of the integrated nature of the curriculum, failure in a course or module usually results in suspension. The Progress Committee may decide that a student be required to repeat a full semester or academic year in order to retake the failed course.

**Failure to Demonstrate Professional Development**: Multiple incidents of academic misconduct and/or unprofessional behavior will constitute a pattern of unprofessionalism and indicate a student's failure to demonstrate professional growth and could be grounds for suspension or dismissal from school. When deciding whether to promote or graduate a student with a history of unprofessionalism, the Progress Committee must discuss the student's professional growth. The Progress Committee can make a recommendation for suspension from school, suspension in progress, or dismissal based upon a student's failure to demonstrate professional growth as documented by cases brought to the professional conduct system and/or multiple low clinical grades in professionalism.

**Academic Dismissal**: Academic dismissal is a function of the IUSD Progress Committee and/or IUSD Faculty Council's Professional Conduct Committee, in consultation with the Dean. Subject to their availability, students will be invited to appear before the Progress Committee to respond to circumstances that might result in a motion for their dismissal from school. Academic dismissal may be recommended by the Progress Committee and/or Professional Conduct Committee for the following reasons (although not limited to):
• Failure to comply with the policy on attendance
• Remediating more than 3 courses in the D1-D3 years
• Remediating more than 2 courses in a single academic year
• Multiple failures in courses, modules and/or on comprehensive semester examinations
• Repeated instances of earning a semester grade point average below 2.0
• Cumulative grade point average below 2.00 following completion of all first and second years' regularly scheduled coursework
• Lack of acceptable progress, in the judgment of the faculty, toward the requirements for

PLAINTIFF'S PRODUCTION

the degree
- Not completing the DDS program in 6 years (barring extenuating circumstances as determined by the faculty)
- Failure to demonstrate professional growth
- Unacceptable ethical or professional behavior

### Appealing Decisions of the Progress Committee for Dismissal

A student has the right to appeal decisions for additional study, suspension, or dismissal issued by the Progress Committee. The general provisions for appeals involving academic performance are outlined in **Appendix D**. (The IUSD Appeals Form is located in **Appendix J**.) During any period of appeal for suspension or dismissal, the student can continue in didactic courses but will be suspended from clinical procedures unless there is evidence that to suspend the student would put patients at risk. The decision to allow a suspended student to continue treating patients in any IUSD clinic or IUSD-affiliated clinic rests solely with the Dean of the IU School of Dentistry and the Associate Dean for Clinical Affairs. The Dean may suspend a student completely from the program during the period of appeal if there is evidence that having the student continue in the program would place the IU School of Dentistry, its patients or its personnel in jeopardy. Under this document, authority has been given to specified IU School of Dentistry officials. This authority may be exercised by any person occupying the office designated, or in his/her absence, by that person's designee.

## REQUIREMENTS FOR GRADUATION

The DDS degree is conferred by IU to those who have successfully completed and complied with the following requirements:
- Attendance for eight (8) required semesters and any required summer semesters (or the equivalent) of the curriculum at IUSD
- For IU-IDP students, attendance for a minimum of five (5) required semesters and any required summer semesters (or the equivalent) of the curriculum at IUSD
- Completion of all course work and examinations with at least a 2.0 cumulative grade point average
- Completion of all competency examination/exercises
- Payment in full of all fees due to the University
- Ethics and behavior consistent with acceptable professional standards
- Completion of the IUSD Clearance Checklist (**Appendix E**)

### Graduating with Academic Distinction

To graduate with academic distinction, DDS candidates must rank within the highest 10% of the graduating class; have completed a minimum of 60 credit hours at IUSD; have no incomplete grades; and meet the cumulative GPA requirements outlined below.

| Criteria for Academic Honors | |
|---|---|
| **Honors** | **Required Cumulative GPA** |
| Distinction | 3.700 – 3.799 |
| High Distinction | 3.800 – 3.899 |
| Highest Distinction | 3.900 and above |

[Source: OAP 5/12/15]

### Fifth Year Dental Student Policy

Students who have not completed graduation requirements by the end of the summer term following their last scheduled semester will be evaluated under the provisions of the Fifth Year

PLAINTIFF'S PRODUCTION    17

Dental Student Policy (**Appendix F**).

## National Board Dental Examinations
Although IUSD Faculty Council delinked progress through the curriculum and/or awarding of the DDS degree to completion of the NBDE/INBDE (approved by IUSD April 7, 2020), all DDS students enrolled at IUSD are strongly encouraged to complete the National Board Dental Examinations.

Students will be certified by the Office of Education and Academic Affairs to take the National Board Dental Examinations only if all courses pertaining to those examinations have been passed. In general, this means students must have passed all D1 and summer/fall D2 courses to take NBDE1, and all D1-D3 courses to take NBDE2 and the INDBE.

Because these examinations are in the process of transitioning from two exams to one exam, the IUSD Faculty Council approved the following Transition Policy (4/9/19):

## Transition from NBDE Part I and Part II to INBDE Policy

IUSD Class of 2021
- Students in the IUSD Class of 2021 will be certified to take the NBDE Part I and NBDEPart II
- Students in the IUSD Class of 2021 who have not passed the NBDE Part I by July 31, 2020 or the NBDE Part II by July 31, 2022, and who have not had five failed attempts of either exam, will be considered by the DDS Progress Committee for eligibility to sit for the INBDE.

IUSD Class of 2022
- Students in the IUSD Class of 2022 will be certified to take the NBDE Part I and NBDE Part II. Students in the IUSD Class of 2022 who have not passed the NBDE Part I by July31, 2020 or the NBDE Part II by July 31, 2022, and who have not had 5 failed attempts of either exam, will be considered by the DDS Progress Committee for eligibility to sit forthe INBDE.

IUSD Class of 2023 and subsequent cohorts:
- Students in the IUSD Class of 2023 and all subsequent cohorts will be certified to takethe INBDE.

PLAINTIFF'S PRODUCTION

# ATTENDANCE

As a professional program, attendance at all didactic, preclinical, and clinical sessions is required. As future dental professionals, students are also expected to be punctual for classes and clinical activities.

The specific DDS attendance policy for individual courses is left to the discretion of the course directors. The syllabus must clearly state the attendance policy for each course.

## Student Absence

It is understood that students must occasionally be absent from class or clinic for unavoidable personal reasons. Students are expected to email their course directors, clinic director, and clinical rotation coordinators as early as possible to report an absence.

The Office of Student Affairs and Admissions is not responsible for notifying course directors, nor determining whether an absence is excused, except for missed assessments. It is the responsibility of the student to coordinate missed assignments or makeup quizzes with course directors and other involved faculty in a timely fashion. A student who is absent and fails to communicate with course directors in a timely manner regarding missed assignments is accountable for any negative outcomes based on the attendance policy of the course director. It is recommended that the decision to excuse a student's absence result from a conversation between the involved faculty and student. Faculty are not permitted to require written or specific information in order to excuse a student's absence for medical/psychological reasons. Requiring a student to share private information of this type is inconsistent with patient confidentiality and runs counter to educating our students in the wise use of healthcare resources.

## Assessment Absence

Except for extenuating circumstances, students are prohibited from missing any type of assessment (e.g., midterm/final exam, OSCEs, final pre-clinical lab competency), unless excused by the Office of Student Affairs and Admission. Students who are or will be absent for an assessment must notify the involved course director(s) in addition to the Office of Student Affairs and Admission, as soon as possible, and no later than 2 business days following the absence. If documentation is required, this must be submitted to the Office of Student Affairs and Admission within 5 business days following the absence. The Office of Student Affairs and Admission will review and confirm the nature of the absence. Once verified, the excused absence will be reported to the course directors by the Office of Student Affairs and Admission. Additional support will be provided as needed, the student will be required to abide by arrangements made for alternate assessment date(s), upon their return

Multiple assessment absences may negatively impact a student's progress through the curriculum. Students demonstrating multiple absences will be contacted by the Director of Student Services for follow-up and support, to address the issue.

Below is a list of acceptable and unacceptable reasons for missed assessment(s). This list is not exhaustive and each case will be considered by the Director of Student Services. *[Source: OAP 5/12/15]*

| Acceptable Reasons for Assessment Absence | Unacceptable Reasons for Assessment Absence |
|---|---|
| Illness | Holiday Plans |
| Military Duty | Travel Arrangements |
| Jury Duty | Alarm Clock Malfunctions |
| Death in the immediate family | Wedding and Wedding Planning in most cases |
| Victim of recent serious crime | Sport and Leisure Activities |
| Quarantine | Vacations (including those pre-planned) |

13 | Page

## Leave of Absence

A student may request a leave of absence for a period of non-enrollment, which may or may not be approved by the Director of Student Services. See the Leave of Absence Form (in **Appendix I.**) Official documentation related to the leave may be required. Contingent upon approval, as well as the reason and the number of days missed, the Progress Committee will determine the plan regarding the student's re-entry into the curriculum upon their return, ensuring that any missed work, assessments, or scheduled rotations are accounted.

## Absence Due to Participation in Student and Service Organizations

Students who are in good standing are encouraged to participate in local, regional or national student organizations such as ASDA, ADEA, AADR, SPEA or in service-related activities for IUSD. However, students must recognize that their primary focus should be on academics, and therefore must weigh the impact of these absences on their learning. When travel is involved, students must first get approval from their course directors and then the Office of Education and Academic Affairs through submission of the required Student Travel Form (see the Student Travel section of this handbook and **Appendix Q**). Even though the student is approved to travel by the Office of Education and Academic Affairs, the course/clinic directors determine whether the absence is excused. It is the student's responsibility to reschedule any rotations, according to accepted clinic practices, or other prescribed academic obligations.

## Attendance and Religious Observances

IU respects the right of all students to commemorate personal religious observance and will make reasonable accommodations, upon request, for such observances. Students seeking accommodation for religious observances must complete the Request for Course Accommodation Due to Religious Observance electronic form (https://studentcentral.iupui.edu/calendars/holidays/course-accommodation-form.html) and submit a printed copy of the form to the Office of Education and Academic Affairs (iusdoap@iu.edu) by the end of the second week of the semester. The Office of Education and Academic Affairs will send notification of the approval to faculty and clinical directors. It should be noted that while campus policy requires faculty to make reasonable accommodations for missed assignments or examinations for religious observances, **it is NOT campus policy for faculty to make accommodations when students wish to travel to share a holiday with family and/or friends**.

## Lecturer Absence Policy

If a scheduled lecturer is not present within 5 minutes of the scheduled beginning of class, students should contact the department chair of the course for which the lecture is being provided. If the lecturer is not present within 15 minutes of the scheduled beginning of class and students have not been informed to remain, class is cancelled and students may leave. In this case, the class president or his/her designee should contact the Office of Education and Academic Affairs (317-278-1194 or 317-278- 0106). *[Approved by IUSD Faculty Council: 6/24/11]*

## Clinical Attendance

Clinic attendance levels are monitored by the Office of Clinical Affairs.

Students falling below the required level of productivity and participation are subject to disciplinary action, up to and including dismissal.

When students are accused of or found to be in violation of the Clinical Manual, the Associate Dean for Clinical Affairs has the right to suspend students from all clinical activity pending final

PLAINTIFF'S PRODUCTION

results of the professional conduct and appeals processes. Given that violations of policies and procedures governing the clinics can impact patient health, impair student safety and impact school liability, clinical suspensions are not subject to appeal.

However, before the Associate Dean for Clinical Affairs can suspend students from all clinical activity, he/she or the Assistant Dean for Student Services must interview the student(s) to hear their explanation of the issue(s). In the event of a suspension from clinical activity, the IUSD Dean and the Senior Associate Dean for Academic Programs must be notified.

## Withdrawals

Voluntary withdrawals from the DDS program may be arranged by contacting the Office of Education and Academic Affairs. In such instances, grades of "W" or "F," depending upon student academicachievement at the time and date of request, will be entered in the official University record. Thestudent may also forfeit part or all of the current term tuition depending on the timing of the withdrawal. The withdrawal refund schedule can be found on the IUPUI Bursar's site: https://studentcentral.iupui.edu/calendars/career-calendars.html?

A student should consult with the Director of Student Services or the Senior AssociateDean for Education and Academic Affairs and is encouraged to use the services of the IUPUI Student Advocate if a withdrawal is under consideration. More detailed information on withdrawals canbe found here: www.studentaffairs.iupui.edu/advocacy-resources/get-help/index.html.

Students withdrawing or who have been dismissed should immediately contact the Office of Student Affairs and Admissions upon notification of withdrawal or dismissal. The Office of Student Affairs and Admissions will manage separation procedures to ensure all appropriate items for the student areresolved (i.e., locker clearance, keys, Crimson Card access).

## Adverse Weather Closings

If adverse weather conditions are severe, the IUPUI Chancellor may cancel classes and/or close the campus. If the IUPUI Campus is officially closed, then IUSD is closed. Additionally, if the IUPUI Campus is closed, the pre-doctoral students assigned to off-site clinics are excused from attendance at those clinics. If the IUPUI Campus is not closed, a program director of an off-site clinic has the authority to close their clinic based on adverse weather conditions. Exceptions to these closings would be rare and may only be issued by the IUSD Dean or his/her designee.

Closing the campus is distinct from the decision to cancel classes. Students are advised to listen carefully to the Indianapolis metropolitan media regarding cancellations and campus closings. Closings may be verified on the campus webpage at www.iupui.edu or by calling 317-278-1600.

IU has an emergency notification system (IU-Notify) that permits messages to be sent as voice or text messages to cell, home and office phones to university or non-university email accounts. To receive notification of class cancellations and campus closings via phone and email, students must update their contact information through One.IU at Emergency Notification Settings.

PLAINTIFF'S PRODUCTION

# ACADEMIC POLICIES, PERSONAL CONDUCT AND PROFESSIONALISM

Any individual who enrolls in IUSD voluntarily accepts the rules and regulations of IU, IUSD, affiliated hospitals, and agrees to abide by them. Students are subject to and should become familiar with the policies, rules, and regulations of IUSD, IUPUI, and IU. Students are instructed to familiarize themselves with IU, IUPUI and IUSD regulations concerning plagiarism, academic honesty, and the definitions of unacceptable behavior and cheating.

## Academic Misconduct and Professional Behavior

The Indiana University School of Dentistry has adopted a Code of Professional Conduct (see **Appendix J**). Students should refer to the IUSD Code of Professional Conduct for student rights and responsibilities as well as Part I of the IUPUI Code of Students Rights, Responsibilities, and Conduct. IUSD is exempt from Parts II, III, IV, and V of the IUPUI Code of Students Rights, Responsibilities, and Conduct in accordance with the All University Faculty Council action as well as the IU Board of Trustees action on May 4, 1990.

All students are expected to understand and abide by the IUSD Code of Professional Conduct at all times. Academic or professional misconduct of any sort will not be tolerated and will be dealt with as outlined in the IUSD Professional Code of Conduct located in **Appendix J**, along with the Professional Misconduct Reporting Form (PMRF) for alleged violations. The procedures for adjudicating an incident of misconduct are outlined in **Appendix J**, which includes a flow chart. A student has a right to appeal decisions for dismissal or suspension based on academic misconduct or unprofessional behavior as outlined in **Appendix J**. The IUSD Appeals Form is located at the end of **Appendix J**.

As stated in the IUSD Code of Professional Conduct, the Appeals Committee (AC) is charged with review of appeals of the Professional Conduct Committee (PCC) decisions to evaluate all professional/academic conduct incidents involving students and provides the faculty with the opportunity for peer review of reported incidents. Multiple incidents of academic misconduct and/or unprofessional behavior by a student may constitute a pattern of unprofessionalism and indicate student failure to demonstrate professional growth and therefore could be grounds for suspension or dismissal from school.

## Suspension or Dismissal for Academic Misconduct/Unprofessional Behavior

In the event of suspension or dismissal, the student must see the Assistant Dean for Student Services for information regarding separation procedures. Additionally, the following consequences occur:
- Only students in good academic and professional conduct standing are eligible to graduate with honors or receive awards at the Honor Ceremony.
- Students suspended for any period of time from any IUSD activities will automatically be placed on probation once they have returned to school.

## Cheating

Any form of cheating is incompatible with the moral conduct expected of members of the dental profession and will not be tolerated. Cheating is dishonesty of any kind with respect to examinations or any graded or assessed in-course assignment or activity, and includes acts such as seeking or accepting assistance on an exam, being in the unauthorized possession of examination materials, sharing exam information to assist another student, collaboration on individually graded assignments or projects, alteration of records or the creation of false

PLAINTIFF'S PRODUCTION

records, forging a signature or the unauthorized use of another person's electronic signature, and plagiarism. It is the responsibility of the student not only to abstain from cheating but in addition, to avoid the appearance of cheating and to guard against making it possible for others to cheat.

## Civility and Disorderly Conduct

Students are expected to conduct themselves in a courteous and civil manner in interactions with faculty, staff, fellow students, and patients. This requires each person to be courteous, tolerant, and respectful in all interactions with one another, including face-to-face interactions, e-mail, and telephone conversations. The use of language, tone, or gestures that are inappropriate or offensive is also unprofessional. These behaviors are not acceptable, and faculty and staff will address these problems as they arise either in class or on an individual basis. With respect to civility and social media, see guidelines found in **Appendix W**. *[Adopted from IUSM 6/16]*

Disorderly conduct that interferes with teaching, research, administration, or other University or University- authorized activity will not be tolerated and will be reported immediately to the Office of Education and Academic Affairs for disposition, which may result in disciplinary action, including possiblesuspension and/or expulsion from IUSD.

Civility on Websites Maintained on University Servers: See the **Technology** section of this Handbook.

PLAINTIFF'S PRODUCTION

## Clinic and Laboratory Policies

The IUSD Clinic Manual and Infection Control Manual should be consulted for the complete overview of clinical and laboratory policies and procedures. To access these manuals go to https://indiana.sharepoint.com/sites/dentnet-IUSDDocs and search under the IUSD Documents tab.

## Dress Code

As a representative of IUSD, every student is responsible for creating a favorable impression to support a positive image to our patients, families, and guests. For examples of unacceptable and appropriate dress, please see **Appendix K**, Dress Code Regulations. Personal appearance should create a feeling of confidence and respect through grooming and attire that is tasteful, neat, clean, and of appropriate size and length. Students should dress and accessorize in a manner that projects a professional image.

All students are required to be clean and maintain appropriate personal hygiene with regard to their body, hair, and nails. Clothes and work shoes need to be clean, neat, and in good repair. Jewelry must not interfere with student and/or patient safety or student ability to perform their duties.

Required clinic attire is described in the IUSD Clinic Manual. Generally, scrubs are to be worn and covered by a disposable gown when in the clinical settings. Additionally, students are to adhere to the dress code policies at the affiliate sites to which they are assigned. For more information on the standards applicable in the clinical settings, please refer to the IUSD Clinic Manual.

Students who do not project a professional image will be directed to leave the premises to change their attire. Repeated violations of this policy will be addressed by the Clinic Director and other appropriate administration.

## Equal Opportunity and Non-Discrimination/Sexual or Racial Harassment

IUPUI promotes and provides equal opportunity in education and training programs in accordance with our equal opportunity policies and other policies prohibiting sexual or racial harassment. (See the University Policy against Sexual Harassment.) For additional information or to submit a complaint, contact the Office of Equal Opportunity -- oeoiupui@iupui.edu; Lockefield Village Building, 980 Indiana Avenue, Room 4443; (317) 274-2306.

## Non-Retaliation and Whistleblower Policy

It is University policy to protect a student of the University community who makes a good faith disclosure of suspected wrongful conduct. Students are encouraged to disclose violations of law and serious breaches of conduct covered by University policy: http://policies.iu.edu/policies/categories/administration-operations/whistleblower/whistleblower.shtml. The policy protects students from retaliation by adverse academic or employment action taken within the University as a result of having in good faith disclosed wrongful conduct.

## Patient Confidentiality

All dental school students must comply with the Health Insurance Portability and Accountability Act (HIPAA), other federal and state regulations dealing with privacy as well as the IUSD policies addressing patient confidentiality. Students must read, understand, and follow the IUSD policies regarding patient confidentiality. Students who violate these policies will be subject to

PLAINTIFF'S PRODUCTION

disciplinary action within IUSD and may also be liable for civil or criminal penalties under federal and state laws.

When working with patient information, it is important to secure patient information at all times -- whether it be written, electronic, or spoken. IUSD requires that the appropriate safeguards are always in use. IU and IUSD approve the use of Microsoft OneDrive Health Accounts to store patient information that is being used outside of the patient's designated chart for educational purposes while attending IUSD. See **Appendix Y** for the IUSD Microsoft OneDrive Health Account request form.

## Plagiarism
Offering the work of someone else as one's own is plagiarism. Plagiarism is considered a form of academic misconduct. Materials taken from another source must be fully acknowledged and the author must be given proper credit. The language or ideas taken from another may range from isolated formulas, sentences, or paragraphs, to entire articles copied from books, periodicals, speeches, or the writings of others including other students. The offering of materials assembled or collected by others in the form of projects or collections without acknowledgment is also considered plagiarism. The IU School of Education's "How to Recognize Plagiarism" is an online tutorial that can help a student properly acknowledge the contributions of others' works. This tutorial can be accessed at http://www.indiana.edu/~istd/.

## Safety and Infection Control
Specific infection control procedures to prevent the spread of disease agents must be followed during patient appointments and when handling contaminated items. These procedures as well as related policies are found in the IUSD Infection Control Manual (ICM). Students are expected to read, understand, and follow all guidelines outlined in the ICM.

## Sexual Misconduct/Violence
Sexual misconduct, which includes sexual assault and other forms of sexual violence, including dating violence, domestic violence, and stalking, is not tolerated on any campus of Indiana University. IU's "Stop Sexual Violence" website contains resources for those who have witnessed or experienced any form of sexual misconduct. In an emergency, call 9-1-1.

## Smoking, Drugs and Alcohol
Tobacco use or sale, including, but not limited to smoking, is prohibited on the IUPUI campus. The IUPUI policy can be found at https://policies.iu.edu/policies/ps-04-tobacco-free/index.html. The unlawful manufacture, distribution, and dispensation, possession, or use of illicit drugs and alcohol, including controlled substances is prohibited on University property or in the course of a University activity. Failure to comply may result in possible penalties under federal and state law and is cause for discipline up to and including dismissal from school.

## Testing Policy
IUSD has a policy requiring all students to sign the IUSD Code of Professional Conduct (also referred to as the IUSD Honor Code). Students are required to self-regulate testing environments by reporting any academic misconduct. All electronic devices must be silenced and stowed in a secure location (not on the student's person) during laboratory and written examinations except as otherwise permitted by the course faculty. The IUSD testing policy can be found in **Appendix L**.

PLAINTIFF'S PRODUCTION

## Threatening Behavior and Violence

IU, IUPUI, and IUSD strive to maintain a safe environment. Accordingly, threatening behavior and violence will not be tolerated. In case of an actual or imminent act or threat of violent behavior on the IUPUI campus, call 9-1-1 immediately when you notice an incident occurring, and the IUPUI Police at 317-274-2058. The Behavioral Consultation Team (BCT) provides consultation, makes recommendations for action, and coordinates campus resources in response to reports of disruptive or concerning behavior displayed by students, staff, or faculty. For details, please contact the BCT at their website http://bct.iupui.edu.

## Weapons Policy

IU's Policy on Possession of Firearms and Weapons prohibits students from possession of firearms (regardless of any permit to carry) or other items deemed to be a dangerous article or substance while on University property as defined in the policy. Guns may not be kept in vehicles when visiting campus. The policy can be found at https://policies.iu.edu/policies/ps-03-firearms-weapons/index.html.

# FEES/TUITION/FINANCIAL AID

## Tuition and Fees

Enrollment in IUSD cannot be considered final until the student has been officially registered and paid the required tuition and fees by the deadlines established by the IUPUI Office of the Bursar. The IUPUI Office of the Bursar (https://inbursar.iupui.edu/ofs/) offers information regarding payment methods, billing deadlines, and payment procedures.

The Office of Education and Academic Affairs block enrolls students each semester. Enrollment cannot befinalized until all previously incurred fees have been paid and students are compliant with IUSDand IU policies regarding health insurance and immunizations. For more information on insurance and immunizations, see the Health and Safety section of this handbook.

The Board of Trustees of Indiana University has established a late enrollment fee for students whose registration and financial obligations are not complete by the scheduled date. The Office of the Bursar also assesses monthly late fees on overdue balances.

Students who are not officially enrolled may not attend classes, participate in laboratories, or treat patients.

## Instruments

Students are required to make a substantial investment in instruments. All students are required to purchase the designated instruments as a complete set in its entirety. In addition to instruments purchased by students, a rental fee is charged for use of IUSD instruments in the laboratories and the clinics. The fee is payable each semester and is based on the cost to IUSD to provide this service. Instrument purchase and rental fees are divided between the fall and spring semester. **Students are responsible for the security of their instruments and equipment. Students should record their instrument serial numbers for future reference if they are misplaced.**

## Financial Aid

Information on financial aid is sent to all incoming students upon their provisional acceptance to the DDS program. Current information can be found on the IUSD website: https://dentistry.iu.edu/admissions/cost-financial-aid/index.html. A representative from the IUPUI Office of Student Financial Services meets with first-year dental students during orientation, is

PLAINTIFF'S PRODUCTION

routinely available for counseling appointments at IUSD, and is accessible through email at dentaid@iupui.edu. If it is necessary for a student to obtain a credit-based loan, students are encouraged to have their financial affairs in order before enrolling at IUSD.

## Scholarships
IUSD awards donor-funded scholarships each fall semester; criteria vary contingent upon donor intent. Students must submit an application to the Office of Student Affairs and Admissions to be considered for these scholarships. The Office of Student Affairs and Admissions will notify students regarding scholarship application deadlines.

## Employment
Students must recognize that the curriculum is extremely rigorous and employment for students is generally not encouraged. Students who seek employment must realize that employment will affect their available time for study. A student who chooses to work will not receive special consideration by the Progress Committee should he/she fail to meet minimum academic and/or professional standards.

Periodically, departments within IUSD or elsewhere on the Indianapolis campus have jobs available for which students may qualify. Employment is ordinarily arranged directly with the department chair and the employee is paid on an hourly basis. All students employed by IUSD are expected to abide by University and IUSD employment policies and procedures.

## Work Study
The Federal Work-Study Program provides employment opportunities for students who demonstrate financial need based on the Free Application for Federal Student Aid (FAFSA). Funding is limited and initial contact should be made through the Office of Student Financial Services (https://studentcentral.iupui.edu/funding/index.html).

## Student Teaching Appointments and Employment
Students are occasionally invited to serve as teaching assistants in preclinical technique or basic science laboratories or dental auxiliary courses. Although this is a valuable and prestigious opportunity, it is also very time consuming. All students employed by IUSD are expected to abide by University and IUSD employment policies and procedures. DDS students must have a cumulative and most recent semester GPA of 2.8 or above, be in the upper 2/3 of their class in clinical progress and obtain the approval of the Senior Associate Dean for Academic Programs or Assistant Dean for Academic Programs for eligibility to serve as teaching assistants. Third- and fourth- year dental students must also obtain the approval of their comprehensive care clinic directors. The IUSD Human Resources Office will verify GPA and clinical rank before teaching appointments are approved. *[Source: OAP, OCA, and HR 5/12/15]* *[Reviewed 5/13/16]*

# HEALTH AND SAFETY

## Campus Police and Safety Escort
IUSD is committed to maintaining a safe educational environment. The Campus Police contact number is (317) 274-7911. Personal safety escorts may be obtained to escort you anywhere on

PLAINTIFF'S PRODUCTION

campus 24/7. If you feel unsafe, call to request a Safewalk escort: (317) 274-7233 (SAFE) by calling the police/security agency for the property from which the escort is being requested:

| | |
|---|---|
| Richard L. Roudebush VA Medical Center Police Department | (317) 988-2431 or (317) 988-2200 |
| Eskenazi Hospital Security | (317) 880-7071 |
| Indiana University Hospital Security | (317) 944-8000 |
| Riley Hospital Security | (317) 944-8000 |
| IUPUI buildings or parking lots | (317) 274-SAFE (7233) |

## Security Alert Notifications (IU Notify)

Register at IU NOTIFY in One.IU for notification about IU Indianapolis emergency alerts by phone, text, or email. A student may choose more than one campus if they want to receive other notifications.

## Commitment to Student Welfare

The following was issued by Indiana University on April 11, 2014: To address the unacceptable incidence of sexual assault and similar crimes on college campuses, Indiana University is committed:

- To take vigorous steps to prevent sexual assault and similar crimes through education and training, including education on the effects of alcohol on the issue of consent;
- To help build in our community a robust culture that rejects such conduct and associated behaviors;
- To encourage bystanders to intervene to avoid a sexual assault from occurring or to report such crimes to University officials or local authorities, and to fully account for such reports under federal law;
- To support victims with full information about available resources, to assist victims in accessing resources, and at all times to exhibit personal care and concern to victims;
- To investigate thoroughly and objectively all reports of sexual assault and other crimes, and to cooperate fully with local law enforcement and prosecutors;
- To conduct University proceedings arising from sexual assault and other crimes with the highest degree of professionalism, assuring fairness and dignity to all participants.

## Criminal Background Checks

All DDS students will interact with children in clinics and potentially during class projects, community outreach, and research projects. It is University policy that all students interacting with children have a criminal background check and sex offender registry check. IUSD implements this University policy by requiring a background check upon matriculation, which must be maintained throughout the student's dental education. The details of the administration of the background checks and monitoring of the policy are subject to change. For more information: https://protect.iu.edu/police-safety/policies/programs-children/background-checks.html.

## Disabilities Accommodation Policy

Indiana University policy prohibits discrimination in educational programs against qualified individuals with disabilities subject to DDS students meeting the Technical Standards for Admission and Retention. See **Appendix M** to this Handbook regarding procedures and documentation requirements. For additional information, students should consult the Adaptive Educational Services website at http://aes.iupui.edu/.

PLAINTIFF'S PRODUCTION

## Health Services for Students

IUPUI Campus Health Services, located in Coleman Hall, Room CF 100, and Campus Center CE 213, offers limited health services for all full-time students at IUPUI and is open Monday through Friday. Immunizations are provided on a fee-for-service basis. When using IUPUI Campus Health Services, those students not on the IUSD school- sponsored or University-approved alternative health insurance plan (see section on Health Insurance in this handbook) must pay prior to being treated and submit the documentation to their insurance companies for reimbursement. Students should contact their health insurance carrier provider prior to treatment. Clinic hours, available services, and other information are available at https://studentaffairs.iupui.edu/health/medical/index.html.

## Student Emergency Medical Care

Emergency medical attention is available at Eskenazi Hospital (the Main Campus address is 720 Eskenazi Ave; (317) 880-0000). Limited and emergency outpatient care is available from IUPUI Campus Health Services for students who are injured during their educational activities. More information is available at https://studentaffairs.iupui.edu/health/medical/index.html.

## Counseling and Psychological Services Center

The IUPUI Counseling and Psychological Service Center (CAPS) have professional staff available to provide individual or group counseling. CAPS provides direct professional psychological services, including crisis response, counseling, assessment, and referrals that are accessible to, and provide for, the general well-being of all IUPUI students. CAPS is located in Suite 220 in the Walker Plaza, 719 Indiana Avenue and can be contacted at (317) 274- 2548 or via capsindy@iupui.edu or their website at https://studentaffairs.iupui.edu/health/counseling-psychological/index.html.

In the event of a medical and/or mental health emergency, contact 911 or the following 24-hour crisis resources:
- Crisis and Suicide Hotline: (317) 251-7575
- Midtown Community Mental Health Center (317) 630-8485
- Aspire Indiana Behavioral Health System 24-Hour Crisis Line: (800) 560-4038
- National Helpline: 1-800-2
- Crisis Text Line: 741741

## Dental Care for IUSD Students and Family Members

IUSD provides financial courtesy and discounts for specific services provided to full-time pre-doctoral students of IUSD as defined in IUSD policy. IUSD also extends a limited financial courtesy to family members of full-time students enrolled in the pre-doctoral program according to IUSD policy. Read the Student Access and Fees for Dental Care Policy in **Appendix N** and the Limited Financial Courtesy for Family Members of Full-time Students in **Appendix O**.

# COMPLIANCE: IMMUNIZATIONS, CREDENTIALS AND IU CREDENTIAL TRACKER (ICT)

## Immunizations

All entering dental students must provide proof of required immunizations and screenings to the IUPUI Registrar through One.IU and by going to Med+Proctor Immunization and IUPUI Campus Health. IUPUI Campus Health provides a schedule of the required immunizations and

PLAINTIFF'S PRODUCTION

screenings during the matriculation intake process that includes tetanus, rubella, rubeola, mumps, tuberculosis, and hepatitis B. Proof of immunity to varicella and proof of TDaP vaccine are also required. Matriculating students are required to have a tuberculosis (TB) test. IUPUI Campus Health provides an update of compliance dates to IUSD for tracking purposes.

To help ensure the safety of all persons who operate within, or visit IUSD, an annual flu vaccine is required for all enrolled IUSD students. Compliance must be met by the annual deadline set by the institution. Religious exemptions are considered temporary, and will be considered on an individual basis, annually. Medical exemptions, temporary or permanent, will be granted for those who have an approved exemption through IUPUI Campus Health. Changes in vaccine technology may impact medical exemptions.

Students are required to coordinate compliance of their immunizations status, including exemption requests, with IUPUI Campus Health Services, Room CF 100 in Coleman Hall and CE 213 in the Campus Center.Suspension from didactic classes and/or clinical activities may occur if students are not 100% immunizations compliant.

## Credentials
In order to be in credentials compliance, students must also complete Basic Life Support Certification (CPR), through the American Heart Association the BLS Provider Course card is the only one accepted at the hospitals and allows IUSD to rotate through their clinics (See samples below), annual Bloodborne Pathogens Training, and MyStudentBody Training.




## IU Credential Tracker (ICT)
IU Credential Tracker (ICT) is a web-based digital tracking system used by IUSD to monitor and enforce compliance for credentials and immunizations requirements for all enrolled IUSD students, faculty, and staff. To access ICT, go to https://indiana.sharepoint.com/sites/dentnet, click on the ICT button. Log in requires University credentials.

PLAINTIFF'S PRODUCTION

**Wellness Services**
IUPUI offers a variety of wellness services to students, including health and wellness coaching, sexual health education, addiction recovery support and fitness activities: https://studentaffairs.iupui.edu/health/index.html. Other wellness resources on campus include NIFS, the IU Natatorium, and the IUPUI Walking Trail.

IUSD provides a weekly mindful meditation session that utilizes mindful breathing and meditation techniques to reduce stress. The IUSD chapter of the American Student Dental Association (ASDA) leads Health and Wellness weeks throughout the academic year. For information regarding the wellness space for lactating parents, please contact the Office of Student Affairs & Admissions (iusdss@iu.edu) to obtain the room number and access information. Additional Wellness Rooms for Lactating Parents on the IUPUI campus can be found at https://healthy.iu.edu/worklife/lactation-support/iupui-wellness-rooms.html.

## INSURANCE

**Health Insurance**
All students, without exception, are required to carry health insurance while enrolled at IUSD. Students will not be allowed to participate in any school activity without documentation of current adequate health insurance.

**Option 1**
Students will be enrolled automatically in the Professional Student Plan sponsored by Indiana University. Details of the benefits will be presented during orientation in the D1 year. Students will be billed for coverage by the IUPUI Office of the Bursar. Indiana University Human Resources/Benefits (IUHR/B) directs the automatic enrollment. All communications are conducted between the student and IUHR/B. Students should contact the Student Insurance Coordinator at studenhc@iu.edu with any questions.

**Option 2**
Students may be eligible or elect coverage under a plan other than the Professional Student Plan (for example, fellowship, scholarship, or grant, international or private insurance). If so, the student must submit a waiver form indicating nonparticipation in the Professional Student Plan no later than the waiver deadline. Students with questions about the waiver requirements should contact the Student Insurance Coordinator at studenhc@iu.edu.

For information about health insurance, please visit: http://hr.iu.edu/benefits/students.html. *[Reviewed and Modified 5/16/16]*

**Disability/Life Insurance**
ADA-sponsored Student Disability and Life Insurance Plans are available for student ASDA members. To obtain benefits, students **MUST** opt into the plan. For more information, visit https://www.insurance.ada.org/ada- insurance-plans/student-disability-insurance.aspx, call 800-568-2001, or e-mail ada@greatwest.com.

PLAINTIFF'S PRODUCTION

**Malpractice Insurance**
All students registered with the University for the relevant term/semester are covered by dental school malpractice insurance while engaged in any required clinical coursework. Indiana University is insured by the Old Crescent Insurance Company, a single-parent captive insurance company of Indiana University. School of Dentistry students participate in the Indiana Patient Compensation Fund. School malpractice insurance coverage is limited to registered students enrolled in approved clinical coursework required for degree completion. Guest students from other dental schools pursuing one or more clinical rotations at Indiana University cannot be covered under Indiana University's malpractice insurance and must carry appropriate malpractice coverage through their home institution or through their own purchase. IUSD students who participate in an externship at an institution other than IUSD must obtain their own malpractice coverage for that activity.

**Malpractice Coverage for the Clinical Licensure Examination**
The Commission on Dental Competency Assessments (CDCA) has a blanket malpractice insurance policy that covers all dental candidates and their assistants for all ADEX Examinations. Therefore, candidates and/or their assistants are not required to obtain additional limited liability insurance. It is the responsibility of the student who elects to take other clinical licensure examinations to check with the testing agency requirements with regard to malpractice coverage. *[Reviewed and Modified by Clinical Affairs 4/18/19]*

# STUDENT ORGANIZATIONS AND GOVERNANCE

Students are encouraged to participate in IUSD and IUPUI student organizations, which provide opportunities for professional and social exchange and development. Students in the lower third of their class in clinical achievement or who are not in good academic standing are not eligible to serve on an IUSD committee or represent IUSD at a local or national meeting.

**Professional Organizations – ASDA/ADA/IDA**
Upon enrollment into the DDS Program, students become members in the American Student Dental Association (ASDA), the American Dental Association (ADA), and the Indiana Dental Association (IDA). Professional journals published by the organizations are mailed to student members. Students are encouraged to participate in the activities of organized dentistry to promote their professional development. For more information about ASDA/ADA/IDA, visit www.asdanet.org, www.ada.org, and www.indental.org.

**Student Organization Registration**
All student organizations must be registered with IUPUI through The Spot (formerly known as The Den) which is the official IUPUI student organization management body. See **Appendix U** for a list of IUPUI-registered IUSD student organizations.

In addition, student organizations must abide by IU policies regarding student organizations: https://policies.iu.edu/policies/stu-01-student-organizations/index.html.

**Guest Speakers and Vendors**
The approval process for outside speaker and vendor requests, including room reservations, begins by submitting the event to IUPUI's The Spot for approval (e.g. Lunch and Learn, fundraising events). This process includes submitting the PowerPoint presentation to the Office of Student Affairs and Admissions for content approval. Guest speakers are expected to present for

PLAINTIFF'S PRODUCTION                    32

educational purposes only and **not for personal or organizational gain**. *[Source: OAP and IUSD Office of Continuing Education 5/15/15]* Any event must follow IU policy and Indiana state law.

## Student Group Announcements and Meeting Locations
Student groups that meet in the dental school (including after hours) must obtain approval from the Director of Student Services. Additionally, all room reservations for student events must be coordinated through the Office of Student Affairs and Admissions. Please email iusdoap@iu.edu to request more information about room reservations.

Posters, announcements, or flyers describing student group meetings or events must be approved by the Office of Education and Academic Affairs prior to posting. Posting of flyers is permitted in the Student Lounge only. In addition, students may coordinate digital advertisement of meetings or events with Dental Illustrations. More information on the policies for student organizations and activities can be found on the website for the IUPUI Division of Student Affairs at https://policies.iu.edu/policies/stu-01-student-organizations/index.html. *[Source: OAP 5/12/15]*

## Fundraising for Student Groups
Student groups hold fundraisers to generate resources for class activities. All fundraising efforts must be approved prior to the fundraising event by the Director of Student Services (**Appendix T**). Any use of IU- or IUSD-copyrighted phrases or logos must receive approval from the Director of Public Relations and Marketing in the Office of Communications and Media Relations. Unlicensed vendors who sell merchandise with "Indiana University" or other copyrighted logos ("IU" for example) to student groups may be subject to prosecution by the University. In addition, University policy forbids the sale of food items that have not been prepared in a commercially licensed kitchen.

Classes or student groups that wish to engage entities external to IUSD (e.g., commercial dental labs, dental suppliers, individual or group private practitioners, professional organizations, etc.) for fundraising events must seek approval from the Office of Education and Academic Affairs.

## IUPUI Graduate and Professional Student Government
The IUPUI Graduate and Professional Student Government (GPSG) is the governance body for graduate and professional students on campus. Each school has two representatives elected to the GPSG. IUSD elects one DDS and one post-doctoral student representative, one DDS and one post-doctoral student alternate. Each representative must attend two-thirds of the meetings in order for IUSD students to qualify for GPSG grant funds. *[Source: Student Leadership 5/14/15]*

## IUSD Student Class Election Policy
Each class elects, at a minimum, the following: President, Vice President, Treasurer, Secretary, and Webmaster. Each class is considered an independent group of students with or without formal status at the campus level and each class may impose its own rules and regulation on its members. All class elections must be monitored and mediated by the Student Professionalism and Ethics Association (SPEA) according to the outlined process. Any elections falling outside the normal election time frame still require SPEA oversight and approval (e.g., IDP). Failure to abide by the election policy as outlined in SPEA's Bylaws will be considered a violation of IUSD's Code of Conduct (see **Appendix J**).

PLAINTIFF'S PRODUCTION

Class elections will be conducted the week following spring break. SPEA will contact the executive board of each class by the first Friday in March to request a date and time to hold elections. Each class will be notified of the election's confirmed time, date, and location before spring break. Elections for the new D1 class will occur during their summer semester, no sooner than the 3rd full week of classes.

One or more SPEA member(s) will be appointed to oversee class elections for each class (D1, D2, and D3). The SPEA member(s) appointed will not oversee his or her own class's elections, and SPEA members with personal ties to another class (siblings, spouses, etc.) will not be permitted to assist in those elections. The full election process, rules, and position descriptions can be found in <u>SPEA's Bylaws</u>.

## IUSD Professional Conduct Committee (PCC)
D3 and D4 students are selected as members of the Professional Conduct Committee (PCC). The PCC provides students the opportunity for peer review of reported incidents of alleged violations of the IUSD Professional Code of Conduct. The DDS members of the PCC include one student from the third-year dental class elected as a member at the time of election of class officers, one student from the fourth-year dental class elected as a member at the time of the election of class officers, and one alternate student member elected from the fourth year dental class by their class to serve a one-year term. See **Appendix J**. *[Faculty Constitution and Bylaws – Revision Date 5/16]*

## Student Group Websites and Social Media Accounts
Students are encouraged to use electronic means of communication with other IUSD students, staff, and faculty. Many classes and student groups establish their own websites and Facebook pages and use other social media outlets to communicate. Students who elect to establish a class website must consult with the IUSD Information and Technology staff and abide by IU, IUPUI and IUSD policies (see Copyrighted Materials/Reproducing Faculty Materials section in these Guidelines), and Social Media Guidelines (**Appendix V**).

## Student Travel
Students traveling in any capacity on behalf of the school or its organizations must first get approval from their course directors and then the Office of Student Affairs and Admissions through submission of the required Student Travel Form (see **Appendix Q-3**). All activities involvingIU students studying or traveling abroad with institutional assistance must be approved by the Office of Overseas Study. Visit their website at <u>http://overseas.iu.edu/</u>.

All students who travel overnight on IUSD-related trips within the U.S. must report their: hotel information (including room number after the trip) to the Office of Student Affairs and Admissions in order tocomply with the Clery Act. This federal law is enforced by the U.S. Department of Education.
The IUPUI Office of International Affairs manages Clery Act reporting for international trips.

A limited number of IUSD-funded grants may be available during the IUSD academic year to supplement student travel for national conferences or other travel opportunities that benefit the student, IUSD departments, student organizations or the school. These grants will cover only the cost of the conference registration fee, hotel accommodations and air travel to the airport near the conference site. Students are required to make arrangements to share hotel rooms to minimize the overall cost of the accommodations. The Office of Education and Academic Affairs will

PLAINTIFF'S PRODUCTION

administer the travel support-funded grants, which will not exceed $1,000 per trip. Any costs above $1,000 must be supplemented by the recipient, the student organization, or the sponsoring department. If travel costs are less than the travel support-funded grant limit of $1,000, only the actual approved expenditures will be reimbursed. There will be no refund to the recipient of funds that do not meet the $1,000 threshold. (See **Appendix Q-4**).

To obtain one of the grants, the Travel Support Application (**Appendix Q-4**) must be submitted to the Office of Education and Academic Affairs at least thirty (30) days prior to the start of the conference;sooner if possible to achieve maximum advantage for travel arrangements.

### The American Dental Interfraternity Council
This American Dental Interfraternity Council is the supervisory body that directs activities of the four professional fraternities, two of which are represented on campus. Delta Sigma Delta and Alpha Omega both have active chapters. Many dental students pledge membership to one of these organizations.

### Dental Honor Society
Omicron Kappa Upsilon (OKU) is a dental honorary society to which a percentage of the fourth-year dental students are elected. Scholarship and professionalism are the primary qualifications for selection. OKU provides scholarships and various awards to deserving dental students (D1-D4) based on OKU guidelines.

## STUDENT RECORDS

Student academic records are maintained by the Office of Education and Academic Affairs. Business hoursare Monday – Friday, 8 AM to 5 PM. The Family Educational Rights and Privacy Act (FERPA) guidelines are found in **Appendix R**. Any student who wishes to request a release of information must submit the "General Authorization to Release Student Information" form located in **Appendix R** to the Office of Education and Academic Affairs. Specific details regarding the use and maintenance of student records can be found in the University's Student Rights under FERPA Policy at https://policies.iu.edu/policies/usss-05-release-student-information/index.html.

### Student Name Change
A student's primary name reflected in the IU Student Information System (SIS) is the legal name recognized by the federal government and the State of Indiana. This name is also reflected on all official academic records, such as transcripts and diplomas. The IUPUI Office of the Registrar maintains the primary name and address for all students.

Students whose names have been legally changed or require editing must:
1. File a Request for Change of Name with the IUPUI Office of the Registrar. Legal documentation, such as a copy of a social security card, marriage certificate, or official court document, is required to support the name change. Once processed, this name change will be reflected on the student's official academic record. More information on name changes can be found on the IUPUI website at https://studentcentral.iupui.edu/personal- information/update-your-information/name.html.
2. After completing a name change with the IUPUI Office of the Registrar, students must submit an IUSD Name Change Form to the Office of Student Affairs and Admissions (**Appendix X**).

PLAINTIFF'S PRODUCTION

## STUDENT SUPPORT & SERVICES

### Building Security
Normal IUSD facility hours are 7:00 AM – 6:00 PM, Monday through Friday. It is possible that events will cause exterior doors to be open outside these hours, but it is not the norm. If the Crimson Card does not allow access, go to the Dental Store Window in the IUSD basement or email IN-DENT-SERVSUP@exchange.iu.edu. Include First/Last Name, UID, and Card Number.

Please note the signs on the walls for evacuation and tornado "shelter-in-place." For non-dental-related emergencies during off-hours:
- Police/Fire Dispatch: 317-274-7911
- Facility related: 317-278-1900 – Students will need to identify the type of emergency and the location.

### Campus Housing
Assistance in locating campus housing is available through the Office of Housing and Residence Life at IUPUI. For information on types of housing available and how to apply for housing, please see the website at http://studentaffairs.iupui.edu/housing/.

### Career Placement
IUSD utilizes the Indiana University digital job board, Handshake, managed by the Office of Student Affairs and Admissions to help IUSD students and alumni search for or place job opportunities and network with other oral healthcare professionals. (https://iupui.joinhandshake.com/login)

### Crimson Card
All IUSD students must have a Crimson Card, IU's official photo ID, which can be acquired from One Card Services located in Suite 217 of the IUPUI Campus Center. You can reach Crimson Card phone support 24/7 at 317-274-0400. The office hours are Monday-Friday, 8 AM –5PM. To manage your Crimson Card, go to https://crimsoncard.iu.edu. If the Crimson Card does not allow IUSD building access, go to the Dental Store Window in the IUSD basement or email IN-DENT-SERVSUP@exchange.iu.edu. Include First/Last Name, UID, and Card Number.

### Dental Store Window and Fees
The Dental Store Window is located in the basement and is open Monday through Friday, 8:30 AM – 4:30 PM. The Store sells a multitude of instruments, products, and supplies used by DDS students as they progress through their programs. All sales are final; there are no returns. Teeth can be traded after purchase, but not returned. Students are not allowed in the Store area, only at the window. Facilities issues can be reported at the Dental Store Window, or in Room B19.

If a student is withdrawn in the middle of the year (at the end of the fall semester), that student, in the next year of attendance, will be responsible for paying:
1. The fee for consumable items issued in the fall and spring semesters of the current academic year.
2. The fee for any durable items issued in the prior year that was not yet paid for by the student.
3. Any new durables added to the instrument issue for the current year.

PLAINTIFF'S PRODUCTION

AxiUm - Patient Cases
- Payment must be applied (stop by the cashier to verify) – bleaching kits, gold, denture teeth
- Patient's chart must be "in process"; not planned (must have been swiped/approved by the instructor)

The instrument fees consist of durable and consumable goods. Should a student need to repeat a year, he/she will need to repurchase the entire consumables list and any new durables added to the issue for that respective year as identified by the faculty.

## Faculty Liaisons

Each D1 and D2 class is assigned faculty liaisons to serve as advocates for the class and to help direct any student issues that might arise to the appropriate source for resolution. Such issues include, but are not limited to, early identification and resolution of problems that might impede academic and/or professional progress (e.g., academic problems, professional misconduct, conflicts with faculty members or staff, and personal problems).

The Senior Associate Dean for Education and Academic Affairs, Director of Student Services, and Assistant Dean for Diversity and Student Success areavailable for student counseling. The clinic directors for D3 and D4 classes serve as student liaisons in a similar fashion.

## IUPUI Student Advocacy and Support

The IUPUI Student Advocacy and Support division helps students solve problems by offering objective consultation, promoting self-advocacy, and providing information on campus and community resources. Any student, parent, faculty, or staff member with a student-related question, complaint, conflict, or general concern should feel free to contact the division. Some of the typical issues covered are complaints, financial aid, clarifying University policies and procedures, conflict mediation, community referrals, campus referrals, and off-campus housing resources. The IUPUI Student Advocate office is located in the Campus Center, Suite CE 270 (317) 274-4431 (stuadvoc@iupui.edu). For more information, go to https://studentaffairs.iupui.edu/advocacy-resources/index.html help/index.html.

## IUSD Library and Services

Indiana University School of Dentistry Library (https://www.dentistry.iu.edu/library) provides materials and services to support the teaching, research, patient care, and community outreach activities of faculty, staff, and students. Reserve study space at University Library at https://iupui.libcal.com/reserve/spaces/dentstudy.

IUSD library hours are as follows:
Monday –Friday: 7:30 AM - 4:30 PM*

*NOTE: IUSD building hours are 7 AM to 6 PM. Library visitors without an IUPUI Crimson Card will not be able to access the building after 6 PM.*

The library provides support for students doing research including help with general research, searching the literature, organizing resources using citation manager software and more. Students have access to online tutorials and regular workshops on a variety of subjects.

PLAINTIFF'S PRODUCTION

Students should not hesitate to contact the library to arrange for an individualized appointment when they need assistance.

As part of the Indiana University Library System, the IU School of Dentistry Library collections are included in the system-wide catalog, IUCAT. IUCAT contains the collections of all the IU libraries, including the Indiana University School of Medicine Ruth Lilly Medical Library, the Robert H. McKinney School of Law Ruth Lilly Law Library, and the IUPUI University Library, all of which are conveniently located on the IUPUI campus. Items from other IU libraries can be requested through IUCAT to be delivered to the IUSD library.

In addition to the IUCAT online catalog, students have access to a number of subject specific databases and full- text electronic resources. The National Library of Medicine Medline biomedical literature database, which includes coverage of dental journal literature, is available as PubMed as well as versions of Medline. Other selected available databases include Cochrane Library (Database of Systematic Reviews), Lexi-comp Online for Dentistry (pharmaceutical database), Micromedex Pharmacological Database, Pharmacology World, OVID, and Web of Science. Access to full-text book and journal resources are available through providers such as Access Medicine, Stat!Ref, MD Consult, SciVerse ScienceDirect, Wiley Online Library, and Journals@OVID.

There are computers as well as printing facilities in the library. Wireless is available campus wide, including the library. Access to most electronic resources is available off-campus through proxy servers or VPN. In addition to the collection of print and electronic books and journals, the library has diverse media collections including video and audio recordings. The library also maintains archives and special collections of historically important works related to dentistry and IUSD.

For items not held in the library, articles and books can be ordered through interlibrary loan (ILL). This allows access to virtually any book or article not already held by the library. https://ill.ulib.iupui.edu/ILLiad/IUD/Logon.html *[Source: Library Services 5/12/15, [Reviewed and Modified 4/8/16]*

Please see the following websites for more information:
- IU School of Dentistry Library: https://www.dentistry.iu.edu/library/
- Ruth Lilly Medical Library: http://library.medicine.iu.edu/
- University Library: http://www.ulib.iupui.edu/
- Ruth Lilly Law Library: http://mckinneylaw.iu.edu/library/
- Herron School of Art Library: http://www.ulib.iupui.edu/herron/

## Key Requests
Keys for the bench lab, simulation lab, and mailboxes are issued at the Dental Store Window located in the IUSD basement.

## Lockers and Mailboxes
Students are issued lockers and mailboxes in August (D1) or August (D2-D3-D4). Students must use only the lockers they are issued. The first lock is provided to the student. The combinations of the locks are NOT kept on record. If the combination is lost or forgotten, the student may ask IUSD facilities staff to cut the lock off the locker. The student is responsible forreplacing the lock. Replacement locks are sold at the Dental Store Window or the student maypurchase

PLAINTIFF'S PRODUCTION

his/her own from an outside source. Students should not place locks on any locker they assume to be available.

## Lost and Found
In the event that instruments, clothing, textbooks, or other items are found, they can be turned into the Dental Store Window in the IUSD basement. It is important for students to record their instruments' serial numbers for future reference if they are misplaced in order to allow for proper recovery by the owner.

## Maintenance: Facility or Dental Equipment
Maintenance problems can be reported at the Dental Store Window Monday through Friday, 8:30 AM – 4:30 PM, or by emailing IN-DENT-SERVSUP@exchange.iu.edu. Examples include a sink that does not drain a hand piece that no longer works or a broken lecture hall seat.

For non-dental-related emergencies during off-hours:
- Police/Fire Dispatch: 317-274-7911
- Facility related: 317-278-1900 – You will need to identify the type of emergency and the location.

## Parking
Students must pay for parking privileges on the IUPUI campus. Information, including the fee schedule, can be found on the website of the IUPUI Parking and Transportation Services at https://www.parking.iupui.edu/. Student lots are easily recognized by coded parking signs. Students may NOT park in any areas that are not specified as being open to students. If a student accumulates multiple unpaid parking tickets, the campus parking services reserves the right to tow his/her car without warning. The student is responsible for paying parking tickets immediately. Any student who has outstanding parking tickets will not receive his/her diploma until all financial obligations to the University are met. Parking and Transportation Services is located at 1004 West Vermont Street; Telephone (317) 274-4232; Monday – Friday, 8 AM – 5 PM; permits@iupui.edu.

Complimentary Vehicle Assistance is available through J.A.G. Vehicle Services program Monday- Friday from 8 AM – 10 PM. Call (317) 274-4232 if you are in need of a jump-start, air for tires, or assistance getting fuel.

## Preclinical Laboratory

Normal laboratory hours are as follows:
- Monday - Thursday: 7:30 AM - 9:00 PM Friday: 7:30 AM - 5:00 PM
- Saturday: Closed
- Sunday: 12:00 PM - 5:00 PM

If extended lab hours are required, the request needs to be emailed to the Lab Tech from the Class President of the requesting student's class. It is the Class President's responsibility to evaluate the necessity of the request.

PLAINTIFF'S PRODUCTION

There are several rules applicable to the use of the preclinical laboratory. The following is a sample of the rules:
- No food or drink is allowed in the lab.
- Students are to use the materials provided in their instrument issue (each student is given enough to complete their assignments); when depleted, the student will need to purchase additional or replacement materials from Dental Store Window.
- Laboratory attire must adhere to the school dress code to better ensure student safety. Failure to adhere to the dress code could result in being asked to leave the lab. [Source: Facility Operations 5/15/15]
- Safety glasses are required to be worn at all times in the SIM, wet, and bench laboratories. These laboratories are classified as Class-3 laboratories by IUPUI Environmental Health & Safety.
- A flame is not to be left unattended; if there is a need to leave the bench, turn off the flame.
- Clean up after yourself; leave the area in better condition than you found it. All students must clean up after themselves.
- See the Lab Tech/Faculty/TA if assistance is required.

## University and Community Resources
The following link is a guide to the IUPUI campus and housing options: http://housing.iupui.edu/.

# TECHNOLOGY (Computers, Mobile Phones, Email and Websites)

## IT Services
IUSD works with Health Technology Services (HTS), a unit within the University Information Technology Services (UITS), in providing assistance with encryption, lost devices, password changes, and the IU Knowledge Base. To obtain further information on the services provided by HTS, visit their website at https://uits.iu.edu/healthcare-it. HTS provides both onsite and remote technology support.

## Campus Technology Policies
Computers play many roles at IUSD and are an important part of dental education. The Indiana University IT Security Office (ITSO) and IT Policy Office (ITPO) have established policies to govern various facets of how information technology resources are utilized by University students. Students should consult the following policies and website links for further information:
- Computer Users' Privileges and Responsibilities: http://kb.iu.edu/data/begk.html.
- Security of IT Resources: http://policies.iu.edu/policies/categories/information-it/it/IT-12.shtml
- Mobile Device Security Standard: https://protect.iu.edu/online-safety/policies/it121.html
- Appropriate Use of IT Resources: http://policies.iu.edu/policies/categories/information-it/it/IT-01.shtml
- Misuse and Abuse of IT Resources: https://policies.iu.edu/policies/it-02-misuse-abuse-it-resources/index.html

PLAINTIFF'S PRODUCTION

- Eligibility to Use Indiana University IT Resources: https://protect.iu.edu/online-safety/policies/index.html
- Privacy of Electronic Information and Information Technology Resources: https://protect.iu.edu/online- safety/program/safeguards/human-resources.html
- Excessive Use of IT Resources: http://policies.iu.edu/policies/categories/information-it/it/IT-11.shtml

## Civility on Websites Maintained on University Servers

Material that violates University discrimination policies and commitment to civility may not be included on websites established and maintained by students on University servers, whether it is a class site or a personal site. Examples include profane, derogatory, or inflammatory comments referring to gender, sexual preference, race, religion, culture, or ethnicity. Such comments could be considered offensive to viewers of the web page and are contrary to the University's commitment to civility as well as the IUSD Code of Professional Conduct.

## Copyrighted Materials/Reproducing Faculty Materials

Physical materials generated by faculty for instructional use in a course may be considered the intellectual property of the faculty member and/or the University. All posted/distributed materials may be used for the purposes of study within a course or other academic courses. Students may NOT copy, photograph, or video- record these materials for distribution or sharing in any format including posting materials to YouTube or a website without the express written permission of the individual faculty member who prepared the materials.

Audio recording of a classroom presentation for purposes of study is permitted with the faculty member's approval. Recordings cannot be distributed or used in any manner except for purposes of study within the course. Any other use of the audio recording(s) requires the express permission of the individual faculty member who prepared the presentation.

Any electronic, audio, or visual record of an educational activity including podcasting should not be made publicly visible or audible so as to potentially result in persons other than IUSD students or faculty having access to the content.

Ignoring or abusing copyright laws may be considered academic and/or professional misconduct under the IUSD Code of Professional Conduct and is grounds for possible disciplinary action. Unauthorized reproduction/distribution could also give rise to a claim of copyright violation.

## Email Messaging

University policy (see http://www.iupui.edu/~bulletin/iupui/2012-2014/policies/iupui/e-mail.shtml) states that official University communications will be sent to students' official University email addresses. This policy applies to all IU and IUSD email communication. Students are expected to check their email on a frequent and consistent basis in order to stay current with IU, IUPUI and IUSD-related communications. Students must insure that there is sufficient space in their accounts to allow email to be delivered. NOTE: Forwarding of an @iu.edu email is strictly prohibited due to the potential for data breaches and security failures.

## Frequently Used Links

See **Appendix S** to this Handbook.

PLAINTIFF'S PRODUCTION

## Mobile Device Encryption

It is IU policy that all mobile devices (such as cellphones, tablets, laptops, thumb drives, and flash drives) with access to or storing critical data must be encrypted. Critical data includes protected health information (for example, patient names, patient phone numbers, medical record numbers, and identifiable patient photos). Instructions and assistance to encrypt devices can be found at https://kb.iu.edu/search?q=encrypting. The Microsoft OneDrive Health Account has been designated as a secure location by the University to store protected health information (PHI) and should always be used to store patient information that is being used outside of the treatment record for educational purposes. All students will be required annually to complete IU mobile security training modules. This training will be assigned to students using IUSD's credential tracking system ICT. (See **Appendix Y** for more information on Microsoft OneDrive Health Accounts.)

## University Logo Use on Websites or Web Pages

University branding and trademark policy, as well as federal law, control the use of certain images, phrases, information, links, or other University intellectual property on student websites or student pages published or maintained on servers external to the University. The policy can be found at https://policies.iu.edu/policies/fin- lt-licensing-trademark/index.html. Failure to comply with the procedures outlined by the University for trademarked or copyrighted material may result in prosecution for violation of University policies or applicable laws. Direct questions about projects utilizing IU images or brand assets to the Director of Public Relations and Marketing in the Office of Communications and Media Relations.

PLAINTIFF'S PRODUCTION

## Appendix A IUSD Contact List
AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22



## CONTACT LIST FOR INDIANA UNIVERSITY SCHOOL OF DENTISTRY

| Title | Name | Phone | Email |
|---|---|---|---|
| *Office of the Dean* | | | |
| Dean | Dr. Carol Anne Murdoch-Kinch | (317) 274-5403 | caramurd@iu.edu |
| Executive Assistant | Ms. Carolyn Dill | (317) 274-5403 | cdill@iu.edu |
| Office of Executive Assoc. Dean Executive Assoc. Dean, Assoc. Dean for Faculty Affairs and Global Engagement | Dr. Lisa Lang | (317) 274-4561 | langla@iu.edu |
| Executive Administrative Assist. | Ms. Shelley Hall | (317) 278-9476 | shhall@iu.edu |
| *Office of Education and Academic Affairs* | | | |
| Senior Associate Dean for Education and Academic Affairs | Dr. Laura Romito | (317) 278-0106 | lromitoc@iu.edu |
| Office of Student Services | Ms. Martha Marshall | (317) 274-5117 | iusdss@iu.edu |
| Assistant Dean for Curriculum Development and Assessment | Mr. David Zahl | | dzahl@iu.edu |
| Assistant Dean for Diversity and Student Success | Ms. Ina McBean | (317) 274-7052 | iljackso@iu.edu |
| Director International Dentist Program | Dr. Minnie Cho | (317) 278-7514 | sdhanvar@iu.edu |
| Operations Manager | Ms. Monica Doyle | (317) 278-3398 | mmdoyle@iu.edu |
| Assistant Director, Student Financial Aid Services IUPUI and Dental School Liaison | Mr. Jason Webster | (317) 274-5289 | jasowebs@iupui.edu |
| *Civic Engagement* | | | |
| Director | Dr. Armando Soto | (317) 278-6069 | arsoto@iu.edu |
| Assistant to the Director | Ms. Bonnie Payne | (317) 278-0752 | bojpayne@iupui.edu |
| *Clinical Affairs* | | | |
| Associate Dean | Dr. Harvey Weingarten | (317) 274-5502 | hweingar@iu.edu |
| Assistant Director of Patient Care | Ms. Kathy Pedigo | (317) 274-2261 | kapedigo@iu.edu |
| Compliance Services | | | |
| Compliance & Privacy Officer | Ms. Karen Rogers | (317) 274-7077 | rogerkaj@iu.edu |

PLAINTIFF'S PRODUCTION

## Appendix A IUSD Contact List

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK                    Approved 6/07/22

| | | | |
|---|---|---|---|
| *Communications and Media Relations* | | | dsillus@iupui.edu |
| Director | Mr. Terry Wilson | (317) 278-4844 | tw1@iu.edu |
| *Continuing Education* | | | |
| Director | Dr. Matthew Miller | (317) 278-9085 | Mim1@iu.edu |
| *Development and Annual Giving* | | | |
| Assistant Dean | Mr. John Hoffman | (317) 274-5313 | johoffma@iu.edu |
| Director of Development | Ms. Melissa Evans | (317) 274-5426 | mae3@iu.edu |
| Development Administrative Coordinator | Ms. Peppy Parsey | (317) 274-7461 | pparsey@iu.edu |
| *Student Wellness* | | | |
| Director of Communications and Wellness | Ms. Leslie Flowers | (317) 274-5212 | lesflowe@iu.edu |
| *Graduate Education* | | (317) 274-5348 | Ds-grad@iupui.edu |
| Associate Dean | Dr. Richard Gregory | (317) 278-0223 | rgregory@iu.edu |
| Coordinator | Ms. Gilian D. Sullivan | (317) 274-8408 | gsully@iu.edu |
| *Facility Operations & Auxiliary Services* | | | |
| Director | Mr. Adam Smith | (317) 274-1269 | addsmith@iu.edu |
| Building Manager | Mr. John Beltran | (317) 278-2234 | jbeltra@iu.edu |
| Technician | Mr. Bradley Metz | (317) 278-2234 | brmetz@iu.edu |
| Technician | Mr. William Carney | (317-278-2234 | wmcarney@iu.edu |
| *Finance Affairs* | | | dentaid@iupui.edu |
| Assistant Dean | Mr. Tim Brown | (317) 274-5211 | tpbrown@iu.edu |
| Senior Associate Director-Finance and Administration | Ms. Rebecca Dixon | (317) 278-9059 | redixon@iu.edu |
| Financial Manager | Mr. Abdramane Diallo | (317) 274-7758 | abddiall@iupui.edu |
| Assistant Director of Revenue Cycle | Ms. Tina Foster | (317) 278-3632 | tinfoste@iu.edu |
| Director of Staff Human Resources | Ms. Terri Ryckaert | (317) 274-3303 | tar3@iu.edu |
| Human Resources Specialist | Ms. Carolyn Carlsen | (317) 274-2305 | carlsenc@iu.edu |
| *Library Services* | | | |
| Librarian | Mr. Sean Stone | (317) 274-5207 | smstone@iu.edu |
| Library Resources Manager | Ms. Keli Seering | (317) 274 - 5203 | kseering@iu.edu |
| Library Services Representative | Mr. Mike Delporte | (317) 274-5204 | cdelport@iu.edu |
| *Health Technology Services* | | | |
| Manager of Client Services | Mr. Alex Baldwin | (317) 278-3203 | alexbald@iu.edu |
| IT Help Desk | HTS Staff | (317) 274-5334 | caits@iu.edu |
| *Research* | | | |
| Associate Dean Assistant to the Dean | Dr. Gabe Chu | (317) 274-9949 | tgchu@iu.edu |
| Support Staff | Ms. Sheryl McGinnis | (317) 274-5436 | smcginni.edu |
| Director of Student Research | Dr. Angela Bruzzaniti | | abruzzan@iu.edu |

A-2

# Appendix A IUSD Contact List
## AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

| Allied Dental Indianapolis | | | |
|---|---|---|---|
| Director of Dental Hygiene Program | Ms. Twyla Rader | (317) 274-2611 | tjbeaty@iu.edu |
| Director of Dental Assisting Program | Ms. Michelle Priest | (317) 274-5325 | pbissone@iu.edu |
| Endodontics | | | Ds-endo@iu.edu |
| Department Chair and Graduate Program Director | Dr. Kenneth Spolnik | (317) 274-7280 | kspolnik@iu.edu |
| Assistant to the Chair | Ms. Renee Roberts | (317) 274-7280 | bheiston@iu.edu |
| Graduate Clinic Coordinator Director of Pre- | Ms. Jenny Hardin | (317) 274-5311 | jmpotter@iu.edu |
| Doctoral Endodontics | Dr. Ned Warner | (317) 274-5307 | nwarner@iu.edu |
| Pre-Doctoral Clinic Coordinator | Ms. Desiree Hollenbaugh | (317) 278-5535 | dhollenbaugh@iu.edu |
| Biomedical Sciences and Comprehensive Care | | (317) 278-1355 | dsobio@iu.edu |
| Department Chair | Dr. Jeffrey Platt | (317) 278-1355 | jplatt2@iu.edu |
| Director of Clinical Quality Improvement | Dr. Theresa Gonzalez | | thgonzal@iu.edu |
| Assistant to the Chair | Ms. Julia Daley-Backus | (317) 278-1409 | judaley@iu.edu |
| Oral Pathology, Medicine and Radiology | | | |
| Department Chair | Dr. Susan Zunt | (317) 274-5250 | szunt@iu.edu |
| Assistant to the Chair | Ms. Julie LeHunt | (317) 274-5141 | jlehunt@iu.edu |
| Oral and Maxillofacial Surgery and Hospital Dentistry | | (317) 274-5315 | dsosadmn@iu.edu |
| Department Chair | | | |
| Program Director | Dr. Bruce Horswell | (317) 278-4456 | bhorswel@iu.edu |
| Director of Hospital Dentistry and Special Needs Dentistry | Dr. Pamela Linder | | pjlinder@iu.edu |
| Assistant to the Chair | Ms. Dana White | (317) 278-3697 | whitedam@iu.edu |
| Department Business Administrator | Ms. Sharmin Taylor | (317) 278-3699 | srbruen@iu.edu |
| Orthodontics and Oral Facial | | (317) 274-8573 | dsoofg@iu.edu |
| Department Chair | Dr. Kelton Stewart | (317) 278-1087 | keltstew@iu.edu |
| Assistant to the Chair | Ms. Shannon Wilkerson | (317) 274-8301 | shanwilk@iu.edu |
| Pediatric Dentistry | | (317) 278-1773 | dspedo@iu.edu |
| Department Chair | Dr. Brian Sanders | (317) 944-3868 | bjsander@iu.edu |
| Director of Pre-Doctoral Program | Dr. Brian Sanders | (317) 274 -2794 | jkowolik@iu.edu |
| Assistant to the Chair | Ms. Joyce Marlatt | (317) 944-9604 | jamarlat@iu.edu |
| Periodontics and Allied Dental Programs | | (317) 278-1300 | ds-perad@iu.edu |
| Department Chair | Dr. Vanchit John | (317) 278-1300 | vjohn@iu.edu |
| Director of Pre-Doctoral Periodontics | Dr. Daniel Shin | (317) 278-1300 | danshin@iu.edu |
| Director of Graduate Periodontology | Dr. Steven Blanchard | | stblanch@iu.edu |
| Assistant to the Chair | Ms. Nicole Guerrettaz | (317) 278-1300 | niguerre@iu.edu |

PLAINTIFF'S PRODUCTION

A-3

# Appendix A IUSD Contact List

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

| *Prosthodontics Dentistry* | | | |
|---|---|---|---|
| Department Chair | Dr. Wei-Shao Lin | (317) 274-5576 | weislin@iu.edu |
| Director of Advanced Education Program | Dr. John Levon | (317) 274-5576 | jlevon@iu.edu |
| Director of Pre-Doctoral Fixed Program | Dr. Michele Kirkup | (317) 274-5576 | mkirkup@iu.edu |
| Director of Pre-Doctoral Removable | Dr. Parul Agarwal | (317) 274-5576 | pagarwal@iu.edu |
| Assistant to the Chair | Ms. Alley Gary | (317) 274-5576 | allgary@iu.edu |
| *Cariology, Operative Dentistry and Dental Public Health* | | | |
| Department Chair | Dr. E. Angeles Martinez Mier | (317) 278-1386 | esmartin@iu.edu |
| Director Predoctoral Education – Operative Dentistry | Dr. Brooke Adams | (317) 278-4906 | bnadams2@iu.edu |
| Director of Dental Informatics Core Group | Dr. Thankam Thyvalikakath | (317) 278-4906 | tpt@iu.edu |
| Assistant to the Chair | Ms. Melissa Seibert | (317) 278-4906 | mseibert@iupui.edu |
| *Community-Based Dental Education* | | | |
| Director | Dr. Anubhuti Shukla | | anshukla@iu.edu |
| Program Manager | Ms. Kibi Pryor | (317) 278-0931 | kmpryor@iu.edu |
| *Sterilization and Central Services* | | | |
| Assistant Supervisor | Ms. Deborah Stewart | (317) 274-5448 | dastewar@iu.edu |
| *OHRI* | | | |
| Director | Dr. Anderson Hara (acting) | (317) 278-0577 | ahara@iu.edu |
| Director of Clinical Research Core Group | Ms. Jennifer Tran | | jelbruce@iu.edu |

A-4

PLAINTIFF'S PRODUCTION

# Appendix B IUSD Organizational Chart
## AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK



B-1

# Appendix C Policy on Challenging Test Questions

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK              Approved 6/07/22

## Policy

Students who wish to challenge any test item for a higher grade must submit their challenge(s) to their elected class representative(s) (Testing Committee) who will then forward all challenges to the appropriate instructor within five (5) business days of receipt of the examination. When the questions that are being challenged are part of a final examination, the Testing Committee may be allowed the opportunity to address their concerns in the first five (5) business days of the following term. In the interim, grades for the term will be reported based on the pre-challenge exam results. Instructors who agree to modify scores due to the Test Committee discussion that occurs at the beginning of the next term, will edit grades to reflect the revisions. No student's grades will be lowered based on the Test Committee challenge, but student scores may be improved. [Source: CAC 5/12/15 approved by FC]

Each instructor has the prerogative to develop his/her own method of addressing grade challenges; however, deviation from the aforementioned policy must be outlined in detail in the syllabus and explained on the first day of the course. Please note: This policy should not discourage students from approaching faculty and instructors when their pursuit is to acquire information, knowledge, or clarification of the subject matter. It is the responsibility of the elected class test representative(s) (Testing Committee) to relay information back to the class requiring faculty clarification of challenged test questions.

[Source: Curriculum and Assessment Committee; 5/12/15 approved by IUSD Faculty Council]

C-1

PLAINTIFF'S PRODUCTION

# Appendix D Student Progress Committee Guidelines, Student Appeals Processes Regarding Academic Progress

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

## Policy

A student has the right to appeal any decision made by the Progress Committee of the Faculty Council regarding additional study, suspension, or dismissal as a result of course or semester grades. To appeal such decision, the student must submit: (1) the IUSD Appeals Form (located at the end of Appendix J) and (2) written documentation that supports one or more of the criteria below to the IUSD Director of Student Services within ten (10) business days following the student's receipt of notification of the Progress Committee's decision.

An appeal will be forwarded to the IUSD Faculty Council Appeals Committee to determine if the reason for appeal has merit. The Appeals Committee must consider the appeal within thirty (30) business days from the Director's receipt of the student's written appeal.

An appeal is found to have merit if one or more of the following exists:
1. Substantive information not previously available during the original deliberations of the Progress Committee can be presented
2. The decision process did not follow appropriate due process
3. The outcome is judged to be unfair or inequitable.

Appeals providing new substantial evidence will cause the case to be referred back to the Progress Committee. Appeals providing evidence that due process was not followed will be cause for dismissal of the case unless the Appeals Committee determines the problem is rectifiable. Any case in which the outcome is judged unfair/inequitable by the Appeals Committee will be submitted to the Dean of the School of Dentistry who, following appropriate consultation, will determine the case outcome.

An appeal found to be without merit will be rejected by the Appeals Committee and the decision of the Progress Committee of the Faculty Council will be implemented. The Appeals Committee decision is final and there is no option for further appeal within the School of Dentistry. The Appeals Committee will inform the School of Dentistry Dean of the final decision who will then notify all involved parties of the decision.

D-1

PLAINTIFF'S PRODUCTION

# Appendix D Student Progress Committee Guidelines, Student Appeals Processes Regarding Academic Progress

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK             Approved 6/07/22

Students who feel that a demonstrable procedural error occurred during the IUSD proceedings may submit an appeal only on those grounds. The external appeals document is limited to the identification of a specific procedural violation. This appeal is submitted through the Director of Student Services for review and simultaneous forwarding to the Vice Chancellor of Graduate Education and copying the student filing the appeal.

[Source: Curriculum and Assessment Committee; 5/12/15 approved by IUSD Faculty Council]

PLAINTIFF'S PRODUCTION

# Appendix D Student Progress Committee Guidelines, Student Appeals Processes Regarding Academic Progress

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

Progress Committee Decision Implementation Flowchart



PLAINTIFF'S PRODUCTION

# Appendix E Graduation Clearance Checklist

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

## Discipline Fulfillment

- ☐ Endodontics
- ☐ Operative
- ☐ Oral Surgery
- ☐ Pediatric
- ☐ Periodontics
- ☐ Prosthodontics
- ☐ Chart Audits
- ☐ Patient Care Outcomes
- ☐ Discipline Competencies*

*Please refer to your current Clinic Competency Assessment Manual for details regarding fulfillment requirements.*

## Other Fulfillments

- ☐ Payment of student patient accounts
- ☐ IUSD Exit Interview Completion
- ☐ Financial Aid Exit Procedures
- ☐ Dental Instruments Return
- ☐ Central Sterilization
- ☐ Laptop clearance
- ☐ All Grades Reported
- ☐ No Pending Professional Misconduct Cases*
- ☐ Cleared for Graduation

If a student does not complete graduation requirements prior to the IUSD graduation clearance deadline, but plans to complete graduation requirements by May 31st, he/she will receive an incomplete or "R" grade in any 800-level course in which they have not completed requirements. Student must submit the Summer Enrollment Form to the IUSD Registrar of the Office of Education and Academic Affairs, Room 106, for appropriate enrollment.

If the student does not complete graduation requirements by the end of the IUPUI grade entry period (typically May 31st), his/her enrollment will change to D900. He/she will be enrolled and charged for 12 credit hours based on resident/nonresident status and the dental student rental fee.

*[Source; *No Pending Professional Misconduct Cases* language added by Office of Education and Academic Affairs 5/12/15]

E-1

PLAINTIFF'S PRODUCTION

52

# Appendix F Fifth-Year Dental Student Policy

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

## Policy

If a student will not complete graduation requirements by the end of the summer term following the student's last scheduled semester, he/she must send notification to the Office of Education and Academic Affairs requesting enrollment for fall semester. The letter should include an estimation of completion of graduation requirements. Students requesting such an extension will be considered for approval as a fifth-year student by the IUSD DDS Progress Committee. If approved, the student:

1. Must enroll in D901 for 12 credit hours

2. Must pay the flat resident or nonresident tuition fee

3. Must pay the dental student rental fee

4. Will be assigned to special clinic assignments for the fall semester

5. Will be required to honor the 4th year clinical attendance requirement

6. Will be required to attend all required 4th year classes, rounds, clinic meetings, etc.

7. Even if the student completes all graduation requirements before December, he/she WILL be required to remain for the entire fall semester in order to complete all special clinic assignments and attendance requirements.

If a fifth-year student is not finished by the end of the fall semester, he/she will be reviewed by the IUSD Progress Committee. If the IUSD Progress Committee approves that the student be retained for the spring semester, the student will be required to enroll in D902 spring semester and remain enrolled for the entire spring semester. Similar requirements for tuition payment, classes, and clinical attendance from the fall semester of fifth year will apply.

Failure to comply with any of these clinic or class requirements may result in a motion for a student's dismissal from IUSD.

PLAINTIFF'S PRODUCTION

# Appendix G

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK

*This page is intentionally left blank.*

PLAINTIFF'S PRODUCTION

# Appendix H

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK

*This page is intentionally left blank.*

## Appendix I Student Leave of Absence Request Form
AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

## LEAVE OF ABSENCE REQUEST FORM
*Indiana University School of Dentistry*
Complete and Return to the Office of Student Affairs & Admissions –
Room DS105, iusdss@iu.edu

| Student Last Name | Student First Name | Student Middle Name |
|---|---|---|

| Student Phone Number | Student Email Address | Student Class Year |
|---|---|---|

Date of Leave                                                  Expected Date of Return

Check One That Applies:

☐ Medical Leave of Absence

☐ Personal / Family Leave of Absence

☐ Military Leave of Absence

☐ Other – Describe: _____

Please explain the reason for the request for a leave of absence:

_____
_____
_____

I understand that I am responsible for providing documentation (physician, military orders, etc.) documenting the reason for my leave of absence. I understand that the length of my leave may change depending on my circumstances. In the event of changes to my request, I will notify the Office of Student Affairs & Admissions documenting the reason and revised dates. I understand that there is no guarantee that I will be placed back into the curriculum with my current class due to when the leave occurs and its duration. It will be my responsibility to work with course directors as to when, if at all, they will allow me to make up any missed examinations.

Student Signature                                                Date

| OFFICE USE ONLY |
|---|
| Date Leave of Absence Approved:    /        / |
| Reviewed:_____ |
| Senior Associate Dean for Academic Affairs |
| Approved:_____ |
| Director of Student Services |

I-1

PLAINTIFF'S PRODUCTION

## Appendix J IUSD Code of Professional Conduct

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          *Updated 6/07/2022*

## APPENDIX J CODE OF PROFESSIONAL CONDUCT

I.   Preamble

    a. The Code of Professional Conduct acknowledges the unique privileges and responsibilities of the oral health profession. The Code speaks to the relationship of the dentist and patient, as well as to the relationship of trust and respect among students, faculty, staff, and society in general.

    b. The Code of Professional Conduct is not intended to dictate behavior. It does, however, establish minimum expectations, which provide a disciplinary framework for those who choose not to abide by these professional standards, and it serves to remind everyone that a procedural framework for enforcing the Code is in place. Indiana University School of Dentistry (IUSD), as part of its mission of education, expects its students to become competent dental professionals and its students, staff and faculty to maintain exemplary ethical and professional attitudes.

    c. Indiana University School of Dentistry expects its students to manifest exemplary ethical and professional attitudes characteristic of competent professionals. Among these attitudes are:

        i.   Respect for the sanctity of human life

        ii.  Commitment to excellence

        iii. Respect for the dignity of patients in the provision of health care

        iv.  Devotion to quality of care

        v.   Personal humility and an awareness of limitations inherent to the practice of dentistry

        vi.  Appreciation of the role of all factors in a patient's state of well-being or illness

        vii. Maturity with balanced personal and professional behavior

    d. IUSD students should realize the importance of this professional ethic and the necessity of assuming responsibility to develop, review, and maintain these ideals for themselves, their colleagues, and for the dental profession. The fundamental principle involved is personal responsibility for the development and maintenance of professional conduct based on the ethic espoused by the dental profession of self-effacing service to society. Development of a professional ethic must continue for as long as students, staff, and faculty represent the dental profession. Personal responsibility for maintaining and integrating these ideals is incumbent with staff and faculty.

    e. A violation of the Code of Professional Conduct occurs when any student acts in a manner contrary to the values and responsibilities expected of those engaged in the profession of dentistry. A violation also occurs when any student has knowledge of, allows, or assists with an infraction of the Code, and fails to report it.

PLAINTIFF'S PRODUCTION

# Appendix J IUSD Code of Professional Conduct

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          *Updated 6/07/2022*

II.    The Code of Professional Conduct

    a.  I shall conduct myself so that as a dental professional, I will be able to promise to those whose care I am entrusted: competence, integrity, candor, personal commitment to their best interests, compassion, and absolute discretion and confidentiality.

    b.  I shall do by my patients as I would be done by, shall obtain consultation when they desire or I believe there is a need, and shall include them to the extent possible in all decisions related to their care.

    c.  I shall accept all patients in a non-judgmental manner. I shall at all times and in all places conduct myself with honor and integrity, and I shall respect the rights and dignity of all individuals. I promise to attend to my own physical, intellectual, mental, and spiritual development in the interest of best serving others.

    d.  I shall commit to upholding a climate of mutual respect in the dental school and university community when working with my colleagues (i.e., students, staff, & faculty).

III.   Expectations and Unacceptable Behaviors

The IU School of Dentistry reserves the right to initiate action and impose sanctions for any conduct that is not specifically listed as unacceptable behavior but is determined to be a violation of the Code, regardless of whether the violation occurs on or off the premises of the school.

    a.  Expectation: Respect for all individuals in the IU School of Dentistry community including administrators, faculty, staff and peers. Patients must be treated with kindness, dignity, empathy, and compassion.

Unacceptable behavior includes (but is not limited to):

        i.    Expressing racial, sexual, sexist, or religious slurs

        ii.   Committing racial or sexual harassment

        iii.  Using inappropriate, offensive, or threatening language

        iv.   Criticizing a colleague inappropriately or unprofessionally with the intention to belittle, embarrass, or humiliate

        v.    Requiring a colleague to perform personal services

        vi.   Committing physical acts of violence or threats of violence

        vii.  Manipulating clinical schedules for one's personal benefit

        viii. Failing to comply with a reasonable request or instruction from faculty, staff, or administrators

        ix.   Using computer e-mail or internet in a harassing or libelous manner.

    b.  Expectation: Appropriate handling of social media. All students and residents should follow the Social Media Guidelines located in Appendix V and avoid any perception of unprofessional and disrespectful behavior toward others as described under a.

J-2

PLAINTIFF'S PRODUCTION

## Appendix J IUSD Code of Professional Conduct

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK        *Updated 6/07/2022*

c. Expectation: Appropriate handling of information or records. Students are expected to report knowledge of an infraction of the Code to the appropriate authority.

Unacceptable behavior includes (but is not limited to):

   i. Giving or receiving any information except as allowed by the course director or teaching faculty during the course of an exam

   ii. Plagiarizing, forging, or falsifying academic records, financial aid information, patient records, research, or scientific data

   iii. Abusing computerized information or technology.

   iv. Refusing to report an incident of misconduct, or to testify as a witness of an incident of misconduct.

d. Expectation: Respect for patient confidentiality and safety. Patient privacy, modesty, and confidentiality must always be honored. Patient records must be accurate and legible. Providing false or misleading information is a violation of the trust placed in a dental professional and is a serious infraction of the Code of Professional Conduct

Unacceptable behavior includes (but is not limited to):

   i. Failing to ask for assistance from appropriate faculty or staff when needed

   ii. Writing offensive or judgmental comments in a patient chart

   iii. Sharing medical or personal details of a patient with anyone other than health professionals involved in the patient's care

   iv. Engaging in discussion about a patient in public areas.

   v. Identifying patients without adequate justification or permission

e. Expectation: Proper representation as a dental professional. Appearance, speech, behavior, and all forms of communication (including social media) should be above reproach during patient care and at all times. Dress should be appropriate for professional activities, and personal hygiene should be exemplary.

Unacceptable behavior includes (but is not limited to):

   i. Misrepresenting oneself as a licensed professional rather than a student of dentistry

   ii. Exhibiting personal appearance that gives the impression of uncleanliness or carelessness

   iii. Failing to maintain professional composure during stressful circumstances

   iv. Engaging in an inappropriate relationship with patients or their family members

   v. Using alcohol, drugs, or other controlled substances inappropriately, or in a way that could affect the quality of patient care or academic performance.

PLAINTIFF'S PRODUCTION

# Appendix J IUSD Code of Professional Conduct

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          *Updated 6/07/2022*

f. Expectation: Adherence to laws, policies, and regulations (on or off campus at all times). Policies and regulations, including policies on sexual harassment, have been established for the benefit of the IUSD community. Laws, policies, and regulations are not to be disregarded or violated. Individuals who feel that the school's policies, procedures, or regulations require modification are encouraged to suggest such changes using appropriate channels.

Unacceptable behavior includes (but is not limited to):

    i. Disobeying federal, state, or local laws and ordinances

    ii. Disregarding or acting contrary to institutional regulations and policies

    iii. Refusing to provide information or testify in Professional Conduct system proceedings.

g. Expectation: Respect for property and instructional material. All property and instructional material must be respected.

Unacceptable behavior includes (but is not limited to):

    i. Treating cadavers and body parts in a disrespectful manner

    ii. Treating animals used for instruction in an insensitive or disrespectful manner

    iii. Defacing or destroying other instructional materials, including software

    iv. Defacing or destroying university or personal property, or any written material other than one's own

    v. Removing information, mail, or property from mailboxes or lockers that are not one's own

    vi. Falsifying or defacing transcripts, evaluation forms, or other official documents.

    Sharing instructor-generated course material with the non-IUSD community without prior consent of the instructor.

h. Expectation: Academic assessment. Any form of cheating, facilitation of cheating, or inappropriate handling of examination material is a violation of the Code of Professional Conduct.

IV. Administration and Implementation of the Professional Conduct Code

    a. Role of Student

        i. During orientation at IUSD, each incoming student will be introduced to the principles and procedures of the IUSD Code of Professional Conduct by the Director of Student Services or designee. Students must signify in writing the agreement to abide by the principles and proceduresof the Code: I acknowledge that I have reviewed the Code of Professional Conduct and that I understand its system at the Indiana University School of Dentistry, and agree to abide by its principles. The Code will be reaffirmed by presenting and distributing it to all DDS second, third, and

PLAINTIFF'S PRODUCTION

## Appendix J IUSD Code of Professional Conduct
AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK         *Updated 6/07/2022*

fourth year classes who are to signify in writing the agreement to abide by the principles and procedures of the Code. Although the Code is continually in place, students renew this pledge on each examination or at the discretion of the course director, faculty member, or administrator by signifying in writing: I affirm that I have upheld the IUSD Code of Professional Conduct during this examination.

b. Role of Faculty

    i. Instructors may provide professional conduct pledges on all written exercises used in determining a student's grade. Examinations comprised of separate sections (example: practical and written exam) should have pledges provided for each section.

    ii. Course directors have the ultimate responsibility for maintaining the proper environment for learning and assessment.

    iii. Clinical faculty have the ultimate responsibility for maintaining the proper atmosphere for patient care.

    iv. Faculty members have the responsibility for addressing the professional expectations relevant to their class, lab, or clinic.

c. Procedures for Investigating Code Violations by Students

IUSD has a responsibility to ensure a professional climate and provide equity for all parties involved in a breach of professional conduct. Therefore, the school has adopted procedures to respond to infractions of the Code of Professional Conduct. Individuals reporting an infraction of the Code may first speak with offenders about the infraction and remind them of their professional conduct. However, if the circumstances do not allow the individual(s) to approach the Respondent(s), and the individual(s) believe(s) the alleged infraction requires further action, the allegation should be reported to the Professional Conduct Committee (PCC) by submitting a completed Professional Misconduct Reporting Form (PMRF) included in this Appendix to the Office of Student Services.

V. Professional Conduct Committee

The Professional Conduct Committee (PCC), a standing committee of the IUSD Faculty Council, is charged with reviewing charges and evaluating the evidence of alleged professional/academic misconduct incidents by students. In evaluating these instances, the committee shall make decisions based on their consideration of all the evidence provided at a hearing attended by PCC members and alternates. Final decisions will be forwarded to the Faculty Council (FC) Executive Committee which will share the decision with the Dean. Concerns raised by the Dean shall require further discussion between the Professional Conduct Committee and the Dean, with the Faculty Council President and President-Elect serving as facilitators. If the Dean and the PCC are unable to reach a consensus, the matter shall be brought before the Faculty Council as a whole for resolution. The Respondent(s) will be notified by a letter from the Dean and the PCC Chair. The decision will then be reported to the Chair of the Progress Committee, the Senior Associate Dean for Academic Programs, and the Director of Student Services. The Chair of the PCC shall

PLAINTIFF'S PRODUCTION

# Appendix J IUSD Code of Professional Conduct

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          *Updated 6/07/2022*

provide the Faculty Council, at least quarterly, with an anonymized report for projection. A written copy of the report, with names, shall be available in the Dean's office for FC members to review.

VI.  **Appeals Committee**

The Appeals Committee (AC), a standing committee of the IUSD Faculty Council, shall hear student appeals of Progress Committee (PC) and Professional Conduct Committee (PCC) decisions for additional study, suspension or dismissal from Indiana University School of Dentistry due to issues of academic performance or repeated incident(s) of misconduct. The Chair of the Appeals Committee and the President of the Faculty Council will present findings to the Dean for final resolution.

Appeals are limited to the following grounds: (a) the discovery of new and substantial information not available at the time of the PCC hearing which reasonably would have affected the outcome; (b) a procedural error that occurred which resulted in material harm that reasonably would have affected the outcome; or (c) the sanction imposed was grossly disproportionate to the violation(s) committed.

VII.  **Case Procedures**

    a.  General Principles

        i.  The following case procedures establish the student adjudication process as a learning experience that can result in growth and understanding of student rights and responsibilities within IUSD. The process is outlined in the flow chart in this Appendix. The procedure for imposing sanctions is designed to provide students with due process, procedural fairness, and equal protection.

        ii.  All notices specified in the procedures will be made in writing which may include electronic mail. Whenever notice is required to be given to a student under these procedures, it will be presumed that the student has been given notice if it was sent to the student's official University email or mailed to the address appearing on either the student's current local address or permanent address on record in the IU system.

    b.  Definitions

        i.  All references to a "business" day include any day, Monday through Friday, in which IUSD offices are open.

        ii.  The term "Investigator" means one or more faculty members designated to investigate alleged conduct violations. If the Investigators are unavailable or ineligible to perform this duty, a substitute faculty member will be appointed by the Executive Committee of the Faculty Council. [Source: EC and PCC 5/9/2015. Revision approved FC 6-21-17]

        iii.  The term "sanction" refers to the discipline outcome imposed against a student for engaging in academic or personal misconduct in violation of this Code.

        iv.  The term "Respondent" means any student reported for violating the Code.

        v.  The term "Reporting Party" means any student, staff, and/or faculty reporting a violation of the Code.

PLAINTIFF'S PRODUCTION

# Appendix J IUSD Code of Professional Conduct

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          *Updated 6/07/2022*

c. Report of Misconduct

    i. Any individual who witnesses professional misconduct is encouraged to submit a Professional Misconduct Reporting Form (PMRF), located at the end of this Appendix. A PMRF must be completed for each case. The completed PMRF must be submitted to the Director of Student Services within ten (10) business days following the discovery of the alleged violation except in extenuating circumstances.

    ii. Upon receipt of the PMRF, the Director of Student Services willreview the report to determine:

        1. the timeliness of the report; and

        2. whether to give notice to other University, Campus or School offices based on allegations involving violations of law or as required by law or University policy.

    iii. No later than three (3) business days of receipt of the PCRF (unless there are extenuating circumstances), the Office of Student Services will send:

        1. an acknowledgment of receipt to the reporting individual;

        2. a copy of the PMRF to the Chair of the PCC and the Investigator; and

        3. a written Notice Letter to the Respondent (via University email account) outlining:

            a. The violations alleged
            b. The intent to investigate
            c. A summary of the adjudication process
            d. The timeframe if a hearing is indicated
            e. The opportunity to appeal the decision(s).

d. Investigation

    i. It is the policy of IUSD to use independent Investigators chosen from current faculty to review all allegations of student professional conduct violations. The Faculty Investigators will serve for one academic year (July 1-June 30) and may be reappointed for additional one- year terms. In the event an investigation extends beyond the appointees' end date of service, the Investigators will complete the review prior to relinquishing this position. The Dean of the IU School of Dentistry will recommend the name of faculty Investigators and this recommendation will be reviewed and approved by the Faculty Council Executive Committee and PCC Chair prior to July 1st of each year. Preference will be given to experienced members of the faculty with a good working knowledge of the Professional Conduct Committee. The Investigators may not concurrently hold membership on the Professional Conduct Committee. In the event the Investigators are directly involved in making an allegation and have a Conflict of Interest, the Faculty Executive Committee will appoint an interim Investigator to conduct the investigation.

[Source: *Investigation* paragraph added by Professional Conduct Committee Committee 6/16/17]

PLAINTIFF'S PRODUCTION

## Appendix J IUSD Code of Professional Conduct
AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          *Updated 6/07/2022*

    ii.  The Investigator(s) has ten (10) business days or more if reasonably necessary from the date of the receipt of the PMRF to the Office of Education and Academic Affairs to complete an investigation of the allegations. The investigation is to examine the complaint, interview the involved persons,and identify the circumstances of the incident. The investigation should include: separate interviews with each reporting student(s), staff (if any), faculty (if any), and witness (es) (if any); collection of pertinent documentation; and an informal, non-adversarial interview with the Respondent. All contacts should be carefully documented. The Investigator is to remain an impartial fact-finder throughout the entire process.

    iii.  The Respondent's failure to schedule and/or keep a requested appointment will not preclude continuation of the disciplinary process.

    iv.  Should the Investigator require additional time for investigation, the Director of Student Services will be notified, and the Respondentwill be provided written notice of the need for an extended time for investigation.

    v.  Upon conclusion of the investigation, the Investigator will provide a detailed report to the PCC. Should the PCC conclude that no violation occurred, the case will be closed, and the Respondent, the Reporting Party, and the Director of Student Services notified. Should the PCC determine that the findings of the investigation indicate that a violation occurred; a statement of charges will be drafted and forwarded by the Chair of the PCC to the Director of Student Services. The Office of Student Services will then notify the Respondent witha formal statement of charges within 5 business days of receipt.

    vi.  The Statement of Charges will provide the Respondent with:

        1.  written notice of the final charges;

        2.  options to resolve the charges under the discipline procedures;

        3.  timeframe and information about a PCC hearing if one is indicated;

        4.  the procedures to be followed in the PCC hearing process;

e.  Charge and Adjudication Procedures

    i.  Any Respondent with one or more charges placed upon them for allegations of misconduct has the right to a formal hearing before the PCC. However, in cases when the Respondent has notified the Director of Student Services of the desire to accept responsibility for all charges in the case, the Respondent waives the right to a formal in- person hearing and related procedural guarantees. In such cases, the PCC will meet to determine a sanction. However, the Respondent still hasthe option to address the PCC prior to determination of a sanction. The outcome of the PCC deliberations will be shared with the reporting party by the Assistant Director of Student Services and/or the PCC Chair.

PLAINTIFF'S PRODUCTION

## Appendix J IUSD Code of Professional Conduct

**AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK**          *Updated 6/07/2022*

ii. If the Respondent does not accept responsibility for the charges, then the case will go to a hearing before the PCC. With direction from the Chair of the PCC, the Office of Student Services schedules a hearing to be held within twenty (20) business days, if practicable, from the date of receipt of the PMRF to the Office of Student Services. The Respondent will be notified at least ten (10) days prior to a scheduled PCC hearing.

iii. Members of the PCC will be free from conflicts of interest that reasonably would appear to impair their ability to evaluate the misconduct matter in a fair and impartial manner. For example, a PCC member directly involved as a witness or course director in the reported incident should recuse him/herself and an alternate member of the PCC will serve as a voting member in all capacities involving that incident.

iv. The Respondent may submit, in writing, a reasonable request to waive the 10-day notice and schedule the hearing earlier, if practicable. The Office of Education and Academic Affairs will arrange a hearing location and schedule the Respondent, Reporting Party and any witnesses called by the Respondent, Reporting Party, and the PCC. In circumstances where a Respondent is nearing graduation, the Respondent may be offered a prompt review of the case, thereby waiving the 10-business day notice of hearing requirement. A Respondent may refuse a proposal for prompt review. [Source: PCC/IUPUI Conduct Process 5/5/15]

v. The Respondent has the following rights and responsibilities for preparing information for the PCC hearing:

1. The Respondent and the Reporting Party may provide witnesses at the hearing provided the witnesses' names are submitted to the Director of Student Services and the PCC Chair at least three (3) business days prior to the date of the hearing. The Respondent and the Reporting Party may be precluded by the PCC Chair from presenting witnesses at the hearing if the information has not been provided within the stated time limits.

2. Witnesses will be at the hearing only during the time they testify and answer questions.

3. The PCC may invite an advisor who may remain during the entire hearing.

4. Any statements or evidence that the Respondent and the Reporting Party may present must be provided to the Director of Student Services and the PCC Chair at least three (3) business days prior to the date of the hearing. The Respondent and the Reporting Party may be precluded by the PCC Chair from presenting evidence at the hearing if the information has not been provided within the stated time limits.

5. The Respondent and the Reporting Party may be accompanied by an advisor. However, the advisor is not allowed to address any other participants involved in the process.

PLAINTIFF'S PRODUCTION

# Appendix J IUSD Code of Professional Conduct
AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          *Updated 6/07/2022*

6. The Respondent and the Reporting Party will have an opportunity during the hearing to address the PCC regarding the alleged misconduct and the testimony and evidence provided at the hearing.

7. The PCC may question the Respondent and the Reporting Party.

8. When two or more students have been reported for collusion in an academic dishonesty accusation, each will have the opportunity to meet independently of the other(s), the other(s)' advisors and witnesses with the PCC.

9. The Chair may dismiss any participant who is demonstrating disruptive behavior during the hearing.

10. A record of the proceedings, whether written, audio, or video-recorded or any combination thereof, will be made at the hearing. The record is the sole property of the University. [Source: PCC/IUPUI Conduct Process 5/5/15]

11. If the Respondent fails to appear at the hearing, the Respondent waives the right to appeal the PCC decision as to both responsibility for the charge(s) and associated sanction(s).

12. The Investigator presents written findings and/or an oral report of the investigation. The PCC, Reporting Party and Respondent may question the Investigator.

13. The Respondent and the Reporting Party attend the hearing during the presentation of evidence by live witnesses.

14. The Respondent, the Reporting Party, and the PCC may present and question witnesses (if any).

15. The Respondent and the Reporting Party may present other information (if any).

16. The burden of proving that the Respondent committed the violation(s) will be upon the University.

17. The Respondent's failure to attend the hearing will not be considered an admission of responsibility.

vi. The PCC will deliberate in a closed session after the completion of the hearing. Deliberations are not recorded. [Source: PC/IUPUI Conduct Process 5/5/15] Only members of the PCC and individuals permitted by the Chair to remain for reasonable cause will be present during the deliberations. For example, if the violation involves academic misconduct associated with a specific course, the PCC may directly consult with the faculty/course director of the pertinent course during deliberations regarding the imposition of sanctions. The PCC decision is based on a preponderance of the evidence introduced at the hearing. The decision of the PCC is made by a majority vote of the voting members during private deliberations after the close of the hearing. The PCC members review and determine whether the Respondent committed the violation(s) and determines the sanction(s) to be imposed, if any. Within three (3) business days of the final PCC hearing outcome, the PCC will provide a

PLAINTIFF'S PRODUCTION

## Appendix J IUSD Code of Professional Conduct

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          *Updated 6/07/2022*

decision based on their evaluation of the evidence and forward the decision to the Faculty Executive Committee who will share the PCC decision with the Dean for review. The Dean jointly with the PCC Chair implements the PCC final decision by sending a written Letter of Resolution to the Respondent within 10 business days, with a copy to the Director of Student Services, the Chair of the Progress Committee, and the Senior Associate Dean for Academic Programs. TheSenior Associate Dean for Academic Programs and/or the PCC Chair willinform the reporting faculty member(s), and, if applicable, director(s) of courses for which violations were reported. The Letter of Resolution mustprovide at a minimum the following:

1. the findings and decision of the PCC;

2. the IUSD Appeals Form; and

3. Instructions, including the time limit, for submitting the Appeals Form.

f.  Appeals Committee Process

    i.  A student has the right to appeal any decision made by the Progress Committee (PC) and Professional Conduct Committee (PCC) involving additional study, suspension or dismissal from the program. The Respondent may appeal the PCC decision by submitting the IUSD Appeals Form to the Office of Student Services no later than ten (10) business days after the date of the Letter of Resolution. The IUSD Appeals Form is located at the end of Appendix J. The appeal must clearly state the specific grounds for appeal and must include all supporting documentation. A student is limited to one opportunity to appeal to the AC. If no written IUSD Appeals Form is received by the Office of Student Services within ten (10) business days following the date of the Letter of Resolution, the decision by the PC or PCC will stand.

    ii.  During any period of appeal for suspension or dismissal, the student can continue in didactic courses but will be suspended from clinical procedures unless there is evidence that to suspend the student would put patients at risk. The decision to allow a suspended student to continue treating patients in any IUSD clinic or IUSD-affiliated clinic rests solely with the Dean of the IU School of Dentistry and the Associate Dean for Clinical Affairs. The Dean may suspend a student completely from the program during the period of appeal if there is evidence that having the student continue in the program would place the IU School of Dentistry, its patients or its personnel in jeopardy. Under this document, authority has been given to specified IU School of Dentistry officials. This authority may be exercised by any person occupying the office designated, or in his/her absence, by that person's designee.

    iii.  An appeal will be received if submitted on one or more of the following grounds:

1. The discovery of new and substantial information, which was unavailable at the time of the PC meeting/PCC hearing but has

# Appendix J IUSD Code of Professional Conduct

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          *Updated 6/07/2022*

      since become available and, if had been available, reasonably would have affected the outcome.

    2. A procedural error occurred which resulted in material harm that reasonably would have affected the outcome.

    3. The sanction imposed is grossly disproportionate to the violation(s) committed, in light of all relevant aggravating and mitigating factors.

iv. The Appeals Committee must consider the appeal within thirty (30) calendar days from the Director of Student Services receipt of the student's written appeal.

v. If the IUSD Appeals Form is submitted within ten (10) business days of the date of the Letter of Resolution, the Director of Student Services will:

vi. review the IUSD Appeals Form for timeliness and completion;

    1. defer the PC/PCC findings and sanctions (if any); and

    2. send a copy of the IUSD Appeals Form to the Chair of the Appeals Committee (AC).

    3. The Chair of the Appeals Committee will convene a meeting of the members to review the appeal. The Appeals Committee may reach one or more of the following outcomes after a review of the appeal and supporting documentation, including prior disciplinary history if applicable:

vii. Dismiss the appeal if the appeal is not clearly based upon one or more of the grounds set forth above.

    1. Uphold the original decision and/or sanction(s) reached by the PC/PCC.

    2. Dismiss or vacate the original case, an individual charge, and/or sanction(s), or any portion of the three.

    3. Modify the original sanction.

    4. Remand the case back to the PC/PCC for consideration or rehearing. A case, which is to be reheard, may result in dismissal of the case, modification of the finding, or a finding and/or sanction of greater severity than the original outcome.

viii. Within three (3) business days of the Appeals Committee meeting, the Committee decision is forwarded to the Dean for review. If the Dean has concerns, the Dean meets with the Appeals Committee to discuss the case. The Dean implements the final decision by writing a Letter of Resolution to the following recipients:

    1. the Respondent;

    2. the Director of Student Services;

    3. the Senior Associate Dean for Academic Programs; and

    4. the Chair(s) of the relevant Progress Committee(s) and the PCC.

J-12

PLAINTIFF'S PRODUCTION

## Appendix J IUSD Code of Professional Conduct
AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          *Updated 6/07/2022*

ix.  Appealing an IUSD Final Decision involving Suspension and Dismissal

Students who feel that a demonstrable procedural error occurred during the IUSD proceedings may submit an appeal only on those grounds. The external appeals document is limited to the identification of a specific procedural violation. The appeal is submitted to the Director of Student Services, who will review and then forwards the appeal to the IUPUI Vice Chancellor for Research and Graduate Education and copy the student filing the appeal. The Associate Vice Chancellor of Graduate Education reviews the findings and presents the decision to the Respondent and the Director of Student Services. [Source: PCC 5/5/15. Revision approved by FC 6-21-17]

PLAINTIFF'S PRODUCTION

# Appendix J IUSD Code of Professional Conduct

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK    *Updated 6/07/2022*

## Case Procedure Flowchart

*For illustrative purposes only, this does not reflect all aspects of the process.*



*continued on next page*

PLAINTIFF'S PRODUCTION

## Appendix J IUSD Code of Professional Conduct

**AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK**        *Updated 6/07/2022*



Source: modified *Case Procedure Flowchart* approved 6/16/2021 by IUSD Faculty Council

PLAINTIFF'S PRODUCTION

J-15

## Appendix J IUSD Code of Professional Conduct
**AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK**    *Updated 6/07/2022*

### Professional Misconduct Reporting Form
Within ten (10) business days (any weekday when IUSD administrative offices are open) from the date of discovery of suspected or known violations of the IUSD Code of Professional Conduct, complete this form and attach all supporting documentation known to you at the time. Please refer to the IUSD Code of Professional Conduct for procedures related to professional or academic misconduct. If the outcome of an Incident Report results in a charge(s) and a subsequent hearing the Reporting Party is required to be present at the hearing. ***Submit this completed form to the Director of Student Services.***

I am reporting the below named student for a violation of the Student IUSD Code of Professional Conduct.

#### PART I: Contact Information of Individual Reporting the Incident/Activity
*(Reporting individual must be present if an investigation results in a PCC hearing)*

| Name: | | Date of this Report: | |
|---|---|---|---|
| Status: | ☐ Student | ☐ Faculty | ☐ Staff |
| Telephone: | | Email: | |

#### PART II: General Information of Incident/Activity
*If multiple students are involved in the incident, provide a full list in PART IV below.*

| Student Name: | Date of Alleged Violation: |
|---|---|
| Student's Program and Class (if known): | |
| Course/Section (if applicable): | Instructor Name (if applicable): |

#### PART III: Name and Contact Information of Witnesses (if applicable)

#### PART IV: (reporting faculty only)

If the charge relates to academic misconduct have or will academic sanctions be imposed?

☐ YES  ☐ NO  ☐ Undecided

#### PART V: Summary of the Incident/Activity
Please provide a detailed summary of the incident. Attach to this form all documentation, if any, related to the alleged violation, such as the course syllabus and or assignment instructions.

PLAINTIFF'S PRODUCTION

## Appendix J IUSD Code of Professional Conduct
AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK         *Updated 6/07/2022*

### IUSD Appeals Form
A student has the right to appeal decisions concerning alleged violations of the IUSD Code of Professional Conduct and decisions involving additional study, suspension, or dismissal due to academic performance. To initiate the appeals process to the Faculty Council Appeals Committee and IUPUI, this form must be completed and sent via university e-mail to the Director of Student Services within ten (10) business days from the date of the Letter of Resolution sent by the Dean. Further information is available in the IUSD Code of Professional Conduct (in Appendix J) and the Student Appeals Process Regarding Academic Performance.

### PART I: Contact Information of Individual Appealing

| | |
|---|---|
| Name: | Program and Class: |
| Today's Date: | Date Letter of Resolution sent by the Dean: |
| Telephone: | Email: |

### PART II: Type of Violation
*Please identify the basis of your appeal below. (Check all that apply)*

☐ The discovery of new and substantial information, which was unavailable at the time of the PCC hearing or Progress Committee meeting but has since become available and, if had been available, reasonably would have affected the outcome.

☐ A procedural error occurred which resulted in material harm that reasonably would have affected the outcome. *This is the only criterion on which IUPUI appeals are considered.

☐ The sanction imposed is grossly disproportionate to the violation(s) committed, in light of all relevant aggravating and mitigating factors.

### PART III: Notice Letter of Findings and/or Sanctions
You are required to attach a copy of the Letter of Resolution from which you are appealing.

### PART IV:
Please attach to this form any statements or evidence that support your appeal. For example, should you contend that new and substantial information has become available that would have affected the outcome, you are to provide the new documentation and/or the names and statements of witnesses. This is not an opportunity to re-adjudicate your case but to provide information that supports one or more of the criteria above.

**THIS FORM AND ATTACHMENTS SHOULD BE**    *continued*
**SUBMITTED WITHIN TEN (10) BUSINESS DAYS**
**OF THE DATE OF THE LETTER OF RESOLUTION.**

PLAINTIFF'S PRODUCTION

J-17

# Appendix J IUSD Code of Professional Conduct
AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK    *Updated 6/07/2022*

## PCC Sanction Guidelines

Students who violate the Academic and Professional Conduct Policy will face sanctions that may include censure, disciplinary probation, restitution, suspension, and/or dismissal. Other sanctions may be imposed instead of or in addition to those specified. In all cases, significant mitigating or aggravating factors shall be considered. The burden of establishing mitigating factors prior to imposition of sanctions is the Respondent's responsibility.

The minimum sanction in first offense cases shall be a letter of reprimand by the Dean of the IU School of Dentistry, added to the student's academic record, which will result in the student being put on probation for a time as specified in the letter. First offense cases of academic misconduct, however, can result in immediate dismissal. The minimum sanction in repeat violation cases shall be suspension from the IU School of Dentistry for a specified minimum time, although other sanctions may be imposed.

A letter of reprimand by the Dean and/or a sanction notation on a student's academic record shall remain on the student's academic record as specified in the Dean's letter and/or sanction notation. Both document will outline a minimum time after which, and if no further case of misconduct has been noted, the student may petition the Dean for the removal of the sanction notation and/or letter of reprimand by the Dean. The Dean will confer with the Professional Conduct Committee (PCC) to evaluate the merit of the petition and then notify the student of the outcome of their petition.

In addition to sanctions imposed by the PCC, course instructors can impose additional sanctions including failure of the assignment/exam in question and solely at their discretion.

*Created and Approved by Professional Conduct Committee – 9/14/17; Modified by Professional Conduct Committee Task Force 2/14/18; Approved by IUSD Faculty Council 6/14/18*

PLAINTIFF'S PRODUCTION

# Appendix K Dress Code Regulations

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

*(Source: Dress Code Task Force 5/12/15)*

## Acceptable Dress

Business style clothing is preferred for most types of activities at the school. The following are examples of business attire:

1. Dress slacks, khakis, chinos for men
2. Dress slacks khakis, chinos skirts, or dresses that fall below the knee for women.
3. Dress shirts for men, blouses for women
4. Closed toe shoes
5. Dress socks for men
6. Dress socks or hosiery for women.

## Unacceptable Dress

The following items of apparel are unacceptable for any student to wear in the dental school or any of its affiliated clinics or classroom buildings during regular school/business hours:

1. Any clothing item not in good repair; or that is frayed, torn, or ripped
2. Any item of clothing that does not cover the shoulders, abdomen or back is not acceptable
3. Any item of clothing that is above the knee (for example, miniskirt)
4. Any item of clothing with inappropriate language or images (profane or offensive language; items promoting alcohol, tobacco, drugs; items making inappropriate political or religious statements)
5. Sweat suits, jogging suits, or bib overalls
6. Tights or leggings as an outer garment (without a skirt or dress) is inappropriate
7. Wearing mismatched scrubs or just scrub bottoms and a t-shirt.

## Clinical or Laboratory Settings

The following guidelines apply to students in clinical or laboratory settings:

1. Guidelines for Acceptable Protective Clothing and Infection Control policies and procedures must be followed and are described in the IUSD Infection Control Manual
2. Long hair must be pinned or tied back, out of the field of vision and away from any operating surfaces
3. Adherence to infection control guidelines is mandatory; all disposable protective clothing (gowns, masks, gloves) must be removed prior to leaving the clinical area. No disposable protective clothing may be worn while in restrooms, libraries, eating areas, or while exiting the building.
4. For safety and hygiene reasons, close-toed shoes and socks that cover the ankles or hose must be worn in clinics and laboratories; all shoes must be in good repair

PLAINTIFF'S PRODUCTION

# Appendix K Dress Code Regulations

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK                    Approved 6/07/22

5. Jeans may be worn in laboratories or classrooms as long as they are clean and not ripped, frayed, or torn

6. If slacks or skirts/dresses are worn in the clinics, dress (conventional) close-toed shoes or dress boots and hosiery or socks that cover the ankles must be worn

7. For safety reasons, long pants must be worn in laboratory settings. Shorts are not permitted in the labs or clinics.

8. Dental Students may wear scrub suits under disposable gowns while treating patients in the clinics in the school.

9. School-affiliated clinics in community settings may allow treatment of patients while wearing scrubs covered by disposable gowns or clean laboratory coats. Scrubs may be worn for patient treatment or other program-related educational activities. Approved IUSD scrubs may be ordered through a designated vendor in ceil blue and pewter in addition to an ASDA specific color that will be offered on a limited time basis through the ASDA fundraiser. Embroidery or lettering on scrub suits must be approved by the administration to ensure currency of the logo. (Source: Office of Education and Academic Affairs/ASDA/Dental Illustrations: provision added 6/1/15)

10. Jeans may not be worn as clinic attire under any circumstances except during fundraising events sanctioned by IUSD or IUSD associated organizations. Students must receive approval to wear jeans from their program and/or clinic director in advance in order to participate.

## CrimsonCard Requirement

Students are required to wear the Crimson Card identifying them as a Professional Dentistry student within the building at all times. Students can acquire a new CrimsonCard from OneCard Services located in Suite 217 of the IUPUI Campus Center, 420 University Blvd., Indianapolis, IN 46202. Crimson Card support canbe contacted 24 x 7 by phone at 317-274-0400. The office hours are Monday - Friday, 8 AM – 5PM.

## Enforcement

Faculty and/or staff may refuse admittance of students who are inappropriately attired to classrooms, clinics, or labs and may report violations to a student's Clinic Director, Program Director, and Associate Dean/Assistant Dean for Clinical Affairs or Senior Associate Dean/Assistant Dean for Academic Programs.

PLAINTIFF'S PRODUCTION

# Appendix L IUSD Policy on Administering Examinations

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

## Policy

All students must review and sign the IUSD Code of Professional Conduct annually requiring them to self-regulate testing environments by reporting any academic misconduct to the Professional Conduct Committee. Students who are non- compliant will be suspended from classes and clinics until this is completed.

Students will provide the phone number (317-274-8173) of the Office of Education and Academic Affairs to family members and other individuals in case the student needs to be reached. In the event of an emergency, a representative from the Office of Education and Academic Affairs will notify the student and course director immediately. Students are encouraged to inform the course director/proctor in the event of a possible foreseen emergency.

During laboratory, written and electronic examinations, a student will not have any personal belongings at his/her assigned seat. All personal belongings (including food and drinks) must be stowed in designated locations as specified by the Course Director or exam proctor. All electronic devices, except those used to access and take exams, are to be silenced and stowed in a secure location not on the students' person; this includes all wearable technologies. Noncompliance is likely to give the perception of academic misconduct, which may result in sanctions.

All screens on devices used to take an examination are to be covered with an approved privacy screen protector to limit the available viewing angles of the screen.

All exams are to be proctored by the course director, associated faculty or their designees.

Seat assignments in the testing location are designated by a chart generated by the Office of Academic Affairs guidelines. All academic departments at IUSD may establish departmental procedures regarding testing protocols and exam security.
Due to the nature of the IUSD graduate programs, dental hygiene program and dental assisting program, academic departments or divisions will uphold the integrity of the examination process by establishing guidelines specific to the needs of the individual program.

*Approved by Curriculum and Assessment Committee, 09/03/13 Revised by CAC, 10/08/13*
*Approved by IUSD Faculty Council, 02/03/2014 Revised by CAC, 08/18/16, 09/27/2016 Approved by IUSD Faculty Council, 10/06/2016*

PLAINTIFF'S PRODUCTION

# Appendix M Disabilities Accommodation Procedure
AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

## Procedure
The Americans with Disabilities Act (ADA) of 1990 is the civil rights legislation for persons with disabilities in the U.S. It provides protection from discrimination for individuals on the basis of disability. A "person with a disability" is anyone with a physical or mental impairment that limits one or more major life activities. A person is considered a "person with a disability" if he/she has a disability, has a record of a disability or is regarded as having a disability.

## Procedures for Disclosure
After admission to the program, a student is encouraged to disclose a disability to the Assistant Dean for Diversity and Student Success and request accommodations. The student will be asked to provide documentation of the disability so that appropriate accommodations may be considered. Requirements for documentation are described below.

## Documentation Requirements for Disabilities
Any student requesting an accommodation must present appropriate documentation from a qualified professional, establishing: (a) that the disability exists, and (b) that the requested accommodation is necessary to provide the student with the opportunity to achieve or participate in the program to the same extent as a similarly situated person without a disability. The documentation should be provided to IUPUI Adaptive Educational Services within four weeks of the initial meeting with the Assistant Dean for Diversity and Student Success, and the following requirements apply to documentation of disabilities.

Documentation must be provided by a licensed professional who is qualified in the appropriate specialty area and whose primary expertise involves the adult population, and the documentation must establish that the licensed professional's qualifications are in the appropriate specialty area related to the disability.

Documentation must be submitted on letterhead of the professional, be signed by the professional and include a minimum of the following: (a) the specific diagnosis of the disabling condition; (b) a description of the specific way(s) in which the disability limits the student's functions; (c) recommendations for accommodation, including a statement that the professional is aware that the student's environment is a dental school rather than a graduate school, undergraduate school, or secondary school; and (d) a specific explanation of the manner in which the proposed accommodation responds to the student's limitations. Handwritten documents will not be accepted.

Documentation of a learning disability must include a description of the diagnostic interview, a history of the student's learning disability and any accommodations provided for it, and a specific diagnosis of a generally recognized learning disability. The cost of providing the necessary documentation will be borne by the student.

## Determination of Appropriate Accommodations for Disabilities
Once documentation has been submitted as described above, IUPUI Adaptive Educational Services (AES) will contact the Assistant Dean for Diversity and Student Success. AES will review the request and documentation, establish whether the applicant has a disability, and make or confirm recommendations for appropriate accommodations to the Assistant Dean for Diversity and Student Success. The process shall be interactive, involving full input from the applicant, appropriate Indiana University School of Dentistry personnel, AES and other IUPUI

and external offices possessing the technical, medical, and administrative expertise as needed to evaluate the request.

M-1

PLAINTIFF'S PRODUCTION

# Appendix M Disabilities Accommodation Procedure
AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

Should the accommodations recommend revision of the curriculum or program, the Assistant Dean for Diversity and Student Success will present the accommodation recommendations to a committee composed of the Assistant Dean for Diversity and Student Success, legal counsel, faculty representatives, and AES. This Committee may do one of the following: (a) determine that the recommended accommodations fundamentally alter the nature and substance of the curriculum, present an undue hardship for the institution, pose a direct threat to the safety of patients, or compromise the academic integrity of the program, and therefore should be denied; (b) modify the proposed accommodations because unless modified, they fundamentally alter the nature and substance of the curriculum, present an undue hardship for the institution, pose a direct threat to the safety of patients, or compromise the academic integrity of the program; or (c) approve the accommodations as recommended. The accommodation plan will apply to the student throughout his/her tenure in dental school unless the disability changes. The student and the student's respective program director and/or Office of Education and Academic Affairs will follow the recommended accommodation for written examinations and other testing situations set forthby AES provided that the recommended accommodation does not significantly alter the goals ofthe educational program or any specific activity in the program.

Indiana University School of Dentistry will provide reasonable accommodations but is not required to make modifications or provide auxiliary aids or services that would fundamentally alter the nature and substance of the curriculum, present an undue hardship for the institution, pose a direct threat to the safety of patients or others, or compromise the academic integrity of the respective program. The student must be able to perform the essential skills of the respective curriculum, with or without accommodation, in order to begin or continue in the program.

There may be components to the curriculum which are areas in which accommodations recommended for a disability may not be applied (e.g. small group activities, oral examinations, clinical exams, clinic, etc.). Any fundamental change in time allotted, small group and research activities, and assessment methods associated with these components of the program may adversely affect the role of the activity in the curriculum and the expected standards for performance for a student and graduate. Additionally, changes in timed laboratory examinations or other performance-based demonstrations of competence may not be possible.

Tests or test booklets, instructions and testing procedures will be standardized for all students at IUSD. If a student's learning disability is accommodated and results in non-standardized testing administration or environment, the student's performance will be judged on the performance criteria set for all students within the course or curriculum. Performance standards for all educational activities are regulated by the faculty and apply to all students.

Decisions where a student is denied admission or dis-enrolled due to undue hardship, safety risk, or significant programmatic changes as a result of an inability to meet these minimum standards for admission or retention will be fully documented. Documents regarding a student's or applicant's disability and requests for accommodation shall be treated in a confidential manner and maintained separately from his or her admissions, academic or other files. IUSD shall maintain files regarding the decision-making process with respect to accommodation requests. [Reviewed 5/14/15]

M-2

PLAINTIFF'S PRODUCTION

# Appendix N Technical Standards Accommodation Guidelines
AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

## Technical Standards and Accommodations Information

Indiana University School of Dentistry (IUSD) is committed to ensure that the opportunity to pursue oral health education is available to all qualified persons without regard to disability. In this spirit, all qualified individuals are considered for admission.

All IUSD students must: 1) have completed the appropriate application process, 2) have fulfilled all prerequisites as determined by IUSD, 3) be capable of acquiring the necessary knowledge, and 4) have the ability to perform or learn to perform the skills specified in these standards with or without a reasonable accommodation. The faculty at IUSD has determined that the skills listed below are essential to the curriculum and are necessary to ensure that graduates of the program are fully prepared to practice dentistry. Although these skills are necessary for admission and retention, successful completion of the DDS program will require meeting other academic and professional standards as specified in the curriculum and in other institutional policies.

IUSD recognizes that the award of the Doctor of Dental Surgery (DDS) degree (and other degrees offered by IUSD) carries with it the full authority of the institution and communicates to the public that the individual who has earned this degree is competent to practice dentistry. The DDS is a comprehensive degree, unique in that the graduate, after passing a licensing examination, is permitted to offer patient care in all areas within dentistry.

This means that every dental student must acquire and demonstrate the didactic knowledge, as well as motor, sensory/observational, communication, cognitive, and behavioral skills, in order to complete the curriculum and be fully prepared for dental practice. To develop those skills, IUSD acknowledges that the unique DDS curriculum requires a myriad technical, intellectual, and interpersonal skills of its graduates. The faculty is mindful that the curriculum is stressful, requiring both emotional stability and physical stamina. Applicants to the program thus must possess the skills and abilities that will allow them to successfully complete the course of study and receive the full benefit of the education. It is important to note that during the DDS program, students are required to both perform and direct treatment on IUSD's patients.

Ultimately, the faculty has the responsibility to ensure the safety and proper care of these patients. This includes the completion of treatment safely and within a reasonable amount of time. Because the faculty is mindful of the rigors of the curriculum, the immense responsibility for safe patient treatment, and the fact that the DDS signifies readiness for dental practice, no accommodation can be granted that would result in undue hardship to the institution, would pose a direct threat to patients or others, or would fundamentally alter the curriculum. Accordingly, IUSD has determined that the DDS student must be able to meet the following technical standards for admission to or retention in the program. Responsibility for the interpretation and application of these standards rests solely with the school and university, and the examples given are merely illustrative. Students who are accepted and matriculate will be expected to sign a statement that they can meet the technical standards with or without reasonable accommodations.

N-1

PLAINTIFF'S PRODUCTION

# Appendix N Technical Standards Accommodation Guidelines
AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

## Motor Skills

Students must have or be able to acquire sufficient motor function so that they are able to execute movements required to provide general care and treatment to patients, both during the DDS program and at completion of the curriculum. This means the student must possess motor skills necessary to direct palpation, bimanual manipulation, fine tactile perception, and other diagnostic maneuvers, as well as basic laboratory procedures. Such activities require coordination of both gross and fine muscular movements, equilibrium, and functional uses of the senses of touch and vision.

Students must be able to perform basic life support procedures, including CPR, and position and reposition themselves around the patient and dental chair in either a standing or sitting position. Students must be able to operate foot controls utilizing fine movements, operate high and low speed hand pieces, which require controlled intraoral and extra oral movements of less than one millimeter, and utilize hand instrumentation, including scalpels for surgical procedures.

## Sensory/Observational Skills

Students must be able to master a defined level of information as presented though demonstrations and experiences in the biomedical and dental sciences. This includes but is not limited to: information conveyed through microbiological cultures and microscopic images of microorganisms and tissues in normal and pathologic states. Students must be able to efficiently acquire information from written documents and to visualize information presented in images on paper, film, slides, or video. Students must interpret radiographic and other graphic images, with or without the use of assistive devices.

Students must have functional use of visual, auditory and tactile sensation.In practice, a dentist must be able to observe a patient accurately, both at a distance and close at hand, and must notice and appreciate nonverbal communication when performing dental operations or administering medications. Thus, students in the DDS program must be able to perform visual and tactile dental examinations and treatment, including the use of visual acuity, accommodation, and color vision to discern the differences and variations in color, shape and general appearance between normal and abnormal soft and hard tissues. Use of tactile senses may be either direct palpation or indirect through instrumentation. Students must also possess the visual acuity to read charts, records, small print and handwritten notation, and distinguish color intraorally and extraorally. The type and degree of color blindness will determine a student's limitations. Of color blindness, daltonism is surmountable, while achromatic vision is not.

## Communication Skills

Good communication skills are essential for any health care provider and are stressed in the DDS curriculum. Therefore, a student must be able to communicate effectively and efficiently with patients, faculty, staff and students in both oral and written forms.

Because successful dental practice depends on timely and efficient rendering of patient care services, students in the DDS program must have sufficient facility in English to obtain information from a variety of learning resources, convey concepts and knowledge on written examinations administered during a specific time period, elicit patient histories, problems and symptoms, record in and retrieve information from patient charts, and coordinate patient care with all members of the health care team.

PLAINTIFF'S PRODUCTION

# Appendix N Technical Standards Accommodation Guidelines

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

### Cognitive Skills

Students must be able to measure, calculate, reason, analyze, interpret, integrate, synthesize and diagnose. Problem solving, a critical skill demanded of dentists, requires all of these intellectual abilities. Because dental care must be rendered in a timely and orderly fashion, students must be able to demonstrate cognitive skills in specified times and setting.

### Behavioral Skills

Students must possess the emotional health and stability required for full utilization of his or her intellectual abilities, for the exercise of good judgment, in the prompt completion of all responsibilities attendant to diagnoses and care of patients, and in the development of mature sensitive and effective relationships with patients, staff and other health care practitioners. Students must be able to tolerate physically and emotionally challenging workloads and to function effectively under stress, while in the DDS program and at completion of the degree. They must be able to adapt to changing environments, to display flexibility, to function in a climate of uncertainty in health care and to treat patients with compassion and integrity.

### Accommodation Information

The IU School of Dentistry will work to ensure that all qualified students, consistent with applicable law, including Section 504 of the Rehabilitation Act of 1973 and the Americans with Disabilities Act of 1990, as amended, will have the opportunity to succeed in the School's programs of study. Admitted DDS students in need of disability accommodations should contact the IUSD Assistant Dean for Diversity and Student Success (dsdivsty@iu.edu) who will work with the IUPUI Office of Adaptive Educational Services (AES) (aes@iupui.edu; 317-274-3241) and follow standardized procedures to evaluate the request.

PLAINTIFF'S PRODUCTION

# Appendix O Student Access and Fees for Dental Care Policy
AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK              Approved 6/07/22

## PURPOSE
The School of Dentistry (IUSD), in order to provide adequate instructional cases, provides financial courtesy and discounts for specific services provided to full-time students of IUSD.

## SCOPE
All full-time students enrolled in the dental assisting, dental hygiene, pre-doctoral and post-doctoral programs at IUSD.

## DEFINITIONS
**Students** are defined as persons currently enrolled in IUSD resident, graduate dental, pre-doctoral dental, post-doctoral dental, dental hygiene and dental assisting programs.

## POLICY
The student courtesy fee and discounts depend on the status of the service-provider ( i.e., dental hygiene, pre-doctoral or post-doctoral student). The courtesy fee does not apply to the following items and procedures, regardless of the service provider: bleaching kits, bleaching refills, implant placement treatments, or cone beam imaging. The remaining services are eligible for either a full financial courtesy or a discounted fee as set forth below.

1. IUSD provides full financial courtesy to Students for services performed by dental hygiene students.
2. IUSD provides financial courtesy or discounted fees to students for services performed by pre-doctoral students as follows:
   a. Students receive a full financial courtesy applied to fees for all services other than those listed in section 2(b).
   b. Students receive a 50% discount off of the published pre-doctoral rates for:
      i. Orthodontic treatments;
      ii. Treatment requiring lab work (a student may not use his/her own gold or other material to avoid charges for laboratory work); and
      iii. Restoration of an implant (note that implant placement is not discounted).
3. IUSD provides discounted fees to students for services performed by post-doctoral students as follows: Students receive a 25% discount off the published fee schedules in the specific graduate dental clinic where the Student receives treatment. For treatment requiring lab work, a Student may not use his/her own gold or other material to avoid charges for laboratory work.

REFERENCES: None
PROCEDURES: Application of Discounts for Students and Family Members
HISTORY:
*[Source: OCA 11/2014 Reviewed by Finance and Admin. 4/7/16]*

PLAINTIFF'S PRODUCTION

# Appendix P Limited Financial Courtesy for Family Members of Full-time Students Policy

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

## PURPOSE

IUSD extends a limited financial courtesy to family members of full-time students enrolled in the dental assisting, dental hygiene, pre-doctoral and post-doctoral programs of IUSD consistent with the limitations herein in the effort to provide adequate instructional cases for the students.

## SCOPE

All full-time dental assisting students, dental hygiene students, pre-doctoral students and post-doctoral students currently enrolled in IUSD programs. This policy is effective for those full-time students who began their program participation on or after July 1, 2012.

## DEFINITIONS

**Student** means a full-time dental assisting student, dental hygiene student, pre-doctoral student, or post-doctoral student actively enrolled in an IUSD program.

**Family Member** means the following relatives of the Student: spouse or same sex domestic partner, parents, spouse's/domestic partner's parents, brothers and sisters, sons and daughters (including stepchildren), aunts, uncles, and grandparents.

**Student Allotment** means the one-time, total amount granted to a Student based on the length of the established curriculum of the program in which the Student is enrolled and applies only to the time that the Student is actively enrolled. The Student Allotment for enrollment is as follows:

One (1) year program total allotment is $250.00 Two (2) year program total allotment is $500.00 Three (3) year program total allotment is $750.00 Four (4) year program total allotment is $1,500.00

## POLICY

Upon enrollment as a full-time student in an IUSD program, a Student will be allowed to use their Student Allotment for fees arising from services provided to Family Members of Students.

The Student Allotment is to be used as a limited financial courtesy for fees arising from services provided to Family Members. The Student Allotment may be applied to only the specific fees described below. The Student may determine which fees they want applied to their Student Allotment. In no case will the accumulated financial courtesy for the services provided to Family Members exceed the total Student Allotment.

1. The Student Allotment may be used to cover the following fees:
   a. The full-published fee for services provided by dental hygiene students;
   b. The full-published fee for services provided by pre-doctoral students except those discounted services listed in section 1(c).
   c. The fees for orthodontic treatments, treatments requiring lab work and restoration of an implant provided by pre-doctoral students discounted by fifty percent (50%) of the pre-doctoral rate; and
   d. The fees for services provided by graduate students and residents discounted by twenty-five percent (25%) of the published graduate student rate.

P-1

PLAINTIFF'S PRODUCTION

# Appendix P Limited Financial Courtesy for Family Members of Full-time Students Policy

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK                Approved 6/07/22

2. The Student may not use his/her own gold or other material to avoid charges for laboratory work for Family Members.
3. IUSD offers this limited financial courtesy to students' family members provided that:
    a. The policy applies to all students without regard to the volume or value of referrals or other business generated for IUSD by the family members;
    b. The health care services provided are of a type routinely provided by IUSD; and
    c. The family member is not a beneficiary of a federal health care program (e.g., Medicare, Medicaid, etc.)

REFERENCES: None

PROCEDURES: Application of Discounts for Students and Family Members
*[Source: OCA 11/2014 Reviewed by Finance and Admin. 4/7/16] Approval Date: 4/4/13; Amended Date: 6/15/13; Effective Date: 7/1/13*

PLAINTIFF'S PRODUCTION

# Appendix Q Student Travel Request Form

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK            Approved 6/07/22

## Indiana University School of Dentistry Policy

CATEGORY: Academic Programs; Finance
POLICY NO:
TITLE: Travel Support Policy for Student Professional Development, Leadership, or Presenter Roles
SUBJECT: Funding for Student Travel - Student Professional Development, Leadership or Presenter Roles

### PURPOSE

To support student travel to national conferences or programs for specific training or student professional development, leadership or presenter roles related to dentistry academics, online education, or peer mentoring group development.

### SCOPE

All Full-time Students DEFINITIONS
National Dental Conference is defined as any of the following approved national dental education organizations: ADEA, ASDA, SPEA, ADA, CODA, and AADR. Other organizations may be considered if the applicant submits a statement describing the purpose and importance of a particular organization's meeting.

### POLICY

The IUSD Office of Education and Academic Affairs will consider applications for funding of conference registration, hotel accommodations, and airfare in partnership with the respective department or student organization for fulltime IUSD students to attend -approved National Dental Conferences or disciplinary-based conferences to support strategic IUSD initiatives or student development of members of the peer-mentoring group. The Director of Student Services will determine if the student member, student member's department or organization and the school will significantly benefit from attendance at the conference or program. Funding will be provided as the budget allows and preference will be given to student members who have not been previously funded. In addition, preference will be given to applicants who document contribution of departmental funds, if applicable, to help support the meeting travel request.

PLAINTIFF'S PRODUCTION

## Appendix Q Student Travel Request Form

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

## Indiana University School of Dentistry Procedure

CATEGORY:
Academic Programs: Finance
PROCEDURE NO:
TITLE: Travel Support Policy for Student Professional Development, Leadership, or Presenter Roles
SUBJECT: Funding for Student Travel - Student Professional Development, Leadership or Presenter Roles

PURPOSE
To outline the standard operating procedure for a student to complete a funding request and the approval process.

PROCEDURE

1. Student must complete the funding request application and submit it a minimum of 30 days prior to the first day of open conference registration or upon receipt of acceptance notification. Travel funding approval for presentation at a conference is contingent upon acceptance of the poster and/or oral presentation by the student, and if applicable, the sponsoring organization, or approval of the submitted application for conference attendance.
2. The application will require documentation of the purpose and benefit to the student education, department or organization and school.
3. Student must provide a statement of benefit to the department and school.
4. The student must provide a copy of the conference registration confirmation to the Office of Education and Academic Affairs.
5. The Director of Student Services will approve/deny the travel support request within five (5) business days of receiving all applications components, based upon thepolicy criteria, application, and documentation provided. The student and student's sponsoring organization or department will be notified of the funding decision.

PLAINTIFF'S PRODUCTION

# Appendix Q Student Travel Request Form

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

## DDS STUDENT TRAVEL FORM
### *Indiana University School of Dentistry*
### *Office of Education and*
### *Academic Affairs*

*All IUSD DDS student-related travel must be approved by the Office of Education and Academic Affairs, whether or not the student will be absent from class/clinic. This form can be found in the DDS Student Program Handbook and in Room 105.*

Instructions for Students:
1. Complete the Student Section below.
2. Present form to course directors/clinic director from whose classes/clinic the student will be absent.
3. Return form no less than 4 weeks prior to travel start date to Room 105 for further processing.

| STUDENT SECTION | |
|---|---|
| **Student Name** | ☐ **D1** ☐ **D2** ☐ **D3** ☐ **D4** |
| **Student Phone** | **Student IU Email** |
| **Event/Conference** | |
| **IUSD Faculty Sponsor/ Advisor** | |
| **Dates that student will attend event** | |
| **Dates that student will be absent from class and/or clinic** | |
| **Emergency Contact Name** | **Relationship** |
| **Emergency Primary Phone** | **Emergency Secondary Phone** |
| **Funding Source for Registration** | **Funding Source for Hotel** |
| **Funding Source for Transportation** | |
| **For overnight travel, lodging information is required to meet requirements of the Clery Act, a federal law.** | |
| **Hotel/Overnight Lodging Name** | |
| **Address** | |
| **Hotel Room Number/Date Submitted (REPORT TO OAP WITHIN 2 WEEKS AFTER EVENT )** | |

Student Signature: As confirmed by my signature below, I am currently in good standing at IUSD; am not on probation for academic issues; and have no professional conduct violations. If my status changes, I understand that any approvals can be withdrawn.

| FACULTY ACKNOWLEDGEMENT | | |
|---|---|---|
| *The Faculty members below have recorded their recommendations regarding the absence request on this form. The Office of Education and Academic Affairs will make the final decision regarding the request.* | | |
| **Course Name** | **Course Director/Clinic Director Signature** | **List any course conflicts or concerns** |
| | | |
| | | |
| **Date received from student:** | | **OAP Approval:** |
| **Instructors notified:** | | **Clery Act information complete:** |

Q-3

PLAINTIFF'S PRODUCTION

# Appendix Q Student Travel Request Form

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

## INDIANA UNIVERSITY SCHOOL OF DENTISTRY TRAVEL SUPPORT APPLICATION

### for

### Student Professional Development, Leadership or Presenter Roles

*Fulltime students are eligible to apply for travel funds if they are pursuing Student Professional Development, Leadership, or Presenter Role opportunities as long as such opportunities are of benefit to the department, student organization, and IUSD.*

| Name | Student Organization (If Applicable) | Department (If Applicable) |
|---|---|---|

| Title of Presentation (if applicable), Professional Development or Leadership Development Opportunity |
|---|

| Conference | Location | Meeting Dates |
|---|---|---|

| Benefit Statement |
|---|

| Have you applied for student travel funding from any other (IUPUI, IUSD, etc.) source? | ☐ Yes ☐ No |
|---|---|

| If yes, what was the source and the amount of other funding approved? $ |
|---|

| Amount Funded by Department or Student Organization |
|---|

| Director of Student Services Approval Signature | Date |
|---|---|

| Amount Funded by the Office of Education and Academic Affairs (if applicable) |
|---|

NOTE: Travel Support will only be provided for conference registration, hotel and air travel to conference site. If Travel Support is provided, students must share hotel space when possible and appropriate; students are encouraged to use the official conference hotel for safety and maximum attendance benefit. No per diems will be paid.

PLAINTIFF'S PRODUCTION

Q-4

# Appendix R Release of Student Information Matrix
AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

The Family Educational Rights and Privacy Act (FERPA) is a federal law that protects the privacy of student education records. According to FERPA, personally identifiable information in an education record may not be released without prior written consent from the student.

| PUBLIC INFORMATION | Student – Own Record | General Public | University Personnel |
|---|---|---|---|
| Name | Y | Y | Y |
| Local Address/Telephone Number | Y | N | N |
| Permanent Address/Telephone Number | Y | N | N |
| Current Enrollment | Y | Y | Y |
| Class Level | Y | Y | Y |
| Full-time/Part-time | Y | Y | Y |
| Dates of Enrollment | Y | Y | Y |
| Degrees Received | Y | Y | Y |
| School or Division | Y | Y | Y |
| RESTRICTED INFORMATION + | | | |
| Age/Birth date/Birthplace | Y | N | N |
| High School(s) Attended | Y | N | N |
| Social Security Number | Y | N | N |
| Marital Status | Y | N | N |
| Academic Status | Y | N | N |
| Class Rank | Y | N | N |
| Grades (Specific or GPA) | Y | N | N |
| Testing Information | Y | N | N |
| Class Schedule | Y | N | N |

Y – YES, approved for release
N – NO, not approved for release to public without student's authorization.
+ – A written statement or form from the student to release his/her personal restricted information authorizes the Office of Education and Academic Affairs to furnish requested information toagencies, employers, other institutions, and/or other persons so specified.
* – Final grades may be released to the parents of single students under age 18 without written authorization from the student. [Last reviewed and updated May 2017]

**Directory information** may appear in public documents and may otherwise be released to individuals outside the University without the student's specific consent. Indiana University has designated the following items as directory information: name; hometown (city, state), Universitye-mail address; major field of study; dates of attendance; admission or enrollment status (admitted, full-time, part-time); campus; school, or division; class standing (freshman, sophomore, junior, senior); degrees and awards; activities; sports; and athletic information.
Records of arrests and/or convictions and traffic accident information are public information andmay be released to anyone making inquiry.

**Legitimate educational interest** is the need to review an education record in order for a University official to carry out his or her responsibilities in regard to performing an administrativetask outlined in the official's duties, or performing a supervisory or instructional task directly related to the student's education.

**School official** is a person employed by the University in an administrative, supervisory, academic or research, or support staff position (including law enforcement unit personnel andhealth staff); a person or company with whom the University has contracted as its agent to

R-1

PLAINTIFF'S PRODUCTION

# Appendix R Release of Student Information Matrix
AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

provide a service (such as an attorney, auditor, collection agent, learning management system vendor (e.g., Canvas), or other contractor which has agreed to assume responsibility specificallyfor the security of student records in the capacity of a "school official"); a person serving on the Board of Trustees; or a student serving on an official committee, such as a disciplinary or grievance committee, or assisting another school official in performing his or her tasks. Faculty members are considered to be advisors with a legitimate educational interest for all students currently enrolled in their classes or seeking enrollment, and others that they may be advising on an assigned basis.

**Non-disclosure of directory information** (FERPA restriction) may be requested by currently enrolled students and a student may choose to file a partial restriction where one or more directory data points are restricted or a full restriction. A full FERPA restriction means the University may not release any directory information about the student, except as permitted under the provisions of FERPA (i.e. to school officials with a legitimate educational interest). The University may not even acknowledge to third parties that the person is a student if a FULLrestriction is filed.

**Letters of recommendation** - Written consent from the student is required for a letter of recommendation if any information included in the recommendation is part of the "education record" (grades, GPA and other non- directory information) or is an assessment of student performance, such as his or her rank in the class. Statements made from personal observationor knowledge do not require a signed release.

PLAINTIFF'S PRODUCTION

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK    Approved 6/07/22

## Release of Student Information Consent Form

Indiana University School of Dentistry Office of Education and
Academic Affairs 1121 W. Michigan St. Indianapolis, IN 46202

**Student/Alumnus Authorizing Release of Information (required):**

| | | |
|---|---|---|
| Last name | Middle name | First name |

| | | |
|---|---|---|
| Email address | Dates of Attendance | Degree Pursued/Earned |

I freely and voluntarily authorize IU School of Dentistry to release FERPA protected student records and information pertaining to grades, academic and/or clinical performance, disciplinary proceedings, financial aid, schedules, tuition and fees, for the purpose of educational/employment progress to the specified third party or organization listed below.

Please check all appropriate boxes as applicable (required):

- ☐ Dates of attendance
- ☐ Date and Degree(s) Earned
- ☐ Academic Performance (Cumulative Grade Point Average and Rank)
- ☐ Specific Grades: _____
- ☐ Clinical Performance
- ☐ Professional Conduct/Disciplinary Proceedings
- ☐ Financial Aid
- ☐ Tuition and Fees
- ☐ Attendance
- ☐ Other (please specify):_____

PLEASE SUBMIT AN INDIVIDUAL FERPA RELEASE FORM FOR EACH THIRD PARTY ("RECEIVING PARTY") OR PARTIES TO WHOM YOU ARE GRANTING ACCESS TO YOUR STUDENT RECORD.

**Release information to (required):**

| Name of Receiving Party/Organization: | | |
|---|---|---|
| Street Address: | | City/State/Zip: |
| Phone: | | Email Address: |

**Student/Alumnus Signature** _____

I understand that this authorization, as required under FERPA Guidelines, will remain in effect until completion of the stated purpose for this authorization as described. Indiana University School of Dentistry adheres to the provisions of the Family Education Right Privacy Act (FERPA) and other appropriate state and federal laws and regulations, which prohibit disclosure of education information without the specific written consent of the person to whom it pertains, or as, otherwise permitted.

THIS AUTHORIZATION MAY BE AMENDED, CHANGED, OR RESCINDED AT ANY TIME BY SUBMITTING A NEW AUTHORIZATION TO THE APPROPRIATE CONTACT AT THE IU SCHOOL OF DENTISTRY.

**Return this form to:**
Office of Education and Academic Affairs: iusdoap@iu.edu    - Or -    Student Services: iusdss@iu.edu

| | |
|---|---|
| • Academic, clinical, or discipline records | • Postgraduate and residency program applications (ADEA PASS) |
| • Dates of attendance or graduation | |
| • Proof of current or past enrollment | • Scholarship application |

PLAINTIFF'S PRODUCTION

R-3
92

# Appendix S Frequently Used Links

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

| Task | Link |
|------|------|
| American Dental Association (ADA) | http://www.ada.org/ |
| IUPUI Bursar's Office | https://studentcentral.iupui.edu/pay-bill/index.html |
| Canvas | https://canvas.iu.edu/lms-prd/gateway |
| Dental Insurance Plan | http://hr.iu.edu/benefits/students.html |
| Encrypting your Mac Computer | https://kb.iu.edu/d/bcnx |
| Encrypting your Windows Computer | https://kb.iu.edu/d/avjz |
| GIS | https://dentnet.iu.edu |
| Health Insurance | http://hr.iu.edu/benefits/students.html |
| International Affairs Office | http://international.iupui.edu/ |
| Intranet at IUSD | https://dentnet.iu.edu/Pages/default.aspx |
| IT Help Desk | hts@iu.edu |
| IT Knowledge Base – IT Support Materials | http://kb.iu.edu/ |
| IUSD Website Home Page | https://www.dentistry.iu.edu/ |
| Library Services at IUSD | https://www.dentistry.iu.edu/library/ |
| One.IU – online campus services | https://one.iu.edu/ |
| Parking Services | http://parking.iupui.edu/ |
| Passphrase – Change your Passphrase | https://access.iu.edu/Passphrase |
| Securing your iPhone, iPad or iPod touch | https://kb.iu.edu/data/ayem.html |
| Student Advocate | https://studentaffairs.iupui.edu/advocacy-resources/get-help/index.html |
| Student Records - FERPA | http://www.iue.edu/registrar/policies/FERPA_policy.php |

PLAINTIFF'S PRODUCTION

# Appendix T Fundraising Approval Form
AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          6/07/22

## Indiana University School of Dentistry Office of Student Affairs & Admissions

**Process Overview:**

There are multiple overlapping university policies that govern student fundraising and the production of materials using Indiana University marks. This includes regulations regarding what marks can be used by student groups, how they can be used, and what vendors are permitted to manufacture goods with Indiana marks. There can be administrative, legal, and financial penalties for students and groups who do not follow the proper procedures relating to the production of licensed goods.

Before student groups are permitted to solicit vendors to produce items, all fundraisers must be signed off on by the Director of Student Services and by the Director of Marketing. After the fundraising activity has been approved student groups can work with approved university vendors to develop their specific items. Once an item(s) has been selected, the student group must work with the Director of Marketing on the final design and usage of mark. After internal approval, the final design must be submitted to the Indiana University Office of Licensing & Trademarks for final approval before production can begin.

**Preliminary Information:**

| | |
|---|---|
| Class/Group Raising Funds: | |
| Student Contact(s): | |
| Reasons for Fundraiser: | |
| Proposed Date(s): | |
| Target Market for Fundraiser: | |
| Fundraising Goal in Dollars: | |
| Item(s) to be Produced: | |

**Will your fundraiser involve the use of any IU marks or logos?**

Yes ◯          No ◯

I acknowledge that my student group will only conduct fundraising activities after receiving express approval from the Director of Student Services. We will only transact with vendors approved by the University's Office of Licensing & Trademarks, and will consult with the school's Director of Marketing on the design and branding of all items offered.

_____    _____    _____
*Student Printed Name*          *Student Signature*               *Date Submitted*

**Office Use Only:**

_____    _____
Director of Student Services                                                  Date Received

_____    _____
Director of Marketing                                                           Date Received

T-1

PLAINTIFF'S PRODUCTION

# Appendix U Guest Speaker/Vendor Approval Form

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK              6/07//22

## Office of Student Affairs & Admissions

### Guest Speaker/Vendor Approval Form

*Note: All events must be registered with TheSPOT.*

Today's Date:        _____        <u>IUSD Sponsoring Organization:</u>
Student Contact:      _____
Intended Audience: _____

Please designate if this approval request is for a guest speaker or guest vendor:

☐ Guest Speaker* Approval          ☐ Guest Vendor Approval

Is the speaker affiliated with an organization/corporate entity?      ☐ Yes         ☐ No

If yes, indicate organization/corporate entity's contact name/phone/email:
Name: _____
Phone: _____                Email: _____

*Guest speakers are expected to present for educational purposes only and not for personal or organizational gain.*

Guest Speaker/Vendor Topic: _____

Proposed Date of Event:        _____

*Please Note: A copy of the presentation must be attached to this form or emailed to for approval 2 weeks prior to extending an invitation.*

FOR OFFICE USE

☐ Approved Date:_____

☐ Denied Date:_____ Reason:_____

Director of Student Services Signature: _____

PLAINTIFF'S PRODUCTION

U-1

# Appendix V Student Organizations List (as of 7/1/2021)

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

## IUSD Student Organizations (as of 07/1/21)

The following organizations registered in The SPOT indicated an affiliation with the School of Dentistry:

- Academy of General Dentistry at IU School of Dentistry (IU AGD)
  - Visit https://thespot.iupui.edu/organization/iuagd
- Advanced Graduate Organization (AGO)
  - Visit https://thespot.iupui.edu/organization/advancedgraduateorganization
- Academy of LDS Dentists:
  - Visit https://thespot.iupui.edu/organization/academyofldsdentists
- American Academy of Pediatric Dentistry - Students United with America's ToothFairy (AAPD-SUAT)
  - Visit https://thespot.iupui.edu/organization/americanacademyofpediatricdentistry
- American Association of Public Health Dentistry Chapter IUSD (AAPHD)
  - Visit https://thespot.iupui.edu/organization/aaphd
- American Association of Women Dentists
  - Visit https://thespot.iupui.edu/organization/aawd
- American Dental Education Association at Indiana University (IU ADEA)
  - Visit https://thespot.iupui.edu/organization/iu_adea
- American Student Dental Association Chapter at Indiana University (ASDA)
  - Visit https://thespot.iupui.edu/organization/asda
- Christian Dental Association at Indiana University School of Dentistry (CDA; CDA at IUSD)
  - Visit https://thespot.iupui.edu/organization/cdaatiusd
- Christian Medical & Dental Association (CMDA)
  - Visit  https://thespot.iupui.edu/organization/cmda
- Dental Student Research Group (DSRG)
  - Visit https://thespot.iupui.edu/organization/dentalstudentresearchgroup
- Global Service Student Club
  - Visit https://thespot.iupui.edu/organization/globalservice

V-1

PLAINTIFF'S PRODUCTION

## Appendix V Student Organizations List (as of 7/1/2021)

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

- Indiana Hispanic Student Dental Association
    - Visit https://thespot.iupui.edu/organization/ihsda
- International Student Dental Association
    - Visit https://thespot.iupui.edu/organization/isda
- Kids Club @ IUSD
    - Visit https://thespot.iupui.edu/organization/kidsclubiusd
- Orthodontic Interest Group at IUSD
    - Visit https://thespot.iupui.edu/organization/oig
- Student National Dental Association (SNDA at IUSD)
    - Visit https://thespot.iupui.edu/organization/snda
- Student Outreach Clinic at IUSD
    - Visit https://thespot.iupui.edu/organization/sociusd
- Student Professionalism and Ethics Association in Dentistry (SPEA at IUSD)
    - Visit https://thespot.iupui.edu/organization/speaiusd
- Tau Sigma, Tri-Service Military Dental Club
    - Visit https://thespot.iupui.edu/organization/tau_sigma
- Tooth Scouts
    - Visit https://thespot.iupui.edu/organization/iusdtoothscouts

PLAINTIFF'S PRODUCTION

# Appendix W Social Media Guidelines

## Social Media Guidelines

I.   Overview and rationale

   a.   Weblogs and online social networks such as Facebook and Instagram have become popular communication tools in recent years. These forums offer unique opportunities for individuals to interact, remain in contact and have the potential to augment friendships and professional interactions. As professionals with a unique social contract and obligation, dental students as well as practicing dentists must be very mindful of the public nature of these forums and the permanent nature of social media postings. While these sites offer excellent potential to bolster communication with friends and colleagues, they are also a potential forum for lapses of professionalism and professional behavior. While these sites may give the impression of privacy, postings and other data should be considered public and freely visible by the public. IU School of Dentistry (IUSD) has adopted the following guidelines to assist students in safely and responsibly using these sites.

II.  Scope

   a.   These guidelines are "best practice guidelines" for health care professionals, including those - in-training at the Indiana University School of Dentistry. They apply to all IUSD DDS, graduate, dental hygiene, dental assisting students and residents. Students and residents should follow these guidelines whether participating in social networks personally or professionally, and whether they are using personal or IU computing equipment.

III. Definitions

   a.   Social networking site: spaces in the internet where users can create a profile and connect that profile to others (individuals or entities) to create a personal network. Examples include Facebook, Instagram, LinkedIn, and Twitter.

   b.   Weblog: a website, usually in the form of an online journal, maintained by an individual with regular commentary on any number of subjects. Can incorporate text, audio, video clips, and any other types of media.

IV.  Guidelines for ethical/professional behavior

   a.   Professionalism

      i.   Postings within social network sites are subject to the same professionalism standards as any other personal interactions. The permanence and written nature of these postings make them subject to even more scrutiny than most other forms of communication. The professionalism description can be found in the IUSD Student Code of Professional Conduct (see Appendix J) which is also governed by the IUPUI Student Code of Responsibilities. Students may be subject to disciplinary actions within the school for comments that are either unprofessional or violate patient privacy.

      ii.  Statements made within online networks will be treated as if you verbally made the statement in a public place.

W-1

# Appendix W Social Media Guidelines

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK                Approved 6/07/22

    iii.  Do not violate copyrighted or trademarked materials. If you post content, photos or other media, you are acknowledging that you own or have the right to use these items.

    iv.  In online social networks the lines between public and private, personal and professional are blurred. By identifying yourself as an IUSD student or resident you are creating perceptions about IUSD by those who have access to your social network profile or weblog. All content associated with you should be consistent with your position at the school and reflect IUSD values and professional standards.

    v.  IU logos may not be used on any social media site without the approval of the Director of Public Relations and Marketing in the Communications and Media Relations Department. Any dentally or medically oriented weblogs should contain the disclaimer: "The posts on this site are my own and do not represent the IU School of Dentistry's positions, strategies, recommendations or opinions."

    vi.  Use of social networking sites or weblogs may have legal ramifications. Comments made regarding care of patients or that portray you or a colleague in an unprofessional manner can be used in court or in other disciplinary proceedings (i.e. Indiana Professional Licensing Agency: Board of Dentistry).

    vii.  Unprofessional postings by others on your page reflect very poorly on you. Please monitor others' postings on your profile and work to ensure that the content would not be viewed as unprofessional. It may be useful to block postings from individuals who post unprofessional content.

    viii.  Social media and weblog users are encouraged to alert colleagues to unprofessional or potentially offensive comments made online to avoid future indiscretions and refer them to this document.

    ix.  Social media and weblog users should keep in mind that statements and photos posted within these sites are potentially viewable by future employers, and even if deleted can be recovered under certain circumstances. Be aware too, that images can be downloaded by and forwarded to others. It is not uncommon for potential employers to search for the social network profiles of potential hires; there are many examples of people being denied a job because of findings on social networking sites.

    x.  Relationships online with colleagues are all governed by the IU policy against sexual harassment. Cyber stalking, requests from those who you supervise to engage in activities outside of work, and inappropriate postings to social networking sites while supervising trainees can all be considered forms of sexual harassment.

    xi.  Avoid giving specific dental or medical advice.

  b.  Privacy

    i.  Due to continuous changes in these sites it is advisable to closely monitor the privacy settings of your social network accounts to optimize their privacy and security.

PLAINTIFF'S PRODUCTION

# Appendix W Social Media Guidelines

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK                Approved 6/07/22

  ii.  It is advisable that you set your privacy profile so that only those people to whom you provide access may see your personal information and photos.

  iii.  Avoid sharing personal identification numbers on your on-line personal profile. These would include address, telephone numbers, social security, passport numbers or driver's license numbers, birth date, or any other data that could be used to obtain your personal records.

  iv.  Others may post photos of you, and may "tag" you in each of the photos. It is your responsibility to make sure that these photos are appropriate and are not embarrassing or professionally compromising. It is wise to "untag" yourself from any photos as a general rule and to refrain from tagging others unless you have explicit permission from them to do so.

  v.  Maintain the privacy of all colleagues when referring to them in a professional capacity unless they have given you permission for their names, images or likenesses to be used.

  vi.  Make sure that you differentiate dental or medical opinions from dental or medical facts. The world of dentistry is foreign to many and readers may take your words at face value. Try to make clear what statements reflect your personal beliefs.

  vii.  Student academic records are protected by the federal law Family Educational Rights and Privacy Act (FERPA). Without a student's written permission, IUSD affiliated personnel are not authorized to post and/or discuss student grades, evaluations, course feedback, etc.

c.  Confidentiality

  i.  Health Insurance Portability and Accountability Act of 1996 (HIPAA) regulations apply to comments made on social networking sites, and violators are subject to the same prosecution as with other HIPAA violations.

  ii.  Patient privacy measures taken in any public forum apply to social networking sites as well.

  iii.  Online discussions of specific patients should be avoided, even if all identifying information is excluded. It is possible that someone could recognize the patient to whom you are referring based upon the context.

  iv.  Under no circumstances should photos of patients or photos depicting the body parts of patients be displayed online unless specific written permission to do so has been obtained from the patient. Even if you have obtained a patient's permission, such photos may be downloadable and forwarded by others.

d.  Patient contact

  i.  Interaction with patients within these sites is strongly discouraged. This provides an opportunity for a dual relationship which can be damaging to the doctor-patient relationship and may also carry legal consequences.

W-3

PLAINTIFF'S PRODUCTION                100

# Appendix W Social Media Guidelines

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK                Approved 6/07/22

        ii.  Private patient information obtained on a social networking site should not be entered in the patient's record without the patient's knowledge and consent.

    e.  Social media in clinical settings

        i.  Students and residents should refrain from accessing personal social networking sites in clinical work areas at all dental school and extramural sites. [Adapted from IU School of Medicine 5/19/16]

PLAINTIFF'S PRODUCTION

# Appendix X Name Change Form

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

 # SCHOOL OF DENTISTRY

**INDIANA UNIVERSITY**
Indianapolis

## NAME CHANGE NOTIFICATION
*Office of Student Affairs & Admissions*

Former Name (First, MI, Last) _____

New Name (First, MI, Last) _____

IU ID# _____

Anticipated Graduation Year _____

I have contacted the IUPUI registrar and submitted the required documentation. My name has been legally changed within the University system.

Signature:_____    *(Please use your new legal name)*

Date: _____

*Office use:*
Date notification sent_____

X-1

# Appendix Y OneDrive Health Account Form

AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK            Approved 6/07/22

## Using Microsoft OneDrive with Sensitive Data

Everyone who interacts with sensitive data in Onedrive, including owners, co-owners, and other collaborators, must help keep it secure. If you put sensitive data in Onedrive, you are responsible not only to abide by the following policies and guidelines, but also to make sure that anyone with whom you share the data is aware of them.

## Usage Guidelines

- PHI data cannot go anywhere in Onedrive other than in the Onedrive Secure folder the IUSD **Microsoft OneDrive admins** create for you, or the folders you create under that folder.
- **Do not** use Onedrive Sync to sync Onedrive folder content locally.
- Comply with everything and consider using the other recommended practices outlined in https://kb.iu.edu/d/bgfb to ensure the most secure collaboration experience.

## Collaborator permission levels

To share data, invite others into the appropriate folder as collaborators. To protect sensitive data, **always** make an intentional choice about the permission level of each collaborator in each folder, giving each person the lowest level necessary to accomplish his or her tasks.

- Members should be added to the root folder of your storage area and no files should be stored at this location. Each user can then be invited to any subset folders and invites will be approved by the site's owner. Users are not added to the folder until the owner approves it. Please use this form to send to anyone within the University that you are wanting to add to your Secure OneDrive drive area.

*Note:* In OneDrive Secure Data accounts, the folders' security settings will be set for you by administrators.

## Laptop and mobile device security

- IU's Mobile Device Security Standard (IT-12.1) applies to all faculty, staff, affiliates, and student employees who use a mobile computing device to access, store, or manipulate institutional data, regardless of who owns the device. It outlines the requirements for any mobile device, including laptop computers, that will access or store university data. Full compliance with this policy is a requirement for using OneDrive with sensitive data.

## OneDrive Sync

Syncing folders allows data to be transferred without a log trail, which presents a security risk for regulated data. In addition, having extra copies of data on a local device increases the risk of inappropriate access. Therefore:

- Do not sync folders containing PHI or other sensitive university data unless it is necessary for your work.
- Do not sync folders containing PHI or other sensitive university data onto a personally owned computer under any circumstances.
- Unless your collaborators require Sync to perform their tasks, prevent them from syncing folders by inviting them at a permission level that does not allow it.
- You may use OneDrive to access protected health information (PHI) in Microsoft at IU Secure Storage, including in offline mode. Only mark files or folders for offline availability when you are directly working on them. Those files or folders **must not be marked for offline availability** when they are not being actively worked on.

PLAINTIFF'S PRODUCTION

# Appendix Y OneDrive Health Account Form
AY2022-2023 IUSD DDS PROGRAM STUDENT HANDBOOK          Approved 6/07/22

| Indiana University School of Dentistry<br>**MICROSOFT DRIVEHEALTH ACCOUNT ACTION REQUEST** | | |
|---|---|---|
| NEW USER ACCOUNT INFORMATION | | |
| First Name: | Last Name: | Middle Name: |
| Select one: | Employee | Faculty | Student |
| Program/Dept.: | Full Time/Part Time | Status: |
| Start Date: | End Date(if known)/Inactivate Date: | |
| IU username: | | |
| University Email Address: | | |
| Form Submitted by: | | |
| Responsible Program Director/Dept. Head: | | |
| Folder name needing access to: | | |
| Purpose of Account: | | |
| Manager of Account: Y/N | Member of Account: Y/N | |
| Will you be adding others to your group: | | |
| • Each individual that is being granted access will need to complete this OneDrive Health Account Action Request form.<br>• Each individual that is designated as a Member of Account will be given Contribute collaborator permission levels unless the Account Owner requests otherwise. | | |
| Initials: | I have read and understand the IUSD **Microsoft OneDrive** Health Account usage guidelines | |
| Initials: | I understand that there is an audit trail that logs all action which would be tied to a username. | |
| Initials: | I understand that I will be held accountable for those invited and the permission levels at which I invite them at. (Suggested level is Viewer Uploader) | |
| **Please note for each *Microsoft OneDrive* Folder you are requesting access to, you must submit a new form.** | | |
| | | |
| ***For Internal Use Below*** | | |
| Date of ODH Account Attestation: | | |
| Date of HIPAA: Training: | | |
| Date ODH Account Created: | | |

| Permission Levels for Microsoft Secure | |
|---|---|
| Viewer | View files only |
| Commenter | Comment in file |
| Contributor | Add and edit files |
| Content Manager | Add, edit, move, and delete files |

PLAINTIFF'S PRODUCTION          104

Y-2

 **INDIANA UNIVERSITY**
# SCHOOL OF DENTISTRY | Course Syllabus

## General Information

| | |
|---|---|
| **Course Number and Title:** | D646 Fixed Prosthodontics II |
| **Semester and Year:** | Spring Semester – 2023 |
| **Course Director:** | Michele Kirkup, DDS |
| **Credit Hours:** | 5.0 credit hours |
| **Contact Information:** | **Faculty Contact Information:**<br>Dr. Michele Kirkup<br>Email: mkirkup@iu.edu<br><br>**Admin Asst. Contact Information:**<br>Katie Livingston<br>Email: livingsk@iu.edu |

## Course Purpose

Fixed Prosthodontics (Parts I & II) builds upon the knowledge and skills that were learned during the first-year dental curriculum. The student's knowledge of tooth morphology and occlusion, dental materials and single tooth indirect procedures will be applied to the dentulous patient requiring more extensive treatment. This portion of the curriculum will also integrate basic science concepts into the treatment of the patient. From the information learned prior to and during this course the student will be able to diagnose, treatment plan and treat the uncomplicated fixed prosthodontic patient. The laboratory sessions are fundamental to the course. During the laboratory sessions the student will learn to apply the knowledge of tooth preparation, indirect procedures, oral anatomy, biomechanical principles of jaw motion and dental material concepts to restore the stomatognathic system, assuring proper function and esthetics.

As part of the learning process of this institution, one educational objective of this course is to aid students to recognize and develop behaviors characteristic of the dental profession. As outlined in the DDS Program Handbook, these behaviors are conceptualized in terms of respect, communication skills, responsibility, self-awareness and self-evaluation. In addition to knowledge and skills development, these concepts will be emphasized throughout this course.

## Course Goals

Revised 06/18/2021

This course supports students' ultimate attainment of the following IUSD Institutional Competencies:

The goals of this course are to provide the basic skills and foundation knowledge to prepare the dental student to ultimately achieve the following IUSD institutional competencies:

#1.    *Graduates must be competent in patient assessment, diagnosis, and referral.*
#2.    *Graduates must be competent in treatment planning and case presentation.*
#7.    *Graduates must be competent in the diagnosis and restoration of defective teeth to form, function, and esthetics*
#8.    *Graduates must be competent in the replacement of teeth including fixed, removable and dental implant prosthodontic therapies.*
#13.   *Graduates must be competent to recognize, and diagnose malocclusion and space management needs.*
#19.   *Graduates must be competent in providing evidence-based patient care in which they access, critically evaluate, and communicate scientific and lay literature, incorporating efficacious procedures with consideration of patient needs and preferences.*
#20.   *Graduates must have the ability to recognize the role of lifelong learning and self-assessment to maintain competency.*

# Expected Outcomes

At the conclusion of this course, students should be able to:

Fixed Prosthodontics is the area of expertise within dentistry involved with the replacement of missing teeth and missing portions of teeth with artificial appliances, which are cemented or luted in place. Perhaps more than in any other dental discipline, the final fixed prosthodontic prosthesis is the culmination of a series of procedures, each possessing the potential for error. The dentist must utilize outstanding organizational skills, demonstrate meticulous attention to detail and maintain intense focus, in order to achieve positive laboratory and clinical outcomes. Upon completion of this Course the dental student should be able to complete the following independently and utilizing IUSD approved supplies and resources:

1. Perform to a clinically acceptable standard the principles of tooth preparation for various fixed prosthodontic restorations utilized in the treatment of the uncomplicated fixed prosthodontic patient.
2. Explain the principles of provisional restoration fabrication utilizing both the direct and indirect techniques.
3. Fabricate a clinically acceptable provisional restoration that protects the dentition, maintains the health of the periodontium and maintains the spatial relationship of surrounding teeth.
4. Apply the principles and fundamentals of soft tissue management while preparing teeth and making impressions for various fixed prosthodontic restorations utilized in the treatment of the uncomplicated fixed prosthodontic patient.
5. Explain the sequence of fixed prosthodontic treatment and the laboratory preparation prior to treatment.
6. Describe basic occlusal relationships (mutually protected versus group function), anterior guidance and the use of occlusal instrumentation (articulator and custom incisal guide table).
7. Identify the laboratory techniques involved with the fabrication of a complete gold crown to

Revised 06/18/2021

include waxing, investing, casting, fitting and metal finishing.

8. Fabricate, to clinically acceptable standards, both master and working dies and casts, and understand the importance of, and the criteria used to evaluate, acceptable working and master dies and casts.
9. Demonstrate proper completion of laboratory prescriptions required to have fixed prosthodontic restorations fabricated by a commercial dental laboratory.
10. Critically evaluate the clinical acceptability of fixed prosthodontic restorations.
11. Describe and apply the basic principles involved with the following dental materials: gypsum products, dental casting alloys, dental cements, dental impression materials, casting investments, provisional materials, dental ceramics and other materials used in the treatment of the fixed prosthodontic patient.
12. Describe the principles utilized in the restoration of non-vital teeth, more specifically the preparation for, fabrication of and cementation of a cast post and core and a prefabricated post and core build up.
13. Describe the "ferrule effect" and recall the indications and contraindications for using a cast post & core versus a core build-up.
14. Explain the indications, contraindications and limitations of all ceramic crown systems, and execute these preparations to a clinically acceptable standard.
15. Explain the indications, contraindications and limitations of metal ceramic restorations, and execute these preparations to a clinically acceptable standard.
16. Apply knowledge of basic color science to the fabrication of fixed prosthodontic restorations.
17. Explain the process and importance of gathering diagnostic information and utilize this information to aid in the diagnosis and treatment planning for the uncomplicated fixed prosthodontic patient.

## Learning Resources

The learning resources for this course include, but are not limited to:

Lectures (Zoom and Canvas) and audiovisual materials;
Books, journal articles, handouts and other printed materials;
Reference materials including required and recommended textbooks;
Resource people including faculty, graduate students and other health-care providers;
Laboratory models, exercises, practicals and experiences.

Required Textbooks:
1. Shillingburg HT, Hobo S, et al: *Fundamentals of Fixed Prosthodontics*, ed 4. Chicago, Quintessence Publishing Co, 2012.
2. Anusavice, K: *Phillips Science of Dental Materials*, ed 10, Saunders Co, 1996.
3. *Fixed Prosthodontics Preclinical Laboratory Manual,* Fall and Spring editions.

Recommended Textbooks:
1. Okeson, JP: *Management of Temporomandibular Disorders and Occlusion*, ed 7, St Louis, Elsevier, 2012.
2. Rosenstiel SF, Land MF & Fujimoto J: *Contemporary Fixed Prosthodontics*, ed 3, St Louis, Mosby, 2001.

Revised 06/18/2021

Students will have access to Laboratory and Lecture handouts, criteria, and evaluation sheets in the Laboratory Manual or on Fixed Prosthodontics Canvas website.

# Attendance

**Course Attendance Policy**

Attendance for lecture (in-person or online) and laboratory is **mandatory**. It is imperative that all students be in the assigned session before the scheduled start of lecture.  If lectures are in-person, students are expected to proceed immediately to the laboratory following lecture.  The students are expected to be at their assigned lab area 10 minutes after the end of lecture and to be present until the end time for the scheduled laboratory. Attendance in lecture and laboratory sessions will be recorded.  At the discretion of the course directors, extra credit may be given at ANY time during a schedule class session to reward students in attendance.  Absence students will not receive the extra credit regardless of the reason for absence. It is in the best interest of the students to attend all lectures and laboratory sessions to receive important information/announcements which may not be covered in the readings or online presentations.  By attending the laboratory sessions, the students will acquire essential feedback on projects and practicals from laboratory instructors to help achieve a passing grade.

Students are expected to follow the IUSD Dress Code while in the laboratories.  The students are expected to wear safety glasses at all times while in the laboratory areas.  Failure to not follow these guidelines will result in dismissal from the class session and reporting to the Dean of Student Affairs.

It is also imperative that all students finish their work, clean up their area and leave the laboratory promptly at the end of the class time.  When there is no lecture scheduled, laboratory will begin at the time specified on the schedule. Making or answering phone calls, text messages and/or emails by students will not be allowed at any time during examination in lecture and/or lab portion of this course.

Students are expected to check their emails daily. Course information is sent regularly via Canvas and/or email. When applicable, students are expected to respond within 24 hours to emails sent directly to him/her by the course director(s). Failure to respond is consider unprofessional behavior and a report will be sent to the Professional Conduct Committee.

**Attendance and Religious Holidays**

IUSD respects the right of all students to observe their religious holidays and will make reasonable accommodation, upon request, for such observances. Students seeking accommodation for religious observances must submit a request in writing to the Office of Academic Programs (Student Affairs Division) by the end of the second week of the semester and should use the Request for Course Accommodation Due to Religious Observance Form.  More information on the IUPUI Policy on Religious Holidays is available here: http://go.iu.edu/29eB.  The IUSD policy can be found in the IUSD DDS Program Student Handbook under the Attendance section.

Revised 06/18/2021

**Assessment Attendance**

> Except for extenuating circumstances, students are prohibited from missing any type of assessment. For more information about assessment attendance and acceptable reasons for missing an assessment, please see the IUSD DDS Student Handbook under the Attendance section.

# Overview of Student Evaluation Methods and Policies

**Grading Scale**

The following grading scale will be utilized in determining the grade for the course:

| Grade Range (%) | Grade Designation |
|---|---|
| 93 – 100 | A |
| 90 – 92.9 | A- |
| 87 – 89.9 | B+ |
| 83 – 86.9 | B |
| 80 – 82.9 | B- |
| 77 – 79.9 | C+ |
| 73 – 76.9 | C |
| 70 – 72.9 | C- (lowest passing grade for credit) |
| 65 – 69.9 | D (failure, eligible for remediation; upon successful remediation changed to C-)* |
| <65 | F  (not eligible for remediation)** |

*Student performance at the 65-69.9% level is not considered satisfactory, but the student is given an opportunity to bring his/her performance level up into the satisfactory range (maximum level achievable through remediation; 70% = C-).  The Course Director will determine what type of remediation will take place and is outlined in the remediation section of the syllabus.  The Curriculum Assessment Committee urges that remediation activities place the burden of responsibility on the student rather than on the faculty member. The faculty member would design the remediation activities and evaluate the student's performance in them, but it is the student who must be responsible for meeting the criteria set by the Course Director.

**Final Course Grade Performance at a level below 65% constitutes a failing grade without chance of remediation.

Please note:  The final course grades will NOT be rounded up to the higher whole number percentage.

**Determination of Course Grade**

Revised 06/18/2021

PLAINTIFF'S PRODUCTION     109

Description of Evaluation Components

## Lecture Component (40% of course grade)

The lecture portion of the course requires a passing grade of 70% or higher as **a prerequisite for enrollment in the D3 clinical courses**. The overall total points earned for the two (2) written examinations will be utilized in determining the grade for the lecture portion of the course.

Lecture Assessments and Objectives: Lecture assessments will be available throughout the lecture schedule and students should utilize the lecture objectives to prepare for the examinations. Each assessment will consist of questions which will cover material discussed in class and/or the assigned reading. These assessments will be available on the Canvas website. Students will have access to the assessments at any time and it is highly recommended to complete the assessments in preparation for monthly examinations. The lecture assessments will not be part of the lecture grade.

Written Examinations: These examinations will be composed of questions from material covered in class, in the laboratory sessions, and from the assigned reading material. To the best of the instructor's ability, these questions will be integrated with material covered in previous courses.

## Laboratory Component (60% of course grade)

The laboratory portion of the course requires a passing grade of 70% or higher as a **prerequisite for enrollment in the D3 clinical course**. Practical examinations will be utilized in determining most of the grade for the laboratory portion of the course. Additionally, students will receive PIPP points as part of their laboratory course grade. See PIPP section below.

It is the student's responsibility to check that their Simulation unit, dentoform, handpieces and other supplies are operational prior to practical examinations. It is also the responsibility of the student to have acquired all necessary supplies prior to the due date for projects and practical examinations. No additional time will be provided during the practical examinations and no time extensions will be provided for project due dates.

Projects: All laboratory projects must be completed and turned in on time. **\*\*If a project is late, not completed or has a critical error(s), the student is then <u>required</u> to submit by 8:00am on the next practical examination date <u>3</u> acceptable projects to the course directors & the unacceptable project.** If the student does not submit 3 acceptable projects, the student may *receive a penalty of a 1 point deduction (PIPP points) per failed remediation* in the laboratory portion of the course and will remediate the failed projects until a successful remediation is complete. To pass the course, all projects and practical exams must be successfully passed by the final remediation date. **ALL** projects will be done with the dentoform in the simulation unit or with some projects, the use of a properly mounted pole. *The projects will be graded for feedback and self-assessment purposes only.*

Project Evaluation Sheet: Each student will be issued a project evaluation sheet for self-assessment and instructor feedback. Each student is required to complete the self-evaluation portion of the project evaluation sheet *using a pencil* prior to submitting projects on the dates/times specified in the schedule. Any copies of self-evaluation sheets not provided by the instructors will not be accepted. A project will be deemed late if the student does not submit and/or not complete the self-evaluation

Revised 06/18/2021

form.

**PLEASE NOTE**: An essential goal of this course is for students to critically assess their performance. The project evaluation sheets allow for the students to carefully assess and record their performance on each project based on the grading criteria provided via lectures and course material. **Projects** identified by an * on the project evaluation form will be eligible for self-assessment extra credit. All extra credit points will be added to the total points for the laboratory course grade at the end of the semester. The student will be rewarded with three (3) extra credit points for successful self-assessment of the project if:

A. The student's self-assessment is **the same as** the instructor's assessment in all grading categories, or

B. All but one of the grading categories are the same as the instructor; the one that is different is no more than one assessment level different from the instructor's assessment.

Any project receiving a poor or incomplete (deemed by student or instructor) in any category and/or a critical error(s) will **NOT** be eligible for extra credit. **Routine re-grading of projects for the sole purpose of achieving extra credit will not occur.** Projects must be submitted on the dates/times specified in the schedule to be eligible for extra credit. Any late and/ or missed projects will not be eligible for extra-credit. It is the student's responsibility to submit official evaluation sheets and projects to the appropriate grading location.

Practicals: At certain times throughout the year the students will be asked to prepare one or more teeth in a specific amount of time. The students may also be asked to fabricate a provisional restoration after completing the preparation(s). Practical exams will and may consist of any type of project and/or preps equal or similar to those performed throughout the school year (not semester).

All practicals will be done with the dentoform properly mounted in the simulation unit with the facial moulage in place at all times. When utilizing a high-speed handpiece, students are required to use water spray at all times. If a student is not utilizing water spray during practical exams, the practical exam must still be passed (achieving at least a 70%) but will be scored as a zero (no credit).

The bench instructors, adhering to the evaluation sheet guidelines, will then evaluate these preparations and provisionals. In the grading process, a concerted effort will be made to have the same instructor grade a specific part of each project/practical for the entire class or the complete project/practical for the entire class to maintain consistency in the grading process. As a result of this level of consistency in the grading process, the only practicals that should need to undergo a re-grading will be those that contain a mathematical error. If a student feels that his or her practical has been improperly graded, he or she can notify the course directors who will then act as arbitrators.

The course directors may decide to re-evaluate the practical; however, the student's final grade on practical exam will be the one assigned by the course directors at the time of re-evaluation of the entire practical. This score could be higher or lower than the original one. **Routine re-grading of practicals for the sole purpose of achieving a higher score will not occur.** The student has five (5) school days following the receipt of the examination results to approach the Course Directors and request a re-grade of practical examination.

Revised 06/18/2021

PLAINTIFF'S PRODUCTION

Anonymous grading will be utilized when assessing the practical examinations. Students' names will not be present on practical grade sheets or on dentoforms. The student's assigned unit # will be present on the gradesheets and on the dentoforms to avoid grading errors. The unit # sticker will be placed on the top metal plate of the dentoform. The anonymous grading will <u>NOT</u> be implemented for projects, missed practical exams, modified practical examinations with instructor feedback, and remediations (both projects and practicals).

**Each lab project and/or practical will be graded by a total numerical score AND whether it has a critical error(s). If it has a critical error(s), the project and/or practical will be considered an <u>immediate failure (60%)</u> notwithstanding the numerical score. Some practical examinations may have multiple parts (preparations and/or provisional restorations). <u>Failing only one part of a practical will result in failure of the entire practical.</u>**

**PLEASE NOTE:** If a student does not achieve a passing score (70% or higher) on a practical examination, the student will have additional opportunities at the end of the semester to remediate failed practical examinations. <u>Students will have a maximum of four (4) attempts per failed practical examination which must be performed within the four (4) designated remediation dates/times.</u> The grade for a successfully completed remediation practical examination will be a 70%. **To pass the course, the <u>student must have completed and passed</u> all practical examinations, with grades of 70% or higher.**

Remediation days have been predetermined at the end of the semester. However, <u>failure to pass and/or complete all laboratory remediations of this course by the final remediation day will result in the student receiving a failing grade for the course.</u> The Progress Committee will then make the final determination regarding promotion.

## Professionalism, Infection Control, Participation, Progression (PIPP) Points

At the beginning of each semester, students are given a total of 15/15 points. To maintain full credit, the student needs to fulfill the expectation of each listed criteria. These expectations include but are not limited to:

**Professionalism:** Displaying professional behavior and being respectful to all IUSD faculty, staff, and students
**Infection Control:** Following infection control protocols as instructed when in the laboratory
**Participation:** Being on time and present for each laboratory session (unless excused following proper notification protocol)
**Progression:** Demonstrating progression on projects and/or remediations during each lab session

Each violation will result in a deduction of PIPP points at the discretion of the teaching faculty and course director. The teaching faculty, course director, and the student will sign a PIPP form to document the violation. At the discretion of the course director, violations that are considered severe and/or reoccurring will be reported to the Office of Academic Programs and/or the Professional Conduct Committee. If a student's PIPP points reach a zero status, any further violations will be reduction in the student's overall laboratory points.

Revised 06/18/2021

PLAINTIFF'S PRODUCTION

**Policy on Administering Examinations**

The IUSD Policy on Administering Examinations is located in the IUSD DDS Program Student Handbook. In addition to this policy, the following procedures will be implemented in this course:

> •The ExamSoft assessment software approved by the Office of Academic Affairs will be the preferred method for examinations.
> •ExamSoft allows for randomization of exam testing items and testing items will be randomized whenever possible to create different exam versions
> •Students will not be permitted to leave the testing area without permission from a proctor.
> •Students will have assigned seats during the examination.

**Late Assignment Policy**

> Projects must be submitted on the dates/times specified in the schedule to be eligible for extra credit and to avoid losing PIPP points.  Any late and/ or missed projects will not be eligible for extra-credit. It is the student's responsibility to submit official evaluation sheets and projects to the appropriate grading location.

**Missed or Make-up Assessment Policy**

> ## Missed/Make Up Written Exams:
>
> For a written exam, if the absence is determined as "excused" by the Assistant Dean for Student Affairs, then the make-up exam will be given within two school days of the student's return or at the discretion of the course director. The make-up date and time will be determined by the course directors, not the student.  The make-up examination may consist of written, essay, and/or oral components and may vary from original format. If the absence was unexcused, the missed exam must still be passed (achieving at least a 70%) but will be scored as a zero (no credit).
>
> ### *Anticipated Absence*
>
> Projects:
>
> The student must notify Dr. Kirkup via email **AND** the project(s) and official evaluation sheet(s) must be obtained and submitted to a designated location determined by the course director in advance during school hours to be eligible for extra credit points.  If the student does not submit the project(s) and/or evaluation sheet(s) in advance, the student is required to submit the missed project to the course directors at the beginning of the next scheduled laboratory session. If this is not done, the missed project will be considered a failed project. The missed projects will not be eligible for extra credit and the student will lose PIPP points.  Every make-up project will have the same grading and remediation criteria as a standard project.
>
> Practical Examinations:
>
> The student must notify Dr. Kirkup via email for missed practical examinations. The practical examination will be considered incomplete. The student will have the opportunity to make-up the missed practical examination on the first remediation day at the end of the semester. Any additional missed practicals will be made-up on the subsequent remediation dates. Every make-up practical

Revised 06/18/2021

examination will have the same grading and remediation criteria as a standard practical. **PLEASE NOTE:** Failure to pass all projects and practicals of this course by final remediation day will result in the student receiving a failing grade for the course.

### Unanticipated Absence

A student wishing to report an unanticipated absence should follow the current student absence protocol for Office of Academic Program. The student is also expected to notify the course director via email prior to beginning of the class. If a student has followed the current protocol and has informed the course directors, any missed project or practical examination will be considered incomplete.  The student is required to submit the missed project to the course directors at the beginning of the next scheduled laboratory session. If this is not done, the missed project will be considered a failed project. The student will have the opportunity to make-up the missed practical examination on the first remediation day at the end of the semester. Any additional missed practicals will be made-up on the subsequent remediation dates.  Every make-up project and practical examination will have the same grading and remediation criteria as a standard project and practical examination. Failure to notify will result in deduction of PIPP points or % of overall course grades.

PLEASE NOTE:  Failure to pass all projects and practicals of this course by final remediation day will result in the student receiving a failing grade for the course. The Progress Committee will then make the final determination regarding promotion.

**Policy on Challenging Test Questions**

Students who wish to challenge any test item to obtain a higher grade, must make their challenge submission through the appropriately elected class representative (test review committee), who will then submit that challenge, and the challenges of fellow classmates, to the appropriate instructor within **2 business days** of receipt of exam. If students fail to address the grade challenges through the instructor's outlined method, the student's act is considered unprofessional and is eligible for consideration by the Professional Conduct Committee. Please note: this policy should not discourage students from approaching faculty and instructors when their pursuit is to acquire information, knowledge, or clarification of the subject matter. The policy requires each class to submit a detailed description of how the class will accept grade challenges from the students and how they will be submitted to the faculty. The class officers must submit a detailed description of their grade challenge procedures to the Office of Academic Affairs as well as the Office of Student Affairs.

Students will have a scheduled session (determined by the course director) where students may view the written examination.  When reviewing the examination, students are not permitted to write down, copy, or take photographs of the examinations.  These actions are considered professional misconduct. The examination MUST be reviewed within a designated area with a supervising approved faculty member. Removing the test from this space will be considered professional misconduct. Students may be limited to 15 minutes per person when reviewing the exam. The student may at any time approach the Course Director with questions concerning a Written Exam.

If a student wishes to review a Practical Exam after the results of the Exam have been returned to the student, the student has five (5) school days to approach the Course Director or his/her designee for

permission to review the object of the Practical Exam.  The student may at any time approach the Course Director with questions concerning a Practical Exam.

**Policy for Extra Credit Work**

An essential goal of this course is for students to critically assess their performance.  The project evaluation sheets allow for the students to carefully assess and record their performance on each project based on the grading criteria provided via lectures and course material.  **Projects** identified by an * on the project evaluation form will be eligible for self-assessment extra credit.  All extra credit points will be added to the total points for the laboratory course grade at the end of the semester.  The student will be rewarded with three (3) extra credit point for successful self-assessment of the project if:

   A.  the student's self-assessment is **the same as** the instructor's assessment in all grading categories, or
   B.  all but one of the grading categories are the same as the instructor; the one that is different is no more than one assessment level different from the instructor's assessment.

Any project receiving a poor or incomplete (deemed by student or instructor) in any category and/or has a critical error(s) will **NOT** be eligible for extra credit.  **Routine re-grading of projects for the sole purpose of achieving extra credit will not occur.**  Projects must be submitted on the dates/times specified in the schedule to be eligible for extra credit.  It is the student's responsibility to submit official evaluation sheets and projects to the appropriate grading location.

**Remediation Methods**

## Lecture Component

If a student fails to achieve a passing score of at least a 70% in the lecture portion of the course and is within remediation range (65%-69%), the student will receive a grade of "D" at the end of the semester. The student will be given one (1) opportunity to take a comprehensive remediation examination which may consist of true/false, multiple choice, or essay questions.  In addition, the course directors will determine the time and location of this examination. A remediation process may be required prior to taking the examination which may include attending help sessions, test review sessions, submitting student questions, creating action plans, etc. To allow the student adequate time to prepare for the remediation examination, the examination will be administered after the deadline for the course grade and again, the student's grade will be reported as a "D".  At the conclusion of the course remediation and reassessment of the student, the student's current grade of "D" will be changed to a final course grade of either a C- (lowest passing grade) or an F (failing grade).

**PLEASE NOTE:**  If a student fails to pass the comprehensive remediation examination, the student will receive a failing grade for the Fixed Prosthodontics course. The Progress Committee will then make the final determination regarding promotion.

## Laboratory Component

If a student does not achieve a passing score (70% or higher) on a practical examination, the student will have additional opportunities at the end of the semester to remediate failed practical

examinations during the predetermined remediation dates listed on the schedule. The grade for a successfully completed remediation project or practical examination will be a 70%.  To pass the laboratory portion of the course, the student must have all project scores and practical examination grades of 70% or higher. For project and practical remediation grading, the student's performance will be evaluated by a Course Director. The Course Director will be applying the established grading criteria for each project/practical during the remediation assessment, but the result will be reported as a Pass or Fail.  Passing a remediation will be recorded as a 70%.

**PLEASE NOTE:**  Failure to pass or complete all projects and practical examinations by the final remediation day will result in the student receiving a failing grade for the Fixed Prosthodontics course.  The Progress Committee will then make the final determination regarding promotion.

## Additional Policies and Procedures

**IUSD Non-compliance/Infection Control/Safety Violation Policy**

Any safety or infection control violations observed and/or reported may result in a grade deduction at the discretion of the course director or teaching faculty.

**Professional Behavior and Academic Misconduct**

Any individual who enrolls in the Indiana University School of Dentistry voluntarily accepts the rules and regulations of the University, the School, and affiliated hospitals, and agrees to abide by them. Students are subject to and should become familiar with the policies, rules and regulations of IUSD as well as the University. Students are instructed to make themselves aware of University and School regulations concerning plagiarism, the maintenance of academic honesty and the definitions of unacceptable behavior and cheating. For more information, please read the Academic Policies, Personal Conduct and Professionalism section of the IUSD DDS Program Student Handbook.

**Lecturer Absence Policy**

If the scheduled lecturer is not present by 5 minutes after the schedule start of the class, students should contact the department of the course for which the lecture is being provided. If the lecturer is absent 15 minutes after the scheduled start of the class and students have not been informed to remain, class is cancelled and students may leave. In this case, the class president or his/her designee should contact the Office of Academic Programs (278-1194 or 278-0106).

**Posting of Lecture Materials Policy**

Relevant preparatory materials will be posted to the University Learning Management System, Canvas, at the discretion of the course directors. All faculty are *encouraged* to post relevant preparatory materials prior to each lecture to the University course management system (e.g. Canvas) by no later than 12:00 AM the night before a scheduled lecture, unless there is an academic

Revised 06/18/2021

reason not to do so. Relevant preparatory materials may include, but are not limited to, PowerPoint presentations, lecture outlines, learning objectives and other related material. Any changes made to the posted lecture materials between the time of the posting and the class meeting time should be updated accordingly on the University course management system (e.g. Canvas) following the lecture.)

**Policy on Sexual Misconduct**

What you should know about sexual misconduct: Title IX and IU's Sexual Misconduct Policy prohibit sexual misconduct in any form, including sexual harassment, sexual assault, stalking, and dating and domestic violence. If you have experienced sexual misconduct, or know someone who has, the university can help.

If you are seeking help and would like to speak to someone confidentially, you can make an appointment with:
- Counseling & Psychological Services (CAPS) at 317-274-2548 (counseling services)
- Confidential Advocacy Resources at 317-274-5715 or saadv@iupui.edu
- IUPUI Student Health Center at 317-274-2274 (University Blvd. location) or 317-274-8214 (West Michigan St. location) (health and medical services)

It is also important that you know that Title IX and university policy require faculty to share any information brought to them about potential sexual misconduct with the campus Deputy Title IX Coordinator(s) or IU's Title IX Coordinator to ensure that appropriate measures are taken Updated 1-10-19 and resources are made available. Protecting student privacy is of utmost concern, and information will only be shared with those that need to know to ensure the university can respond and assist.

Find more information about sexual violence, including campus and community resources at http://stopsexualviolence.iu.edu/.

Other resources:
- Online Employee Resources Page: http://stopsexualviolence.iu.edu/employee/index.html
- Online Employee FAQs: http://stopsexualviolence.iu.edu/employee/employeefaq.html#faq1

**Equal Educational Opportunity Policy**

Students needing accommodations because of a disability will need to register with Adaptive Educational Services (AES) and complete the appropriate forms issued by AES before accommodations will be given.  The AES office is located in Taylor Hall, UC 100.  You can also reach the office by calling 274-3241.

Visit http://aes.iupui.edu/ for more information.

**Education and Title VI**

Title VI of the Civil Rights Act of 1964 protects people from discrimination based on race, color or

PLAINTIFF'S PRODUCTION          117

national origin in programs or activities that receive Federal financial assistance. Programs and
activities that receive ED funds must operate in a non-discriminatory manner. These may include, but
are limited to: admissions, recruitment, financial aid, academic programs, student treatment and
services, counseling and guidance, discipline, classroom assignment, and grading. For more
information, please visit: http://www2.ed.gov/about/offices/list/ocr/docs/hq43e4.html

**Additional Policies or Procedures**

## Professional Behavior and Academic Misconduct

If a student is in violation of any unprofessional behavior, the student **must still pass the
examination/project (achieving at least a 70%) but will be scored as a zero (no credit).**
The student will be reported to the Professional Conduct Committee for further possible sanctions.

Examples of unprofessional behavior in this course include but are not limited to:
1. Copying or providing answers on a quiz or test.
2. Accessing tests and/or quizzes on Examsoft before the official starting time and password
   distribution.
3. Copying tests and/or quizzes from Examsoft to your computer.
4. Access to forbidden information/resources during a quiz or an examination.
5. Asking for help from another student during a quiz or an examination.
6. Allowing someone (other than a demonstrating instructor) to help with or complete
   laboratory projects.
7. Working outside of the testing period on a lab practical or written examination.
8. Working on a lab practical or daily lab assignment in a position other than a position that
   would be possible on a live patient in the clinic. The dentoform should always be
   properly mounted on the pole or in the simulation units. The teeth remain in the
   dentoform at all times during tooth preparations, fabrication of provisional restorations,
   and assessing preparations/restorations. The facial moulage must be in place at all times
   for projects and practical exams.
9. Preparing a tooth using a high-speed handpiece without water spray
10. Communicating, transferring or alerting anyone about answers, passwords, testing
    information or attendance credit opportunities.
11. Being dishonest and/or disrespectful to faculty members, laboratory instructors, staff or
    students.
12. Submitting a project and/or a practical which was not performed by the student and/or
    was not completed within the current semester of the course.
13. Removing the facial moulage, dentoform from sim unit, and/or teeth from the dentoform
    during a practical examination.
14. Replacing damaged teeth during projects. Only the current project teeth can be removed
    and replaced.
15. Not responding to an email sent directly to the student by the course directors within 24
    business hours.

## Office Hour Policy
At the discretion of the course directors, office hours will be offered throughout the semester.

Revised 06/18/2021

PLAINTIFF'S PRODUCTION                    118

Students are encouraged to seek help and feedback from lab instructors and the course directors <u>DURING the assigned laboratory sessions</u>.  Office hours are intended for any additional help and/or feedback with regards to projects, practicals, and clinical application questions. IF the course directors feel students are not utilizing the assigned laboratory sessions properly, office hours may be cancelled.  The course directors will inform the class of the time, location, and any cancellations of office hours.

***This syllabus is subject to change at any time at the discretion of the program directors with written notice to the students.***

## Course Calendar and Instructional Sessions

**D646 Fixed Prosthodontics II**
**Schedule Spring 2023**

**Fixed Course Director:  Michele Kirkup, DDS**

| Date | Lecture Room S117 Topic, Presenter, & Reading Assignment | Laboratory Room SB10 & SB01 | Supplies |
|---|---|---|---|
| Jan 9 Monday | **8 – 9 a.m.**<br>Course Introduction & Policies<br>**KIRKUP**<br><br>**9 – 10 a.m.**<br>FPD Introduction & FGC #19 & MCC #21 FPD<br>S: Chapter 1, 7, 8 & 26<br>**KIRKUP**<br><br>**\*\*Review Alginate Impression, Diagnostic Casts and Facebow lectures from Fall Semester\*\*** | **10 a.m – 12 Noon**<br>1) Alginate impressions of maxillary and mandibular arches<br>2) Fabricate mandibular custom tray<br>3) Make facebow transfer & mount opposing maxillary cast<br>4) Begin preps # 19 & 21 for FPD (FG #19 & MC #21) | For each session, students must bring the following:<br>1) Laptops and Phones<br>2) Pencil for assessment<br>3) 1st and 2nd year dentoforms<br>4) High speed handpiece<br>5) Slow speed handpiece<br>6) All Burs<br>7) PKT IN 1 Instrument<br>8) Diamond Cleaner Block<br>9) Shimstock<br>10) Extra Teeth Supply<br>11) Protemp Plus Kit<br>12) Charged curing light<br>Instrument roll/ Mirror/ Explorer/ Perio Probe with mm markings<br><br>Supplies needed for Lab - highlighted items are provided:<br>1) Alginate & ▮▮▮▮<br>2) Mand Impr Tray<br>3) Max Impr Trays<br>4) Rubber Bowl<br>5) Spatula<br>6) Vac-Mixer Bowl<br>▮▮▮▮<br>9) Facebow<br>10) Semi-adjustable fixed articulator/ Mounting plates<br>▮▮▮▮<br>16) Issued supplies needed to make custom tray |
| Jan 13 Friday | **8 – 9 a.m.**<br>Provisional FPD #19-21 with Vacuum Formed Template | **9 a.m. – 12 Noon**<br>1) Finish preps #19 & 21 for FPD (FG #19 & MC #21) | 1) Thermoplastic Sheet<br>2) ▮▮▮▮ |

Revised 06/18/2021

PLAINTIFF'S PRODUCTION                119

| | | | |
|---|---|---|---|
| | S: Chapter 15 & 25<br>**KIRKUP** | 2) Fabricate vacuum formed template<br>3) Begin provisional FPD #19-21 | |
| Jan 16<br>Monday | **Martin Luther King, Jr. Day**<br>**NO SCHOOL** | **Lab Hours TBD** | |
| Jan 20<br>Friday | **NO LECTURE** | **8 a.m. – 12 Noon**<br>1) Finish preps #19 & 21 for FPD | |
| Jan 23<br>Monday | **NO LECTURE** | **8 a.m. – 12 Noon**<br>1) Finish FPD provisional restoration | |
| Jan 27<br>Friday | **Projects #1 & #2 DUE at 8:00 A.M. to**<br>**SIM LAB GRADING ROOM** | **7:45 – 8:00 a.m.**<br>Students submit project evaluation forms<br>and projects #1 & #2<br><br>**8 – 11:50 a.m. – GRADING SESSION:**<br>FG Prep #19 for FPD #19-21<br>MC Prep #21 for FPD #19-21<br>Provisional FPD #19-21<br>Vacuum-formed Template<br><br>**11:50 – 12 Noon**<br>Students return to pick up dentoforms &<br>projects<br>**\*\*Message will be sent regarding<br>returning dentoforms\*\*** | |
| Jan 30<br>Monday | **8 – 10 a.m.**<br>Communication with Dental Laboratory<br>Dies & Working Cast Fabrication<br>S: Chapter 17, 18, 19 & 20<br>**KIRKUP** | **10 a.m. – 12 Noon**<br>1) Project Feedback from instructors<br>2) Practice for Practical Examination #1<br>3) Make corrections of preps #19 & 21 for<br>FPD #19-21<br>4) Make final impression of #19 & 21<br>5) Fabricate dies & working cast<br>6) Make interocclusal records<br>7) Mount mandibular working cast | Supplies needed for Lab -<br>▬▬▬ items are<br>provided:<br>1) PVS Impr Material<br><br>4) Mixing tips<br>5) Debubblizer<br>6) Spatula<br>7) Rubber Bowl<br>8) Vac Mixing Bowl<br><br>13) Semi-adjustable fixed<br>articulator/plates |
| Feb 3<br>Friday | **PRACTICAL EXAMINATION #1** | **PRACTICAL EXAMINATION**<br><br>**8 – 8:15 a.m.**<br>**Distribute practical teeth**<br><br>**8:15 – 11:30 a.m.**<br>**Practical FPD #19 FGC & #21 MCC**<br>**Preparations**<br><br>**11:30 a.m.**<br>**Students turn in dentoform to SIM LAB**<br>**GRADING ROOM** | |
| Feb 6<br>Monday | | **GRADING PRACTICAL**<br>**EXAMINATION**<br><br>**8 – 11:50 a.m.**<br>**GRADING OF PRACTICAL EXAM**<br>**\*Students expected to use this time to** | |

Rev (12/6/22)

PLAINTIFF'S PRODUCTION

120

| | | | |
|---|---|---|---|
| | **NO LECTURE** | **work on Project #3 in bench lab\***<br><br>~11:50 a.m.<br>**Students return to pick up dentoforms**<br><br>**\*\*Message will be sent regarding returning dentoforms\*\*** | |
| Feb 10<br>Friday | **8 – 9 a.m.**<br>MCC #6 – MCC #8 FPD & Protemp Provisional<br>S: Chapter 24<br>**KIRKUP** | **9 a.m. – 12 Noon**<br>1)   Finish Project 3<br>2)   Exaflex putty mold for provisional FPD<br>3)   #6 MCC & #8 MCC preparations | 1) Petroleum jelly<br>2) Bend-a-brushes<br>3) Fine pumice<br>4) Putty Matrix (Exaflex) |
| Feb 13<br>Monday | **8:10 – 9:15 a.m.**<br>Cracked Tooth Syndrome<br>**COOK**<br><br>**PROJECT #3 DUE at 8:00 A.M. to SIM LAB GRADING ROOM** | **7:45 – 8:00 a.m.**<br>Students submit project evaluation form and Project #3.<br><br>**9:15 – 12 Noon**<br>1)   Students expected return to lab to work on next project.<br>2)   Finish #6-#8 Preps and begin Protemp Provisional<br>3)   Students will receive immediate feedback for Project #3. Remediations due by the end of next lab session. | 1) Petroleum jelly<br>2) Bend-a-brushes<br>3) Fine pumice<br>4) Putty Matrix (Exaflex) |
| Feb 17<br>Friday | **8 – 10 a.m.**<br>Cast Post & Core and Prefabricated Post & Core Buildup<br>S: Chapter 13<br>**KIRKUP**<br>**REVIEW PRESENTATION-**<br>Post & Core Literature Review<br>S: Chapter 13 | **10:00 a.m. - Noon**<br>1)   Project #3 remediation due by end of lab session<br>2)   Complete Lab Work Authorization Form (Project #4)<br>3)   Prepare LAB CASE for PICK-UP<br>4)   Use anterior tooth from Endo class<br>5)   Obtain pre-op x-ray of fractured tooth<br>6)   Metal-Ceramic crown prep | 1)   Anterior Endo tooth<br>2)   Pesso reamers |
| Feb 20<br>Monday | **WRITTEN EXAMINATION #1**<br>**(Bench Lab)** | 1)   Finish #6-#8 Protemp Provisional<br>2)   P/C Project | |
| Feb 24<br>Friday | **NO LECTURE** | 1)   Finish #6-#8 Protemp Provisional<br>2)   P/C Project | |
| Feb 27<br>Monday | **Projects #5 & #6 DUE at 8:00 a.m. to SIM LAB GRADING ROOM** | **\*\*\*\*SUBMIT to DENTAL LAB\*\*\*\***<br><br>**7:45 – 8:00 a.m.**<br>Students submit Lab Case for Pick-Up to Sim Lab in designated locations.<br><br>Students submit project evaluation forms and projects #5 & #6<br><br>**8:00 – 11:50 a.m. – GRADING SESSION**<br>MCC #6 for FPD<br>MCC #8 for FPD<br>Provisional FPD #6-8<br><br>**11:50 – 12 Noon**<br>Students return to pick up dentoforms & projects<br>**\*\*Message will be sent regarding returning dentoforms\*\*** | Articulator Bag for Lab Case |
| Mar 3<br>Friday | **NO LECTURE** | **8 a.m. – 12 Noon**<br>1)   Feedback for Projects | 1)   Anterior Endo tooth<br>2)   Pesso reamers |

Rev (12/6/22)

| | | | |
|---|---|---|---|
| | | 2)     Practice for Practical #2 | |
| Mar 6 Monday | **PRACTICAL EXAMINATION #2** | **PRACTICAL EXAMINATION & GRADING SESSION**<br><br>**8 – 8:15 a.m.**<br>**Distribute practical teeth**<br><br>**8:15 – 10:15 a.m.**<br>**Practical MCC #6 – MCC #8 Preparations**<br><br>**10:15 a.m. – 12 Noon**<br>**Grading of Practical**<br><br>**12 Noon**<br>Students return to pick up dentoforms<br><br>**\*\*Message will be sent regarding returning dentoforms\*\*** | |
| Mar 10 Friday | **8 – 9 a.m.**<br>#12-14 Practical Examination Review<br>**TBD** | **9 a.m. – 12 Noon**<br>1)    Review Practical #2<br>2)    Finish Post/Core Project #7<br>3)    Practice for Practical #3 | ▓▓▓▓▓<br>1) Petroleum jelly<br>2) Bend-a-brushes<br>3) Fine pumice<br>4) Putty Matrix (Exaflex)<br>6) Nexius Cement |
| Mar 13 – Mar 17 | **Spring Break** | **ENJOY!!** | |
| Mar 20 Monday | **PROJECT #7 DUE at 8:00 A.M. to SIM LAB GRADING ROOM – Students will stay in lab and will need to be present for grading session.** | **8 a.m. – 12 Noon**<br>1)    Practice for Practical #3<br>2)    Trim ParaPost® to adequate length<br>3)    Cement ParaPost®<br>4)    Build up core portion with resin<br>5)    Finish core portion | 1)    ParaPost<br>▓▓▓▓▓<br>1) Petroleum jelly<br>2) Bend-a-brushes<br>3) Fine pumice<br>4) Putty Matrix (Exaflex)<br>6) Nexius Cement |
| Mar 24 Friday | **MOCK PRACTICAL EXAMINATION** | **MOCK PRACTICAL EXAMINATION**<br><br>**8 – 8:15 a.m.**<br>Exam set up<br><br>**8:15-11:30 a.m. MOCK PRACTICAL EXAM**<br>FPD Prep #12 MCC & #14 FGC Provisional FPD #12-14<br><br>**11:30 – 12 Noon**<br>    Practical Feedback | |
| Mar 27 Monday | **PRACTICAL EXAMINATION #3** | **PRACTICAL EXAMINATION**<br><br>**8 – 8:15 a.m.**<br>**Distribute practical teeth**<br><br>**8:15 – 11:30 a.m.**<br>**FPD Prep #12 MCC & #14 FGC Provisional FPD #12-14**<br><br>**11:30 a.m.**<br>**Students turn in dentoform to SIM LAB GRADING ROOM** | ▓▓▓▓▓<br>1) Petroleum jelly<br>2) Bend-a-brushes<br>3) Fine pumice<br>4) Putty Matrix (Exaflex) |

Rev (12/6/22)

| | | | |
|---|---|---|---|
| | | | |
| Mar 31<br>Friday | **NO LECTURE**<br><br>**REVIEW PRESENTATION:**<br>Dental Materials: Bonding<br>PLATT | **GRADING PRACTICAL<br>EXAMINATION**<br><br>**8:00 a.m. – 12 Noon**<br>GRADING OF PRACTICAL EXAM<br>MCC Prep #12<br>FGC Prep #14<br>Provisional FPD #12-14<br><br>**12 Noon**<br>Students may return to pick up dentoforms &<br>projects or collect at next session<br><br>**\*\*Message will be sent regarding<br>returning dentoforms\*\*** | |
| Apr 3<br>Monday | **NO LECTURE**<br><br>**REVIEW PRESENTATION:**<br>CAD/CAM Presentation and Videos | **8 a.m. – 12 Noon**<br>1) Meet for Practical #3 Review<br>2) Practice for remediations | |
| Apr 7<br>Friday | **8 – 10 a.m.**<br>Prosthodontic Treatment Planning I & II<br>S: Chapter 8<br>HANES<br><br>**REVIEW PRESENTATION:**<br>Resin Bonded Fixed Partial Dentures<br>S: Chapter 11 | **10 a.m. – 12 Noon**<br>1) Practice for remediation dates | |
| Apr 10<br>Monday | **NO LECTURE**<br><br>**PROJECT #8 DUE at 8:00 A.M. to SIM<br>LAB GRADING ROOM – Students will<br>stay in lab and will need to be present for<br>grading session.** | **8 a.m. – 12 Noon**<br>1) Students submit Project #8<br>2) Practice for Practical #4<br>3) Practice for remediations | |
| Apr 14<br>Friday | **PRACTICAL EXAMINATION #4**<br><br>**Surprise Practical Exam:**<br>**Students will receive adjacent teeth, all<br>practical supplies, and the information<br>about the type of prep(s) &/or<br>provisional(s) at 8 am.** | **PRACTICAL EXAMINATION**<br><br>**8 – 8:30 a.m.**<br>**Distribute practical teeth & equilibration**<br><br>**8:30 – 10:30 a.m.**<br>**Surprise Practical**<br><br>**10:30 a.m. – 12 Noon**<br>**Grading of Surprise Practical**<br><br>**\*\*Dentoforms will be collected and returned at<br>next lab session.\*\*** | |
| Apr 17<br>Monday | **8 – 9 a.m.**<br>FPD Evaluation<br>S: Chapter 21<br>KIRKUP | **9 a.m. – 12 Noon**<br>1) Students fit and adjust FPDs<br>2) Self-evaluate FPD #19-21<br>3) Practice for remediations | Fit Checker |
| Apr 21<br>Friday | **8 – 10 a.m.**<br>Zirconia Restorations<br>KIRKUP | **10 a.m. – 12 Noon**<br>1) Students fit and adjust FPDs<br>2) Self-evaluate FPD #19-21 | Fit Checker |

| | | | |
|---|---|---|---|
| | **PROJECT # 9 DUE BY 11:00 A.M. TO LI** <br> **in SIM LAB** | 3)    Practice for remediations | |
| Apr 24 <br> Monday | **NO LECTURE** | **8 a.m. – 12 Noon** <br> **REMEDIATION AND/OR MAKE UP DAY IN LAB** <br><br> *Only those who need remediation or need to make up items* | |
| Apr 28 <br> Friday | **NO LECTURE** | **8 a.m. – 12 Noon** <br> **REMEDIATION AND/OR MAKE UP DAY IN LAB** <br><br> *Only those who need remediation or need to make up items* | |
| May 1 <br> Monday | **NO LECTURE** | **8 a.m. – 12 Noon** <br> **REMEDIATION AND/OR MAKE UP DAY IN LAB** <br><br> *Only those who need remediation or need to make up items* | |
| May 5 <br> Friday | **NO LECTURE** | **8 a.m. – 12 Noon** <br> **REMEDIATION AND/OR MAKE UP DAY IN LAB** <br><br> *Only those who need remediation or need to make up items* | |
| May 8 <br> Monday | **WRITTEN EXAMINATION #2** <br> **(Bench Lab)** | **TBD** | |

References:
S:  Shillingburg, HT, Hobo, S, et al: *Fundamentals of Fixed Prosthodontics*, ed 4. Chicago, Quintessence Publishing Co, 2012

PLAINTIFF'S PRODUCTION

**Conflict Mitigation Protocol and Acknowledgement: Student-Faculty Conflict of Interest**

This protocol aims to address and mitigate conflicts of interest between faculty member, Dr. Michele Kirkup, and DDS student, Lena Matti. This protocol will be agreed upon to ensure that all efforts are made to maintain civility and pursue academic integrity for all. This will include that all aspects of course work, including grading, feedback, and communication involve a mediator. This protocol will contribute to upholding academic integrity and fairness, while simultaneously reducing potential vulnerabilities for both parties.

**Mediator Assignment:**

The Chair of the Department of Prosthodontics has appointed two faculty mediators, Dr. Mark Ziemba and Dr. Lisa Conard. These mediators were selected due to their dental expertise and previous involvement in the course. The mediators' role is to facilitate communication, oversee assessments, and ensure the conflict mitigation process is fair and unbiased.

**Communication Guidelines**

Canvas will serve as the primary source for communication regarding coursework such as syllabus, assignments, and class announcements. The student should initially direct any questions or concerns related to the course through the mediator. The student will communicate inquiries through the mediator, who will subsequently convey the information to the faculty and then relay the faculty's response back to the student. Both the student and the faculty member should make an effort to adhere to this guideline to prevent any direct interaction that could lead to conflicts. If the student or faculty member must communicate directly, a mediator must be present. Additionally, all communication should be relevant and respectful following IUSD's Professional Code of Conduct DDS Handbook AY 2022-23.pdf and any violation should be reported. The faculty member and/or mediators reserve the right to discontinue a conversation if it is deemed irrelevant or unprofessional.

**Assignment Submission and Feedback:**

The student will submit projects and coursework through the course's designated protocol. The faculty will provide initial grading, feedback, and comments on the project evaluation sheets. Then, the mediator will provide any additional feedback or guidance to the student. Since the mediator is knowledgeable in the subject, they will have the opportunity to re-grade any project and will only be permitted to increase the score for the projects. The mediator may summarize the feedback to maintain objectivity and avoid potential misunderstandings.

**Assessments and Examinations:**

For the course, didactic examinations are in multiple-choice format and do not include objective grading, such as short answer or essay questions. For the laboratory practical examinations, anonymous grading will provide impartiality. The faculty member will adhere to the grading criteria, rubrics, and any necessary grading guidelines. Once all examinations are graded, the student's practical examination will be separated from the class and the mediator will re-evaluate it based on the provided guidelines to confirm the assessment was accurate and fair. The mediator will have the opportunity to increase the grade of the assessment; however, the mediator cannot lower the assessment grade. The mediator will provide feedback to both the student and the faculty regarding their evaluation of the assessment.

**Record Keeping:**

Both the faculty member and mediator will maintain accurate records of all communications, assignments, assessments, and decisions made throughout the mitigation process. To provide further documentation of the student's progress, the faculty member and the mediator will be involved in gathering information (such as images of coursework) and/or provide regular updates regarding student's performance to the Chair of the Department of Prosthodontics and IUSD's Director of Student Services.

**Conflict Resolution:**

In the event of disagreements between the faculty and the student regarding grading or other matters, the mediator will review the situation objectively and make a final decision. If necessary, the mediator will include the Chair of the Department of Prosthodontics and IUSD's Director of Student Services for input and further review.

By implementing this protocol, the IUPUI's Office of Institutional Equity, in collaboration with Indiana University School of Dentistry, aims to effectively manage conflicts of interest between students and faculty while maintaining academic integrity and promoting a fair learning environment.

By signing this document, you acknowledge your understanding of and commitment to following this conflict mitigation protocol.

_____ Date: _____
Lena Matti, DDS Student

_____ Date: August 17, 2023
Michele Kirkup, DDS
Faculty and Course Director

_____ Date: August 17, 2023
Wei-Shao Lin, DDS, FACP, PhD, MBA
Chair, Department of Prosthodontics

_____ Date: _____
Martha Marshall
IUSD Director of Student Services

PLAINTIFF'S PRODUCTION                126

Hello,

My name is Lena Matti and I am a first generation immigrant, and student that has had a passion for dentistry ever since I was a child. I am writing to dispute the grades I received on remediation practicals and thus the whole class grade since the practical's were done under improper conditions which resulted in a fail in the whole class. I think the fact that I may have to repeat the year due to these practicals that resulted in me failing a preclinical class is negligent and overlooks all of my academic achievements in my D2 year. I am advocating for myself so that I will be able to also advocate for my future patients. Just to preface, there were nearly 40 people in our class that failed every single practical before remediation. If more than a third of the class is remediating every practical, there have been concerns over calling that a true "remediation". Fixed Prosthodontics 2 has been a course where nearly everybody after remediations, besides one or a couple isolated incidents, passes. At the very least, for the past 15 or more years. It is a course that assesses your progress, which I have been told by TA's and other doctors in class I have made a lot of and that is documented in the emails I attached. Objectively, I received a 95 and then an 85 in the didactic portion of the course and passed every practical during remediations except for the last one and if you don't pass one practical you get an automatic fail for the whole class. My didactic grades were above average demonstrating I understood the material intimately. I have been to most office hours sessions especially during remediations, attended after hours lab for this class 2-3 times a week on average and have been to almost every single TA review session and always turned in things on time. This is documented in the lab logs and mentioned in emails I attached. I think that is a testament to my dedication to the course. I was given a letter by AES saying accommodations I am legally permitted to receive for a condition I am protected under the American with Disabilities Act were violated and not applied and the way the class practicals were conducted could be interpreted as discriminatory in nature. I have attached that letter. ADA( American Dental Association) as well as CODA did not state, when asked, that me receiving accommodations would constitute a fundamental alteration which is when accommodations may not be applied. The national benchmark for progress does not address having 4 practical examinations over a course of two weeks back-to-back every class period which is what Fixed Prosthodontics 2 had. Thus demonstrating there was a violation of the Americans with Disabilities Act since no rationale for giving exams like that back to back without accommodations (not even in reference to extra time) being applied to those examinations was ever explained to AES or me as noted in the AES letter I attached. Last years class only had 3 practicals. Nonetheless, the only way to get to the fourth practical or move on to any practical that is not your chronological first of the day is to pass the previous practical you first attempted. By this rationale upheld by the course director herself, which can be verified by virtually every single student in my class and in previous classes, that means I had to have passed the third practical to get to the fourth. I do not know if Dr. Kirkup mentioned I passed my third practical as she only told me the fourth did not pass, but I have attached an email I sent to her that explains she told me I was 90% of the way there after my third practical on the fourth day. Nonetheless, I had a medical exacerbation midway during the third practical on my last practical day, probably because of the nature of the examinations being the way they were and without the proper accommodations for the condition I have, and a couple students witnessed it and I mentioned a symptom of it to Dr. Kirkup. She disregarded that and told me my progress waned today,

meaning it was not as good as it was beforehand and that I am now going to fail the whole course. Yet in the syllabus there is a line that says: "However, failure to pass and/or complete all laboratory remediations of this course by the final remediation day will result in the student receiving a failing grade for the course." The fourth practical was technically completed and in the syllabus there seems to be a complete distinction between passing and completing because it says "AND/OR". I was remediating 2 practicals my last remediation day. That day, I did a bridge, a provisional and an MCC prep which under ideal conditions we would have more than 5 hours to do. We have 4 attempts on every practical and I only had time to do one for the fourth practical with less than a third of the time I would have originally been allotted if I was doing that sole practical. The timing issue aside, being asked to do back to back practicals on 4 consecutive class days was ruled discriminatory by AES under regulations found under the Americans with Disabilities Act. I have reason to believe that this practical process is not the standard for other schools nor is it a fundamental requirement nationally to get to clinic. I do believe I can create clinically acceptable work but my 4th practical day was done under improper conditions (objectively in AES professional opinion, all of them were done under improper conditions) and stress which may have worsened due to the treatment in lab I detailed below. However, the taper on the fourth practical itself may have not been above 16 degrees (which is failing); Dr. Kirkup also said it may be under-reduced but in the sim unit my instrument used to check was not giving me much resistance yet in my condition or haste at the time, I may not have been closing the dentoform right. In clinic, the patient will close their mouths themselves and so I do not anticipate having under reduction issues in that setting as I know the clinical requirements for a crown prep when the mouth is fully closed and used them when I passed my previous practicals of the same nature of preparation. However, considering I had to do it in a time crunch, under improper conditions and thus with stress that exacerbated a medical condition I am protected by the ADA under, I do not believe it is grounds to impede my academic progress nor does it showcase my capabilities. I am advocating that the grade for the practical(s) (I was under the impression I passed practical 3 since I got to practical 4 and you can not move on until you pass the previous practical) I did not pass should be null and void. It was on the professor to create inclusive, accommodative environments for all students, not just those who do not have certain medical ailments. I received around a 90 didactically in that class proving I understood the fundamental principles of Fixed Prosthodontics 2. I got A and B letter grades this past semester in every single class and nothing below a B- otherwise. Most of my class grades are above average. I have never failed a class or been in trouble at school. I am willing to do modules for a few weeks or month straight pertaining to fixed as opposed to repeating the whole year, which has the potential of making me more prepared than some of my fellow classmates being promoted to clinic/D3.

I was told I produced "good work" beforehand according to Dr. Kirkup and other doctors in the grading room during remediations. When I was remediating my practicals on the first, second and third day (we get four days to do it) I had no issues with tapering MCC preps (which is the type of prep Dr. Kirkup did not pass me for on my fourth practical). I was told by another doctor, Dr. Johnson, my MCC preps looked good even on a tooth that was right next to the one I did not pass and also a premolar, on the third remediation day. I have also attached pictures of a bridge with MCC and full gold crown preps that I was given by Dr. Kirkup to reference that has a taper

and shallow shoulder margin on it as well; the space between the probe is the taper. Also a Full gold crown with taper on it since she said that about my third practical yet the one she gave me had similar taper on it as well. She gave me this personally to reference when practicing for remediations. The margin lengths were wrong on the prep she gave me to reference and on the third remediation day she failed me for the third practical for having a large margin. Objectively speaking, if the one she gave me was presumably clinically acceptable, I do not think it is educationally uniform in nature to make me redo the third practical on the fourth day as well for an issue that was present on the models she gave me for reference. I did not necessarily use those measurements as a guide for reference but since that prep was presumably clinically acceptable, could not the same be argued for my first attempt on practical 3? The practicals were assessed and completed under improper conditions; bystanders in lab and a doctor I spoke to after to the fact can validate I had a medical exacerbation probably worsened due to stress from the ongoing conditions I detail below in how I was treated in lab. Other students have mentioned Dr. Kirkup made comments about concerns regarding their final remediation preps but still passed them. A student was taking the practicals late and mentioned she did not have TA's proctoring her the way the rest of the class was; Dr. Kirkup was in the grading room during it. That is a discrepancy in the practical process and shows unfair and variable treatment of students during practicals. I have been speaking to past students and a student named Awais Mufti (class of 2023) showed up to a fixed practical very late, used superglue on a provisional and turned it in. Dr Kirkup then proceeded to tell him something along the lines of "Please promise me that you will never use superglue in clinic. Superglue is not a dental material". That is technically clinically unacceptable yet this student was allowed to pass a practical and go to D3 by using impractical methods that would NOT be clinically allowed. Also, I personally spoke to another 2023 student who said that Dr. Kirkup told her that her work was not there yet but she was going to pass her anyways and that she can just get more practice in the summer. I do not want to emphasize a personal issue however I have reason to believe bias may have been a byproduct of the grading process for my final practical(s). Once again, I am the first person not to pass this class in years or even ever for academic reasons (another reason someone did not pass FIXED PROSTH 2 years ago was due to another matter as I've learned). Fixed Prosth II metrics of success rates throughout the years (which is at or above 99%) are not to be confused with Fixed Prosth I which is a different class. I had previously went to student affairs with Dr. Kirkup where I mentioned to them on February 10th in the middle of the semester that I believed Dr. Kirkup had made a discriminatory and prejudiced comment against me. This is all documented and happened before the remediated practicals. The Office of Equal Opportunity believed they had grounds to investigate discriminatory behavior by Dr. Kirkup and are currently doing so. During the semester there were certain unprofessional things done towards me like projecting my practicals "anonymously" in front of the class and publicly berating them and having other students join in. I was told this was inappropriate and unprofessional and student affairs was made aware of this the day it happened. I would also send student affairs emails about how even though doctors and TA's would acknowledge by hand skill progress, Dr. Kirkup would refuse to and would send me emails about incorrect happenings of the day and I would clarify what actually happened in my subsequent emails to her. It seemed as though she was trying to make a narrative. Like I said, I did not understand why she did this seeing as I was in after hours lab 2-3x a week, going to most office hours and

almost every TA review session and was being told I had good progress by other doctors. Grading practicals is more of a subjective matter than examinations and I am just afraid that personal issues may have interfered in judgements made to my work. A student was brought into student affairs after harassing a classmate and I and admitted they harassed me because they thought I was in trouble in Fixed Prosth 2 due to how Dr. Kirkup treated me. This can be verified by parties that were in the mediation. I have detailed in extreme specifics in emails attached throughout the semester how multiple students were bullying and harassing me in Fixed Prosthodontics 2 as a result of unprofessional things done to me in that class as that is what they attributed their behavior to. This treatment probably added onto the stress which triggered the medical exacerbation during the last remediation day. That may have reasonably affected my performance. Regardless, during the semester I still did well in my other classes and chose to come in and hone in my skills during after hours labs amidst the continuous harassment. I worked hard to get the grades and improvement I made in this class and others. In my other prosthodontics class this semester I received 92.16%. I hope you see where I am coming from and my dedication to my career and choose to see the improper conditions of the practicals I received failing grades for as I have made immense progress and had success in every other class this whole year. I do not deserve nor should I go through the negligence and mental anguish I was subjected to this year in a class that should have had an inclusive and safe learning environment in. The practicals themselves were conducted in a negligent and discriminatory matter and, through the professional opinion of AES, violated the Americans with Disabilities Act. I am emailing to concur that those practical grades should be null and void. Again, It was on the professor to create inclusive, accommodative environments for all students, not just those who do not have certain medical ailments.
All the best,
Lena Matti

PLAINTIFF'S PRODUCTION



**IUPUI**
ADAPTIVE EDUCATIONAL SERVICES
Division of Diversity, Equity and Inclusion
## Academic Accommodations Memorandum

**Kevin McCracken – Director**

**Mercedes Cannon** – Associate Director                    **Leslie House** – Interpreting/Lab Coordinator
                                                                                       **Elena Silverman** – Office Coordinator
**Natalie Albert**- Adaptive Services Coordinator
**Marcia Stevenson** – Administrative Assistant

| Student Information |
|---|

**Name:** Lena Matti

**Student ID:** 2000865335

**Valid:** 9/28/2021
**Intake Coordinator:** Natalie Albert

This student has established eligibility for Adaptive Educational Services under the mandates of federal disability legislation. Please keep all information regarding the student's disability and accommodations confidential.

| Student Responsibilities to Receive Accommodations |
|---|

Students must play an active role in letting instructors know they will need to provide accommodations.

- Meet with your instructors within **10 days** of receiving the memo
    - Accommodations are not retroactive
    - Our policy is that instructors may have 48 hours (two business days) notice before a test of your need for accommodations. If you provide notice in under 48 hours the instructor may choose whether or not to accommodate you.
- Meet only during office hours or make an appointment to speak privately
    - Do not present memos after class
- Discuss accommodations the instructor will provide such as extended time for testing, test setting, note taking
    - Know where and when you will test with the instructor; follow-up prior to the test
    - Send a follow-up e-mail to the instructor to confirm the arrangements agreed upon in your meeting

Bring your Testing Accommodation Forms with you to the meeting. (IUPUI CAMPUS)

- Complete the form with the instructor
- Tests cannot be scheduled at AES without signed and returned Testing Accommodation Forms
- Hand deliver the signed TA's to an AES staff member.
    - We recommend you bring your syllabus and schedule all of your tests in advance
    - Tests are not scheduled unless you receive confirmation through our system and a scheduled appointment
    - Tests may be scheduled by phone, e-mail or in person so long as they adhere to AES policies regarding advanced notice, and window examinations.
- For the scheduling of tests, **you must contact our office 48 hours (Monday-Friday) in advance of any test or examination you wish to be proctored through our office. Any exam attempted to be scheduled in under 48 hours will not be proctored.**

815 W. Michigan  |   Joseph T. Taylor Hall Suite 100 | Indianapolis, IN 46202 | phone (317) 274-3241 | fax (317) 278-2051

PLAINTIFF'S PRODUCTION          131

# IUPUI
**ADAPTIVE EDUCATIONAL SERVICES**
Division of Diversity, Equity and Inclusion
## Academic Accommodations Memorandum

---

**Faculty Responsibilities for Classroom and Testing Modifications**

---

The student will meet with you to discuss implementation of his/her accommodations in your class. Share with the student details of your course expectations as they may be affected by the accommodations, and determine how these conflicts will be resolved. (I.e the student will be tape recording lectures, but will be required to turn off recorder when discussing confidential case studies.) If a modification interferes with an essential academic component, if you have any questions regarding modifications, or if you receive this memo less than 48 hours before a test, please contact AES.

In the event that you send or drop off a test or examination for a student to take and the student does not schedule accommodations in accordance with our 48 hour policy, that test will be sent back to you and the student will need to take that test or exam in class. The only exception is if you allow them to re-take a test or exam which would be an agreement absent of AES between you and the student.

You can find more information about our office at https://diversity.iupui.edu/offices/aes/index.html.

---

**The student is entitled to the following accommodations:**

**EXAMS/QUIZZES:**

■ 1. The student approved to have extended time for tests:
    ■ One-and-a-half times (150%) the established test-taking
    ☐ time.  Double (200%) the established test-taking time.
■ 2. Alternate test setting
    a.  Reduced Distraction Environment proctored in the AES Testing Lab (UL 3135 H)

**CLASSROOM:**

☐ 1. Note Taking: permit the student to utilize a note taker for the class.

☐ 2. Audio Taping of Lectures

☐     Other:

    Thank you in advance for your cooperation. If you should need additional information, or have any  questions, please feel free to contact our office at 274-3241 or fax a 278-2051

**Approved by:** *Natalie Albert*                    **Date: 9/28/2021**
    Natalie Albert

---

PLAINTIFF'S PRODUCTION          132



**IUPUI**

# ADAPTIVE
# EDUCATIONAL SERVICES
DIVISION OF DIVERSITY, EQUITY
AND INCLUSION

Dear Dr. Frazier-Bowers,

I am writing this letter in support of Lena Matti's complaint that her ADA approved accommodations were not appropriately applied by faculty in the Indiana University School of Dentistry. Lena Matti is a student registered with Adaptive Educational Services (AES) and is approved to receive academic accommodations under the American with Disability Act as Amended (ADAAA). It is my understanding that Lena was expected to take multiple exams, back-to-back, without her approved accommodation of 1.5x extended time. In our professional opinion taking multiple exams back-to-back without the appropriate amount of time, is unreasonable and could be interpreted as discriminatory. In accordance with the ADA, approved accommodations should be applied whenever possible and if an accommodation is denied, it becomes incumbent on the School of Dentistry to demonstrate that the accommodation would constitute a fundamental alteration. To the best of my knowledge no rationale for the exam process that Lena experienced was ever provided to Lena or to AES. Please consider this letter as part of the official record for any appeal that Lena Matti has requested, and please do not hesitate to reach out if I can be of further assistance.

Best,

## Elena H. Silverman, PhD
Adaptive Services Specialist

**Adaptive Educational Services**
*Division of Diversity, Equity and Inclusion*
Indiana University-Purdue University Indianapolis
Joseph T. Taylor Hall, UC 100
815 W. Michigan St.
Indianapolis, IN 46202
Phone: (317)274-3241
Fax: (317)278-2051
aesproj@iupui.edu



PLAINTIFF'S PRODUCTION        133

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Tuesday, May 16, 2023 3:38:51 PM
**To:** Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal

# To whom it may concern,

Hello. My name is Lena Matti and you probably do not know who I am and that is probably a good thing because I have never been in a situation where you have had to assess my progress. I am a first generation immigrant, and student that has had a passion for dentistry ever since I was a child. I am emailing to dispute a practical grade and thus the overall grade in my Fixed Prosthodontics II course. I am advocating for myself so that I will be able to also advocate for my future patients. Just to preface, there were nearly 40 people in our class that failed every single practical. Historically, Fixed Prosthodontics II has been a course where students have not gotten lab portion failures and thus class failures for and I have been researching and this is uniform for many dental schools at this point in the curriculum (assuming students have put a good effort in improving). Objectively, I received a 95 and then an 85 in the didactic portion of the course. I have been to most office hours sessions especially during remediations, been in after hours lab for this class 2-3 times a week on average and have been to almost every single TA review session and have turned in things on time. This is documented in the lab logs. I think that is a testament to my dedication to the course. When I was remediating my practicals on the first, second and third day (we get four days to do it) I had no issues with tapering MCC preps (which is the type of prep Dr. Kirkup did not pass me for on my fourth practical). I was even told by another doctor, Dr. Johnson, my MCC preps looked good even on a tooth that was right next to the one I did not pass and also a premolar, on the third remediation day. On my passed third practical Dr. Kirkup said I was 90% of the way there which I've attached proof of. During (some of the third) fourth practical, I had an exacerbation of a medical condition I get accommodations for and am protected by the Americans with Disabilities Act. A couple students witnessed this happening and I even mentioned to Dr. Kirkup a symptom that is associated with this medical flare up when I got to the grading room; immense anxiety is a byproduct of the exacerbation. She had no compassion for me and instead chose to tell me my progress waned today, meaning it was not as good as it was beforehand and that I am now going to fail the whole course. I was remediating 2 practicals that day. I did a bridge, a provisional and an MCC prep. We have 4 attempts on every practical and I only had time to do one for the fourth practical with less than a third of the time I would have originally been allotted if I was doing that sole practical. I have also heard of a student running out of time during remediations in previous years and Dr. Kirkup allowing them to do it at a later date but of course I do not know their conditions, just that it may be possible and has happened. I do believe I can create clinically acceptable MCC preps but my 4th practical was done under improper conditions and stress which may have worsened due to the treatment I detailed regarding this class below. However, the taper on that practical itself may have not been above 16 degrees (which is failing); Dr. Kirkup also said it may be under-reduced but in the sim unit my instrument used to check was not giving me much resistance yet in my condition or haste at the time, I may not have been closing the dentoform right. In clinic, the patient will close their mouths themselves and so I do not anticipate having under reduction issues in that setting as I know the clinical requirements for a crown prep when the mouth is fully closed and used them when I passed my previous practicals of the same nature of preparation.

When I passed the previous practical that day and got to practical 4, I had 35 minutes left to finish a practical the class originally was given almost 2 hours for that day and for the original practical. I should have managed my time better but I could not anticipate the medical exacerbation happening amidst practical 3. We only have four days to finish remediations and last years class did not have a surprise practical(the name given to practical 4 since the type of prep is a surprise). Dr. Kirkup chose to fail me because I had issues that have not happened on any previous practical day for MCC preps. She said my work was not consistent and that I had a distolingual taper which I self assessed and said I would have fixed if I had more time as soon as I got into the grading room. However, considering I had to do it in a time crunch and thus with stress that exacerbated a medical condition I usually get accommodations for, I do not believe it is grounds to impede my academic progress nor does it showcase my capabilities. Especially since I have produced "good work" beforehand. I was also told by TA's they are proud of my progress as mentioned in a email I attached. I have also attached a picture of an MCC prep that I was given by Dr. Kirkup in reference that has a taper and shallow shoulder margin on it as well; the space between the probe is the taper. Also a Full gold crown with taper on it since she said that about my third practical yet the one she gave me had similar taper on it as well. She gave me this to reference when practicing for remediations. The practical was assessed and completed under improper conditions as can be validated by bystanders and a doctor I spoke to after to the fact I had a medical exacerbation probably worsened due to stress from the ongoing conditions I detail below in how I was treated in lab. Other students have mentioned Dr. Kirkup made comments about concerns regarding their final remediation preps but still passed them. A student was taking the practicals late and mentioned she did not have TA's proctoring her the way the rest of the class was; Dr. Kirkup was in the grading room during it. That is a discrepancy in the practical process. I have emailed Dr. Kirkup regarding practical number 4 and she has not gotten back to me.

Also, in regard to disputing the class grade, I had previously initiated a report about Dr. Kirkup to student affairs for what I believed to be a prejudiced and discriminatory comment made in the middle of the semester. I think a large part of my experience in that class was negligent. Everything mentioned below is either documented through student affairs or was mentioned to them beforehand and is attached. Dr. Kirkup had projected my first practical to the whole class "anonymously" however I still knew it was my work and it was confirmed when I got it back that day; I had to hear other students and Dr.Kirkup just berate my work. Work that was supposed to be confidential in nature. I tried to ignore that and use it as a learning moment; someone in student affairs' input, however, was that it was inappropriate and I agree. It felt very dehumanizing. I then went to review my practical that day with her and it seemed as though she was taunting me about whether I had seen or heard what her and others were saying about the quality of the practical she projected to the class. I knew I had problems during the practical so I worked hard to fix my hand skills at the time which I tried to explain to Dr. Kirkup that same day. She did not believe me and kept berating me and the work on my practical. The criticism wasn't confined to my prep; she talked about things like personal qualities like organization and I was confused because I do not know where that came from. I had many interactions of this nature with Dr. Kirkup previously but still remained neutral throughout. She then gave me limited time to finish a brand new tooth. Which I did, and was told it was successful. I then mentioned to Dr. Kirkup mainly as a way to express I felt unfairly treated that she "berated me for 20 minutes" and next to other students as well "for something I could do" and I was happy to show my progress so I said this in a lighthearted or unserious tone. Dr. Kirkup then got aggressive with me and kept asking if I wanted to go to student affairs. I eventually agreed. She then

took me out of the class and in front of everyone made comments and used verbiage that alluded to me being in trouble; I started having a panic attack due to the other precipitating factors of the day and because I knew how that would look to the class and asked Dr. Kirkup why she would do that. That started a cycle of bullying by students that I have extensively detailed and documented with student affairs and a medical doctor. I have thick skin, I was born into a war zone; but it got to a point of being too much. When Dr. Kirkup made the aforementioned presumed discriminatory comment to me after belittling, I did not let it bother me; another student mentioned she had said the same to them. When we went to student affairs I did mention the comment to Dr. Fraizer- Bowers and said everything that I said above. Again, this happened mid semester on February 10th.Student affairs had extensively spoken to Dr. Kirkup about the bullying I was receiving in the lab itself and other classes due to how she took me out of the class like that and Dr. Kirkup chose not to address it or try to mediate it in any capacity. A student was even brought to student affairs and admitted he harassed me and another student because of what Dr. Kirkup did and referenced that he thought we were in trouble for a provisional in her class after the other student reported him. I have attached documentation of this peer mediation and it can be verified by witnesses in the meeting. Nonetheless, I mustered the strength and ability to continue to show up to a large part of office hours with Dr. Kirkup, TA review sessions and spent after hours lab time 2-3x a week on average (staying until 9pm usually) on a class that was head by a professor that had no regard for my academic wellbeing and my mental health. I do not think I deserve to be assessed on whether I should progress to the next year through the lens of a class I had to endure bullying, prejudice and terrible mental health during without my side being heard. I tried to put this behind me but the situation has reached devastating heights. I even recall once where Dr. Kirkup said something was tapered on my work but I had not even begun prepping there. I persisted and put a lot behind me and worked hard to improve my hand skills and that's why I passed the three remediation practicals. Dr. Kirkup knows I am capable of achieving good MCC preps as I've passed on all previous practical class remediations that had those. On the third practical I passed on a tooth that was the exact same prep (I did this practical twice and on the first attempt I had no issues on my MCC, just a slightly large chamfer ) and right next to the one Dr. Kirkup failed me for since I had to do it under different conditions. I have worked very hard to get to this point in my career. I even received an 92.16% on the other prosthodontics course which speaks to my abilities. Didactically, I thrived in Fixed Prosth II and my other classes. I improved in my hand skills from the start to the finish as can be seen in my before and after pictures of remediated practicals. Dr. Kirkup even said I've made good progress but that it wasn't consistent on the fourth practical (and that is due to reasons I gave above). During remediations, Dr. Kirkup would also email Martha in academic affairs that she was worried about my skills after office hours during remediation weeks yet at office hours she did not mention raising those concerns with my work which I mentioned in an email to her, at this point I was passing my practical remediations at a good pace. I have attached an email about an incident before remediations where Dr. Kirkup relayed the events of the day incorrectly or omitted crucial details and where I had clarified what actually happened. She did agree to most of what I was saying. I did not understand the inclination to do this. I did not understand the inclination to do that. I hope you see where I am coming from and my dedication to my career and choose to allow me to progress to D3 as I have made immense progress and had success in every other class this year. I do not deserve nor should I go through the negligence and mental anguish I was subjected to this year by a professor who should

PLAINTIFF'S PRODUCTION        136

have created a safe learning environment. I am open to doing more fixed modules in the summer in regards to showcasing my abilities but I think all my previous work should allow me to progress to D3.
All the best,
Lena Matti
More Attachments : https://docs.google.com/document/d/1-R-j3MNMVPgBYqKya0LB6ueyLHtx_9joPn_S4dTQCU0/edit

---

**From:** Romito, Laura Marie <lromitoc@iu.edu>
**Sent:** Sunday, May 14, 2023 10:48:05 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** RE: practical exam appeal

Ok.

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Sunday, May 14, 2023 1:48 PM
**To:** Romito, Laura Marie <lromitoc@iu.edu>
**Cc:** Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal
**Sensitivity:** Confidential

Hi Dr. Romito,
Sorry for the double message but all the attachments I want to send in my appeal cannot be confined to one email. Can I send them to you in two?
All the best
Lena Matti

---

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Friday, May 12, 2023 6:56:05 PM
**To:** Romito, Laura Marie <lromitoc@iu.edu>
**Cc:** Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal

Hello Dr. Romito,
Okay thank you,
do I need to send the appeal within ten days or can I send it on Monday?

All the best,
Lena Matti

---

**From:** Romito, Laura Marie <lromitoc@iu.edu>
**Sent:** Friday, May 12, 2023 5:58 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Cc:** Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** RE: practical exam appeal

Lena please follow the process specifically as outlined in the DDS Student handbook.

**jalexander@jhaskinlaw.com**

| | |
|---|---|
| **From:** | Matti, Lena L |
| **Sent:** | Thursday, May 25, 2023 11:45 AM |
| **To:** | Zahl, David Allan |
| **Cc:** | Romito, Laura Marie |
| **Subject:** | Re: Outcome of Course Grade Appeal Mediation |

Hello,
Thank you for your prompt update and for all you have done for me thus far in this process. I am wondering whether you would be free to meet with me and discuss questions I have regarding the process today or Tuesday?
All the best,
Lena Matti

---

**From:** Zahl, David Allan <dzahl@iu.edu>
**Sent:** Thursday, May 25, 2023 11:35:52 AM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Cc:** Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Outcome of Course Grade Appeal Mediation

Dear Lena,
I am writing to inform you of the outcome of the mediation process for your appeal of a course grade in D646 Fixed Prosthodontics II.

**Details of Appeal:**
Lena Matti is appealing her D646 Fixed Prosthodontics II laboratory practical remediation grade and course grade, on grounds of previous course performance and "improper conditions" during the assessment, including lack of testing accommodations, stressful environment, and faculty bias.

**Documentation Considered During Mediation Process:**
Submitted by Lena Matti:
- Email 5/16/23, Lena Matti to Dr. Laura Romito
- Images (11) of stone model
- Google Document of emails between Lena Matti and Student Affairs/Dr. Kirkup
- Video captures (2) of emails between Lena Matti and Student Affairs
- Academic Accommodations Memorandum
- Email 5/18/23, Lena Matti to David Zahl
- Email 5/20/23, Lena Matti to David Zahl
- Email 5/21/23, Lena Matti to David Zahl

Submitted by Course Director:
- D646 Fixed Prosthodontics II Syllabus
- Progress Committee Report – L Matti
- Progress Committee Presentation, D2 Student Lena Matti

IUSD Policies, Procedures, and/or Academic Records:
- Technical Standards for Admission and Retention in the Indiana University School of Dentistry
- IU Advising Records for Lena Matti, AdRx System

**Outcome of Mediation with Course Director:**

I discussed Lena's appeal on 5/18/23 and 5/19/23 with Dr. Michele Kirkup, course director, D646 Fixed Prosthodontics II. We went over in detail Lena's concern and the facts surrounding the appeal. Taking into consideration all available information, the course director, Dr. Kirkup, decided to uphold the final course grade for Lena Matti. On 5/22/23, I met with Dr. Kirkup again to discuss additional information submitted by Lena Matti. Taking into consideration the original decision and the new information, the course director, Dr. Kirkup, decided to uphold the final course grade for Lena Matti.

**Next Steps:**
Per the DDS Student Handbook, Appealing Course or Semester Grades and Other Performance Evaluations:
If the student and faculty member involved are unable to reach a mutually agreeable solution, the student may submit a written appeal to the Director of Student Services, who will refer the matter to the IUSD Faculty Council's Progress Committee. The IUSD Progress Committee will review the complaint and submit a recommendation to the Senior Associate Dean for Education and Academic Affairs within thirty (30) calendar days of the Progress Committee's receipt of the appeals document. The Senior Associate Dean for Education and Academic Affairs will then notify the parties involved of the decision.

Best regards,
David

**David A. Zahl, MA**
**Assistant Dean, Curriculum Development and Assessment**
Office of Education and Academic Affairs

DS106
1121 W. Michigan St.
Indianapolis, IN 46202
(317) 274-1815 tel
dzahl@iu.edu

**PRIVILEGED AND CONFIDENTIAL:** This electronic mail message and any attached files contain information intended for the exclusive use of the specific individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information is prohibited and may be subject to legal restriction or sanction. Please notify the sender, by reply electronic mail or telephone, of any unintended recipients and delete the original message and any attachments without making any copies. Thank you.

**jalexander@jhaskinlaw.com**

| | |
|---|---|
| **From:** | Romito, Laura Marie |
| **Sent:** | Friday, May 12, 2023 5:28 PM |
| **To:** | Matti, Lena L |
| **Cc:** | Romito, Laura Marie |
| **Subject:** | RE: practical exam appeal |
| | |
| **Sensitivity:** | Confidential |

Lena,

Since you are the person desiring to file the appeal, you should know/decide what grade (practical, or course) you intend to appeal. That is your decision.  Keep in mind course grades for this semester are not due to be reported to the University until the end of business on Monday, May 15th.
As for when course evaluation components are posted in Canvas, that is up to the course director so I would check with them and/or their course administrative support about specific grades that are posted in Canvas.

Laura Romito, DDS, MS, MBA, FNAP
Associate Dean, Education and Academic Affairs
Professor,  Biomedical Sciences and Comprehensive Care
Director, Nicotine Dependence Program
Indiana University School of Dentistry
Room 106
1121 West Michigan Street
Indianapolis, IN  46202
Ph: 317-278-6210
Fax: 317-278-1411



**NATIONAL ACADEMIES of PRACTICE**

Transforming Interprofessional Healthcare

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Friday, May 12, 2023 5:14 PM
**To:** Romito, Laura Marie <lromitoc@iu.edu>
**Cc:** Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal
**Sensitivity:** Confidential

Hi Dr. Romito,

PLAINTIFF'S PRODUCTION     140

Thanks for your reply. Is this appealing the grade for the class or the practical? Also, my practical 3 grade is not in to canvas. I only did not pass practical 4 so I am a little confused as to why that is. Would you be able to clarify that matter for me.

All the best,
Lena Matti

---

**From:** Romito, Laura Marie <lromitoc@iu.edu>
**Sent:** Friday, May 12, 2023 5:04 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Cc:** Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** practical exam appeal

Dear Lena Matti,

I am not sure where the attachment you sent regarding appealing grades was obtained; however, per prior correspondence on this matter and during our conversation with Dean Murdoch-Kinch, we referred you to the IUSD DDS Student Handbook (attached) and below.

Appealing Course or Semester Grades and Other Performance Evaluations (e.g., OSCE, Preclinical Practical)
If a student has a disagreement concerning a grade or evaluation other than a test question(s), the student must discuss the disagreement initially with the faculty member.
If the student desires to challenge a faculty decision with respect to a course grade, the student should contact the Senior Associate Dean for Education and Academic Affairs within ten (10) business days of receipt of the contested course grade. The Senior Associate Dean for Education and Academic Affairs will assign the challenge to the Assistant Dean for Curriculum Development and Assessment, who will review the students' concerns, and, if appropriate, may contact the course director and/or faculty member involved to mediate. The Assistant Dean reviewing the challenge will not make any grade change.
If the student and faculty member involved are unable to reach a mutually agreeable solution, the student may submit a written appeal to the Director of Student Services, who will refer the matter to the IUSD Faculty Council's Progress Committee. The IUSD Progress Committee will review the complaint and submit a recommendation to the Senior Associate Dean for Education and Academic Affairs within thirty (30) calendar days of the Progress Committee's receipt of the appeals document. The Senior Associate Dean for Education and Academic Affairs will then notify the parties involved of the decision.

Please provide me a formal statement of specific challenge to the grade which I will then use to begin the process.

Thank you.
Laura Romito, DDS, MS, MBA, FNAP
Associate Dean, Education and Academic Affairs
Professor, Biomedical Sciences and Comprehensive Care
Director, Nicotine Dependence Program
Indiana University School of Dentistry
Room 106
1121 West Michigan Street
Indianapolis, IN 46202
Ph: 317-278-6210
Fax: 317-278-1411



PLAINTIFF'S PRODUCTION    142

PLAINTIFF'S PRODUCTION    143

**jalexander@jhaskinlaw.com**

| | |
|---|---|
| **From:** | Matti, Lena L <lenmatti@iu.edu> |
| **Sent:** | Monday, May 22, 2023 9:54 AM |
| **To:** | Zahl, David Allan; Romito, Laura Marie |
| **Subject:** | Re: practical exam appeal |
| | |
| **Sensitivity:** | Confidential |

Hello,
No worries, I completely understand. I apologize as I do know the whole of the appeal is dense; I am so grateful for all the work you are doing to help it reach the proper channels. Thank you for your efforts in mediation. Have a great rest of your day! :)
All the best,
Lena Matti

---

**From:** Zahl, David Allan <dzahl@iu.edu>
**Sent:** Monday, May 22, 2023 9:52:01 AM
**To:** Matti, Lena L <lenmatti@iu.edu>; Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal

Dear Lena,
I will bring the email forward to the course director as part of the mediation process, but I can not accept any additional information beyond this point. Thank you for understanding.
Best,
David

---

**From:** Matti, Lena L <lenmatti@iu.edu>
**Date:** Monday, May 22, 2023 at 9:50 AM
**To:** Zahl, David Allan <dzahl@iu.edu>, Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal

Hello,
Thank you for your email. That is fine, but will you make sure that last email is used as well? It does not come with further documentation at the moment. But it is a crucial detail to the case.
All the best,
Lena Matti

---

**From:** Zahl, David Allan <dzahl@iu.edu>
**Sent:** Monday, May 22, 2023 9:48:02 AM
**To:** Matti, Lena L <lenmatti@iu.edu>; Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal

Dear Lena,

The documentation listed below is being used in mediation:
1. Email (sent to Dr. Romito) detailing the circumstances surrounding your grade appeal
2. 11 photos of the model provided to you by Dr. Kirkup
3. A Google document (linked below) with several screen captures of emails
4. Two video captures of emails between you and Martha Marshall

# PLAINTIFF'S PRODUCTION    144

5. A .pdf document detailing your academic accommodations, signed by Natalie Albert on 9/28/2021

There has to be a cutoff point for documentation in order for us to resolve appeals in a timely manner. Thank you.
Best,
David

**From:** Matti, Lena L <lenmatti@iu.edu>
**Date:** Sunday, May 21, 2023 at 11:20 AM
**To:** Zahl, David Allan <dzahl@iu.edu>, Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal

Good morning,
Again sorry for the emails; I have been speaking to past students and a student named Awais Mufti (class of 2023) showed up to a fixed practical very late, used superglue on a provisional and turned it in. Dr Kirkup then proceeded to tell him something along the lines of "Please promise me that you will never use superglue in clinic. Superglue is not a dental material". That is technically clinically unacceptable yet this student was allowed to pass a practical and go to D3 by using impractical methods that would NOT be clinically allowed. Also, I personally spoke to another 2023 student who said that Dr. Kirkup told her that her work was not there yet but she was going to pass her anyways and that she can just get more practice in the summer. That is who I thought got more time in the summer but apparently this is the real story and It can be verified by this student and probably Dr. Kirkup.
Thank you,
Lena Matti

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Saturday, May 20, 2023 1:05:30 PM
**To:** Zahl, David Allan <dzahl@iu.edu>; Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal

Hello,
Sorry for all the emails, but there is one part where I said I had a large shoulder and I forgot to mention that was on my full gold crown and not mcc, can I add that into the appeal before it is sent as well? That is important because it showcases I did not have issues with MCC preps prior to practical four.
All the best,
Lena Matti

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Friday, May 19, 2023 4:48:25 PM
**To:** Zahl, David Allan <dzahl@iu.edu>; Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal

Okay, thank you so much for your update and help. It really means a lot. Have a great weekend!
All the best,
Lena Matti

**From:** Zahl, David Allan <dzahl@iu.edu>
**Sent:** Friday, May 19, 2023 4:20:41 PM
**To:** Matti, Lena L <lenmatti@iu.edu>; Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal

PLAINTIFF'S PRODUCTION    145

Lena, I can't give you an exact date at the moment, but we are working through the process as fast as possible. Thanks.

Best,
David

**From:** Matti, Lena L <lenmatti@iu.edu>
**Date:** Friday, May 19, 2023 at 4:00 PM
**To:** Zahl, David Allan <dzahl@iu.edu>, Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal

Hello,
Yes that is perfect. Thank you for clarifying. Do you know when you'll hear back about possible mediation?
All the best,
Lena Matti

**From:** Zahl, David Allan <dzahl@iu.edu>
**Sent:** Friday, May 19, 2023 2:45:57 PM
**To:** Matti, Lena L <lenmatti@iu.edu>; Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal

Dear Lena,
I received:
1. Email (sent to Dr. Romito) detailing the circumstances surrounding your grade appeal
2. 11 photos of the model provided to you by Dr. Kirkup
3. A Google document (linked below) with several screen captures of emails
4. Two video captures of emails between you and Martha Marshall
5. A .pdf document detailing your academic accommodations, signed by Natalie Albert on 9/28/2021
Thank you.
Best,
David

**From:** Matti, Lena L <lenmatti@iu.edu>
**Date:** Friday, May 19, 2023 at 2:36 PM
**To:** Zahl, David Allan <dzahl@iu.edu>, Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal

Mr. Zahl,
Did you also receive the initial 3 attachments(which include 2 videos) in my first email?
All the best,
Lena Matti

**From:** Zahl, David Allan <dzahl@iu.edu>
**Sent:** Friday, May 19, 2023 12:12:11 PM
**To:** Matti, Lena L <lenmatti@iu.edu>; Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal

Dear Lena,
Thank you for providing clarification.
Best,

David

**From:** Matti, Lena L <lenmatti@iu.edu>
**Date:** Friday, May 19, 2023 at 12:10 PM
**To:** Zahl, David Allan <dzahl@iu.edu>, Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal

Hello Mr. Zahl,
Thank you for your email and for looking into my appeal so intently. Those pictures are in reference to the second
excerpt you sent me. That is a model that was provided by Dr. Kirkup for me to use as reference for one of the
practicals; it is similar in prep to almost all the practicals we did. I do not have my before or after photos of my
practicals, they are all by Dr. Kirkup. I was anticipating to provide them if need be but I do not have access to those
unless Dr. Kirkup allows me to. Sorry for any confusion. I hope that clears things up, please let me know if you need
anything further from me!
All the best,
Lena Matti

**From:** Zahl, David Allan <dzahl@iu.edu>
**Sent:** Friday, May 19, 2023 10:53:29 AM
**To:** Matti, Lena L <lenmatti@iu.edu>; Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal

Dear Lena,

Or are the photos in reference to these sentences:

"I have also attached a picture of an MCC prep that I was given by Dr. Kirkup in reference that has a
taper and shallow shoulder margin on it as well; the space between the probe is the taper. Also a Full
gold crown with taper on it since she said that about my third practical yet the one she gave me had
similar taper on it as well. She gave me this to reference when practicing for remediations."

If some photos are of the model and some of before/after work, could you please specify the purpose
of each photo. Thanks.
Best,
David

**From:** Zahl, David Allan <dzahl@iu.edu>
**Date:** Friday, May 19, 2023 at 10:45 AM
**To:** Matti, Lena L <lenmatti@iu.edu>, Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal

Dear Lena,

Just to clarify, the 11 photos you submitted as part of your appeal are in reference to the following sentence of your
message:

4

PLAINTIFF'S PRODUCTION          147

"I improved in my hand skills from the start to the finish as can be seen in my before and after pictures of remediated practicals."

 ıanks for clarifying.

Best,
David

**From:** Zahl, David Allan <dzahl@iu.edu>
**Date:** Friday, May 19, 2023 at 10:12 AM
**To:** Matti, Lena L <lenmatti@iu.edu>, Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal

Dear Lena,
Thanks for the update.
Best,
David

**From:** Matti, Lena L <lenmatti@iu.edu>
**Date:** Thursday, May 18, 2023 at 5:24 PM
**To:** Zahl, David Allan <dzahl@iu.edu>, Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal

Hello Mr. Zahl,
 forgot to add something in my appeal. When I said I thrived didactically in other classes I also forgot to mention lab wise. I think that is an important detail for progress committee or other people overseeing the appeal to know. Would I be able to just add in "and lab-wise" in that sentence before you send it off to them? Thank you in advance and sorry for any inconvenience.
All the best,
Lena Matti

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Thursday, May 18, 2023 10:57:11 AM
**To:** Zahl, David Allan <dzahl@iu.edu>; Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal

Good morning Mr. Zahl,
Thank you for getting me back to me and for initiating the process of reviewing my appeal documentation. I hope to hear from you soon about next steps!
All the best,
Lena Matti

**From:** Zahl, David Allan <dzahl@iu.edu>
**Sent:** Thursday, May 18, 2023 9:44:15 AM
**To:** Romito, Laura Marie <lromitoc@iu.edu>; Matti, Lena L <lenmatti@iu.edu>
**Subject:** Re: practical exam appeal

Dear Lena,
I am writing to inform you that I have started the process of reviewing your appeal documentation and have reached out to the course director to begin the mediation process.

PLAINTIFF'S PRODUCTION                148

Best regards,
David

**From:** Romito, Laura Marie <lromitoc@iu.edu>
**Date:** Tuesday, May 16, 2023 at 4:51 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Cc:** Zahl, David Allan <dzahl@iu.edu>
**Subject:** RE: practical exam appeal

Yes. That's fine. Per DDS Student Handbook I have provided Asst. Dean Zahl with your documentation and he will begin the process of addressing your appeal.

Laura Romito, DDS, MS, MBA, FNAP
Associate Dean, Education and Academic Affairs
Professor, Biomedical Sciences and Comprehensive Care
Director, Nicotine Dependence Program
Indiana University School of Dentistry
Room 106
1121 West Michigan Street
Indianapolis, IN 46202
Ph: 317-278-6210
Fax: 317-278-1411



NATIONAL ACADEMIES of PRACTICE
Transforming Interprofessional Healthcare

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Tuesday, May 16, 2023 3:52 PM
**To:** Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal
**Sensitivity:** Confidential

Dr. Romito,
Is it okay that I attached a google doc? Should I just send you those in an email too? Sorry for any inconvenience.
All the best,
Lena Matti

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Tuesday, May 16, 2023 3:50:56 PM
**To:** Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal

More attachments! Thank you again Dr. Romito.

You asked: "Also should I email my concerns regarding the appeal to the director of student services and have them liaison with the progress committee?"
The answer is no.

First step - send me your specific appeal.
Then I will proceed with the next step as indicated in the DDSSHB

Laura Romito, DDS, MS, MBA, FNAP
Associate Dean for Education and Academic Affairs
Professor, Biomedical Sciences and Comprehensive Care
Director, Nicotine Dependence Program
Indiana University School of Dentistry
1121 West Michigan Street, Rm 106
Indianapolis, IN 46202
Ph: 317-278-6210
Fax: 317-278-1411



**NATIONAL ACADEMIES of PRACTICE**
Transforming Interprofessional Healthcare

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Friday, May 12, 2023 5:54 PM
**To:** Romito, Laura Marie <lromitoc@iu.edu>
**Cc:** Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal
**Sensitivity:** Confidential

Dr. Romito,
Dr. Kirkup has not replied to my previous email so I don't know if emailing her now would remain fruitless. I emailed her concerning my grade and she never got back to me. I will try to email her again but it seems as though she is not willing to communicate with me regarding the course. Also should I email my concerns regarding the appeal to the director of student services and have them liaison with the progress committee? You mentioned previously they are the ones that directly send it to them.
All the best,
Lena Matti

---

**From:** Romito, Laura Marie <lromitoc@iu.edu>
**Sent:** Friday, May 12, 2023 5:27:46 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Cc:** Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** RE: practical exam appeal

Lena,

Since you are the person desiring to file the appeal, you should know/decide what grade (practical, or course) you intend to appeal. That is your decision. Keep in mind course grades for this semester are not due to be reported to the University until the end of business on Monday, May 15th.

PLAINTIFF'S PRODUCTION    150

As for when course evaluation components are posted in Canvas, that is up to the course director so I would check with them and/or their course administrative support about specific grades that are posted in Canvas.

Laura Romito, DDS, MS, MBA, FNAP
Associate Dean, Education and Academic Affairs
Professor, Biomedical Sciences and Comprehensive Care
Director, Nicotine Dependence Program
Indiana University School of Dentistry
Room 106
1121 West Michigan Street
Indianapolis, IN 46202
Ph: 317-278-6210
Fax: 317-278-1411



**NATIONAL ACADEMIES of PRACTICE**
Transforming Interprofessional Healthcare

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Friday, May 12, 2023 5:14 PM
**To:** Romito, Laura Marie <lromitoc@iu.edu>
**Cc:** Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal
**Sensitivity:** Confidential

Hi Dr. Romito,
Thanks for your reply. Is this appealing the grade for the class or the practical? Also, my practical 3 grade is not in to canvas. I only did not pass practical 4 so I am a little confused as to why that is. Would you be able to clarify that matter for me.
All the best,
Lena Matti

**From:** Romito, Laura Marie <lromitoc@iu.edu>
**Sent:** Friday, May 12, 2023 5:04 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Cc:** Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** practical exam appeal

Dear Lena Matti,

I am not sure where the attachment you sent regarding appealing grades was obtained; however, per prior correspondence on this matter and during our conversation with Dean Murdoch-Kinch, we referred you to the IUSD D Student Handbook (attached) and below.

Appealing Course or Semester Grades and Other Performance Evaluations (e.g., OSCE, Preclinical Practical)

If a student has a disagreement concerning a grade or evaluation other than a test question(s), the student must discuss the disagreement initially with the faculty member.

If the student desires to challenge a faculty decision with respect to a course grade, the student should contact the Senior Associate Dean for Education and Academic Affairs within ten (10) business days of receipt of the contested course grade. The Senior Associate Dean for Education and Academic Affairs will assign the challenge to the Assistant Dean for Curriculum Development and Assessment, who will review the students' concerns, and, if appropriate, may contact the course director and/or faculty member involved to mediate. The Assistant Dean reviewing the challenge will not make any grade change.

If the student and faculty member involved are unable to reach a mutually agreeable solution, the student may submit a written appeal to the Director of Student Services, who will refer the matter to the IUSD Faculty Council's Progress Committee. The IUSD Progress Committee will review the complaint and submit a recommendation to the Senior Associate Dean for Education and Academic Affairs within thirty (30) calendar days of the Progress Committee's receipt of the appeals document. The Senior Associate Dean for Education and Academic Affairs will then notify the parties involved of the decision.

Please provide me a formal statement of specific challenge to the grade which I will then use to begin the process.

Thank you.
Laura Romito, DDS, MS, MBA, FNAP
Associate Dean, Education and Academic Affairs
Professor, Biomedical Sciences and Comprehensive Care
Director, Nicotine Dependence Program
Indiana University School of Dentistry
Room 106
121 West Michigan Street
Indianapolis, IN 46202
Ph: 317-278-6210
Fax: 317-278-1411



**NATIONAL ACADEMIES of PRACTICE**
Transforming Interprofessional Healthcare

PLAINTIFF'S PRODUCTION    153

**jalexander@jhaskinlaw.com**

| | |
|---|---|
| **From:** | Romito, Laura Marie |
| **Sent:** | Friday, May 12, 2023 5:28 PM |
| **To:** | Matti, Lena L |
| **Cc:** | Romito, Laura Marie |
| **Subject:** | RE: practical exam appeal |
| | |
| **Sensitivity:** | Confidential |

Lena,

Since you are the person desiring to file the appeal, you should know/decide what grade (practical, or course) you intend to appeal. That is your decision.  Keep in mind course grades for this semester are not due to be reported to the University until the end of business on Monday, May 15th.
As for when course evaluation components are posted in Canvas, that is up to the course director so I would check with them and/or their course administrative support about specific grades that are posted in Canvas.

Laura Romito, DDS, MS, MBA, FNAP
Associate Dean, Education and Academic Affairs
Professor,  Biomedical Sciences and Comprehensive Care
Director, Nicotine Dependence Program
Indiana University School of Dentistry
Room 106
1121 West Michigan Street
Indianapolis, IN  46202
Ph: 317-278-6210
Fax: 317-278-1411


**NATIONAL ACADEMIES of PRACTICE**
Transforming Interprofessional Healthcare

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Friday, May 12, 2023 5:14 PM
**To:** Romito, Laura Marie <lromitoc@iu.edu>
**Cc:** Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: practical exam appeal
**Sensitivity:** Confidential

Hi Dr. Romito,

PLAINTIFF'S PRODUCTION    154

Thanks for your reply. Is this appealing the grade for the class or the practical? Also, my practical 3 grade is not in to canvas. I only did not pass practical 4 so I am a little confused as to why that is. Would you be able to clarify that matter for me.

All the best,

Lena Matti

---

**From:** Romito, Laura Marie <lromitoc@iu.edu>
**Sent:** Friday, May 12, 2023 5:04 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Cc:** Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** practical exam appeal

Dear Lena Matti,

I am not sure where the attachment you sent regarding appealing grades was obtained; however, per prior correspondence on this matter and during our conversation with Dean Murdoch-Kinch, we referred you to the IUSD DDS Student Handbook (attached) and below.

Appealing Course or Semester Grades and Other Performance Evaluations (e.g., OSCE, Preclinical Practical)

If a student has a disagreement concerning a grade or evaluation other than a test question(s), the student must discuss the disagreement initially with the faculty member.

If the student desires to challenge a faculty decision with respect to a course grade, the student should contact the Senior Associate Dean for Education and Academic Affairs within ten (10) business days of receipt of the contested course grade. The Senior Associate Dean for Education and Academic Affairs will assign the challenge to the Assistant Dean for Curriculum Development and Assessment, who will review the students' concerns, and, if appropriate, may contact the course director and/or faculty member involved to mediate. The Assistant Dean reviewing the challenge will not make any grade change.

If the student and faculty member involved are unable to reach a mutually agreeable solution, the student may submit a written appeal to the Director of Student Services, who will refer the matter to the IUSD Faculty Council's Progress Committee. The IUSD Progress Committee will review the complaint and submit a recommendation to the Senior Associate Dean for Education and Academic Affairs within thirty (30) calendar days of the Progress Committee's receipt of the appeals document. The Senior Associate Dean for Education and Academic Affairs will then notify the parties involved of the decision.

Please provide me a formal statement of specific challenge to the grade which I will then use to begin the process.

Thank you.

Laura Romito, DDS, MS, MBA, FNAP
Associate Dean, Education and Academic Affairs
Professor, Biomedical Sciences and Comprehensive Care
Director, Nicotine Dependence Program
Indiana University School of Dentistry
Room 106
1121 West Michigan Street
Indianapolis, IN 46202
Ph: 317-278-6210
Fax: 317-278-1411



NATIONAL
ACADEMIES
of PRACTICE
.ansforming Interprofessional Healthcare

PLAINTIFF'S PRODUCTION    157

**jalexander@jhaskinlaw.com**

**From:** Matti, Lena L
**Sent:** Thursday, June 22, 2023 3:10 PM
**To:** Reader, Cara
**Subject:** Following up

Hi Cara,

Thank you for meeting with me today. It's always great to speak with you as I can tell how much you care about the situation at hand and how thorough you've been this whole time. I did want to clarify that during our HNA practical we did get extra time at the end if we needed it, not during. So, it is something I did think was possible as it has happened beforehand.

All the best,
Lena Matti

PLAINTIFF'S PRODUCTION        158

PLAINTIFF'S PRODUCTION    159

jalexander@jhaskinlaw.com

**From:** Matti, Lena L
**Sent:** Tuesday, July 11, 2023 2:15 PM
**To:** Reader, Cara
**Subject:** Fwd: [secure message]  course grade appeal

Hello Cara,
I have forwarded you an email regarding the grade decision. I have shown you what I have sent into progress committee and how there were multiple violations of federal law as explained to them in how the course was conducted. I am shaking right now because I feel like I have been neglected by the administration, and I have already mentioned to you how I developed an eating disorder and other outcomes as a result of the mistreatment this semester and after the fact as a result of this. You and student affairs have seen the tough emotions talking about this semester evokes. I really don't know what to do I feel so hopeless because I know I do not deserve to be going through this after all the hard work I have put into this semester.
All the best,
Lena Matti

**From:** Romito, Laura Marie <lromitoc@iu.edu>
**Sent:** Tuesday, July 11, 2023 2:00:22 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Cc:** Romito, Laura Marie <lromitoc@iu.edu>; Zahl, David Allan <dzahl@iu.edu>; Marshall, Martha Scully <martmars@iupui.edu>; Lippert, Frank <flippert@iu.edu>
**Subject:** [secure message] course grade appeal

Dear Lena Matti,

I was informed by Dr. Lippert, Chair of the IUSD Progress Committee that the Committee reviewed your grade appeal for your D646 Fixed Prosthodontics grade. The Progress Committee reviewed your performance throughout the course as well as the additional context provided by Assistant Dean Zahl's investigation.

Following the committee's deliberations based on the investigative documents and supporting documentation that was provided, the Committee voted to uphold the original course as assigned by Dr. Michele Kirkup.

Sincerely,
Laura Romito, DDS, MS, MBA, FNAP
Associate Dean, Education and Academic Affairs
Professor,  Biomedical Sciences and Comprehensive Care
Director, Nicotine Dependence Program
Indiana University School of Dentistry
Room 106
1121 West Michigan Street
Indianapolis, IN  46202
Ph: 317-278-6210
Fax: 317-278-1411



NATIONAL
ACADEMIES
of PRACTICE
Transforming Interprofessional Healthcare

PLAINTIFF'S PRODUCTION        160

PLAINTIFF'S PRODUCTION    161

**jalexander@jhaskinlaw.com**

| | |
|---|---|
| **From:** | Matti, Lena L |
| **Sent:** | Friday, June 9, 2023 6:05 PM |
| **To:** | Reader, Cara |
| **Subject:** | Fwd: [Secure Message] Lena's Grade Appeal |

**From:** Frazier-Bowers, Sylvia A. <sfrabow@iu.edu>
**Sent:** Thursday, June 8, 2023 9:04:16 AM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** RE: [Secure Message] Lena's Grade Appeal

I'll send it!

SAFB

Sylvia A. Frazier-Bowers DDS PhD
She/her/hers
Professor, Orthodontics and Oral Facial Genetics
Associate Dean, Student Affairs and Admissions
Chief Diversity Officer
Indiana University School of Dentistry

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Thursday, June 8, 2023 9:03 AM
**To:** Frazier-Bowers, Sylvia A. <sfrabow@iu.edu>
**Subject:** Re: [Secure Message] Lena's Grade Appeal

Sorry this is actually the video, not the previous one. That one is a duplicate of the previous one. Again, apologies for any inconvenience.
All the best,
Lena Matti

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Thursday, June 8, 2023 9:00:45 AM
**To:** Frazier-Bowers, Sylvia A. <sfrabow@iu.edu>
**Subject:** Re: [Secure Message] Lena's Grade Appeal

Hello Dr. Fraizer-Bowers,
I forgot to attach my second video in this appeal as well. It is attached in this email.
Thank you in advance for your continued efforts in passing this information along.
All the best,
ena Matti

**From:** Matti, Lena L
**Sent:** Wednesday, June 7, 2023 3:20:47 PM

PLAINTIFF'S PRODUCTION    162

**To:** Frazier-Bowers, Sylvia A. <sfrabow@iu.edu>
**Subject:** [Secure Message] Lena's Grade Appeal

**Hello Dr. Frazier-Bowers,**
**Attached is my appeal for the practicals and overall grade in fixed. It is my hope that Progress Committee be made privy to this information as soon as possible as I would like to get this resolved as soon as I can so I can move on with my summer duties. Thanks in advance.**
**All the best,**
**Lena Matti**

**Lena L. Matti**
Indiana University School of Dentistry
DDS Candidate | Class of 2025 | D2 AAWD Vice President I Class IM Coordinator Historian
lenmatti@iu.edu | 2488353857

PLAINTIFF'S PRODUCTION          163

**jalexander@jhaskinlaw.com**

**om:**       Matti, Lena L
**Sent:**     Tuesday, August 22, 2023 2:09 PM
**To:**       Reader, Cara
**Subject:**  Report inquiry

Hi Cara ,
I hope you are well.
I am emailing to inquire about the report and whether it was done being reviewed by your supervisor since you mentioned that it would most likely be ready by the end of last week. Thanks in advance.
All the best,
Lena Matti

PLAINTIFF'S PRODUCTION    165

**jalexander@jhaskinlaw.com**

**From:** Matti, Lena L
**Sent:** Wednesday, September 13, 2023 3:41 PM
**To:** Reader, Cara
**Subject:** Re: Update

Hi Cara,
Can you please give me an update? I would really appreciate it if I got sent the current draft of the report. I just want to read it even if it isn't the finalized version, I won't use that copy when speaking to Dr. Johnson; I will use the final copy you send me. Please send it to me at your earliest convenience.
All the best,
Lena Matti

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Friday, September 8, 2023 9:50:56 AM
**To:** Reader, Cara <readerc@iupui.edu>
**Subject:** Re: Update

Hi Cara,
Since it's been a week, I'm checking to see if you can please send me the finished report.
All the best,
Lena Matti

**From:** Reader, Cara <readerc@iupui.edu>
**Sent:** Friday, September 1, 2023 12:44:20 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** RE: Update

Lena,

I imagine the report should get to you shortly, within a week or so.

**Cara Reader, PhD**
Equity Specialist/ Investigator
IUPUI Office of Institutional Equity*
Bryce Building: 986 Indiana Avenue, #B310
Indianapolis, IN 46202
(317) 274-2326
readerc@iupui.edu
https://oeo.iupui.edu/
*Please note our new office name and location (formerly Office of Equal Opportunity).

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Tuesday, August 29, 2023 12:38 PM
**To:** Reader, Cara <readerc@iupui.edu>
**Subject:** Update

PLAINTIFF'S PRODUCTION    166

Good afternoon Cara,
I hope you're doing amazing. I was wondering if the report can be expected to be done this week, if not I wanted to talk
to you about other options.
All the best,
Lena Matti

**jalexander@jhaskinlaw.com**

| | |
|---|---|
| **From:** | Matti, Lena L |
| **Sent:** | Tuesday, August 29, 2023 12:38 PM |
| **To:** | Reader, Cara |
| **Subject:** | Update |

Good afternoon Cara,
I hope you're doing amazing. I was wondering if the report can be expected to be done this week, if not I wanted to talk to you about other options.
All the best,
Lena Matti

PLAINTIFF'S PRODUCTION          168

PLAINTIFF'S PRODUCTION    169

**jalexander@jhaskinlaw.com**

| | |
|---|---|
| **From:** | Matti, Lena L |
| **Sent:** | Friday, July 28, 2023 11:34 AM |
| **To:** | Reader, Cara |
| **Subject:** | Update |

Hi Cara,

Hope you are doing amazing. I had just ran into Dr. Connor and she was asking me how I was, and I spoke to her about that day as well that Dr. Kirkup mentioned me "yelling". Dr. Connor was there and clarified that she did not remember any of that and just remembered me explaining my case about my practical with Dr. Kirkup. Have you had a chance to talk to her?

All the best,

Lena Matti

PLAINTIFF'S PRODUCTION                    170

PLAINTIFF'S PRODUCTION      171

jalexander@jhaskinlaw.com

**From:** Matti, Lena L
**Sent:** Friday, June 9, 2023 6:11 PM
**To:** Reader, Cara
**Subject:** Fwd: Accommodation for Laboratory

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Wednesday, May 10, 2023 6:25:26 PM
**To:** Hanes, Brenda C. <bcpecho@iu.edu>; Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: Accommodation for Laboratory

Hi Dr. Hanes,
It's no problem, thank you for clarifying that. I do apologize if it came off that way; I took that class very seriously and was trying to produce my most optimal outcome at the time with what I thought accommodations provided. I appreciate you taking time out of your day to explain everything to me. I hope you have a great rest of your week!
All the best,
Lena Matti

**From:** Hanes, Brenda C. <bcpecho@iu.edu>
**Sent:** Wednesday, May 10, 2023 4:08:10 PM
**To:** Matti, Lena L <lenmatti@iu.edu>; Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: Accommodation for Laboratory

Hello Lena,

Thank you for your message, and for your detailed explanation. Unfortunately, accommodations cannot be done for laboratory regardless of being mentioned to a faculty member earlier. I apologize if you miss understood. Regarding being upset or as you stated confused, your frustration was noted. However, I do appreciate explaining the reasoning for your reaction, and your understanding about accomodations.

Best,
Dr. Hanes

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Wednesday, May 10, 2023 3:31 PM
**To:** Hanes, Brenda C. <bcpecho@iu.edu>; Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: Accommodation for Laboratory

Hello Dr. Hanes,
Thank you for your email. I was not aware at the time that accommodations do not transfer to the lab practical as I had newly got them at IUSD. I got accommodations for an "anatomy practical" so I thought since that was approved, it could translate to other practicals. I do not remember if I replied to your email or not but I do appreciate you following up with me. I think at the end you explained to me that because I had not mentioned it to you earlier, you could not give accommodate me. That is why I was under the impression they could be transferred to the lab practicals with prior

notice in future instances- and that it was a possibility. I do not remember being upset but maybe confused; I think that is why I was trying to explain the situation by saying I usually get accommodations. I knew that you knew, and I don't remember saying you don't understand since I was told every professor is usually made aware prior.

All the best,
Lena Matti

**From:** Hanes, Brenda C. <bcpecho@iu.edu>
**Sent:** Wednesday, May 10, 2023 3:19:18 PM
**To:** Romito, Laura Marie <lromitoc@iu.edu>
**Cc:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** Fw: Accommodation for Laboratory

Hello Laura,

I wanted to share this email with you. During D1 Complete Denture course Lena got extremely upset at me because I was not aware about her accommodations for laboratory. She stated "Dr. Hanes aren't you aware I need extra time, because I was approved to receive accommodations" I explained to her accommodation is only for didactics. She stated that other faculties do give her extra time. I explained to her this wont be the case, and to please turn in her practical; she did.

Below you will find the email I sent her. she never replied .

Best,
Brenda

**From:** Hanes, Brenda C.
**Sent:** Wednesday, April 27, 2022 4:07 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Cc:** Yang, Chao-Chieh <cy21@iupui.edu>; McBean, Ina Jackson <iljackso@iu.edu>; King, Sydney Marie <sydmking@iu.edu>
**Subject:** Accommodation for Laboratory

Hi Lena,

I wanted to follow up on our conversation from this morning concerning your practical. I understand your frustration when time ran out and you were unable to complete the practical. You stated you have received extra time for work in your other courses. However, in accordance with the parameters set out by the Office of Adaptive Educational Services (AES), the extra time allotted is only for didactic tests/quizzes. I've included your accommodations that were sent to our department below:

Lena Matti who is a first-year dental student registered with the IUPUI Office of Adaptive Educational Services (AES) is approved to receive the following academic accommodations:
    1.The student should be allowed extended time;  in this instance, one and a half times on established test/quizzes.
    2.The student should be permitted to utilize a note taker for classes.
    3.The student should be permitted to audiotape class presentations.
    4.The student should be in a quiet room for exams/quizzes.

Best,
Dr. Hanes

PLAINTIFF'S PRODUCTION    173

**jalexander@jhaskinlaw.com**

| | |
|---|---|
| **From:** | Matti, Lena L |
| **Sent:** | Wednesday, August 9, 2023 7:41 AM |
| **To:** | Reader, Cara |
| **Subject:** | Investigation |

Hi Cara ,
Hope you're doing well. Do you know when you will be sending me the report? Thanks in advance.
All the best,
Lena Matti

PLAINTIFF'S PRODUCTION    175

**jalexander@jhaskinlaw.com**

| | |
|---|---|
| **From:** | Matti, Lena L |
| **Sent:** | Tuesday, July 25, 2023 7:10 PM |
| **To:** | Reader, Cara |
| **Subject:** | Inquiry |

Hi Cara ,
I hope you are doing well. I wanted to see if I could get something clarified with you that I heard about through student affairs. Would you be able to meet tomorrow? Thanks in advance.
All the best,
Lena Matti

PLAINTIFF'S PRODUCTION    177

**jalexander@jhaskinlaw.com**

**From:**         Matti, Lena L
**Sent:**         Friday, July 14, 2023 11:32 AM
**To:**         Reader, Cara
**Subject:**       Re: [secure message]  course grade appeal

Hi Cara,
I am so sorry I was not able to make todays meeting earlier. An emergency occurred that I was not able to step away
from. Please let me know if you are free to speak any time today. If not, Tuesday will work. I just wanted to speak to you
as soon as possible.
All the best,
Lena Matti

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Thursday, July 13, 2023 3:29:16 PM
**To:** Reader, Cara <readerc@iupui.edu>
**Subject:** Re: [secure message] course grade appeal

I can do 11 tomorrow! Looking forward to speaking to you soon.
All the best,
Lena Matti

**From:** Reader, Cara <readerc@iupui.edu>
**Sent:** Thursday, July 13, 2023 3:26:59 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** RE: [secure message] course grade appeal

Would 11:00 tomorrow work? Or 1:30 on Tuesday?

**Cara Reader, PhD**
Equity Specialist/ Investigator
IUPUI Office of Institutional Equity*
Bryce Building: 986 Indiana Avenue, #B310
Indianapolis, IN 46202
(317) 274-2326
readerc@iupui.edu
https://oeo.iupui.edu/
*Please note our new office name and location (formerly Office of Equal Opportunity).*

 IUPUI

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Thursday, July 13, 2023 3:25 PM
**To:** Reader, Cara <readerc@iupui.edu>
**Subject:** Re: [secure message] course grade appeal

Hello Cara,

Of course, I appreciate your update as well. Will you be able to meet either tomorrow or Monday as I do have some inquiries I wanted to address with you. Thanks in advance!
All the best,
Lena Matti

**From:** Reader, Cara <readerc@iupui.edu>
**Sent:** Thursday, July 13, 2023 3:21:41 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** RE: [secure message] course grade appeal

Lena,

Thanks for keeping me updated on the outcome of your appeal. I have one more person to speak to and then I will begin writing the investigation report.

**Cara Reader, PhD**
Equity Specialist/ Investigator
IUPUI Office of Institutional Equity*
Bryce Building: 986 Indiana Avenue, #B310
Indianapolis, IN 46202
(317) 274-2326
readerc@iupui.edu
https://oeo.iupui.edu/
*Please note our new office name and location (formerly Office of Equal Opportunity).*

 IUPUI

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Tuesday, July 11, 2023 2:15 PM
**To:** Reader, Cara <readerc@iupui.edu>
**Subject:** Fwd: [secure message] course grade appeal

Hello Cara,
I have forwarded you an email regarding the grade decision. I have shown you what I have sent into progress committee and how there were multiple violations of federal law as explained to them in how the course was conducted. I am shaking right now because I feel like I have been neglected by the administration, and I have already mentioned to you how I developed an eating disorder and other outcomes as a result of the mistreatment this semester and after the fact as a result of this. You and student affairs have seen the tough emotions talking about this semester evokes. I really don't know what to do I feel so hopeless because I know I do not deserve to be going through this after all the hard work I have put into this semester.
All the best,
Lena Matti

**From:** Romito, Laura Marie <lromitoc@iu.edu>
**Sent:** Tuesday, July 11, 2023 2:00:22 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Cc:** Romito, Laura Marie <lromitoc@iu.edu>; Zahl, David Allan <dzahl@iu.edu>; Marshall, Martha Scully <martmars@iupui.edu>; Lippert, Frank <flippert@iu.edu>
**Subject:** [secure message] course grade appeal

Dear Lena Matti,

PLAINTIFF'S PRODUCTION          179

I was informed by Dr. Lippert, Chair of the IUSD Progress Committee that the Committee reviewed your grade appeal for your D646 Fixed Prosthodontics grade. The Progress Committee reviewed your performance throughout the course as well as the additional context provided by Assistant Dean Zahl's investigation.

Following the committee's deliberations based on the investigative documents and supporting documentation that was provided, the Committee voted to uphold the original course as assigned by Dr. Michele Kirkup.

Sincerely,
Laura Romito, DDS, MS, MBA, FNAP
Associate Dean, Education and Academic Affairs
Professor, Biomedical Sciences and Comprehensive Care
Director, Nicotine Dependence Program
Indiana University School of Dentistry
Room 106
1121 West Michigan Street
Indianapolis, IN 46202
Ph: 317-278-6210
Fax: 317-278-1411



**NATIONAL ACADEMIES of PRACTICE**
Transforming Interprofessional Healthcare

PLAINTIFF'S PRODUCTION    181

jalexander@jhaskinlaw.com

| | |
|---|---|
| om: | Matti, Lena L |
| Sent: | Monday, August 7, 2023 8:25 AM |
| To: | Reader, Cara |
| Subject: | More proof from the Reddit post |
| Attachments: | RPReplay_Final1686759733.mov; IMG_5262.jpeg; IMG_5260.jpeg; IMG_5261.jpeg; IMG_5211.jpeg; IMG_5264.jpeg |

Hi Cara,

I just wanted to send more info on the Reddit post and how it was disability based harassment. As I told you, I got it sent it me on the morning of May 9th. I have provided video proof of that. It was also being sent around and many students can attest to being told it was about me. It got posted a couple days after the seating chart about accommodations was uploaded. On May 9th, there was a student that brought up accommodations in the class groupme to which Anuj Patel, a previous harasser of mine on nationality based discrimination (which I've provided proof of) sent in a peanut emoji. There was a person who commented on the Reddit post who was named peanut something from what I recall. This happened in the Groupme on May 9th the day I found out about the Reddit post and soon after it was posted; the comment presumably alluded to the post. I was told this comment in the Groupme was making fun of accommodations because of what was said about it in the Reddit comment by that user who I believe to be one of the mentioned parties below and since that whole Reddit post was ridiculing the situation. I think that group of friends were the posters and commentators. Coincidentally, Anuj who is the one who sent the Groupme comment, has started falsities about me and I have attached a screenshot of my my previous talk with him. He started rumors about me "talking to the Dean" in the middle of the semester on February 8and I believe he may have had something to do with the Reddit post since it mentioned talking to a dean and that's what he believed happened with me. I had never spoken to the Dean at that time of the conversation and it was an ongoing rumor he was starting. The other people who liked it have also had a history of harassing me. June Yi told student affairs, after we reported him for harassment, when we had a peer mediatio with him, that he admitted he harassed me and a friend in fixed due to thinking I was not capable of doing a project myself since Dr. Kirkup would make comments about the time I took to finish things and how she publicly embarrassed me in class as I've spoken to you about. Vishnu Vaid also liked the comment and previously had told a close friend of mine not to be my friend after he thought I was in trouble in fixed and to "watch out" for me back in February, and even started a rumor he helped me with a prep. I have attached proof of this and she texted me about this then called me and told me the full story. I mentioned all of these people in my previous interview for PCC even before I knew who did this report against me which was Vishnu himself. All of those students mentioned are in the same friend group. Vishnu was going around telling people he was the commentor and I believe he is the one that wrote the comment about if I have previous trauma that leads to having a disability that leads to me not doing things on time I shouldn't be a dentist. I have attached proof of that. Beau Biggs was telling students it was Vishnu who "exposed" me on Reddit and made those comments.

This is more than a coincidence, it is a pattern that these people who have tormented me in the past would still continue this behavior in other mediums like Reddit and are closely related to this post. Not to mention a post allegedly "written by Lena Matti" just happening to fall into the hands of my previous harassers is too big of a coincidence. Especially since they have been known to make things

PLAINTIFF'S PRODUCTION    182

up in the past about me and wanted to retaliate after we brought June to student affairs and it was mentioned to him I thought his friends were harassing me.

Don Phan can verify this friend group were the ones sending it and I even asked him "did your friends write this about me?" He can attest to the fact I was inquiring about them writing it from the start.

All the best,

Lena Matti

**jalexander@jhaskinlaw.com**

**From:** Matti, Lena L
**Sent:** Monday, June 19, 2023 1:07 PM
**To:** Reader, Cara
**Subject:** Re: Inquiry

Hi Cara,
I can do Wednesday at 2 if that's okay :)
Thanks in advance!
All the best,
Lena Matti

**From:** Reader, Cara <readerc@iupui.edu>
**Sent:** Friday, June 16, 2023 12:46:26 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** RE: Inquiry

Lena,

I am open Wednesday, Thursday, and Friday from 9:30 to 3. Do you have any availability during this time?

**Cara Reader, PhD**
Equity Specialist/Investigator
IUPUI Office of Equal Opportunity
Lockefield Village / 980 Indiana Avenue, #4448
Indianapolis, IN 46202
(317) 274-2326
readerc@iupui.edu
https://oeo.iupui.edu/

 IUPUI

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Thursday, June 15, 2023 4:45 PM
**To:** Reader, Cara <readerc@iupui.edu>
**Subject:** Inquiry

Hi Cara,
I hope you are doing well and I hope the investigation is going well. I have spoken to you about how the Dept of Education and DOJ Civil Rights Division is aware of this matter and wanted to proceed with an investigation but cannot until your office investigates. However, there are certain things OEO is looking into that do not overlap with some things they want to investigate and I would like to speak to you regarding that. Although, I do want to say I have personally seen OEO do their due diligence with you on their team! Hopefully, I will not need to start a further investigation after this, but I did just have a certain question I wanted to run by you and report back to them.
All the best,
Lena Matti

PLAINTIFF'S PRODUCTION    185

**jalexander@jhaskinlaw.com**

| | |
|---|---|
| **om:** | Matti, Lena L |
| **∍ent:** | Wednesday, July 19, 2023 5:37 PM |
| **To:** | Reader, Cara |
| **Subject:** | Update |

Hello Cara,
I hope your Wednesday has been fruitful this far. I received a call from the Indiana Civil Rights department and was asked a few questions about my case. It did dawn on me that Michael Kessler, a white man, did appeal his practical grade one time and that was accepted by Dr. Kirkup. The ICR thought that was relevant as was the Awais story about the superglue and the story about the D4 that was told she was not ready to pass the class but the teacher was going to let her anyways. Please let me know if you have any questions regarding this information.
All the best,
Lena Matti

PLAINTIFF'S PRODUCTION          186

PLAINTIFF'S PRODUCTION       187

**jalexander@jhaskinlaw.com**

**om:** Matti, Lena L
**Sent:** Friday, August 11, 2023 3:47 PM
**To:** Reader, Cara
**Subject:** Re: Investigation

Hello,
Yes, I can do 1:30. Is there anyway it could be expedited to me a bit earlier than that? Classes start in a week and I am looking to resolve this prior to having to start a school year that I passed with flying colors previously. This is a very unfortunate situation and also time sensitive. I thought that I would be able to talk to Dr. Johnson this week. Regardless, we can discuss this on Monday. Have a good weekend.
All the best,
Lena Matti

**From:** Reader, Cara <readerc@iupui.edu>
**Sent:** Friday, August 11, 2023 3:04:32 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** RE: Investigation

Lena,

Are you available Monday afternoon? I am open 11 to 1:30.

he report is with my supervisor, so it should be ready in a week or so.

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Thursday, August 10, 2023 4:34 PM
**To:** Reader, Cara <readerc@iupui.edu>
**Subject:** Re: Investigation

Also, can I speak to you tommorow afternoon?
All the best,
Lena Matti

**From:** Matti, Lena L
**Sent:** Wednesday, August 9, 2023 7:40:45 AM
**To:** Reader, Cara <readerc@iupui.edu>
**Subject:** Investigation

Hi Cara ,
Hope you're doing well. Do you know when you will be sending me the report? Thanks in advance.
All the best,
Lena Matti

PLAINTIFF'S PRODUCTION    189

**jalexander@jhaskinlaw.com**

| | |
|---|---|
| **From:** | Matti, Lena L |
| **Sent:** | Wednesday, June 28, 2023 4:59 PM |
| **To:** | Reader, Cara |
| **Subject:** | Fwd: [SECURE MESSAGE] Lena's Progress Appeal |
| **Attachments:** | Image.jpeg; Image.jpeg |

Hi Cara,
I have forwarded to you my most recent documentation and evidence sent to progress committee for my grade appeal. I got a decision from the appeals committee at IU (which is different from the aforementioned) and they upheld the decision to repeat the year. But they did not have the below information so I will be taking to another party regarding this as a next step in relevance to the appeals process.
All the best,
Lena Matti

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Monday, June 26, 2023 3:51 PM
**To:** Frazier-Bowers, Sylvia A. <sfrabow@iu.edu>
**Subject:** Re: [SECURE MESSAGE] Lena's Progress Appeal

Hello Dr. Frazier-Bowers,
THANK YOU SO MUCH! I am so grateful for your continued mediation.
In addition to my previous email, I would also like to bring to your attention a specific incident involving Dr. Kirkup. This incident highlights the lack of support and action taken to address the bullying I have faced as a direct result of harassment in this class.
During a conversation with Dr. Kirkup, I expressed my concerns about the potential consequences of failing the practical/class (also in front of Drs. Conner and Ziemba). I explained that she knew I had already been subjected to bullying due to this class, and failing would only exacerbate the situation. To my dismay, Dr. Kirkup's response was indifferent. She simply stated, "maybe you shouldn't care so much about what people think."
This response from Dr. Kirkup is concerning and indicative of a lack of concern for the well-being and safety of students. By disregarding my concerns, doing nothing to mediate the bullying and offering such a dismissive response, Dr. Kirkup seems to have failed to fulfill her duty to create a safe and inclusive learning environment. I understand that a certain skill set must be shown to pass (and I believe I can do that), but to take that approach and answer that way seemed negligent.
Thanks for listening to me,
Lena Matti

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Monday, June 26, 2023 3:07:32 PM
**To:** Frazier-Bowers, Sylvia A. <sfrabow@iu.edu>
**Subject:** Re: [SECURE MESSAGE] Lena's Progress Appeal

Dear Dr. Frazier-Bowers

I hope that your Monday has been fruitful thus far. Can you forward the following in relevance to my grade appeal?

I have recently received a collection of federal law regulations from the US Department of Education which bear significant relevance to my ongoing appeal. These articles, namely Section 504 and Title II elucidate the imperative for educational institutions to address disability-based harassment when it denies or limits a student's ability to participate in or benefit from educational programs and activities. They explicitly state that a hostile environment represents an example of such harassment, a circumstance that I have diligently demonstrated through documenting both the treatment I received from the professor and fellow students.

Pursuant to this policy, when an educational institution becomes aware of a hostile environment targeting a disabled student, it is incumbent upon said institution to take "prompt and effective steps are reasonably calculated to end the harassment, eliminate the hostile environment, prevent its recurrence, and, as appropriate, **remedy its effects."** I understand that mistakes can happen, and I do not wish to accuse anyone of deliberate harassment. Nonetheless, it is crucial to acknowledge that bias, unconscious or otherwise, can inadvertently seep into evaluations and impact the outcomes. Recognizing this possibility, I am committed to addressing the situation with the utmost professionalism and respect.

Throughout various correspondences with the student affairs department, I have diligently outlined the detrimental impact this treatment has had on my mental well-being. In one such email, I explicitly stated, "The psychological undertones of these particular interactions I keep having with this faculty member are actually detrimental to my success as a student," referencing specific instances that constituted disability-based harassment. Additionally, in a previous email addressed to the student affairs department during the semester, which I have previously attached, I conveyed, "I had not been able to focus in class due to the unbearable stress of these things happening. I am being bullied and demeaned on various occasions and it's important for the professor or admin to step up and say something at this point because it is taking a very detrimental toll on my mental health when I did nothing wrong". This bullying/harassment was the specific type of disability-based harassment that section 504 and Title II require an educational facility to respond to. That is especially true in my case because I was limited and/or denied the opportunity to participate or benefit from my education here at IUSD due to the well-documented hostile environment fostered; which the language of the regulation states as grounds for interference.

Furthermore, I have attached an additional regulation that explicitly delineates the accommodations that may be necessary for disabled students. These accommodations encompass, among other things, alterations to the time allocated for the completion of degree requirements, substitution of specific mandatory courses, and **adaptations to the manner in which certain courses are conducted**. This regulation assumes particular relevance due to the nature of the practical components of my education, as I have previously been told by AES and my doctor and expressed myself that these practicals were not conducted with due consideration for students with specific disabilities or medical conditions.

In light of the foregoing, I beseech your earnest consideration of my appeal, which seeks redress for the grievances I have endured and the academic repercussions that have ensued. I am hopeful that, in alignment with the regulations prescribed by the US Department of Education, appropriate measures will be taken to rectify the situation, foster an inclusive environment, and ensure the fair evaluation of my academic progress.

PLAINTIFF'S PRODUCTION       191

I firmly believe that my academic work deserves a fair and unbiased assessment. However, based on the evaluation I received, it seems that there may have been factors at play that compromised the integrity of the process. In moving forward with this appeal, my aim is not only to seek justice for myself but also to contribute to the overall improvement of the practical process. I believe that by bringing attention to potential biases and ensuring a fair assessment for all individuals, we can foster an environment that truly values merit and equal opportunity.

Thank you for your prompt attention to this matter. I remain at your disposal for any further information or clarification that you may require.

All the best,
Lena Matti

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Friday, June 23, 2023 4:58 PM
**To:** Frazier-Bowers, Sylvia A. <sfrabow@iu.edu>
**Subject:** Re: [SECURE MESSAGE] Lena's Progress Appeal

Hi Dr. Frazier-Bowers,
Thank you so much! And yes, thank you also for that reminder :) I hope you have a relaxing weekend yourself, you deserve it!
All the best,
Lena Matti

**From:** Frazier-Bowers, Sylvia A. <sfrabow@iu.edu>
**Sent:** Friday, June 23, 2023 1:08:12 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** RE: [SECURE MESSAGE] Lena's Progress Appeal

Hi again,

I have forwarded the additional documentation and do not have an update on the appeal for the Progress decision.

I will let you know if I hear anything.

Try to exhale a bit this weekend!

SAFB

Sylvia A. Frazier-Bowers DDS PhD
She/her/hers
Professor, Orthodontics and Oral Facial Genetics
Associate Dean, Student Affairs and Admissions
Chief Diversity Officer
Indiana University School of Dentistry

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Friday, June 23, 2023 12:13 PM
**To:** Frazier-Bowers, Sylvia A. <sfrabow@iu.edu>
**Subject:** Re: [SECURE MESSAGE] Lena's Progress Appeal

Can you please forward that most recent email to Dr. Lippert as well? Thank you for everything and that is fine for the other process. Do you know how long that process usually takes? Not the grade appeal, appealing the progress decision. Thank you in advance.
All the best,
Lena Matti

---

**From:** Frazier-Bowers, Sylvia A. <sfrabow@iu.edu>
**Sent:** Friday, June 23, 2023 11:50:33 AM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** RE: [SECURE MESSAGE] Lena's Progress Appeal

Good morning!

OK. I can forward this to Dr. Lippert. The deadline for the other process will not allow additions, but I think Dr. Lippert would receive it.

I will send that now and be in touch if I learn anything that affects your process.

All the best,

SAFB

Sylvia A. Frazier-Bowers DDS PhD
She/her/hers
Professor, Orthodontics and Oral Facial Genetics
Associate Dean, Student Affairs and Admissions
Chief Diversity Officer
Indiana University School of Dentistry

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Friday, June 23, 2023 11:28 AM
**To:** Frazier-Bowers, Sylvia A. <sfrabow@iu.edu>
**Subject:** Re: [SECURE MESSAGE] Lena's Progress Appeal

Hello Dr. Frazier-Bowers,
Sorry for the late response. I have been thinking over what I sent you earlier and my next course of action. I think I do want to send it in as it does strengthen my point of the course director having a lack of regard for the accommodations process and it's confidentiality. It also helped people add certain details to that Reddit post. The Reddit post further highlights the bullying. But I don't want to focus on that as it happened after the practicals. Also, have you heard anything back from the committee on whether they've reviewed anything yet? Thanks in advance!
All the best,
Lena Matti

**From:** Frazier-Bowers, Sylvia A. <sfrabow@iu.edu>
**Sent:** Wednesday, June 21, 2023 4:18:05 PM

4

PLAINTIFF'S PRODUCTION                    193

**To:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** Re: [SECURE MESSAGE] Lena's Progress Appeal

again! That is a fair question and point for consideration. My understanding is that yes the appeal just needs to have merit in some way. I feel pretty confident that you don't have to have merit as concluded by the committee on all points. But the reality is, I am not sure because apparently appealing a grade is less common.

I hate that I don't have more information but that's all I know at this point.

Thanks,

SAFB

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Wednesday, June 21, 2023 3:35 PM
**To:** Frazier-Bowers, Sylvia A. <sfrabow@iu.edu>
**Subject:** Re: [SECURE MESSAGE] Lena's Progress Appeal

Hello Dr. Frazier-Bowers,
No worries! I am appealing the grade on multiple grounds, so do all of the things I am trying to prove have to be accepted in order for the appeal to be accepted? Because the accommodations is one then then the bias factor is another, then being given incorrect models to use and then the harassment from other students that undoubtedly affected my quality of work is another. But some of those are more airtight than others. This document just strengthens the notion that there was a disregard for the application, process and confidentiality of accommodations. It's not a huge point of evidence but it does help that point. However, does everything in the appeal have to be accepted for it to be accepted? I guess I'm just confused on that
ll the best
Lena Matti

**From:** Frazier-Bowers, Sylvia A. <sfrabow@iu.edu>
**Sent:** Wednesday, June 21, 2023 1:57:10 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** RE: [SECURE MESSAGE] Lena's Progress Appeal

Hi Lena,

Apologies for the delay. I have been in an all-day meeting and just getting a chance to reply. I don't think we can go backward, but I suspect that if this ties into your grade appeal process (which hasn't been reviewed yet), then you can provide it as an exhibit for that case. Either way, I would be very careful to make sure that anything you are submitting is relevant specifically to the claim that you are making and that you clearly articulate what you are claiming. I would not simply submit more evidence or exhibits without a detailed explanation.

Just a suggestion.

Best,

SAFB

ylvia A. Frazier-Bowers DDS PhD
She/her/hers
Professor, Orthodontics and Oral Facial Genetics

PLAINTIFF'S PRODUCTION          194

Associate Dean, Student Affairs and Admissions
Chief Diversity Officer
Indiana University School of Dentistry


**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Wednesday, June 21, 2023 7:15 AM
**To:** Frazier-Bowers, Sylvia A. <sfrabow@iu.edu>
**Subject:** Re: [SECURE MESSAGE] Lena's Progress Appeal

Good morning Dr. Frazier-Bowers,
Thank you. I was inquiring whether it could also be sent in for the decision Progress made earlier but it's probably not relevant for that case. I am debating on also sending documentation that shows Dr. Kirkup publicly posted a document in the class Canvas page that highlights and displays everyone who gets accommodated. I think it's important because it shows a lack of disregard for the integrity and confidentiality of that process as a whole. Not to mention, other students used it as a point of prejudice. I have attached it.

**jalexander@jhaskinlaw.com**

| | |
|---|---|
| **om:** | Matti, Lena L |
| **ɔent:** | Tuesday, September 19, 2023 5:34 PM |
| **To:** | Reader, Cara |
| **Subject:** | Investigation |

Hi Cara,
Consider this my formal withdrawal of the complaint filed with your office.
All the best,
Lena Matti

**PLAINTIFF'S PRODUCTION          196**

PLAINTIFF'S PRODUCTION        197

jalexander@jhaskinlaw.com

**From:** Matti, Lena L
**Sent:** Thursday, July 13, 2023 3:29 PM
**To:** Reader, Cara
**Subject:** Re: [secure message]  course grade appeal

I can do 11 tomorrow! Looking forward to speaking to you soon.
All the best,
Lena Matti

**From:** Reader, Cara <readerc@iupui.edu>
**Sent:** Thursday, July 13, 2023 3:26:59 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** RE: [secure message] course grade appeal

Would 11:00 tomorrow work? Or 1:30 on Tuesday?

**Cara Reader, PhD**
Equity Specialist/ Investigator
IUPUI Office of Institutional Equity*
Bryce Building: 986 Indiana Avenue, #B310
Indianapolis, IN 46202
(317) 274-2326
readerc@iupui.edu
https://oeo.iupui.edu/
*Please note our new office name and location (formerly Office of Equal Opportunity).*

 IUPUI

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Thursday, July 13, 2023 3:25 PM
**To:** Reader, Cara <readerc@iupui.edu>
**Subject:** Re: [secure message] course grade appeal

Hello Cara,
Of course, I appreciate your update as well. Will you be able to meet either tomorrow or Monday as I do have some inquiries I wanted to address with you. Thanks in advance!
All the best,
Lena Matti

**From:** Reader, Cara <readerc@iupui.edu>
**Sent:** Thursday, July 13, 2023 3:21:41 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** RE: [secure message] course grade appeal

Lena,

Thanks for keeping me updated on the outcome of your appeal. I have one more person to speak to and then I will begin writing the investigation report.

**Cara Reader, PhD**
Equity Specialist/ Investigator
IUPUI Office of Institutional Equity*
Bryce Building: 986 Indiana Avenue, #B310
Indianapolis, IN 46202
(317) 274-2326
readerc@iupui.edu
https://oeo.iupui.edu/
*Please note our new office name and location (formerly Office of Equal Opportunity).*



**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Tuesday, July 11, 2023 2:15 PM
**To:** Reader, Cara <readerc@iupui.edu>
**Subject:** Fwd: [secure message] course grade appeal

Hello Cara,
I have forwarded you an email regarding the grade decision. I have shown you what I have sent into progress committee and how there were multiple violations of federal law as explained to them in how the course was conducted. I am shaking right now because I feel like I have been neglected by the administration, and I have already mentioned to you how I developed an eating disorder and other outcomes as a result of the mistreatment this semester and after the fact as a result of this. You and student affairs have seen the tough emotions talking about this semester evokes. I really don't know what to do I feel so hopeless because I know I do not deserve to be going through this after all the hard work I have put into this semester.
All the best,
Lena Matti

---

**From:** Romito, Laura Marie <lromitoc@iu.edu>
**Sent:** Tuesday, July 11, 2023 2:00:22 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Cc:** Romito, Laura Marie <lromitoc@iu.edu>; Zahl, David Allan <dzahl@iu.edu>; Marshall, Martha Scully <martmars@iupui.edu>; Lippert, Frank <flippert@iu.edu>
**Subject:** [secure message] course grade appeal

Dear Lena Matti,

I was informed by Dr. Lippert, Chair of the IUSD Progress Committee that the Committee reviewed your grade appeal for your D646 Fixed Prosthodontics grade. The Progress Committee reviewed your performance throughout the course as well as the additional context provided by Assistant Dean Zahl's investigation.

Following the committee's deliberations based on the investigative documents and supporting documentation that was provided, the Committee voted to uphold the original course as assigned by Dr. Michele Kirkup.

Sincerely,
Laura Romito, DDS, MS, MBA, FNAP
Associate Dean, Education and Academic Affairs

PLAINTIFF'S PRODUCTION    199

Professor, Biomedical Sciences and Comprehensive Care
Director, Nicotine Dependence Program
Indiana University School of Dentistry
Room 106
1121 West Michigan Street
Indianapolis, IN 46202
Ph: 317-278-6210
Fax: 317-278-1411



NATIONAL
ACADEMIES
of PRACTICE

**Transforming Interprofessional Healthcare**

PLAINTIFF'S PRODUCTION    201

**jalexander@jhaskinlaw.com**

| | |
|---|---|
| **From:** | Matti, Lena L |
| **Sent:** | Saturday, June 10, 2023 11:59 AM |
| **To:** | Reader, Cara |
| **Subject:** | Re: materials |

Also, I do not recall any other teacher doing this; our accommodations were never made public before.
Thanks,
Lena Matti

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Saturday, June 10, 2023 11:57:31 AM
**To:** Reader, Cara <readerc@iupui.edu>
**Subject:** Re: materials

Hi Cara,
Sorry for writing to you on a Saturday. I just remembered Dr. Kirkup uploaded a seating chart that revealed the names of everyone who gets accommodations. I have been told this is a FERPA violation. There were certain students who used this as a point of harassment as well.
All the best,
Lena Matti

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Friday, June 9, 2023 6:04:23 PM
**To:** Reader, Cara <readerc@iupui.edu>
**Subject:** Re: materials

Hello Cara,
Thank you for following up. Yes I have attached most of those. The email was actually from me in the middle of the semester outlining what doctors and TA's were saying about my work. I have also attached proof we have gotten extra time and accommodations for lab exams. One email is to Kaitlyn Mullin who informed us Dr. Walker will be giving us accommodations for the mid semester lab practical and I emailed him about getting them for the final practical; that is the verbiage that was used in the syllabus. He agreed to both. I will forward the email about my appeal and my communication with Dr. Hanes. I had never seen her initial email for a class I took in the past and never replied, which she reiterated. Until recently after the fixed remediations finished, I was under the impression accommodations can be applied to those areas as they have been before and as I stated in my reply to Dr. Hanes a couple weeks ago.
All the best,
Lena Matti

**From:** Reader, Cara <readerc@iupui.edu>
**Sent:** Friday, June 9, 2023 3:24:53 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** materials

Lena,

Can you email me the following things?

1.  Dental Student Handbook

2. Syllabus for Dr. Kirkup's class
3. Email from Dr. Haines about accommodations
4. Your new appeal
5. Email from TA about your progress

Thank you!

**Cara Reader, PhD**
Equity Specialist/Investigator
IUPUI Office of Equal Opportunity
Lockefield Village / 980 Indiana Avenue, #4448
Indianapolis, IN 46202
(317) 274-2326
readerc@iupui.edu
https://oeo.iupui.edu/

 IUPUI

PLAINTIFF'S PRODUCTION     203

**jalexander@jhaskinlaw.com**

| | |
|---|---|
| **From:** | Matti, Lena L |
| **Sent:** | Friday, August 25, 2023 12:00 PM |
| **To:** | Reader, Cara |
| **Subject:** | Re: Report inquiry |

Okay, thanks for clarifying. It just seems like every week It's being pushed back with no regard for how that is affecting me. I have started the second year again and have to endure seeing a teacher multiple times a week that used to harass and bully me. I had a panic attack before lab today and am being blatantly ridiculed by upperclassmen for the position I'm in currently. Can you please see whether the report can be sent to me by tommorow? I would greatly appreciate it if you could let your supervisor know how imminent and time sensitive this matter is.
All the best,
Lena M

---

**From:** Reader, Cara <readerc@iupui.edu>
**Sent:** Friday, August 25, 2023 10:57:30 AM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** RE: Report inquiry

Hi Lena,

I am not sure, as she has been out sick the past few days. I will keep you updated.

**Cara Reader, PhD**
Equity Specialist/ Investigator
IUPUI Office of Institutional Equity*
Bryce Building: 986 Indiana Avenue, #B310
Indianapolis, IN 46202
(317) 274-2326
readerc@iupui.edu
https://oeo.iupui.edu/
*Please note our new office name and location (formerly Office of Equal Opportunity).*

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Tuesday, August 22, 2023 2:09 PM
**To:** Reader, Cara <readerc@iupui.edu>
**Subject:** Report inquiry

Hi Cara ,
I hope you are well.
I am emailing to inquire about the report and whether it was done being reviewed by your supervisor since you mentioned that it would most likely be ready by the end of last week. Thanks in advance.
All the best,
Lena Matti

PLAINTIFF'S PRODUCTION          205

**From:**     Matti, Lena L
**To:**       Murdoch-Kinch, Carol A
**Subject:**  Meeting
**Date:**     Friday, May 5, 2023 4:11:36 PM

Good afternoon Dean Murdoch-Kinch,

I hope your week has gone by great! I am reaching out to talk to you about a particular matter that I have been meaning to talk to you about for a while. It is a matter I have been extensively talking to student affairs about, but I was going back and forth regarding whether it would be worth talking to you about. I am currently devastated at how far the situation has gone as of today. I came in your office earlier but was advised I should speak to someone else beforehand. I wish I had just spoken to you then. I hope we can set a time where I can talk to you about this. Thank you in advance.

All the best,

Lena Matti

PLAINTIFF'S PRODUCTION                206

PLAINTIFF'S PRODUCTION        207

| | |
|---|---|
| **From:** | Murdoch-Kinch, Carol A |
| **To:** | Matti, Lena L |
| **Subject:** | RE: Meeting |
| **Date:** | Friday, May 5, 2023 7:04:00 PM |

Dear Lena,

I just now saw your message. I am sorry to hear that the Office of Student Affairs was not able to help you.

I have very limited time on Monday but could see you at 5:00 pm, if that works for you. I know it is Assessment Week, and do not want to cause you any more stress.

If that does not work, then we could find some time later in the week. My Department Manager Ms. Mindy Ford minford@iu.edu, can help us find a time to meet.


Take care,


**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Friday, May 5, 2023 4:12 PM
**To:** Murdoch-Kinch, Carol A <caramurd@iu.edu>
**Subject:** Meeting

Good afternoon Dean Murdoch-Kinch,

I hope your week has gone by great! I am reaching out to talk to you about a particular matter that I have been meaning to talk to you about for a while. It is a matter I have been extensively talking to student affairs about, but I was going back and forth regarding whether it would be worth talking to you about. I am currently devastated at how far the situation has gone as of today. I came in your office earlier but was advised I should speak to someone else beforehand. I wish I had just spoken to you then. I hope we can set a time where I can talk to you about this. Thank you in advance.

All the best,

Lena Matti

PLAINTIFF'S PRODUCTION    208

PLAINTIFF'S PRODUCTION    209

| From: | Matti, Lena L |
| To: | Murdoch-Kinch, Carol A |
| Subject: | Re: Meeting |
| Date: | Saturday, May 6, 2023 11:33:55 AM |

Good morning Dean Murdoch-Kinch,
Thank you for your kind words and agreeing to see me as soon as you can. I would love to speak to you on Monday and get this issue resolved or amended as soon as possible but, as you said, it is going to be a very busy week for us. Would you be available on Friday to meet with me? Thank you in advance!
All the best,
Lena Matti

**From:** Murdoch-Kinch, Carol A <caramurd@iu.edu>
**Sent:** Friday, May 5, 2023 7:04 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** RE: Meeting

Dear Lena,
I just now saw your message. I am sorry to hear that the Office of Student Affairs was not able to help you.
I have very limited time on Monday but could see you at 5:00 pm, if that works for you. I know it is Assessment Week, and do not want to cause you any more stress.
If that does not work, then we could find some time later in the week. My Department Manager Ms. Mindy Ford minford@iu.edu, can help us find a time to meet.

Take care,

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Friday, May 5, 2023 4:12 PM
**To:** Murdoch-Kinch, Carol A <caramurd@iu.edu>
**Subject:** Meeting

Good afternoon Dean Murdoch-Kinch,
I hope your week has gone by great! I am reaching out to talk to you about a particular matter that I have been meaning to talk to you about for a while. It is a matter I have been extensively talking to student affairs about, but I was going back and forth regarding whether it would be worth talking to you about. I am currently devastated at how far the situation has gone as of today. I came in your office earlier but was advised I should speak to someone else beforehand. I wish I had just spoken to you then. I hope we can set a time where I can talk to you about this. Thank you in advance.
All the best,
Lena Matti

PLAINTIFF'S PRODUCTION          210

PLAINTIFF'S PRODUCTION    211

| | |
|---|---|
| **From:** | Matti, Lena L |
| **To:** | Hanes, Brenda C.; Romito, Laura Marie |
| **Subject:** | Re: Accommodation for Laboratory |
| **Date:** | Wednesday, May 10, 2023 6:25:30 PM |

Hi Dr. Hanes,
It's no problem, thank you for clarifying that. I do apologize if it came off that way; I took that class very seriously and was trying to produce my most optimal outcome at the time with what I thought accommodations provided. I appreciate you taking time out of your day to explain everything to me. I hope you have a great rest of your week!
All the best,
Lena Matti

**From:** Hanes, Brenda C. <bcpecho@iu.edu>
**Sent:** Wednesday, May 10, 2023 4:08:10 PM
**To:** Matti, Lena L <lenmatti@iu.edu>; Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: Accommodation for Laboratory

Hello Lena,

Thank you for your message, and for your detailed explanation. Unfortunately, accommodations cannot be done for laboratory regardless of being mentioned to a faculty member earlier. I apologize if you miss understood. Regarding being upset or as you stated confused, your frustration was noted. However, I do appreciate explaining the reasoning for your reaction, and your understanding about accomodations.

Best,
Dr. Hanes

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Wednesday, May 10, 2023 3:31 PM
**To:** Hanes, Brenda C. <bcpecho@iu.edu>; Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** Re: Accommodation for Laboratory

Hello Dr. Hanes,
Thank you for your email. I was not aware at the time that accommodations do not transfer to the lab practical as I had newly got them at IUSD. I got accommodations for an "anatomy practical" so I thought since that was approved, it could translate to other practicals. I do not remember if I replied to your email or not but I do appreciate you following up with me. I think at the end you explained to me that because I had not mentioned it to you earlier, you could not give accommodate me. That is why I was under the impression they could be transferred to the lab practicals with prior notice in future instances- and that it was a possibility. I do not remember being upset but maybe confused; I think that is why I was trying to explain the situation by saying I usually get accommodations. I knew that you knew, and I don't remember saying you don't understand since I was told every professor is usually

PLAINTIFF'S PRODUCTION    212

made aware prior.
All the best,
Lena Matti

**From:** Hanes, Brenda C. <bcpecho@iu.edu>
**Sent:** Wednesday, May 10, 2023 3:19:18 PM
**To:** Romito, Laura Marie <lromitoc@iu.edu>
**Cc:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** Fw: Accommodation for Laboratory

Hello Laura,

I wanted to share this email with you. During D1 Complete Denture course Lena got extremely upset at me because I was not aware about her accommodations for laboratory. She stated "Dr. Hanes aren't you aware I need extra time, because I was approved to receive accommodations" I explained to her accommodation is only for didactics. She stated that other faculties do give her extra time. I explained to her this wont be the case, and to please turn in her practical; she did.

Below you will find the email I sent her. she never replied .

Best,
Brenda

**From:** Hanes, Brenda C.
**Sent:** Wednesday, April 27, 2022 4:07 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Cc:** Yang, Chao-Chieh <cy21@iupui.edu>; McBean, Ina Jackson <iljackso@iu.edu>; King, Sydney Marie <sydmking@iu.edu>
**Subject:** Accommodation for Laboratory

Hi Lena,

I wanted to follow up on our conversation from this morning concerning your practical. I understand your frustration when time ran out and you were unable to complete the practical. You stated you have received extra time for work in your other courses. However, in accordance with the parameters set out by the Office of Adaptive Educational Services (AES), the extra time allotted is only for didactic tests/quizzes. I've included your accommodations that were sent to our department below:

Lena Matti who is a first-year dental student registered with the IUPUI Office of Adaptive Educational Services (AES) is approved to receive the following academic accommodations:
    1.The student should be allowed extended time;  in this instance, one and a half times on established test/quizzes.

2. The student should be permitted to utilize a note taker for classes.
3. The student should be permitted to audiotape class presentations.
4. The student should be in a quiet room for exams/quizzes.

Best,
Dr. Hanes

PLAINTIFF'S PRODUCTION          214

PLAINTIFF'S PRODUCTION    215

| From: | Matti, Lena L |
|-------|---------------|
| To: | Murdoch-Kinch, Carol A |
| Subject: | Re: Meeting |
| Date: | Sunday, May 7, 2023 7:14:58 PM |

Hello Dean Murdoch-Kinch,
Sorry for the late update but I actually think I should meet with you tomorrow at 5, like you initially suggested as opposed to meeting Friday as I previously proposed. I have thought further about it and I think the magnitude of the situation warrants that, even in the midst of the week we have ahead. Have a great rest of your Sunday.
All the best,
Lena Matti

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Saturday, May 6, 2023 11:33:53 AM
**To:** Murdoch-Kinch, Carol A <caramurd@iu.edu>
**Subject:** Re: Meeting

Good morning Dean Murdoch-Kinch,
Thank you for your kind words and agreeing to see me as soon as you can. I would love to speak to you on Monday and get this issue resolved or amended as soon as possible but, as you said, it is going to be a very busy week for us. Would you be available on Friday to meet with me? Thank you in advance!
All the best,
Lena Matti

**From:** Murdoch-Kinch, Carol A <caramurd@iu.edu>
**Sent:** Friday, May 5, 2023 7:04 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** RE: Meeting

Dear Lena,
I just now saw your message. I am sorry to hear that the Office of Student Affairs was not able to help you.
I have very limited time on Monday but could see you at 5:00 pm, if that works for you. I know it is Assessment Week, and do not want to cause you any more stress.
If that does not work, then we could find some time later in the week. My Department Manager Ms. Mindy Ford minford@iu.edu, can help us find a time to meet.

Take care,

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Friday, May 5, 2023 4:12 PM
**To:** Murdoch-Kinch, Carol A <caramurd@iu.edu>
**Subject:** Meeting

PLAINTIFF'S PRODUCTION       216

Good afternoon Dean Murdoch-Kinch,

I hope your week has gone by great! I am reaching out to talk to you about a particular matter that I
have been meaning to talk to you about for a while. It is a matter I have been extensively talking to
student affairs about, but I was going back and forth regarding whether it would be worth talking to
you about. I am currently devastated at how far the situation has gone as of today. I came in your
office earlier but was advised I should speak to someone else beforehand. I wish I had just spoken to
you then. I hope we can set a time where I can talk to you about this. Thank you in advance.

All the best,

Lena Matti

PLAINTIFF'S PRODUCTION          217

**From:** Matti, Lena L
**To:** Reader, Cara
**Subject:** Update
**Date:** Wednesday, July 19, 2023 5:36:56 PM

Hello Cara,

I hope your Wednesday has been fruitful this far. I received a call from the Indiana Civil Rights department and was asked a few questions about my case. It did dawn on me that Michael Kessler, a white man, did appeal his practical grade one time and that was accepted by Dr. Kirkup. The ICR thought that was relevant as was the Awais story about the superglue and the story about the D4 that was told she was not ready to pass the class but the teacher was going to let her anyways. Please let me know if you have any questions regarding this information.

All the best,
Lena Matti

PLAINTIFF'S PRODUCTION          218

PLAINTIFF'S PRODUCTION    219

| From: | Matti, Lena L |
|---|---|
| To: | Reader, Cara |
| Subject: | More proof from the Reddit post |
| Date: | Monday, August 7, 2023 8:25:34 AM |
| Attachments: | RPReplay_Final1686759733.mov |
| | IMG_5262.jpeg |
| | IMG_5260.jpeg |
| | IMG_5261.jpeg |
| | IMG_5211.jpeg |
| | IMG_5264.jpeg |

Hi Cara,

I just wanted to send more info on the Reddit post and how it was disability based harassment. As I told you, I got it sent it me on the morning of May 9th. I have provided video proof of that. It was also being sent around and many students can attest to being told it was about me. It got posted a couple days after the seating chart about accommodations was uploaded. On May 9th, there was a student that brought up accommodations in the class groupme to which Anuj Patel, a previous harasser of mine on nationality based discrimination (which I've provided proof of) sent in a peanut emoji.

There was a person who commented on the Reddit post who was named peanut something from what I recall. This happened in the Groupme on May 9th the day I found out about the Reddit post and soon after it was posted; the comment presumably alluded to the post. I was told this comment in the Groupme was making fun of accommodations because of what was said about it in the Reddit comment by that user who I believe to be one of the mentioned parties below and since that whole Reddit post was ridiculing the situation. I think that group of friends were the posters and commentators.

Coincidentally, Anuj who is the one who sent the Groupme comment, has started falsities about me and I have attached a screenshot of my my previous talk with him. He started rumors about me "talking to the Dean" in the middle of the semester on February 8and I believe he may have had something to do with the Reddit post since it mentioned talking to a dean and that's what he believed happened with me. I had never spoken to the Dean at that time of the conversation and it was an ongoing rumor he was starting. The other people who liked it have also had a history of harassing me. June Yi told student affairs, after we reported him for harassment, when we had a peer mediatio with him, that he admitted he harassed me and a friend in fixed due to thinking I was not capable of doing a project myself since Dr. Kirkup would make comments about the time I took to finish things and how she publicly embarrassed me in class as I've spoken to you about. Vishnu Vaid also liked the comment and previously had told a close friend of mine not to be my friend after he thought I was in trouble in fixed and to "watch out" for me back in February, and even started a rumor he helped me with a prep. I have attached proof of this and she texted me about this then called me and told me the full story. I mentioned all of these people in my previous interview for PCC even before I knew who did this report against me which was Vishnu himself.  All of those students mentioned are in the same friend group. Vishnu was going around telling people he was the commentor and I believe he is the one that wrote the comment about if I have previous trauma that leads to having a disability that leads to me not doing things on time I shouldn't be a dentist. I have attached proof of that. Beau Biggs was telling students it was Vishnu who "exposed" me on Reddit and made those comments.

PLAINTIFF'S PRODUCTION          220

This is more than a coincidence, it is a pattern that these people who have tormented me in the past would still continue this behavior in other mediums like Reddit and are closely related to this post. Not to mention a post allegedly "written by Lena Matti" just happening to fall into the hands of my previous harassers is too big of a coincidence. Especially since they have been known to make things up in the past about me and wanted to retaliate after we brought June to student affairs and it was mentioned to him I thought his friends were harassing me.

Don Phan can verify this friend group were the ones sending it and I even asked him "did your friends write this about me?" He can attest to the fact I was inquiring about them writing it from the start.

All the best,

Lena Matti

PLAINTIFF'S PRODUCTION       221

| | |
|---|---|
| **From:** | Matti, Lena L |
| **To:** | Reader, Cara |
| **Subject:** | Fwd: [secure message] course grade appeal |
| **Date:** | Tuesday, July 11, 2023 2:14:45 PM |

Hello Cara,

I have forwarded you an email regarding the grade decision. I have shown you what I have sent into progress committee and how there were multiple violations of federal law as explained to them in how the course was conducted. I am shaking right now because I feel like I have been neglected by the administration, and I have already mentioned to you how I developed an eating disorder and other outcomes as a result of the mistreatment this semester and after the fact as a result of this. You and student affairs have seen the tough emotions talking about this semester evokes. I really don't know what to do I feel so hopeless because I know I do not deserve to be going through this after all the hard work I have put into this semester.

All the best,
Lena Matti

---

**From:** Romito, Laura Marie <lromitoc@iu.edu>
**Sent:** Tuesday, July 11, 2023 2:00:22 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Cc:** Romito, Laura Marie <lromitoc@iu.edu>; Zahl, David Allan <dzahl@iu.edu>; Marshall, Martha Scully <martmars@iupui.edu>; Lippert, Frank <flippert@iu.edu>
**Subject:** [secure message] course grade appeal

Dear Lena Matti,

I was informed by Dr. Lippert, Chair of the IUSD Progress Committee that the Committee reviewed your grade appeal for your D646 Fixed Prosthodontics grade. The Progress Committee reviewed your performance throughout the course as well as the additional context provided by Assistant Dean Zahl's investigation.

Following the committee's deliberations based on the investigative documents and supporting documentation that was provided, the Committee voted to uphold the original course as assigned by Dr. Michele Kirkup.

Sincerely,
Laura Romito, DDS, MS, MBA, FNAP
Associate Dean, Education and Academic Affairs
Professor, Biomedical Sciences and Comprehensive Care
Director, Nicotine Dependence Program
Indiana University School of Dentistry
Room 106
1121 West Michigan Street
Indianapolis, IN 46202
Ph: 317-278-6210
Fax: 317-278-1411



PLAINTIFF'S PRODUCTION    223

**jalexander@jhaskinlaw.com**

| | |
|---|---|
| **From:** | Matti, Lena L |
| **Sent:** | Wednesday, May 10, 2023 3:31 PM |
| **To:** | Hanes, Brenda C.; Romito, Laura Marie |
| **Subject:** | Re: Accommodation for Laboratory |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello Dr. Hanes,
Thank you for your email. I was not aware at the time that accommodations do not transfer to the lab practical as I had newly got them at IUSD. I got accommodations for an "anatomy practical" so I thought since that was approved, it could translate to other practicals. I do not remember if I replied to your email or not but I do appreciate you following up with me. I think at the end you explained to me that because I had not mentioned it to you earlier, you could not give accommodate me. That is why I was under the impression they could be transferred to the lab practicals with prior notice in future instances- and that it was a possibility. I do not remember being upset but maybe confused; I think that is why I was trying to explain the situation by saying I usually get accommodations. I knew that you knew, and I don't remember saying you don't understand since I was told every professor is usually made aware prior.
All the best,
Lena Matti

**From:** Hanes, Brenda C. <bcpecho@iu.edu>
**Sent:** Wednesday, May 10, 2023 3:19:18 PM
**To:** Romito, Laura Marie <lromitoc@iu.edu>
**Cc:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** Fw: Accommodation for Laboratory

Hello Laura,

I wanted to share this email with you. During D1 Complete Denture course Lena got extremely upset at me because I was not aware about her accommodations for laboratory. She stated "Dr. Hanes aren't you aware I need extra time, because I was approved to receive accommodations" I explained to her accommodation is only for didactics. She stated that other faculties do give her extra time. I explained to her this wont be the case, and to please turn in her practical; she did.

Below you will find the email I sent her. she never replied .

Best,
Brenda

**From:** Hanes, Brenda C.
**Sent:** Wednesday, April 27, 2022 4:07 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Cc:** Yang, Chao-Chieh <cy21@iupui.edu>; McBean, Ina Jackson <iljackso@iu.edu>; King, Sydney Marie
<sydmking@iu.edu>
**Subject:** Accommodation for Laboratory

PLAINTIFF'S PRODUCTION          224

Hi Lena,

I wanted to follow up on our conversation from this morning concerning your practical. I understand your frustration when time ran out and you were unable to complete the practical. You stated you have received extra time for work in your other courses. However, in accordance with the parameters set out by the Office of Adaptive Educational Services (AES), the extra time allotted is only for didactic tests/quizzes. I've included your accommodations that were sent to our department below:

Lena Matti who is a first-year dental student registered with the IUPUI Office of Adaptive Educational Services (AES) is approved to receive the following academic accommodations:
    1. The student should be allowed extended time; in this instance, one and a half times on established test/quizzes.
    2. The student should be permitted to utilize a note taker for classes.
    3. The student should be permitted to audiotape class presentations.
    4. The student should be in a quiet room for exams/quizzes.

Best,
Dr. Hanes

2

PLAINTIFF'S PRODUCTION          225

**jalexander@jhaskinlaw.com**

| | |
|---|---|
| **From:** | Marshall, Martha Scully |
| **Sent:** | Monday, May 8, 2023 10:32 AM |
| **To:** | Matti, Lena L |
| **Cc:** | Romito, Laura Marie |
| **Subject:** | RE: Appeal grade |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello Lena,

I have an opportunity to speak at length with Dr. Romito. It is important that you understand, when you failed the practicals throughout the course and were allowed the opportunity to remediate, you had technically failed the course. The remediation opportunities that were provided to you and others in the class, are your second chance opportunity to demonstrate your consistent hand skill development through the timed practicals.

I fully understand why your fixed practical is a focal point for you at this time. I would advise, as we discussed on Friday, that you work to focus your time an energy this week on the remaining finals that you have. You have a challenging schedule this week and I wish you all the best as you navigate this large body of work.

Martha

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Saturday, May 6, 2023 5:34 PM
**To:** Marshall, Martha Scully <martmars@iupui.edu>
**Subject:** Appeal grade

Hello Martha,
I Hope your weekend is going well. Can you let me know what the chain of command or the process of appealing grades is? I would like an unbiased opinion on whether my prep for practical #4 was clinically acceptable or not as I do not think the outcome of that class was fair or just or in my best interest or had any integrity for the academic process that goes into grading.
All the best,
Lena Matti

PLAINTIFF'S PRODUCTION    227



**From:** Hanes, Brenda C.
**Sent:** Wednesday, April 27, 2022 4:07 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Cc:** Yang, Chao-Chieh <cy21@iupui.edu>; McBean, Ina Jackson <iljackso@iu.edu>; King, Sydney Marie <sydmking@iu.edu>
**Subject:** Accommodation for Laboratory

Hi Lena,

I wanted to follow up on our conversation from this morning concerning your practical. I understand your frustration when time ran out and you were unable to complete the practical. You stated you have received extra time for work in your other courses. However, in accordance with the parameters set out by the Office of Adaptive Educational Services (AES), the extra time allotted is only for didactic tests/quizzes. I've included your accommodations that were sent to our department below:

Lena Matti who is a first-year dental student registered with the IUPUI Office of Adaptive Educational Services (AES) is approved to receive the following academic accommodations:

    1.The student should be allowed extended time;  in this instance, one and a half times on established test/quizzes.
    2.The student should be permitted to utilize a note taker for classes.
    3.The student should be permitted to audiotape class presentations.
    4.The student should be in a quiet room for exams/quizzes.

Best,
Dr. Hanes

PLAINTIFF'S PRODUCTION            229



**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Saturday, May 6, 2023 12:08 PM
**To:** Kirkup, Michele Lee <mkirkup@iu.edu>
**Subject:** Practical #4

Hello,

I am emailing you regarding your assessment of my practical #4. I was very shocked at your decision considering I had prepped #12 last class which is essentially an identical prep to the one you did not pass and you and Dr. Johnson said it was good and had no complaints, least of all on the taper. If you have seen I am capable of that type of prep when given adequate time to finish it, I do not understand your conclusion that I do not retain the principles of prepping. I had to do a bridge, a provisional ( which you said seemed like I was 90% of the way there) and an mcc prep yesterday and I usually get accommodations for time because I have a medical condition that warrants it. Working under a time constraint like that undoubtedly affected my work outcome. I came to your office hours on Wednesday and you did not have any major issues with any of the preps I showed you - which again made it seem like I was on the right track. I still don't understand why I am being punished and possibly given a failing score in a course I have put in effort in and tried very hard to

overcome. You have seen that I have come to every review session for the remediations, every office hour and what I can produce given adequate circumstances. The fact that I am in this predicament is disheartening and feels like all my hard work is ignored in the face of a distolingual taper or slight under reduction on practical #4; it juxtaposes all my previous effort and progress. I have never been in a predicament like this and frankly, do not understand it since I've acquired the skill set needed to prep clinically acceptable preps, seeing as I passed all past remediations.

All the best,

Lena Matti



PLAINTIFF'S PRODUCTION

232

PLAINTIFF'S PRODUCTION    233

3:19

Reader, Cara                                   2:41 PM
To You

Lena,

Thanks for these.

After talking with AES, Dr. Bowers, and my office,
we'd like to begin an investigation into your complaint
regarding potential discrimination related to disability,
gender, and national origin. This would mean Dr.
Kirkup would know you complained to us about your
treatment — are you ok if we move forward with this?
If so, I hopefully will begin the investigation tomorrow.

**Cara Reader, PhD**
Equity Specialist/Investigator
IUPUI Office of Equal Opportunity
Lockefield Village / 980 Indiana Avenue, #4448
Indianapolis, IN 46202
(317) 274-2326
readerc@iupui.edu
https://oeo.iupui.edu/



↰ ⌄   Reply

Mail      Calendar      Feed      Apps

234

PLAINTIFF'S PRODUCTION    235

2:32

Dr. Kirkup,

I have just received your previous email and just am a bit muddled as to why you mentioned that you see a "lack of progression" in my preps. I showed you finished and unfished preps; the finished ones did not have the prior issues I had on the practical. I was not tapered buccolingually in my finished preps which was one of my main issues on the practical, I was not shallow in any area; my main issue was my lingual m/d taper which Raph had mentioned to you by the end of the session that I got down. Even Raph mentioned I was not having buccolingual taper issues yesterday. I had also mentioned to you some of the concerns you spoke of were from unfinished preps I started today since (considering I had preps I was happy with), I was trying a new technique I thought would be faster for me. I am very disheartened and honestly intrigued that after all of that you still think I have not progressed when I think there is a stark

PLAINTIFF'S PRODUCTION    237



2:33

Kirkup, Michele Lee                                    Apr 21
To You

Lena,

Thank you for your follow up message. I have
mentioned previously to the class that clinicians must
be consistent with their preparations. As you
mentioned, you weren't have tapering issues on one
set, but what I viewed today was overtapered. It is
important to always meet the criteria and to not have
any issues moving forward, after all, the next step is
with a patient. I understand that my honesty with your
progression may be direct and tough to hear. This is
not my intention, but it is to make you aware that your
progression currently is below the expected level and
below the majority of the class's overall performance.
Please understand that I am looking out for your best
interest and the interest of your patients. I was hoping
that you would have attended this week's office hour

PLAINTIFF'S PRODUCTION    239

12:09

# Federal Student Loan Interest Rates Surge for Next Award Year

**DENTAID**                                    12:07 PM
To IUSD-INDPLS-DDS-2025, +2

Hello,

I just wanted to share the information I just received from the Department of Education regrinding ne loan rates. Please see below.

The rates, beginning July 1, 2024 will be:

- 6.53 percent, up from 5.50 percent for undergraduate direct subsidized and unsubsidized loans;
- 8.08 percent, up from 7.05 percent for graduate and professional direct unsubsidized loans ;and
- 9.08 percent, up from 8.05 percent for graduate and parent PLUS loans.

Thanks,

Jason Webster

Assistant Director | IUPUI Office of Student Financial

Reply to All

PLAINTIFF'S PRODUCTION    241



12:03

◀ Safari

New Message

**Reader, Cara**    12:01 PM
To You

Lena,

Our office does not share drafts of reports. Since you have withdrawn your complaint and our process therefore stops, you will not have you access to the report.

**Cara Reader, PhD**
Equity Specialist/ Investigator
IUPUI Office of Institutional Equity*
Bryce Building: 986 Indiana Avenue #B310
Indianapolis, IN 46202
(317) 274-2326
readerc@iupui.edu
https://oeo.iupui.edu
*Please note our new office name and location (formerly Office of Equal Opportunity).*

Reply

Mail    Calendar    Feed    Apps

242

PLAINTIFF'S PRODUCTION          243

2:17

🔒 na4.docusign.net    Done    AA ↻

☰    Select Start to begin    **START**

| SECONDARY CONTACT INFORMATION (In the event that we cannot reach you at the above contact) | | |
|---|---|---|
| Name (first, last) | | Relationship |
| Home telephone number ( ) | Work telephone number ( ) | Mobile telephone number ( ) |

| RESPONDENT INFORMATION | |
|---|---|
| Name of respondent **Indiana University School of Dentistry** | |
| Address (number and street, city, state, and ZIP code) **1121 W Michigan St, Indianapolis, IN 46202** | Telephone number ( 317 ) 274-7957 |
| Mailing address (number and street, city, state, and ZIP code) | |

Number of employees (please check one only)
☐ 1 - 5    ☐ 6 -14    ☐ 15 or more    ☑ N/A

**AREA OF DISCRIMINATION**

I believe I have been discriminated against in the area of:
☐ Credit    ☑ Education    ☐ Employment    ☐ Public Accommodation    ☐ Housing

I believe I have been discriminated against on the basis of:
☐ Age    ☐ Ancestry    ☐ Color    ☐ Disability    ☐ Race    ☐ Religion
☑ Sex    ☐ Retaliation    ☐ Familial Status    ☑ National Origin    ☐ Veteran Status

What date did the alleged discriminatory act occur? (month, day, year)
**June 28, 2023**

How were you referred to the ICRC?
☐ Attorney / Lawyer    ☑ Government Agency    ☐ Friend    ☐ Advertisement    ☐ Brochure/Poster    ☐ Internet    ☐ Other ____

| GRIEVANCE OR OTHER ACTION FILED REGARDING THIS MATTER | | |
|---|---|---|
| Name of procedure or agency | | Date filed (month, day, year) |
| Status / Disposition | Date of disposition (month, day, year) | Date of alleged discriminatory act (month, day, year) |

Page 1 of 2

Lana Matli Complaint.pdf    1 of 2

DocuSign Envelope ID: D456DEF6-0BDD-4DA2-BA51-2F95288CC581

| STATEMENT OF ALLEGATIONS |
|---|

On July 11, 2023 I was subjected to different terms and conditions.

I believe I was discriminated against based on my national origin (Iraqi) and sex (female).

Prior to the above mentioned date, I had failed a class for Respondent during a practical exam, which I appealed on June 6, 2023. On July 11, 2023 I was informed that my teacher's decision for any grade was upheld after Respondent "reviewed my past practical exams" and saw that the decision was accurate. However, during the previous practical exams, I was informed by the teacher, who is also of a different national origin than myself, that they were "clinically acceptable" at the time they were taken. But after the appeal, I was informed that I had failed two of the exams, but I was informed one of them was passing at the time. According to the class syllabus, if you fail one practical exam, you cannot proceed to the next one without passing the previous one first. Furthermore, another student of different protected classes, who was also failed the same practical exam that I had, appealed a similar grade in the same class without following the appeal policy, and the decision was reversed. Policy states that a student has 10 days to appeal the grade and would need to speak with the teacher and then the progress committee, but the other student had just spoken to the teacher about the appeal and not the progress committee, but I was not given the same opportunity or able to speak to the teacher in person. I believe I was discriminated against based on my national origin and sex.

I am seeking all available remedies for a violation of The Indiana Civil Rights Law.

| AFFIRMATION |
|---|

I affirm, under the penalties for perjury that the foregoing representations are true.

| Signature of complainant | Sign 🔽 | Date (month, day, year) **9/22/2023** |
|---|---|---|

| FOR OFFICE USE ONLY (DO NOT WRITE BELOW THIS LINE) | |
|---|---|
| How was intake inquiry received? ☐ Telephone    ☐ Walk-in    ☑ Web    ☐ Other: ____ | Intake taken by **MNS** |
| Assign to | Date (month, day, year) **8/19/2023** |



244

PLAINTIFF'S PRODUCTION    245

2:17

🔒 na4.docusign.net    AA    ↻

Select Start to begin    **START**

| SECONDARY CONTACT INFORMATION | | |
| (In the event that we cannot reach you at the above contact) | | |
| Name (First, last) | | Relationship |
| Home telephone number ( ) | Work telephone number ( ) | Mobile telephone number ( ) |

| RESPONDENT INFORMATION |
| Name of respondent |
| Indiana University School of Dentistry |

| Address (number and street, city, state, and ZIP code) | Telephone number |
| 1121 W Michigan St. Indianapolis, IN 46202 | ( 317 ) 274-7957 |

Mailing address (number and street, city, state, and ZIP code)

Number of employees (please check one only)
☐ 1 - 5    ☐ 6 -14    ☐ 15 or more    ☒ N/A

| AREA OF DISCRIMINATION |
| I believe I have been discriminated against in the area of: |

☒ Credit    ☒ Education    ☐ Employment    ☐ Public Accommodation    ☐ Housing

I believe I have been discriminated against on the basis of:

☐ Age    ☐ Ancestry    ☐ Color    ☐ Disability    ☐ Race    ☐ Religion
☒ Sex    ☐ Retaliation    ☐ Familial Status    ☒ National Origin    ☐ Veteran Status

When (date did the alleged discriminatory act occur? (month, day, year)
June 28, 2023

How were you referred to the ICRC?
☐ Attorney / Lawyer  ☒ Government Agency  ☐ Friend  ☐ Advertisement  ☐ Brochure/Poster  ☐ Internet  ☐ Other ____

| GRIEVANCE OR OTHER ACTION FILED REGARDING THIS MATTER | |
| Name of procedure or agency | Date filed (month, day, year) |
| Status / Disposition | Date of disposition (month, day, year) | Date of alleged discriminatory act (month, day, year) |

Page 1 of 2

Lena Math Compliant.pdf                                    1 of 2

DocuSign Envelope ID: D456DEFE-08DD-4DA2-BA51-2F95288CC8B1

| STATEMENT OF ALLEGATIONS |
On July 11, 2023 I was subjected to different terms and conditions.

I believe I was discriminated against based on my national origin (Iraqi) and sex (female).

Prior to the above mentioned date, I had failed a class for Respondent during a practical exam, which I appealed on June 6, 2023. On July 11, 2023 I was informed that my teacher's decision for my grade was upheld after Respondent "reviewed my past practical exams" and saw that the decision was accurate. However, during the previous practical exams, I was informed by the teacher, who is also of a different national origin than myself, that they were "clinically acceptable" at the time they were taken. But after the appeal, I was informed that I had failed two of the exams, but I was informed one of them was passing at the time. According to the class syllabus, if you fail one practical exam, you cannot proceed to the next one without passing the previous one first. Furthermore, another student of different protected classes, who has also failed the same practical exam that I had, appealed a similar grade in the same class without following the appeal policy, and this decision was reversed. Policy stated that a student has 10 days to appeal the grade and would need to speak with the teacher and then the progress committee, but the other student had just spoken to the teacher in person. I believe I was discriminated against based on my national origin and sex.

I am seeking all available remedies for a violation of The Indiana Civil Rights Law.

| AFFIRMATION |
I affirm, under the penalties for perjury that the foregoing representations are true.

| Signature of complainant | Sign ⬇ | Date (month, day, year) 9/22/2023 |

| FOR OFFICE USE ONLY (DO NOT WRITE BELOW THIS LINE:) | |
| How was intake inquiry received? | Intake taken by |
| ☐ Telephone  ☐ Walk-in  ☒ Web  ☐ Other: ____ | MNS |
| Assign to | Date (month, day, year) 8/19/2023 |



246

PLAINTIFF'S PRODUCTION    247

4:30

‹    ⋯    🎤    🗑    🗃

I think todays meeting with Dr. Lin was very eye opening to many things but also very concerning from the feedback he gave me from the professors and the extrapolation of situations. It was obvious Dr. Kirkup was telling him certain things about my progress and I feel like it parallels last years trend. God as my witness after my practical when I went to pick up my projects, Dr. Ziemba told me himself he's very proud of my progress. Dr. Johnson echoed the same sentiment on Friday of my work. It seems as thought the common denominator is Dr. Kirkup to "worry" when I have virtually given her many reasons to be proud of my progress. I'm not the only student who isn't passing every project but I was the only one that Dr. Lin heard about to a point where he wanted to meet with me when he didn't even meet with Aisha last year and she actually failed fixed 1 and had less quality work than me from what I remember and from the grades and feedback she was telling me about. Once again, I am being held to a different standard and being discriminated against. It seemed as though she said so much stuff to Dr. Lin to where he had to tell me "if you don't pass this semester it will be an even worse outcome".

← ↘    Reply to All

Mail    Calendar    Feed    Apps

248

PLAINTIFF'S PRODUCTION        249

4:30

You                                          Oct 17
To Frazier-Bowers, Sylvia A., +1

I also wanted to say it sounds like she's building an incorrect narrative like she did last year with emails that I had to clarify with her where she'd omit details or manipulate them to fit a narrative because afterwards she'd acknowledge my account of things when I'd correct her. That is why I brought in all of my work to Dr. Lin but he did not look at it. I'm sure if he did he'd see my progress. And to recommend I pass the upcoming projects is still holding me to a different standard because course policy is projects can be remediated. If I'm being held and graded to a different standard of course they won't all pass. I'm very shaken and upset that Dr. Kirkup is still continuing this harassment of me. I don't feel safe at this school and I do not feel like I'm being given an environment to thrive.

Inbox

Reply to All

Mail        Calendar        Feed        Apps

250

PLAINTIFF'S PRODUCTION    251

4:30

Like I passed this class last year and my work surpasses so many other students, but none of them are being reported about to Dr. Lin. If anything, students come up to me for feedback and say what I told them helped them pass. I think I need to protect myself and I'm feeling way more anxious about this class than I did before because clearly the course director is continuing her torment of me with incorrect feedback and happenings. Also telling Dr. Lin I've been regressing which makes no sense because I have not been having the issues she failed me for last year besides maybe ONE isolated incident on this most recent practical. It was not on my projects or in my remediations.

This is worsening my academic and mental well-being because no matter how hard I try I am being undermined by this professor at every turn, it seems. I have to hold in panic attacks during practicals from the behavior I've received and this is going to make them even worse now.

All the best,
Lena Matti

ML    You                                    Oct 17

Reply to All

Mail        Calendar        Feed        Apps

252

PLAINTIFF'S PRODUCTION    253



Dear Ms. Matti:

If you withdraw your internal University complaint, we will evaluate your complaint and a waiver under the CPM, Section 107 (c) which states:

"The complainant filed a complaint alleging the same discriminatory conduct within the 180-day period with another federal, state, or local civil rights enforcement agency, or federal or state court, and filed the complaint with OCR within 60 days after the other agency had completed its investigation or, in the case of a court, there had been no decision on the merits or settlement of the complaint allegations."

Please note that you if you do not withdraw your internal complaint and merely "suspend" it, we may dismiss for the same reasons your complaint was dismissed previously.

Thank you,

**Samia Malik**

U.S. Department of Education

254

PLAINTIFF'S PRODUCTION    255



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS
230 SOUTH DEARBORN ST., 37TH FLOOR
CHICAGO, IL 60604

REGION V
ILLINOIS
INDIANA
IOWA
MINNESOTA
NORTH DAKOTA
WISCONSIN

June 14, 2023

Ms. Lena Matti
Sent via email only to: luluone34@gmail.com

Re: OCR Docket #05-23-2262

Dear Ms. Matti:

On May 15, 2023, the U.S. Department of Education (Department), Office for Civil Rights (OCR), received a complaint you filed against Indiana University School of Dentistry (University) alleging discrimination on the basis of disability and also alleging retaliation.

Specifically, you allege that University discriminated against you on the basis of disability when a professor did not provide you necessary academic adjustments in a class and retaliated against you for complaining of disability discrimination, when the same professor engaged in actions that resulted in you receiving a failing grade.

OCR enforces Section 504 of the Rehabilitation Act of 1973 (Section 504), 29 U.S.C. § 794, and its implementing regulation at 34 C.F.R. Part 104, which prohibit discrimination on the basis of disability in programs and activities operated by recipients of federal financial assistance. OCR also enforces Title II of the Americans with Disabilities Act of 1990 (Title II), 42 U.S.C. §§ 12131 - 12134, and its implementing regulation at 28 C.F.R. Part 35, which prohibit discrimination on the basis of disability by public entities. These laws also prohibit retaliation. As a recipient of federal financial assistance from the Department and as a public entity, the University is subject to these laws.

OCR has carefully reviewed your complaint as well as the supporting information you provided. For the reasons set out below, your complaint is dismissed.

Under Section 110(a)(1) of OCR's Case Processing Manual (CPM), OCR will dismiss a complaint when the same allegations have been filed by the complainant through a recipient's internal grievance procedures, and OCR anticipates that the allegation will be investigated, the remedy obtained will be the same as the remedy that would be obtained if OCR were to find a violation regarding the allegations, and there will be a comparable resolution process under comparable legal standards.

In telephone calls with OCR on May 30 and June 12, 2023, you stated that you filed the same allegations of discrimination on the basis of disability and retaliation with the University that you filed with OCR. You told OCR that the University informed you that it would consider your allegations of disability discrimination and retaliation in a broad investigation. You provided OCR with a copy of the complaint you filed with the University's Office of Equal Opportunity

The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.

www.ed.gov

Page 2 – Ms. Matti

and a copy of a letter dated June 5, 2023, from the University acknowledging receipt of your complaint. In this letter, the University stated that it was opening an investigation of your complaint. The investigation is currently pending.

OCR anticipates that the University will investigate your complaint, the remedy obtained will be the same as the remedy that would be obtained if OCR were to find a violation regarding the allegation through its internal grievance procedures, and there will be a comparable resolution process under comparable legal standards. Therefore, OCR is dismissing your complaint under Section 110(a)(1) of the CPM.

Please be advised that you may re-file your OCR complaint within 60 days of the completion of the University's resolution process. In such circumstances, OCR generally does not conduct its own investigation; instead, OCR reviews the results of the determination and decides whether the University provided a comparable resolution process pursuant to legal standards acceptable to OCR.

This letter sets forth OCR's determination in an individual OCR case. This letter is not a formal statement of OCR policy and should not be relied upon, cited, or construed as such. OCR's formal policy statements are approved by a duly authorized OCR official and made available to the public. OCR would like to make you aware that individuals who file complaints with OCR may have the right to file a private suit in federal court whether or not OCR finds a violation.

It is also important for you to know that federal regulations prohibit the University from harassing, coercing, intimidating, or discriminating against you because you filed a

PLAINTIFFS PRODUCTION    256

PLAINTIFF'S PRODUCTION    257

**OCR-#4272419-v1-C-...**

its implementing regulation at 34 C.F.R. Part 104, which prohibit discrimination on the basis of disability in programs and activities operated by recipients of federal financial assistance. OCR also enforces Title II of the Americans with Disabilities Act of 1990 (Title II), 42 U.S.C. §§ 12131 - 12134, and its implementing regulation at 28 C.F.R. Part 35, which prohibit discrimination on the basis of disability by public entities. These laws also prohibit retaliation. As a recipient of federal financial assistance from the Department and as a public entity, the University is subject to these laws.

OCR has carefully reviewed your complaint as well as the supporting information you provided. For the reasons set out below, your complaint is dismissed.

Under Section 110(a)(1) of OCR's Case Processing Manual (CPM), OCR will dismiss a complaint when the same allegations have been filed by the complainant through a recipient's internal grievance procedures, and OCR anticipates that the allegation will be investigated, the remedy obtained will be the same as the remedy that would be obtained if OCR were to find a violation regarding the allegations, and there will be a comparable resolution process under comparable legal standards.

In telephone calls with OCR on May 30 and June 12, 2023, you stated that you filed the same allegations of discrimination on the basis of disability and retaliation with the University that you filed with OCR. You told OCR that the University informed you that it would consider your allegations of disability discrimination and retaliation in a broad investigation. You provided OCR with a copy of the complaint you filed with the University's Office of Equal Opportunity

The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.

www.ed.gov

Page 2 -- Ms. Matti

and a copy of a letter dated June 5, 2023, from the University acknowledging receipt of your complaint. In this letter, the University stated that it was opening an investigation of your complaint. The investigation is currently pending.

OCR anticipates that the University will investigate your complaint, the remedy obtained will be the same as the remedy that would be obtained if OCR were to find a violation regarding the allegation through its internal grievance procedures, and there will be a comparable resolution process under comparable legal standards. Therefore, OCR is dismissing your complaint under Section 110(a)(1) of the CPM.

Please be advised that you may re-file your OCR complaint within 60 days of the completion of the University's resolution process. In such circumstances, OCR generally does not conduct its own investigation; instead, OCR reviews the results of the determination and decides whether the University provided a comparable resolution process pursuant to legal standards acceptable to OCR.

This letter sets forth OCR's determination in an individual OCR case. This letter is not a formal statement of OCR policy and should not be relied upon, cited, or construed as such. OCR's formal policy statements are approved by a duly authorized OCR official and made available to the public. OCR would like to make you aware that individuals who file complaints with OCR may have the right to file a private suit in federal court whether or not OCR finds a violation.

It is also important for you to understand that the laws OCR enforces prohibit the University from harassing, coercing, intimidating, or discriminating against you because you filed a complaint or participated in the complaint resolution process. If this happens, you may file a complaint against the University with OCR.

Under the Freedom of Information Act, it may be necessary to release this document and related correspondence and records upon request. In the event that OCR receives such a request, we will seek to protect, to the extent provided by law, personally identifiable information, which, if released, could reasonably be expected to constitute an unwarranted invasion of personal privacy.

If you have any questions, please contact Ms. Samia Malik, OCR Attorney, at 312-730-1594 or at samia.malik@ed.gov.

Sincerely,

Jeffrey Turnbull
Team Leader

PLAINTIFF'S PRODUCTION          259



3:08

◀ Snapchat

✕    **Reply**
     lenmatti@iu.edu ⌄

Subject: Re: Investigation

Hello,
Yes, I can do 1:30. Is there anyway it could be expedited to me a bit earlier than that? Classes start in a week and I am looking to resolve this prior to having to start a school year that I passed with flying colors previously. This is a very unfortunate situation and also time sensitive. I thought that I would be able to talk to Dr. Johnson this week. Regardless, we can discuss this on Monday. Have a good weekend.
All the best,
Lena Matti





1:38

Generoso, Dareen                    Feb 10
To You

Hello Lena,

I've documented our meeting that took place this late afternoon on ADRX. Please refer to the note below:

Lena dropped by to speak with Dr. Frazier Bower's regarding an incident that happened earlier in the day with Dr. Kirkup. Since Dr. Frazier was in a meeting, I met with Lena in my office downstairs to discuss what occurred and how she responded to the situation. Earlier in the day, Dr. Kirkup brought Lena down to the student affairs office to speak to Martha about filing a PMRF (Professional Misconduct Reporting Form). However, Martha was out of office. Lena addressed multiple incidents where she felt Dr. Kirkup berated and humiliated her in private/and in front of the class. For example, there was a prep that she claimed was

PLAINTIFF'S PRODUCTION    263



Hello Martha and Dareen,

I Hope you are doing great. Would I be able to come in and talk to you soon about certain issues pertaining to stuff we have talked about before. I feel like I have laid out how unfairly and unjustly I've been treated in the past by a faculty member, and it is still happening. The psychological undertones of these particular interactions I keep having with this faculty member are actually detrimental to my success as a student. Especially in the class in question, because I go to virtually every TA review session outside do class, I stay for after hours multiple days a week to work on just practicing for this class alone and the teacher refuses to acknowledge my effort or progression even when most of the doctors and TA's do and tell her that in front of me. I have just received a very cryptic email from her worried about my lack of progression when I had virtually no issues that I was told I had on my initial practical with my peeps today. There was

PLAINTIFF'S PRODUCTION    265



1:38

RE: Peer Mediation Meeting Request

Inbox

**Generoso, Dareen**                    Feb 27
To You and Marshall, Martha Scully

Hello Lena,

I hope you had a restful weekend. I've mentioned to Martha, who is cc'd in this email, that you wanted to start the process of a peer mediation meeting with another student at IUSD. I'm handing over this request to Martha and she will work with you to have this meeting. Please know that I am always available to provide aftercare and help you process whatever outcome occurs.

Warm regards,

**Dareen Generoso, MA, LP-MHC** (She/They)

PLAINTIFF'S PRODUCTION    267

**12:19** 

  

**Sent:** Monday, February 13, 2023 5:23:34 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Cc:** Generoso, Dareen <dgeneros@iu.edu>
**Subject:** Following up

Hello Lena,

Thank you again for meeting with me today and trusting me with the details regarding your evaluation on Friday.  I did have an opportunity to speak with Dr. Kirkup this afternoon and I wanted to see if you had anytime tomorrow to sit down to discuss the updates I have and the next steps Dr. Kirkup agreed to.  I have copied Dareen as I would also like to include her on this conversation as she was the one that had an opportunity to meet with you last Friday and her insight is very valuable.

Please let me know what  your Tuesday schedule is so that we can see if we can connect for 15-20 minutes.

Thanks in advance for your response

PLAINTIFF'S PRODUCTION          269

**12:36**

Hello,

I am emailing you regarding your assessment of my practical #4. I was very shocked at your decision considering I had prepped #12 last class which is essentially an identical prep to the one you did not pass and you and Dr. Johnson said it was good and had no complaints, least of all on the taper. If you have seen I am capable of that type of prep when given adequate time to finish it, I do not understand your conclusion that I do not retain the principles of prepping. I had to do a bridge, a provisional ( which you said seemed like I was 90% of the way there) and an mcc prep yesterday and I usually get accommodations for time because I have a medical condition that warrants it. Working under a time constraint like that undoubtedly affected my work outcome. I came to your office hours on Wednesday and you did not have any major issues with any of the preps I showed you – which again made it seem like I was on the right track. I still don't

PLAINTIFF'S PRODUCTION         271

**jalexander@jhaskinlaw.com**

| | |
|---|---|
| From: | Zahl, David Allan |
| Sent: | Thursday, May 25, 2023 11:36 AM |
| To: | Matti, Lena L |
| Cc: | Romito, Laura Marie |
| Subject: | Outcome of Course Grade Appeal Mediation |

Dear Lena,

I am writing to inform you of the outcome of the mediation process for your appeal of a course grade in D646 Fixed Prosthodontics II.

**Details of Appeal:**
Lena Matti is appealing her D646 Fixed Prosthodontics II laboratory practical remediation grade and course grade, on grounds of previous course performance and "improper conditions" during the assessment, including lack of testing accommodations, stressful environment, and faculty bias.

**Documentation Considered During Mediation Process:**
Submitted by Lena Matti:
- Email 5/16/23, Lena Matti to Dr. Laura Romito
- Images (11) of stone model
- Google Document of emails between Lena Matti and Student Affairs/Dr. Kirkup
- Video captures (2) of emails between Lena Matti and Student Affairs
- Academic Accommodations Memorandum
- Email 5/18/23, Lena Matti to David Zahl
- Email 5/20/23, Lena Matti to David Zahl
- Email 5/21/23, Lena Matti to David Zahl

Submitted by Course Director:
- D646 Fixed Prosthodontics II Syllabus
- Progress Committee Report – L Matti
- Progress Committee Presentation, D2 Student Lena Matti

IUSD Policies, Procedures, and/or Academic Records:
- Technical Standards for Admission and Retention in the Indiana University School of Dentistry
- IU Advising Records for Lena Matti, AdRx System

**Outcome of Mediation with Course Director:**
I discussed Lena's appeal on 5/18/23 and 5/19/23 with Dr. Michele Kirkup, course director, D646 Fixed Prosthodontics II. We went over in detail Lena's concern and the facts surrounding the appeal. Taking into consideration all available information, the course director, Dr. Kirkup, decided to uphold the final course grade for Lena Matti. On 5/22/23, I met with Dr. Kirkup again to discuss additional information submitted by Lena Matti. Taking into consideration the original decision and the new information, the course director, Dr. Kirkup, decided to uphold the final course grade for Lena Matti.

**Next Steps:**
Per the DDS Student Handbook, Appealing Course or Semester Grades and Other Performance Evaluations:
If the student and faculty member involved are unable to reach a mutually agreeable solution, the student may submit a written appeal to the Director of Student Services, who will refer the matter to the IUSD Faculty Council's Progress Committee. The IUSD Progress Committee will review the complaint and submit a recommendation to the Senior

1

Associate Dean for Education and Academic Affairs within thirty (30) calendar days of the Progress Committee's receipt of the appeals document. The Senior Associate Dean for Education and Academic Affairs will then notify the parties involved of the decision.


Best regards,
David


**David A. Zahl, MA**
**Assistant Dean, Curriculum Development and Assessment**
Office of Education and Academic Affairs

DS106
1121 W. Michigan St.
Indianapolis, IN 46202
(317) 274-1815 tel
dzahl@iu.edu

**PRIVILEGED AND CONFIDENTIAL:** This electronic mail message and any attached files contain information intended for the exclusive use of the specific individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information is prohibited and may be subject to legal restriction or sanction. Please notify the sender, by reply electronic mail or telephone, of any unintended recipients and delete the original message and any attachments without making any copies. Thank you.

PLAINTIFF'S PRODUCTION

273

| From: | Murdoch-Kinch, Carol A |
| To: | Matti, Lena L |
| Subject: | Re: Meeting |
| Date: | Sunday, May 7, 2023 7:33:37 PM |

Dear Lena
We will meet tomorrow at five.
Have a good evening.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Sunday, May 7, 2023 7:11:30 PM
**To:** Murdoch-Kinch, Carol A <caramurd@iu.edu>
**Subject:** Re: Meeting

Hello Dean Murdoch-Kinch,
Sorry for the late update but I actually think I should meet with you tomorrow at 5, like you
initially suggested as opposed to meeting Friday as I previously proposed. I have thought
further about it and I think the magnitude of the situation warrants that, even in the midst of
the week we have ahead. Have a great rest of your Sunday.
All the best,
Lena Matti

---

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Saturday, May 6, 2023 11:33:53 AM
**To:** Murdoch-Kinch, Carol A <caramurd@iu.edu>
**Subject:** Re: Meeting

Good morning Dean Murdoch-Kinch,
Thank you for your kind words and agreeing to see me as soon as you can. I would love to
speak to you on Monday and get this issue resolved or amended as soon as possible but, as
you said, it is going to be a very busy week for us. Would you be available on Friday to meet
with me? Thank you in advance!
All the best,
Lena Matti

---

**From:** Murdoch-Kinch, Carol A <caramurd@iu.edu>
**Sent:** Friday, May 5, 2023 7:04 PM
**To:** Matti, Lena L <lenmatti@iu.edu>
**Subject:** RE: Meeting

Dear Lena,
I just now saw your message. I am sorry to hear that the Office of Student Affairs was not able to
help you.
I have very limited time on Monday but could see you at 5:00 pm, if that works for you. I know it is

Assessment Week, and do not want to cause you any more stress.
If that does not work, then we could find some time later in the week. My Department Manager Ms. Mindy Ford minford@iu.edu, can help us find a time to meet.

Take care,

**From:** Matti, Lena L <lenmatti@iu.edu>
**Sent:** Friday, May 5, 2023 4:12 PM
**To:** Murdoch-Kinch, Carol A <caramurd@iu.edu>
**Subject:** Meeting

Good afternoon Dean Murdoch-Kinch,
I hope your week has gone by great! I am reaching out to talk to you about a particular matter that I have been meaning to talk to you about for a while. It is a matter I have been extensively talking to student affairs about, but I was going back and forth regarding whether it would be worth talking to you about. I am currently devastated at how far the situation has gone as of today. I came in your office earlier but was advised I should speak to someone else beforehand. I wish I had just spoken to you then. I hope we can set a time where I can talk to you about this. Thank you in advance.
All the best,
Lena Matti

PLAINTIFF'S PRODUCTION                275

jalexander@jhaskinlaw.com

| | |
|---|---|
| From: | Zahl, David Allan |
| Sent: | Thursday, May 25, 2023 11:36 AM |
| To: | Matti, Lena L |
| Cc: | Romito, Laura Marie |
| Subject: | Outcome of Course Grade Appeal Mediation |

Dear Lena,

I am writing to inform you of the outcome of the mediation process for your appeal of a course grade in D646 Fixed Prosthodontics II.

**Details of Appeal:**
Lena Matti is appealing her D646 Fixed Prosthodontics II laboratory practical remediation grade and course grade, on grounds of previous course performance and "improper conditions" during the assessment, including lack of testing accommodations, stressful environment, and faculty bias.

**Documentation Considered During Mediation Process:**
Submitted by Lena Matti:
- Email 5/16/23, Lena Matti to Dr. Laura Romito
- Images (11) of stone model
- Google Document of emails between Lena Matti and Student Affairs/Dr. Kirkup
- Video captures (2) of emails between Lena Matti and Student Affairs
- Academic Accommodations Memorandum
- Email 5/18/23, Lena Matti to David Zahl
- Email 5/20/23, Lena Matti to David Zahl
- Email 5/21/23, Lena Matti to David Zahl

Submitted by Course Director:
- D646 Fixed Prosthodontics II Syllabus
- Progress Committee Report – L Matti
- Progress Committee Presentation, D2 Student Lena Matti

IUSD Policies, Procedures, and/or Academic Records:
- Technical Standards for Admission and Retention in the Indiana University School of Dentistry
- IU Advising Records for Lena Matti, AdRx System

**Outcome of Mediation with Course Director:**
I discussed Lena's appeal on 5/18/23 and 5/19/23 with Dr. Michele Kirkup, course director, D646 Fixed Prosthodontics II. We went over in detail Lena's concern and the facts surrounding the appeal. Taking into consideration all available information, the course director, Dr. Kirkup, decided to uphold the final course grade for Lena Matti. On 5/22/23, I met with Dr. Kirkup again to discuss additional information submitted by Lena Matti. Taking into consideration the original decision and the new information, the course director, Dr. Kirkup, decided to uphold the final course grade for Lena Matti.

**Next Steps:**
Per the DDS Student Handbook, Appealing Course or Semester Grades and Other Performance Evaluations:
If the student and faculty member involved are unable to reach a mutually agreeable solution, the student may submit a written appeal to the Director of Student Services, who will refer the matter to the IUSD Faculty Council's Progress Committee. The IUSD Progress Committee will review the complaint and submit a recommendation to the Senior

1

PLAINTIFF'S PRODUCTION    276

Associate Dean for Education and Academic Affairs within thirty (30) calendar days of the Progress Committee's receipt of the appeals document. The Senior Associate Dean for Education and Academic Affairs will then notify the parties involved of the decision.


Best regards,
David


**David A. Zahl, MA**
**Assistant Dean, Curriculum Development and Assessment**
Office of Education and Academic Affairs

DS106
1121 W. Michigan St.
Indianapolis, IN 46202
(317) 274-1815 tel
dzahl@iu.edu



**PRIVILEGED AND CONFIDENTIAL:** This electronic mail message and any attached files contain information intended for the exclusive use of the specific individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure or distribution of this information is prohibited and may be subject to legal restriction or sanction. Please notify the sender, by reply electronic mail or telephone, of any unintended recipients and delete the original message and any attachments without making any copies. Thank you.

PLAINTIFF'S PRODUCTION        277

**jalexander@jhaskinlaw.com**

| | |
|---|---|
| **From:** | Romito, Laura Marie |
| **Sent:** | Friday, May 12, 2023 5:05 PM |
| **To:** | Matti, Lena L |
| **Cc:** | Romito, Laura Marie |
| **Subject:** | practical exam appeal |
| **Attachments:** | DDS Handbook AY 2022-23.pdf |
| | |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Dear Lena Matti,

I am not sure where the attachment you sent regarding appealing grades was obtained; however, per prior correspondence on this matter and during our conversation with Dean Murdoch-Kinch, we referred you to the IUSD DDS Student Handbook (attached) and below.

Appealing Course or Semester Grades and Other Performance Evaluations (e.g., OSCE, Preclinical Practical)

If a student has a disagreement concerning a grade or evaluation other than a test question(s), the student must discuss the disagreement initially with the faculty member.

If the student desires to challenge a faculty decision with respect to a course grade, the student should contact the Senior Associate Dean for Education and Academic Affairs within ten (10) business days of receipt of the contested course grade. The Senior Associate Dean for Education and Academic Affairs will assign the challenge to the Assistant Dean for Curriculum Development and Assessment, who will review the students' concerns, and, if appropriate, may contact the course director and/or faculty member involved to mediate. The Assistant Dean reviewing the challenge will not make any grade change.

If the student and faculty member involved are unable to reach a mutually agreeable solution, the student may submit a written appeal to the Director of Student Services, who will refer the matter to the IUSD Faculty Council's Progress Committee. The IUSD Progress Committee will review the complaint and submit a recommendation to the Senior Associate Dean for Education and Academic Affairs within thirty (30) calendar days of the Progress Committee's receipt of the appeals document. The Senior Associate Dean for Education and Academic Affairs will then notify the parties involved of the decision.

Please provide me a formal statement of specific challenge to the grade which I will then use to begin the process.

Thank you.
Laura Romito, DDS, MS, MBA, FNAP
Associate Dean, Education and Academic Affairs
Professor, Biomedical Sciences and Comprehensive Care
Director, Nicotine Dependence Program
Indiana University School of Dentistry
Room 106
1121 West Michigan Street
Indianapolis, IN 46202
Ph: 317-278-6210
Fax: 317-278-1411

# PLAINTIFF'S PRODUCTION                278



NATIONAL
ACADEMIES
of PRACTICE
Transforming Interprofessional Healthcare

2



fully. I was wondering if you would able to adjust that for future quizzes or exams. Thank you in advance and sorry for any inconvenience.
All the best,
Lena Matti

New Message

**Papineau, Scott Douglas**
To You

Lena,

I understand what you are saying. However, this is a 15 minute quiz. I have taken into account any potential special considerations by doubling the time the quiz stays open. By doing this, I am meeting the needs of all students in the class. The time allotted for this quiz Is the same as for quiz number 1 and it will be the amount of time for quizzes three and four as well.

Thanks!

Reply

280

PLAINTIFF'S PRODUCTION          281



## Clinical Course Grading Update
### Syllabus Policy on Failure of a Clinical Course

Students whose final course grade on a clinical course is an F, either earned and reported to the DDS Progress Committee, The Course Director, or IUSD administration, or will result in enrollment in a Specific discipline whether a student will against the course and Academic Affairs at IUSD, with Course and Academic failed course will determine whether the course and/or Professional enrollment of the student and the clinical course will determine whether the course and/or Professional enrollment of the student and the clinical course within the curricular. Sequence or by sequential, enrollment of the student and/or through the clinical portion of the curriculum.

A failing grade in a clinical course will be referred to the DDS Progress Committee for evaluation.

All grades earned for all dental courses on a student record shall be used in calculating the student's grade point average. IUSD does not accept the University's grade replacement system Program.

PLAINTIF...





PLAINTIFF'S

PLAINTIFF'S PRODUCTION          286



PLAINTIFF'S PROD

PLAINTIFF'S PRODUCTION          288



PRODUCTION     289

PLAINTIFF'S PRODUCTION    290



PLAINTIFF'S PRODUCTION    291

PLAINTIFF'S PRODUCTION

292

PLAINTIFF'S PRODUCTION    293

PLAINTIFF'S PRODUCTION    294

# Beaumont

**GRACE MEDICAL OF TROY**
3940 JOHN R RD
TROY MI 48083-5688
Phone: 248-688-9500
Fax: 248-688-9497

Date: 9-13-2021

To whom it may concern

      This letter is regarding patient Lena Mati D.O.B 05/28/1998, patient gets Anxiety when she take her exam and due to her health condition we are requesting that you give the patient more time to take her her exam.

If you have any questions or concern please call our office at 248-688-9500

Sincerely,

Dr.Nancy Mansour-Habib

GRACE MEDICAL OF TROY  *  Lena Mati  *  DOB: 5/28/1998  *  Page 1 of 1

PLAINTIFF'S PRODUCTION          295