| | |
|---|---|
| **From:** | Silverman, Elena Hatton |
| **To:** | Romito, Laura Marie |
| **Cc:** | Zahl, David Allan; Baumann, Shushan; Romito, Laura Marie |
| **Subject:** | Re: [secure message} IUSD meeting follow up |
| **Date:** | Friday, June 2, 2023 3:36:25 PM |
| **Attachments:** | image002.png |
| **Sensitivity:** | Confidential |

Good afternoon Dr. Romito,

Thank you for your email and for taking the time to walk me through some of the specifics of Lena's case and the dental school's remediation protocols. That information will be extremely helpful moving forward. I am glad that we had a chance to talk.

My director and assistant director are both off today and I am on PTO on Monday so I should have a draft of the letter to you by Tuesday.

Enjoy your weekend.

Best,

# Elena H. Silverman, PhD
Adaptive Services Specialist

**Adaptive Educational Services**
*Division of Diversity, Equity and Inclusion*
Indiana University-Purdue University Indianapolis
Joseph T. Taylor Hall, UC 100
815 W. Michigan St.
Indianapolis, IN 46202
Phone: (317)274-3241
Fax: (317)278-2051
aesproj@iupui.edu



---

**From:** Romito, Laura Marie <lromitoc@iu.edu>
**Date:** Friday, June 2, 2023 at 1:46 PM
**To:** Silverman, Elena Hatton <ehsilver@iu.edu>
**Cc:** Zahl, David Allan <dzahl@iu.edu>, Baumann, Shushan <shbaum@iu.edu>, Romito, Laura Marie <lromitoc@iu.edu>
**Subject:** [secure message} IUSD meeting follow up

Dear Ms. Silverman,

On behalf of Assistant Dean Zahl and Ms. Shushan Baumann, OEAA Project Management Assistant, I want to thank you for meeting with us to discuss your recent interactions with dental student Lena Matti concerning her perceptions of fixed prosthodontics laboratory course practical exams. During our meeting, we referenced the IUSD Technical Standards, DDS Student Handbook and syllabus information with remediation protocols, as reference to the "logic" of why additional time accommodations are not provided in performance based assessments in fixed prosthodontics and similar preclinical and clinical assessments.

IUSD administration, faculty and staff are dedicated to student success. The IUSD Office of Education and Academic Affairs (OEAA), partners with AES to support students with testing accommodations. We take great care in ensuring that testing accommodations are diligently and appropriately applied at IUSD as specified by AES in each student's approved accommodations documentation. Our partnership with AES rests upon open lines of communication and trust.

While we appreciate the zeal with which you advocate for students, I hope that you can understand our utter dismay and intense disappointment in learning that you provided the IUSD Office of Student Affairs a letter of support for the student's claims based solely on the student's opinion, without having first obtained the facts of the case or confirming the veracity and accuracy of the student's assertions. While your action may have been well-intentioned, it has resulted in IUSD being undeservedly maligned, and eroded the trust between IUSD and AES. As such, the letter must be retracted and replaced with documentation that is an accurate representation of the facts based upon your updated understanding of the circumstances surrounding this case.

Additionally, prior to sending to the IUSD Office of Student Affairs, I request a copy of the new letter for review.

IU0001816

Thank you in advance for your cooperation.

Laura Romito, DDS, MS, MBA, FNAP
Associate Dean, Education and Academic Affairs
Professor, Biomedical Sciences and Comprehensive Care
Director, Nicotine Dependence Program
Indiana University School of Dentistry
Room 106
1121 West Michigan Street
Indianapolis, IN  46202
Ph: 317-278-6210
Fax: 317-278-1411



IU0001817