1      Dr. Kirkup say, "Let's go right now to Student
2      Affairs"?
3  A.  From that incident.  I don't know if he heard her
4      say all of that.  And "Let's go right now" isn't
5      everything that she said, but I'm not going to
6      misquote her.  It's written in one of the
7      documents.
8  Q.  Are you aware that Vishnu said that the reason why
9      he said that is because you ask other students to
10     do your work?
11 A.  Who have I asked to do my work?
12 Q.  Are you aware that he said that?
13         Are you aware that Vishnu said that he had
14     this conversation because you have asked other
15     students to do your work for you?
16 A.  No, because I haven't asked other students to do
17     my work for me.
18 Q.  And what did Nathan Hacker say to you?
19 A.  Nathan Hacker said to other students the events
20     that happened outside of the grading room, from
21     what I heard.
22 Q.  Like, he told others what happened?
23 A.  Yeah.
24 Q.  Who did he tell?
25 A.  He told multiple people.  I can't recall all their

1           names.
2      Q.   How do you know he told other people?
3      A.   Because they told me.
4      Q.   And you don't remember who said that?
5      A.   And he talked to Jada about it too.  Jada and
6           Nathan had a conversation about it.
7      Q.   And how do you know that?
8      A.   Well, I believe it was in a group chat.  And I was
9           told that Jada and Nathan were talking about it.
10     Q.   Who told you that?
11     A.   I can't recall.
12     Q.   Who was part of this group chat?
13     A.   I can't recall everybody.
14     Q.   What was specifically said to you about this group
15          chat?
16               What was being said?
17     A.   Essentially that the reason me and Dr. Kirkup left
18          class was because I was in trouble.  I was not
19          doing my own work because of the way Dr. Kirkup
20          took me out and the way that she created a hostile
21          environment for me.
22     Q.   What else in this -- so you said that it was not
23          accurate that you were yelling?
24     A.   No, it's not.
25     Q.   What else in this summary is not accurate?

```
 1   A.   She said:
 2              "She was not receiving the feedback well,
 3        using excuses of why she did not have
 4        acceptable projects and getting agitated
 5        about having to complete another
 6        remediation."
 7        I don't believe that.  I held back in
 8   everything -- after everything that she was saying
 9   to me, I held back putting my own feedback.  And
10   then after the fact, I brought it up to her.  I
11   don't think I was agitated, and I would not say I
12   was not receiving the feedback well.  I literally
13   was taking what she said and using that to help me
14   prep.
15        I don't agree with that narrative at all.
16   But Dr. Kirkup has a track record of fabricating
17   things in emails, which I think I've provided
18   proof of in the -- like, the things that we
19   produced.
20   Q.   And what do you mean she "has a track record of
21   fabricating things in emails"?  With respect to
22   you or others?
23   A.   Me.
24   Q.   And so there's other emails where she has
25   fabricated something?
```

```
 1   A.   Yes.
 2   Q.   Did you agree with her feedback that she was
 3        providing during this meeting?
 4   A.   I agreed that my prep had taper in the practical.
 5        I can't recall any other thing that she really had
 6        told me.  And I took her advice, and I prepped it
 7        in 30 minutes, like I said, which is a quarter of
 8        what we would have gotten on the practical because
 9        she told me I had until the end of class.
10   Q.   So is this true, that you took it back and --
11   A.   I gave her a whole new --
12   Q.   -- gave it to her?
13   A.   -- one.  Yeah, I gave it back to her.
14   Q.   What did you say when you gave it to her?
15   A.   I said, "See, Dr. Kirkup?  I prepped this in
16        the" -- like, I don't know if I put a specific
17        number, if I said it exactly, like 30 minutes.
18        And I don't know if she made a comment about how
19        it looked.  And I did say:
20                "You berated me for 20 minutes for
21             something that I could do.  And I was telling
22             you I could do it, but you didn't believe
23             me."
24             I don't know if I said that last part, but
25        something, like, around -- some -- I used verbiage
```

```
 1           close to that.  I don't know if I said that
 2           exactly.  I don't want to misquote myself, but
 3           obviously, I said something along those lines.
 4     Q.    So is this two separate meetings that you had with
 5           Dr. Kirkup in one day?
 6     A.    Yeah.
 7     Q.    So it was after you brought that initial -- or
 8           that prep back after 30 minutes, that's when she
 9           escorted you back to Student Affairs?
10     A.    Uh-huh.
11     Q.    Is there anything else in this summary that is
12           inaccurate?
13     A.    Well, I mean, the yelling aspect.  I never yelled
14           at her.  I would never yell at a teacher.  You
15           can, you know, ask my other teachers how I act
16           with them.  And she said:
17                     "To be honest, I don't even know what she
18                said."
19                You would assume if somebody is yelling
20           something at you, you would remember what they
21           said.
22                     "To be honest, Lena has been a very
23                challenging student throughout all of D2
24                year."
25                I don't agree with that at all.
```

```
 1  Q.  Why not?
 2  A.  I don't recall any instances where I've been a
 3      challenging student to her.  And if I have been,
 4      why has she not raised those concerns prior?  Why
 5      is she raising it today?  I don't agree with that
 6      narrative at all.  And I think it's completely
 7      fabricated.
 8  Q.  Anything else?
 9  A.  She said:
10              "I am worried that if she continues to
11          get upset when receiving feedback, she will
12          have a very difficult time in clinic while
13          seeing patients too."
14          I don't agree with that because I'm having a
15      great time seeing my patients, and all my patients
16      have great experiences with me.  So --
17  Q.  Do you have a hard time receiving negative
18      feedback?
19  A.  I don't.  And I don't agree that the conversation
20      escalated quickly.  I was telling her my concerns
21      so we can avoid conversations in the future that,
22      you know, demeaned me.
23          I was telling her I was uncomfortable, and I
24      felt a certain way.  And she took that as me
25      fighting with her for some reason.  That was not
```

```
 1        what I was doing.
 2             And she told me that a reason that she wanted
 3        to go to Student Affairs was because Dr. Z was
 4        hearing everything.  So I think her intentions
 5        were going -- were so that people didn't hear me
 6        express my concerns of being berated.
 7   Q.   Who is Dr. Z?
 8   A.   Dr. Ziemba.  He was, I think, one of the lab --
 9        the doctors in lab that worked with us.
10   Q.   All right.  I'm handing you what's been marked as
11        Exhibit 11.
12        (Exhibit 11 marked for identification.)
13   BY MS. MACCHIA:
14   Q.   If you would, flip to the second page.
15             Do you recognize this email?
16   A.   From me to Martha?
17   Q.   Yes.
18             Do you remember sending this email?
19   A.   I have to read it.
20   Q.   Sure.
21   A.   Uh-huh, yes.
22   Q.   All right.  You say that "another incident has
23        happened."
24             What was that incident?
25   A.   I can't recall to what I'm referring to here.
```